## PLAINTIFF'S CERTIFICATION

I, Jonnie Homyk, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the facts and allegations against **ChemoCentryx, Inc.** (the "Company"), and have authorized the filing of a complaint on my behalf.

2. I did not purchase the securities that are the subject of this lawsuit at the direction of counsel or to participate in any private action arising under the federal securities laws.

3. My transactions in the Company's common stock during the Class Period are as follows:

| Date | Transaction Type (Buy/Sell) | Quantity of Shares | Price Per Share (USD) |
| --- | --- | --- | --- |
| November 26, 2019 | Buy | 100 | $30.03 |
| November 26, 2019 | Sell | 100 | $30.82 |
| November 26, 2019 | Buy | 100 | $30.07 |
| November 26, 2019 | Sell | 100 | $30.88 |
| November 27, 2019 | Buy | 100 | $29.56 |
| November 27, 2019 | Sell | 100 | $30.00 |
| December 2, 2019 | Buy | 100 | $29.51 |
| December 3, 2019 | Sell | 100 | $29.94 |
| May 3, 2021 | Buy | 100 | $47.09 |

4. I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.

5. During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed, nor ever been appointed, as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any possible recovery, except for an award, as ordered or approved by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on:  05 / 05 / 2021

*Jonnie Homyk*

Jonnie Homyk