United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONNIE HOMYK, et al.,

           Plaintiffs,

    v.

CHEMOCENTRYX, INC., et al.,

           Defendants.

Case No. 21-cv-03343-JST

**ORDER VACATING HEARING**

Re: ECF Nos. 18, 24

Before the Court are two motions to appoint lead plaintiff and lead counsel.  ECF Nos. 18, 24.  Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds these matters suitable for disposition without oral argument.  The hearings on these matters, currently scheduled for August 19, 2021, are hereby VACATED.

    **IT IS SO ORDERED.**

Dated:  August 6, 2021



JON S. TIGAR
United States District Judge