BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
Salvatore Graziano (admitted *pro hac vice*)
salvatore@blbglaw.com
Abe Alexander (admitted *pro hac vice*)
abe.alexander@blbglaw.com
Stephen Boscolo (admitted *pro hac vice*)
stephen.boscolo@blbglaw.com
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-554-1400
Fax: 212-554-1444

-and-

Jonathan D. Uslaner (Bar No. 256898)
jonathanu@blbglaw.com
Lauren M. Cruz (Bar No. 299964)
lauren.cruz@blbglaw.com
Caitlin C. Bozman (Bar No. 343721)
caitlin.bozman@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Lead Counsel for Lead Plaintiff Indiana
Public Retirement System and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JONNIE HOMYK, et al.,<br><br>                   Plaintiffs,<br><br>     v.<br><br>CHEMOCENTRYX, INC. et al.,<br><br>                   Defendants. | Master File No. 4:21-cv-03343-JST *and related case*, No. 4:21-cv-04357<br><br>**DECLARATION OF JEFFREY M. GILL IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**<br>Judge: Honorable Jon S. Tigar |

DocuSign Envelope ID: 45E61D65-784F-40E7-A9AD-B145401C1688

I, Jeffrey M. Gill, hereby state as follows:

1. I, Jeffrey M. Gill, respectfully submit this declaration in support of Lead Plaintiff Indiana Public Retirement System ("Indiana") Motion for Class Certification and Appointment of Class Representatives and Class Counsel. I have personal knowledge of the statements herein and, if called upon as a witness, could and would competently testify thereto.

2. I am the General Counsel of Indiana and am authorized to make this declaration on behalf of Indiana. Indiana is a pension fund operated for the benefit of over 517,000 members and retirees of public universities, schools, municipalities, and state agencies of the State of Indiana. As of fiscal year-end 2022, Indiana had approximately $42.4 billion in assets under management and is among the largest 100 pension funds in the United States. As reflected in its certification filed with the Court (ECF No. 18-2), Indiana purchased shares of ChemoCentryx common stock during the Class Period and suffered damages as a result of the violations of the federal securities laws alleged in this Complaint.

3. Indiana understands that the Private Securities Litigation Reform Act of 1995 ("PSLRA") was intended to encourage institutional investors and others with meaningful losses to direct securities class actions. As Lead Plaintiff and proposed Class Representative, Indiana, a sophisticated institutional investor, has been and will continue to be committed to vigorously prosecuting this litigation. Indiana intends to obtain the largest recovery for the proposed Class consistent with good faith and sound judgment.

4. Indiana has diligently pursued the effective prosecution of this Action and has actively monitored its progress. Among other things, it authorized the filing of the motion seeking to be appointed Lead Plaintiff; reviewed the complaint and various other pleadings filed in this action; propounded document discovery and third-party subpoenas; responded to document discovery; and communicated with counsel regarding the case, including litigation strategy and significant developments in the litigation. As Class representative, Indiana would continue to diligently pursue the effective prosecution of the Action.

5. Indiana understands that it owes a fiduciary duty to all members of the proposed Class it represents to provide fair and adequate representation and would continue to work

1 | actively to prosecute this Action in the interests of the Class members it represents and to try to
2 | obtain the best outcome for them, consistent with good faith and meritorious advocacy.

3 |     6. Indiana seeks appointment of Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz") as Class Counsel for the proposed Class based on its substantial experience and expertise in prosecuting securities class actions. Indiana believes that Bernstein Litowitz possesses the necessary experience and financial and human resources to prosecute this case vigorously and effectively on behalf of the proposed Class.

    7. Indiana understands that its service as Class Representative does not entitle it to any benefits not enjoyed by the rest of the Class beyond that which is provided by the PSLRA. If there is a recovery in this case, Indiana does not expect to receive any more than its pro-rata shares of the amount recovered.

    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I have authority to execute this declaration on behalf of Indiana. Executed on this 17th day of August 2023.



Jeffrey M. Gill

DECLARATION OF JEFFREY M. GILL
ISO MOTION FOR CLASS CERTIFICATION

- 2 -

4:20-cv-08600-JST