UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONNIE HOMYK, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>CHEMOCENTRYX, INC., et al.,<br><br>   Defendants. | Case No. 21-cv-03343-JST   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. ECF No. 105. The undersigned has reviewed the parties' Joint Discovery Letter (ECF No. 99) and will set a hearing for either February 27, 2024, at 11:30 a.m., 1:00 p.m., or 2:00 p.m., or March 5, 2024, at 10:30 a.m. The parties shall jointly contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov no later than February 16, 2024, and provide their preferred time slot.

For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

**IT IS SO ORDERED.**

Dated: February 15, 2024

                                _____
                                LISA J. CISNEROS
                                United States Magistrate Judge