LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
*Michele.Johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
T: (714) 540-1235 / F: (714) 755-8290

  Colleen C. Smith (Bar No. 231216)
*Colleen.Smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400 / F: (858) 523-5450

  Meryn C. N. Grant (Bar No. 291315)
*Meryn.Grant@lw.com*
12050 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
T: (213) 485-1234 / F: (213) 891-8553

  Susan E. Engel (*pro hac vice*)
*Susan.Engel@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
T: (202) 637-2200 / F: (202) 637-2201

*Attorneys for Defendants ChemoCentryx, Inc. and Thomas J. Schall*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JONNIE HOMYK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEMOCENTRYX, INC. and THOMAS J. SCHALL,<br><br>Defendants. | Master Case No. 4:21-cv-03343-JST *and related cases,* Nos. 4:21-cv-04357-HSG, 4:22-cv-00499-JST<br><br>*The Honorable Jon S. Tigar*<br><br>**[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED  (DOCKET NO. 98)** |

Pending before the Court is Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (Dkt. No. 98) (the "Administrative Motion"). Having considered Plaintiff's Administrative Motion and Defendants' Response and Declaration of Meryn C. N. Grant in support of Defendants' Response, IT IS HEREBY ORDERED THAT Plaintiff's Administrative Motion is GRANTED as follows:

| Documents | Text to be Sealed | Basis for Sealing Document |
|---|---|---|
| Joint Discovery Letter | Highlighted Portions | Local Rule 79-5(e): Contains information designated confidential by Defendants and constitutes propriety and confidential business information. |
| Exhibit E in its entirety | Entire Document | Local Rule 79-5(e): Contains information designated confidential by Defendants and constitutes propriety and confidential business information. |
| Exhibit F in its entirety | Entire Document | Local Rule 79-5(e): Contains information designated confidential by Defendants and constitutes propriety and confidential business information. |
| Exhibit G in its entirety | Entire Document | Local Rule 79-5(e): Contains information designated confidential by Defendants and constitutes propriety and confidential business information. |
| Exhibit H in its entirety | Entire Document | Local Rule 79-5(e): Contains information designated confidential by Defendants and constitutes propriety and confidential business information. |
| Exhibit I in its entirety | Entire Document | Local Rule 79-5(e): Contains information designated confidential by Defendants and constitutes propriety and confidential business information. |

For the foregoing reasons, Plaintiff's Administrative Motion is GRANTED, the aforementioned material in the Joint Discovery Letter are entitled to protection under the law, satisfying the requirements of Civil Local Rule 79-5(b), and shall remain under seal.

**IT IS SO ORDERED.**

Dated: 2/16/2024

THE HONORABLE LISA CISNEROS
United States Magistrate Judge