United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONNIE HOMYK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHEMOCENTRYX, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03343-JST  (LJC)<br><br>**ORDER RE: MARCH 5, 2024 HEARING ON JOINT DISCOVERY LETTER BRIEF** |

On March 5, 2024, the Court held a hearing on the parties' Joint Discovery Letter Brief (ECF No. 99), which concerns a dispute over whether Lead Plaintiff Indiana Public Retirement System should be permitted to share documents with the U.S. Food and Drug Administration (FDA) produced by Defendant ChemoCentryx, Inc., and designated as Confidential under the Protective Order governing this case (ECF No. 69). *See* ECF No. 127. At the hearing, the Court asked about Lead Plaintiff's November 20, 2023 subpoena to the FDA for deposition testimony, and its *Touhy* request under 21 C.F.R. § 20.1. Counsel for Lead Plaintiff indicated her willingness to provide these materials to the Court for review.

//
//
//
//
//
//
//
//

Accordingly, Lead Plaintiff shall file a copy of the subpoena and its request for testimony under 21 C.F.R. § 20.1 that indicated "documents relevant to the requested testimony," (ECF 99-1 at 2), no later than March 7, 2024.[1]

**IT IS SO ORDERED.**

Dated: March 5, 2024

LISA J. CISNEROS
United States Magistrate Judge

---

[1] Unless specified otherwise, the Court refers to the PDF page number generated by the Court's e-filing system.