UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RA CAPITAL HEALTHCARE FUND, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>CHEMOCENTRYX, INC., et al.,<br><br>Defendants. | Case No. 24-cv-02645-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to 4:21-cv-03343-JST, *Homyk v. ChemoCentryx, Inc. et al*.

**IT IS SO ORDERED.**

Dated: May 28, 2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge