UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONNIE HOMYK, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>CHEMOCENTRYX, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-03343-JST<br><br>**ORDER REQUIRING RESPONSE TO PLAINTIFF'S MOTION FOR RELIEF FROM NON-DISPOSITIVE ORDER OF MAGISTRATE JUDGE**<br><br>Re: ECF No. 165 |

    Defendants ChemoCentryx, Inc. and Thomas J. Schall have filed a motion, ECF No. 72, seeking relief from Magistrate Judge Lisa J. Cisneros' August 8, 2024 discovery order, ECF No. 164. Lead Plaintiff shall file a response to the motion, not to exceed six pages, by September 6, 2024. Defendants may file a reply, not to exceed four pages, by September 13, 2024. The matter will then be deemed under submission without oral argument, unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: August 26, 2024



JON S. TIGAR
United States District Judge