# EXHIBIT 1

IND 120,784                                                CCX168 Type C Meeting
ChemoCentryx, Inc.                                          01 November 2016



**ChemoCentryx Type C EOP2 Clinical Follow-up Meeting Minutes**
**01 November 2016, 12:00 PM – 1:00 PM EST**

## 1.      MEETING ATTENDEES

**FDA Attendees:**

Badrul A. Chowdhury, MD, PhD, Director, DPARP, Office of Drug Evaluation II (ODEII)
Lydia Gilbert-McClain, MD, Deputy Director, DPARP, ODEII
Sarah Yim, MD, Supervisory Associate Director, DPARP
Janet Maynard, MD, Clinical Team Leader, DPARP
Suzette Peng, MD, Clinical Reviewer, DPARP
Gregory Levin, PhD, Biostatistics Team Leader, Division of Biometrics II, Office of Biostatistics
Yongman Kim, PhD, Biostatistics Reviewer, Division of Biometrics II, OB
Craig Bertha, PhD, CMC Lead, Division of New Drug Products Branch IV, ONDP, OPQ
Lars Johannesen, PhD, Staff Fellow, Division of Clinical Pharmacology I
Brandi Wheeler, PharmD, Regulatory Project Manager

**ChemoCentryx Attendees:**

Pirow Bekker, M.D., Ph.D., Chief Medical Officer (telephonically)
Becky Schulz, R.N., Manager, Regulatory Affairs
Kelly Conoscenti, B.S., Regulatory Affairs Specialist
Thomas Schall, Ph.D., President
David Jayne, M.D., Consultant, Medical (AAV)
Peter Merkel, M.D., M.P.H., Consultant, Medical (AAV)
Lee Simon, M.D., Ph.D., Consultant, Medical and Regulatory
Elliott Offman, Ph.D., Consultant, Medical (Cardiology)
Jan Hillson, M.D., Clinical Development Advisor

## 2.      BACKGROUND

The ChemoCentryx Type B End-of-Phase-2 Meeting took place on 14 July 2016. Due to time constraints, several questions were not covered at that meeting.  Dr. Chowdhury invited ChemoCentryx to return in order to complete the discussion of Phase 3 development plans. On 26 August 2016 ChemoCentryx submitted a Briefing Package and Request for a Type A Clinical Meeting to DPARP. The Division granted ChemoCentryx a Type C meeting scheduled for 01 November 2016 at 12:00 PM to discuss the Phase 3 clinical trial and the QT/QTc study designs. The Meeting Preliminary Comments were provided by DPARP on 28 October 2016. On 31 October 2016 ChemoCentryx notified the Regulatory Project Manager via email of the intention

1
CONFIDENTIAL

IND 120,784                                                        CCX168 Type C Meeting
ChemoCentryx, Inc.                                                    01 November 2016

to proceed with the in-person meeting and provided a list of intended topics and along with a set
of slides to lead the discussion (Appendix 1).


## 3.       INTRODUCTIONS

After introductions were made by both parties, Dr. Bekker thanked the Division for providing
ChemoCentryx with the opportunity to work with them on the Phase 3 study plans. He explained
that our goal was to satisfy the requirements of regulatory agencies globally. Dr. Bekker assured
the Division that ChemoCentryx had very carefully considered all of their preliminary comments
and concerns regarding all aspects of our Phase 3 trial design and confirmed that we had made
changes based on that feedback.


## 4.       CLINICAL

Dr. Bekker proceeded to acknowledge the Division's recommendations for the Phase 3 trial
design with which ChemoCentryx was in agreement (from the official Meeting Minutes of the
EOP2 Meeting provided by FDA on 09 August 2016):

1.  ChemoCentryx agreed to assess our primary endpoint at Week 52 (instead of the
    originally proposed Week 26) in order to assess superiority instead of non-inferiority;

2.  ChemoCentryx agreed to increase the number of patients enrolled in the study to 300,
    which will help increase the statistical power of the study

3.  ChemoCentryx agreed to <make changes to clarify the statistical analysis plan in the
    protocol to make it more clear>

Dr. Bekker then paused to ask if ChemoCentryx had adequately addressed the Agency's
concerns. Dr. Maynard responded on behalf of the Division, saying that they had a few items
they wanted to clarification on:

Dr. Maynard wanted us to elaborate on what our definition of 'sustained remission' was. Dr.
Bekker asked ChemoCentryx Statistician Consultant, Dr. Chao Wang to address her question.
Dr. Wang confirmed the Division's assumptions regarding the statistical analysis that the
denominator is the number of patients at baseline. Dr. Maynard confirmed that she was now
clear and that the Division thinks that this is a reasonable endpoint.

