# EXHIBIT 2



# ADVOCATE Data Summary

*November 2019*

CHEMOCENTRYX

CONFIDENTIAL

CCXI-0000812795

- Study Design, Objectives, and Endpoints
- Subject Disposition
- Demographics and Baseline Characteristics
- Primary Endpoints
- Secondary Endpoints
- Safety
- Summary and Conclusions



Copyright © 2019 ChemoCentryx, Inc.    Confidential    2

# TOPICS

- Study Design, Objectives, and Endpoints
- Subject Disposition
- Demographics and Baseline Characteristics
- Primary Endpoints
- Secondary Endpoints
- Safety
- Summary and Conclusions



Copyright © 2019 ChemoCentryx, Inc.    Confidential    3

# TOPICS

- Study Design, Objectives, and Endpoints
- Subject Disposition
- Demographics and Baseline Characteristics
- Primary Endpoints
- Secondary Endpoints
- **Safety**
- Summary and Conclusions



Copyright © 2019 ChemoCentryx, Inc.

Confidential    4

CONFIDENTIAL

CCXI-0000812798

# TOPICS

- Study Design, Objectives, and Endpoints
- Subject Disposition
- Demographics and Baseline Characteristics
- Primary Endpoints
- Secondary Endpoints
- Safety
- **Summary and Conclusions**



Copyright © 2019 ChemoCentryx, Inc.                                                    Confidential    5

CONFIDENTIAL

CCXI-0000812799

## ADVOCATE Phase 3 Study
**A**vacopan **D**evelopment in **V**asculitis to **O**btain **C**orticosteroid elimination **a**nd **T**herapeutic **E**fficacy

- To evaluate the efficacy of—
  - Avacopan + RTX/CYC followed by azathioprine + prednisone-matching placebo, compared to
  - Avacopan-matching placebo + RTX/CYC followed by azathioprine + prednisone regarding induction of disease remission and sustaining remission in patients with active AAV.

- Disease remission: Birmingham Vasculitis Activity Score (BVAS) of 0 and not taking glucocorticoids for AAV within 4 weeks prior to Week 26

- Sustained remission: Remission at Week 26 without relapse to Week 52 (BVAS of 0 and not taking glucocorticoids for AAV within 4 weeks prior to Week 52)

CHEMOCENTRYX

Copyright © 2019 ChemoCentryx, Inc.                                    Confidential    6

CONFIDENTIAL                                                    CCXI-0000812800



CCXI-0000812801

# ADVOCATE Study Design

- Randomized, double-blind, double-dummy, active-controlled study in ~300 patients with new or relapsing active AAV
- Two treatment groups:
  - 30 mg avacopan twice daily + CYC/RTX + prednisone-matching placebo
  - Avacopan-matching placebo twice daily + CYC/RTX + full dose prednisone (60 mg starting dose)
- Patients were stratified and randomized to ensure balance across groups:
  - IV RTX vs IV CYC vs oral CYC
  - Anti-proteinase 3 vs anti-myeloperoxidase antibody positive
  - Newly diagnosed vs relapsing disease

Copyright © 2019 ChemoCentryx, Inc.

ChemoCentryx

Confidential    8

    CCXI-0000812802

# ADVOCATE Trial Primary Endpoints

- Two Primary endpoints:
  1. Remission at month 6
  2. Sustained remission at month 12
- The two primary endpoints tested sequentially using a gatekeeping procedure to maintain the Type I error at 0.05
- Both endpoints tested for non-inferiority and superiority
- Success of study declared if (at least) non-inferiority was shown for the first primary endpoint

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential    9

CCXI-0000812803

# ADVOCATE Trial Secondary Endpoints

- Glucocorticoid-induced toxicity as measured by change from baseline over the first 26 weeks in the glucocorticoid toxicity index (GTI; Miloslavsky et al, 2016)
  - GTI version 2.0 was used; change from baseline in Cumulative Worsening Score (CWS) and Aggregate Improvement Score (AIS)
- Early remission, defined as BVAS of 0 at Week 4
- Change from baseline over 52 weeks in health-related quality-of-life as measured by the domains and component scores of the SF-36 v2 and EQ-5D-5L
- Proportion of patients and time to experiencing a relapse after achieving remission