Dr. Maynard expressed interest in discussing non-inferiority/superiority in order to be crystal
clear on where they stand and the fact that they want to see a superiority assessment. Dr. Levin
concurred that the first two assessments based on N-1 are probably not adequate to justify our
product's efficacy. Dr. Bekker agreed with Dr. Levin's assessment and confirmed that he
understood their point.

Dr. Chowdhury then asked for a repeat of the definition of superiority at Week 52. Dr. Bekker
explained that we planned to look at patients who achieved remission at Week 26 and see if
patients remain in remission at Week 52. He pointed back to Dr. Maynard's original question,
stating that this is our definition of 'sustained remission.' Dr. Maynard agreed that they were
now clear on our definition, but reminded ChemoCentryx to make sure we're clear in stating our
denominator in the protocol. Dr. Bekker confirmed that we will better clarify in our final

2
CONFIDENTIAL

protocol and Dr. Chowdhury concurred that he was pleased with this approach and that the definition of sustained remission was clarified and accepted by the Division. Agreement was reached on step 3 of the hierarchical analysis for superiority of sustained remission at 52 weeks as the FDA desired primary outcome.  The other outcomes at 26 weeks they understand are interesting to EMA

Dr. Bekker laid out his plan to briefly address the two remaining topics for the meeting. He focused on slide 10 which addressed the analysis of relapses (secondary endpoint) so we could gain some clarity on the Division's stance. Dr. Bekker confirmed that this endpoint is not relevant for the drug label and is only for scientific purposes. The Division stated that interest in relapse is fine from a scientific point of view, but FDA is not interested in that data at this juncture given the proposed analysis.  They would prefer a randomized withdrawal study instead for this issue.

Next Dr. Bekker highlighted the graph on slide 11 to illustrate the plan to look at a subset of patients who achieve remission. Dr. Bekker acknowledged the statistical concerns that the Division holds and how it might be problematic. Although ChemoCentryx has had many discussions with experts in the field, in is unclear how to avoid this. Dr. Bekker then invited Dr. Jayne and Dr. Merkel to comment on this. Dr. Merkel maintained that this is useful information to have, even if it is not the primary information we are seeking. Dr. Maynard interjected that there are two different concerns, both a clinical and statistical one. Dr. Merkel explained that we believe that most patients will achieve remission and for those who do not, study drug will be discontinued due to lack of benefit. Dr. Jayne confirmed that what ChemoCentryx is proposing is in line with recent treatment recommendations (reaching BVAS 0). Dr. Maynard continued to express concern that there was the possibility of missing those with low disease activity who have a flare. Dr. Levin stated that ChemoCentryx are welcome to do an exploratory analysis, but the Division's concern was with the labeling. He suggested that ChemoCentryx was trying to answer a question that the Phase 3 trial was not designed to assess, and stated that the Division continues to have concerns. Dr. Bekker agreed that a different study design would better address this issue, but says we may still plan to assess this.

The final discussion topic of the meeting was the QT/QTc study. Dr. Bekker confirmed that ChemoCentryx will perform the second study that was recommended by the Division. He posed a question to the Division on how to handle food effect in the Intensive ECG study. Dr. Levin explained that they don't have regulatory experience accepting these food effects in place of Moxifloxacin, so it will ultimately be a filing question. A significant discussion ensued regarding a QT/QTc study, but FDA stated clearly that a food effect study on the EKG would not be enough, the positive active control moxifloxicin would be required. Dr. Offman asked some additional clarifying questions of Dr. Johannesen related to study design and then summarized the agencies view and confirmed that he understood.

Dr. Bekker thanked the Division again and asked if he could clarify anything else before summarizing. The Division did not require any further clarification.

CONFIDENTIAL                                                                                   CCXI-0007289620

IND 120,784                                                CCX168 Type C Meeting
ChemoCentryx, Inc.                                              01 November 2016

## Conclusion

Dr. Bekker summarized the results of the discussion and the action items. He agreed that ChemoCentryx will clearly define the numerator/denominator in the Phase 3 statistical analysis plan, and understood the need to achieve superiority. He restated the intention to include sustained remission as a secondary endpoint. Dr. Bekker stated that the Agency's preference on the QT/QTc study design was understood. Lastly, he thanked the division once again for their time and confirmed that we will make changes to the Phase 3 protocol and submit it soon.

CONFIDENTIAL                                                          CCXI-0007289621