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential    10

# ADVOCATE Trial Secondary Endpoints (cont'd)

- In patients with renal disease at baseline:
  - Change in eGFR from baseline over 52 weeks
  - Percent change in urinary albumin:creatinine ratio (UACR) from baseline over 52 weeks
  - Percent change in urinary monocyte chemoattractant protein-1 (MCP-1):creatinine ratio from baseline over 52 weeks
- Change in the vasculitis damage index (VDI) from baseline over 52 weeks



Copyright © 2019 ChemoCentryx, Inc.                                    Confidential    11

## TOPICS

- Study Design, Objectives, and Endpoints
- **Subject Disposition**
- Demographics and Baseline Characteristics
- Primary Endpoints
- Secondary Endpoints
- Safety
- Summary and Conclusions



Copyright © 2019 ChemoCentryx, Inc.    Confidential    12

CONFIDENTIAL

CCXI-0000812806

# ADVOCATE Subject Disposition

| | Prednisone + SOC | Avacopan + SOC | Total |
|---|---|---|---|
| Number of Subjects Screened | | | 386 |
| Number of Subjects Randomized | 165 | 166 | 331 |
| ITT and Safety Population* | 164 (99.4%) | 166 (100.0%) | 330 (99.7%) |
| Completed Wk26 | 154 (93.3%) | 155 (93.4%) | 309 (93.4%) |
| Completed Wk52 | 152 (92.1%) | 151 (91.0%) | 303 (91.5%) |
| Completed Wk60 | 150 (90.9%) | 151 (91.0%) | 301 (90.9%) |
| Early Withdrawal from Study | 15 (9.1%) | 15 (9.0%) | 30 (9.1%) |
| Adverse Event | 6 (3.6%) | 3 (1.8%) | 9 (2.7%) |
| Withdrawal by subject | 3 (1.8%) | 6 (3.6%) | 9 (2.7%) |
| Investigator Decision | 4 (2.4%) | 3 (1.8%) | 7 (2.1%) |
| Lost to follow-up | 2 (1.2%) | 1 (0.6%) | 3 (0.9%) |
| Other | 0 (0%) | 2 (1.2%) | 2 (0.6%) |
| Death | 4 (2.4%) | 2 (1.2%) | 6 (1.8%) |
| Early Discontinuation of Study Treatment | 35 (21.2%) | 37 (22.3%) | 72 (21.8%) |

* All randomized subjects who received at least one dose of study drug (avacopan/placebo)

Copyright © 2019 ChemoCentryx, Inc.

Confidential    13

CCXI-0000812807

## TOPICS

- Study Design, Objectives, and Endpoints
- Subject Disposition
- **Demographics and Baseline Characteristics**
- Primary Endpoints
- Secondary Endpoints
- Safety
- Summary and Conclusions



Copyright © 2019 ChemoCentryx, Inc.

Confidential    14

CCXI-0000812808

# ADVOCATE Demographics and Baseline Characteristics, All Randomized Subjects

|  | Prednisone + SOC (N=164) | Avacopan + SOC (N=166) | Total (N=331) |
|---|---|---|---|
| Age (years), mean ± SD | 60.6 ± 14.46 | 61.2 ± 14.56 | 60.9 ± 14.49 |
| Gender, Male/Female | 53.9% / 46.1% | 59.0% / 41.0% | 56.5% / 43.5% |
| AAV Status, New/Relapsing | 69.5% / 30.5% | 69.3% / 30.7% | 69.4% / 30.6% |
| ANCA, PR3+/MPO+ | 42.7% / 57.3% | 43.4% / 56.6% | 43.0% / 57.0% |
| Standard of Care, RTX/CYC | 65.2% / 34.8% | 64.5% / 35.5% | 64.8% / 35.2% |
| Type of AAV, GPA/MPA | 54.9% / 45.1% | 54.8% / 45.2% | 54.8% / 45.2% |
| BVAS, mean ± SD | 16.2 ± 5.69 | 16.3 ± 5.87 | 16.2 ± 5.77 |
| VDI, mean ± SD | 0.7 ± 1.39 | 0.7 ± 1.54 | 0.7 ± 1.47 |
| eGFR, mean ± SD | 52.9 ± 32.67 | 50.7 ± 30.96 | 51.8 ± 31.80 |

CHEMOCENTRYX

Copyright © 2019 ChemoCentryx, Inc.

Confidential    15

CCXI-0000812809

# ADVOCATE Non-Study Supplied Glucocorticoid Use

| | Prednisone + SOC (N=164) n (%) | Avacopan + SOC (N=166) n (%) |
|---|---|---|
| Prior Glucocorticoid Use (during Screening) | 135 (82.3%) | 125 (75.3%) |
| Concomitant NSSG* Use | | |
| Day 1 to 29 | 141 (86.0%) | 138 (83.1%) |
| Day 1 to End of Treatment | 149 (90.9%) | 145 (87.3%) |
| Day 1 to 183 | 149 (90.9%) | 143 (86.1%) |
| Day 184 to End of Treatment | 64 (39.0%) | 45 (27.1%) |
| End of Treatment to Week 60 | 57 (34.8%) | 49 (29.5%) |

*NSSG=non-study supplied glucocorticoid use

Copyright © 2019 ChemoCentryx, Inc.    Confidential    16

ChemoCentryx

# ADVOCATE Non-Protocol Allowed Immunosuppressant Use*

|  | Prednisone + SOC (N=164) n (%) | Avacopan + SOC (N=166) n (%) |
|---|---|---|
| Day 1 to End of Treatment | 36 (22.0%) | 29 (17.5%) |
| Day 1 to 183 | 16 (9.8%) | 14 (8.4%) |
| Day 184 to End of Treatment | 25 (15.2%) | 19 (11.4%) |
| End of Treatment to Week 60 | 26 (15.9%) | 20 (12.0%) |

*Including rituximab, cyclophosphamide, azathioprine, methotrexate, mycophenolate, mycophenolic acid, tacrolimus



Copyright © 2019 ChemoCentryx, Inc.    Confidential    17

    CCXI-0000812811

# ADVOCATE Non-Protocol Allowed Immunosuppressant Use

|  | Prednisone + SOC (N=164) n (%) | Avacopan + SOC (N=166) n (%) |
|---|---|---|
| Day 1 to End of Treatment | 36 (22.0%) | 29 (17.5%) |
| Rituximab | 30 (18.3%) | 19 (11.4%) |
| Cyclophosphamide | 3 (1.8%) | 6 (3.6%) |
| Azathioprine | 1 (0.6%) | 5 (3.0%) |
| Methotrexate | 2 (1.2%) | 1 (0.6%) |
| Mycophenolate | 1 (0.6%) | 0 (0%) |
| Mycophenolic acid | 0 (0%) | 1 (0.6%) |
| Tacrolimus | 1 (0.6%) | 0 (0%) |

Copyright © 2019 ChemoCentryx, Inc.　　　　　　　CHEMOCENTRYX　　Confidential    18

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　CCXI-0000812812

# ADVOCATE Study Medication Exposure

| | Prednisone + SOC (N=164) | Avacopan + SOC (N=166) |
|---|---|---|
| Exposure Categories – n (%) | | |
| 1-29 days | 6 (3.7%) | 8 (4.8%) |
| 30-183 days | 17 (10.4%) | 24 (14.5%) |
| 184-365 days | 141 (86.0%) | 134 (80.7%) |
| 1-183 days | 23 (14.0%) | 32 (19.3%) |
| 1-365 days | 164 (100.0%) | 166 (100.0%) |
| Duration of Exposure (days) | | |
| Mean (SD) | 320.8 (99.13) | 305.1 (118.36) |
| Median (range) | 364 (14-376) | 364 (4-391) |
| Total Dose (mg) | | |
| Mean (SD) | 19,226.8 (6394.81) | 18,192.3 (7178.96) |
| Median (range) | 21,585 (660-32,930) | 21,420 (180-25,020) |
| Average Daily Dose (mg) | | |
| Mean (SD) | 60.7 (13.22) | 60.2 (11.16) |
| Median (range) | 59.7 (15-150) | 59.5 (11-117) |
| Overall Percent Compliance | | |
| Mean (SD) | 91.5 (24.57) | 86.4 (28.15) |
| Median (range) | 98.9 (5-150) | 97.9 (2-114) |

Copyright © 2019 ChemoCentryx, Inc.                                    Confidential    19

# TOPICS

- Study Design, Objectives, and Endpoints
- Subject Disposition
- Demographics and Baseline Characteristics
- **Primary Endpoints**
- Secondary Endpoints
- Safety
- Summary and Conclusions

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential    20

CONFIDENTIAL

CCXI-0000812814

# ADVOCATE Primary Endpoint: Disease Remission at Week 26, ITT Population

| Treatment | n (%) | Estimate of Common Difference in Percentages | Two-Sided 95% CI | Non-Inferiority P-value* | Superiority P-value* |
|---|---|---|---|---|---|
| Prednisone + SOC (N=164) | 115 (70.1%) | | | | |
| Avacopan + SOC (N=166) | 120 (72.3%) | 3.4 | (-6.0, 12.8) | < 0.0001 | 0.2387 |
| * One-sided | | | | | |

Copyright © 2019 ChemoCentryx, Inc.    Confidential    21

CHEMOCENTRYX

 CCXI-0000812815



# ADVOCATE Primary Endpoint: Disease Remission at Week 26, ITT Population

CCXI-0000812816

## ADVOCATE Primary Endpoint: Disease Remission at Week 26, ITT Population Subgroups

| Treatment | n (%) | Difference in Percentages | Two-Sided 95% CI for Difference |
|---|---|---|---|
| **Rituximab Group** | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| **Cyclophosphamide Group** | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| **PR3+ Group** | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| **MPO+ Group** | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential    23

## ADVOCATE Primary Endpoint:
## Disease Remission at Week 26, ITT Population Subgroups

| Treatment | n (%) | Difference in Percentages | Two-Sided 95% CI for Difference |
|---|---|---|---|
| Newly Diagnosed Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Relapsed Disease Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Renal Disease Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Non-Renal Disease Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |

CHEMOCENTRYX

Copyright © 2019 ChemoCentryx, Inc.    Confidential    24

# ADVOCATE Primary Endpoint: Disease Remission at Week 26, ITT Population Subgroups

| Treatment | n (%) | Difference in Percentages | Two-Sided 95% CI for Difference |
|---|---|---|---|
| GPA Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| MPA Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Male Subjects | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Female Subjects | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |

CHEMOCENTRYX

Copyright © 2019 ChemoCentryx, Inc.

Confidential    25

CCXI-0000812819

# ADVOCATE Primary Endpoint:
# Disease Remission at Week 26, ITT Population
# Subgroups

| Treatment | n (%) | Difference in Percentages | Two-Sided 95% CI for Difference |
|---|---|---|---|
| Subjects in North America | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Subjects in Europe | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Subjects in Japan | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |

CHEMOCENTRYX

Copyright © 2019 ChemoCentryx, Inc.    Confidential    26

CONFIDENTIAL    CCXI-0000812820

# ADVOCATE Primary Endpoint: Sustained Remission at Week 52, ITT Population

| Treatment | n (%) | Estimate of Common Difference in Percentages | Two-Sided 95% CI | Non-Inferiority P-value* | Superiority P-value* |
|---|---|---|---|---|---|
| Prednisone + SOC (N=164) | 90 (54.9%) | | | | |
| Avacopan + SOC (N=166) | 109 (65.7%) | 12.5 | (2.6, 22.3) | < 0.0001 | 0.0066 |
| * One-sided P-value | | | | | |

CHEMOCENTRYX

Copyright © 2019 ChemoCentryx, Inc.    Confidential    27

    CCXI-0000812821



CCXI-0000812822



CONFIDENTIAL

# ADVOCATE Primary Endpoint: Sustained Remission at Week 52, ITT Population Subgroups

| Treatment | n (%) | Difference in Percentages | Two-Sided 95% CI for Difference |
|---|---|---|---|
| Rituximab Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Cyclophosphamide Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| PR3+ Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| MPO+ Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |

Copyright © 2019 ChemoCentryx, Inc.    CHEMOCENTRYX    Confidential    30

# ADVOCATE Primary Endpoint:
## Sustained Remission at Week 52, ITT Population Subgroups

| Treatment | n (%) | Difference in Percentages | Two-Sided 95% CI for Difference |
|---|---|---|---|
| Newly Diagnosed Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Relapsed Disease Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Renal Disease Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Non-Renal Disease Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |

Copyright © 2019 ChemoCentryx, Inc.    Confidential    31

CHEMOCENTRYX

CCXI-0000812825

# ADVOCATE Primary Endpoint: Sustained Remission at Week 52, ITT Population Subgroups

| Treatment | n (%) | Difference in Percentages | Two-Sided 95% CI for Difference |
|---|---|---|---|
| GPA Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| MPA Group | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Male Subjects | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Female Subjects | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential 32

CCXI-0000812826

# ADVOCATE Primary Endpoint:
## Sustained Remission at Week 52, ITT Population Subgroups

| Treatment | n (%) | Difference in Percentages | Two-Sided 95% CI for Difference |
|---|---|---|---|
| Subjects in North America | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Subjects in Europe | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |
| Subjects in Japan | | | |
| Prednisone + SOC (N=xxx) | xx (xx.x%) | | |
| Avacopan + SOC (N=xxx) | xx (xx.x%) | xx.xx | (xx.x, xx.x) |

Copyright © 2019 ChemoCentryx, Inc.    Confidential    35

CHEMOCENTRYX

## TOPICS

- Study Design, Objectives, and Endpoints
- Subject Disposition
- Demographics and Baseline Characteristics
- Primary Endpoints
- **Secondary Endpoints**
- Safety
- Summary and Conclusions



Copyright © 2019 ChemoCentryx, Inc.

Confidential    34

CCXI-0000812828



# Glucocorticoid Toxicity: GTI v2

Copyright © 2019 ChemoCentryx, Inc.    Confidential    35

                                          CCXI-0000812829



CCXI-0000812830





## Glucocorticoid Toxicity: Adverse Events Considered Possibly Related to Glucocorticoids Based on EULAR Criteria

CCXI-0000812832

## Glucocorticoid Toxicity: Adverse Events Considered Possibly Related to Glucocorticoids Based on EULAR Criteria by System Organ Class (≥5% in Any Group)

| | Prednisone + SOC (N=164) | Avacopan + SOC (N=166) |
|---|---|---|
| **Any Adverse Event** | **132 (80.5%)** | **110 (66.3%)** |
| General Disorders and admin site conditions | 48 (29.3%) | 39 (23.5%) |
| Vascular disorders | 31 (18.9%) | 30 (18.1%) |
| Metabolism and nutrition disorders | 37 (22.6%) | 27 (16.3%) |
| Psychiatric Disorders | 38 (23.2%) | 26 (15.7%) |
| Infections and infestations (only serious) | 25 (15.2%) | 20 (12.0%) |
| Musculoskeletal and connective tissue disorders | 18 (11.0%) | 16 (9.6%) |
| Cardiac disorders | 5 (3.0%) | 11 (6.6%) |
| Skin and subcutaneous tissue disorders | 20 (12.2%) | 9 (5.4%) |
| Blood and lymphatic system disorders | 10 (6.1%) | 7 (4.2%) |

CHEMOCENTRYX

Copyright © 2019 ChemoCentryx, Inc.                                    Confidential    39

CONFIDENTIAL                                                                                    CCXI-0000812833

## Glucocorticoid Toxicity: Adverse Events Considered Possibly Related to Glucocorticoids Based on EULAR Criteria by System Organ Class (≥5% in Any Group)

| | Prednisone + SOC (N=164) | Avacopan + SOC (N=166) |
|---|---|---|
| **Any Adverse Event** | 132 (80.5%) | 110 (66.3%) |
| Eye disorders | 11 (6.7%) | 7 (4.2%) |
| Investigations | 32 (19.5%) | 7 (4.2%) |
| Injury, poisoning and procedural complications | 4 (2.4%) | 5 (3.0%) |
| Endocrine disorders | 18 (11.0%) | 4 (2.4%) |
| Gastrointestinal disorders | 4 (2.4%) | 3 (1.8%) |
| Reproductive System Disorders | 1 (0.6%) | 2 (1.2%) |
| Nervous System Disorders | 2 (1.2%) | 1 (0.6%) |

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential    40

CCXI-0000812834

## Glucocorticoid Toxicity: Adverse Events Considered Possibly Related to Glucocorticoids by Investigators



Copyright © 2019 ChemoCentryx, Inc.

CCXI-0000812835

## Glucocorticoid Toxicity: Adverse Events Considered Possibly Related to Glucocorticoids by Investigators by System Organ Class (≥5% in Any Group)

| | Prednisone + SOC (N=164) | Avacopan + SOC (N=166) |
|---|---|---|
| **Any Adverse Event** | 131 (79.9%) | 107 (64.5%) |
| Infections and infestations | 66 (40.2%) | 50 (30.1%) |
| Gastrointestinal disorders | 22 (13.4%) | 34 (20.5%) |
| Musculoskeletal and connective tissue disorders | 31 (18.9%) | 27 (16.3%) |
| Metabolism and nutrition disorders | 30 (18.3%) | 21 (12.7%) |
| Nervous System Disorders | 17 (10.4%) | 20 (12.0%) |
| Skin and subcutaneous tissue disorders | 39 (23.8%) | 20 (12.0%) |
| General Disorders and admin site conditions | 20 (12.2%) | 17 (10.2%) |
| Investigations | 30 (18.3%) | 17 (10.2%) |
| Psychiatric Disorders | 34 (20.7%) | 16 (9.6%) |

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential    42

CCXI-0000812836

## Glucocorticoid Toxicity: Adverse Events Considered Possibly Related to Glucocorticoids by Investigators by System Organ Class (≥5% in Any Group)

| | Prednisone + SOC (N=164) | Avacopan + SOC (N=166) |
|---|---|---|
| **Any Adverse Event** | **131 (79.9%)** | **107 (64.5%)** |
| Respiratory, thoracic and mediastinal disorders | 10 (6.1%) | 12 (7.2%) |
| Vascular disorders | 19 (11.6%) | 12 (7.2%) |
| Blood and lymphatic system disorders | 24 (14.6%) | 10 (6.0%) |
| Injury, poisoning and procedural complications | 7 (4.3%) | 9 (5.4%) |
| Eye disorders | 15 (9.1%) | 6 (3.6%) |
| Endocrine disorders | 14 (8.5%) | 4 (2.4%) |

CHEMOCENTRYX

Copyright © 2019 ChemoCentryx, Inc.  Confidential   43



# Health-Related Quality of Life: SF36 v2

Copyright © 2019 ChemoCentryx, Inc.                                                                 Confidential    44



CCXI-0000812839



CCXI-0000812840



CCXI-0000812841

# Quality of Life: SF-36 v2 Physical Component Score Change from Baseline
## ITT Population



Copyright © 2019 ChemoCentryx, Inc.                                                                                   Confidential    48



CCXI-0000812843

# Quality of Life: SF-36 v2 General Health Perception Change from Baseline
# ITT Population



Change from Baseline in SF-36 v2 General Health Perception

** P < 0.01
* P < 0.05

Prednisone+SOC (N=161)
Avacopan+SOC (N=166)

Copyright © 2019 ChemoCentryx, Inc.    Confidential    50

    CCXI-0000812844



CONFIDENTIAL

CCXI-0000812845

# Quality of Life: SF-36 v2 Role Physical
# Change from Baseline
# ITT Population



Copyright © 2019 ChemoCentryx, Inc.                                         Confidential    52

CONFIDENTIAL                                                                    CCXI-0000812846



CCXI-0000812847

# Quality of Life: SF-36 v2 Physical Functioning Change from Baseline ITT Population



Change from Baseline in SF-36 v2 Physical Functioning

* P < 0.05

Prednisone+SOC (N=162)
Avacopan+SOC (N=165)

Copyright © 2019 ChemoCentryx, Inc.    Confidential    54



CCXI-0000812849



CCXI-0000812850

# Quality of Life: SF-36 v2 Vitality
# ITT Population



CCXI-0000812851

# Quality of Life: SF-36 v2 Vitality
# Change from Baseline
# ITT Population



Copyright © 2019 ChemoCentryx, Inc.                                                            Confidential    58



CCXI-0000812853

# Quality of Life: SF-36 v2 Role Emotional
# Change from Baseline
# ITT Population



CONFIDENTIAL

CCXI-0000812854



CCXI-0000812855

# Quality of Life: SF-36 v2 Bodily Pain
# Change from Baseline
# ITT Population



**Change from Baseline in SF-36 v2 Bodily Pain**

Prednisone+SOC (N=161)
Avacopan+SOC (N=166)

* P < 0.05

Copyright © 2019 ChemoCentryx, Inc.    Confidential    62

 CCXI-0000812856



# Quality of Life: SF-36 v2 Social Functioning Change from Baseline ITT Population



CCXI-0000812858



CCXI-0000812859



CCXI-0000812860



# Health-Related Quality of Life: EQ-5D-5L

Copyright © 2019 ChemoCentryx, Inc.                                                    Confidential     67





# Health-Related Quality of Life
## Change from Baseline in EQ-5D-5L Visual Analogue Scale

CCXI-0000812863



CONFIDENTIAL

CCXI-0000812864



# Health-Related Quality of Life
# Change from Baseline in EQ-5D-5L Index

**Change from Baseline in EQ-5D-5L Index**

Copyright © 2019 ChemoCentryx, Inc.    Confidential    71

# Renal Measurements: eGFR in Patients with Renal Disease at Baseline



Copyright © 2019 ChemoCentryx, Inc.

CCXI-0000812866



CCXI-0000812867



Renal Measurements: Change from Baseline in eGFR in Patients with Renal Disease at Baseline

CCXI-0000812868



CCXI-0000812869

# Renal Measurements: UACR in Patients with Renal Disease and Proteinuria at Baseline



Copyright © 2019 ChemoCentryx, Inc.

CCXI-0000812870



CONFIDENTIAL

CCXI-0000812871



CCXI-0000812872

# Renal Parameters: UMCP-1:Creatinine



Copyright © 2019 ChemoCentryx, Inc.

Confidential    79

CONFIDENTIAL

CCXI-0000812873

# Early Remission

Copyright © 2019 ChemoCentryx, Inc.

CONFIDENTIAL

CCXI-0000812874

# BVAS = 0 at Week 4, ITT Population

| Treatment | n (%) | Difference in Percentages | Two-Sided 95% CI | Superiority P-value* |
|---|---|---|---|---|
| Prednisone + SOC (N=164) | 113 (68.9%) | | | |
| Avacopan + SOC (N=166) | 103 (62.0%) | -6.9 | (-16.0, 3.6) | 0.8930 |
| * One-sided P-value | | | | |

CHEMOCENTRYX

Copyright © 2019 ChemoCentryx, Inc.     Confidential    81

     CCXI-0000812875

# Relapse Rate

Copyright © 2019 ChemoCentryx, Inc.

Confidential   82

CHEMOCENTRYX

CONFIDENTIAL

CCXI-0000812876

# Relapse After Achieving Remission at Week 26 ITT Population

| Treatment | n (%) | Difference in Percentages | Two-Sided 95% CI | Superiority P-value* |
|---|---|---|---|---|
| Prednisone + SOC (N'=115) | 14 (12.2%) | | | |
| Avacopan + SOC (N'=120) | 8 (6.7%) | xx | (-xx.x, x.x) | 0.xxxx |

N' = number of subjects achieving remission at Week 26
* One-sided P-value

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential   83

CONFIDENTIAL



# Relapse After Achieving Remission at Week 26
## ITT Population

Copyright © 2019 ChemoCentryx, Inc.　　　　　Confidential　84

# Vasculitis Damage Index

Copyright © 2019 ChemoCentryx, Inc.                                                                 Confidential    85



# Safety

Copyright © 2019 ChemoCentryx, Inc.                                                     Confidential    87

# ADVOCATE Adverse Event Overview

|  | Prednisone + SOC (N=164) | Avacopan + SOC (N=166) |
|---|---|---|
| Any Treatment-Emergent Adverse Event (TEAE) | 161 (98.2%) | 164 (98.8%) |
| Any Serious TEAE | 74 (45.1%) | 70 (42.2%) |
|    Deaths | 4 (2.4%) | 2 (1.2%) |
|    Life-threatening | 14 (8.5%) | 8 (4.8%) |
| D/C Study Medication due to Adverse Events | 28 (17.1%) | 27 (16.3%) |

Copyright © 2019 ChemoCentryx, Inc.                    Confidential    88

CHEMOCENTRYX

CONFIDENTIAL                                        CCXI-0000812882

# ADVOCATE Adverse Events: Infections

|  | Prednisone + SOC (N=164) | Avacopan + SOC (N=166) |
|---|---|---|
| Any Treatment-Emergent Infection | 124 (75.6%) | 113 (68.1%) |
| Any Serious Infection | 25 (15.2%) | 21 (12.7%) |
| Deaths | 2 (1.2%) | 1 (0.6%) |
| Life-threatening | 2 (1.2%) | 1 (0.6%) |
| D/C Study due to Infection | 5 (3.0%) | 4 (2.4%) |

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential    89

# ADVOCATE Adverse Events: Hepatic AEs, WBC Count Abnormalities, and Hypersensitivity

|  | Prednisone + SOC (N=164) | Avacopan + SOC (N=166) |
|---|---|---|
| Any Treatment-Emergent AE of Liver Abnormality | 19 (11.6%) | 22 (13.3%) |
| Any Treatment-Emergent AE of WBC Count Decrease | 39 (23.8%) | 31 (18.7%) |
| Any Treatment-Emergent AE of Hypersensitivity | 70 (42.7%) | 68 (41.0%) |

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential    90

CCXI-0000812884

# Summary: Primary Endpoints

- BVAS Remission at Week 26:
  - Avacopan 72.3% compared to Prednisone control 70.1% (P < 0.0001 for non-inferiority; P = 0.2387 for superiority; one-sided tests)
- BVAS Sustained Remission at Week 52:
  - Avacopan 65.7% compared to Prednisone control 54.9% (P < 0.0001 for non-inferiority; P = 0.0066 for superiority; one-sided tests)

Copyright © 2019 ChemoCentryx, Inc.                    Confidential    91

CHEMOCENTRYX

# Summary: Glucocorticoid Toxicity

- Glucocorticoid Toxicity Index:
  - GTI Cumulative Worsening Score at Week 26: Avacopan $39.7 \pm 3.43$ vs. Prednisone $56.6 \pm 3.45$; P = 0.0002
  - GTI Aggregate Improvement Score at Week 26: Avacopan $11.1 \pm 3.48$ vs. Prednisone $23.4 \pm 3.5$; P = 0.0082
- GC-related AEs (EULAR based): Avacopan 66.3% vs Prednisone 80.5%
- GC-related AEs (Investigator-assessed): Avacopan 64.5% vs. Prednisone 79.9%

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential    92

# Summary: Health-Related Quality of Life

- **Short Form 36 version 2**
  - Avacopan group showed statistically significant improvement vs. Prednisone for:
    - Physical Component Score
    - Physical Functioning
    - Role Physical
    - General Health Perception
    - Role Emotional
    - Vitality



Copyright © 2019 ChemoCentryx, Inc.

Confidential    93

CCXI-0000812887

# Summary: Health-Related Quality of Life

- EuroQOL-5D-5L
  - Avacopan group showed statistically significant improvement vs. Prednisone for:
    - Visual Analogue Scale
    - Index



Copyright © 2019 ChemoCentryx, Inc.    Confidential    94

# Summary: Renal Measurements

- ## Estimated Glomerular Filtration Rate
  - Avacopan group showed statistically significant improvement vs. Prednisone:
    - Week 26: 5.8 vs 2.8 mL/min/1.73 m$^2$
    - Week 52: 7.3 vs 4.0 mL/min/1.73 m$^2$

- ## Urinary Albumin:Creatinine Ratio
  - Avacopan group showed more rapid improvement vs. Prednisone:
    - -40% vs. 1% at 4 weeks



Copyright © 2019 ChemoCentryx, Inc.                                    Confidential    95

                                                           CCXI-0000812889

# Summary: Other Measurements

- Relapse Rate
  - Avacopan group had lower relapse rate vs. Prednisone:
- BVAS=0 at Week 4
  - No significant differences between treatment groups
- VDI
  - No significant differences between treatment groups



Copyright © 2019 ChemoCentryx, Inc.                                                     Confidential    96

CONFIDENTIAL                                                                     CCXI-0000812890

# Summary: Safety

- Serious AEs:
  - Lower incidence in Avacopan (42.2%) vs. Prednisone (45.1%)
  - Deaths: Avacopan 2 subjects, Prednisone 4 subjects
  - Serious Infections: Avacopan 12.0%, Prednisone 15.2%
- AEs of WBC count decreases:
  - Lower incidence of Avacopan (18.7%) vs. Prednisone (23.8%)
- AEs of Liver Abnormalities:
  - Avacopan 13.3% vs. Prednisone 11.6%
- Early withdrawals from study:
  - Avacopan 9.0% vs. Prednisone 9.1%
- Early withdrawal of study treatment:
  - Avacopan 22.3% vs. prednisone 21.2%

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential     97

CCXI-0000812891

# ADVOCATE Conclusions

- Both primary endpoints met:
  - Avacopan statistically superior to prednisone control in BVAS sustained remission at Week 52
  - Avacopan statistically non-inferior to Prednisone control in BVAS remission at Week 26
- Statistically significant decrease in glucocorticoid-related toxicity in avacopan vs. prednisone control (GTI, EULAR, and Investigator assessment)
- Statistically significant improvement in health-related quality of life in avacopan vs. prednisone control (SF-36 v2 and EQ-5D-5L)
- Statistically significant improvement in renal function with avacopan vs. prednisone (eGFR)
- More rapid improvement (statistically significant) in albuminuria with avacopan vs. prednisone
- Avacopan generally appears to be well tolerated and safe compared to prednisone control

Copyright © 2019 ChemoCentryx, Inc.

CHEMOCENTRYX

Confidential    98



CONFIDENTIAL

CCXI-0000812893