1  **BERNSTEIN LITOWITZ BERGER**
   **& GROSSMANN LLP**
2  Jonathan D. Uslaner (Bar No. 256898)
   (jonathanu@blbglaw.com)
3  Lauren M. Cruz (Bar No. 299964)
   (lauren.cruz@blbglaw.com)
4  2121 Avenue of the Stars, Suite 2575
   Los Angeles, CA 90067
5  Tel: (310) 819-3481

6  Salvatore J. Graziano (admitted *pro hac vice*)
   (salvatore@blbglaw.com)
7  Katie Sinderson (admitted *pro hac vice*)
   (katiem@blbglaw.com)
8  John Esmay (admitted *pro hac vice*)
   (john.esmay@blbglaw.com)
9  1251 Avenue of the Americas
   New York, NY 10020
10 Tel: 212-554-1400
   Fax: 212-554-1444

11

12 *Lead Counsel for Lead Plaintiff Indiana*
   *Public Retirement System and the Class*

13                    **UNITED STATES DISTRICT COURT**

14                  **NORTHERN DISTRICT OF CALIFORNIA**

15                         **OAKLAND DIVISION**

16

17 JONNIE HOMYK, et al.,                          Master File No. 4:21-cv-03343-JST *and*
                                                  *related case*, No. 4:21-cv-04357
18                        Plaintiffs,
                                                  **DECLARATION OF JONATHAN D.**
19        v.                                      **USLANER RE LEAD PLAINTIFF'S**
                                                  **ADMINISTRATIVE MOTION TO**
20 CHEMOCENTRYX, INC. et al.,                     **CONSIDER WHETHER ANOTHER**
                                                  **PARTY'S MATERIAL SHOULD BE**
21                        Defendants.             **SEALED**

22                                                Hearing Date: July 31, 2025
                                                  Time: 2:00 p.m.
23                                                Judge: Honorable Jon S. Tigar

24

25

26

27

28

---

DECLARATION OF JONATHAN D. USLANER                   Master File No. 21-cv-03343-JST
RE LEAD PLAINTIFF'S ADMIN. MOTION TO SEAL

1    I, JONATHAN D. USLANER, declare:

2    1.    I am an attorney admitted to practice before this Court.  I am a partner at the law

3 firm of Bernstein Litowitz Berger & Grossmann LLP, which is the Lead Counsel for Lead

4 Plaintiff Indiana Public Retirement System.  I submit this declaration in support of Lead

5 Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should Be

6 Sealed.  I have personal knowledge of the matters stated herein and, if called upon, I could and

7 would competently testify thereto.

8    1.    Lead Plaintiff believes that its Opposition to Defendants' Cross-Motion for

9 Summary Judgment and Lead Plaintiff's Reply in Support of Motion for Partial Summary

10 Judgment ("Opposition") does not contain information warranting sealing, including for the

11 reasons discussed in the Administrative Motion, filed herewith. *See* Civil L.R. 79-5(e) ("Only in

12 rare circumstances should a party seek to file portions of a pleading or brief under seal.").

13    2.    Nevertheless, under the terms of the Protective Order (ECF No. 69), Lead

14 Plaintiff is obligated to file provisionally the Opposition under seal, as it quotes and references

15 materials that Defendants have designated "Confidential" and have maintained require sealing.

16    3.    In accordance with Judge Tigar's Standing Order Governing Administrative

17 Motions to File Materials Under Seal (dated March 14, 2022) and Civil L.R. 79-5(e)(2) and

18 (d)(2), attached hereto is an unredacted copy of Lead Plaintiff's Opposition to Defendants'

19 Cross-Motion for Summary Judgment and Lead Plaintiff's Reply in Support of Motion for

20 Partial Summary Judgement (the "Motion") and Exhibits 38-88, 90-125, 127-132, 135-142, 144,

21 146-181, 183:

22

23
| Designating Party | Document | Text to be sealed |
|---|---|---|
24
25 | ChemoCentryx | Lead Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment and Lead Plaintiff's Reply in Support of Motion for Partial Summary Judgment. | Redaction of portions highlighted in green[1] |
26
27

28
---
[1] Highlighting in the documents has been added by Plaintiff for ease of reference.

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | Declaration in Support of Lead Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment and Lead Plaintiff's Reply In Support of Motion for Partial Summary Judgment, which quotes and refers to Exhibits 38-88, 90-125, 127-132, 135-142, 144, 146-181, and 183. | Redaction of portions highlighted in green |
| ChemoCentryx | Lead Plaintiff's Opposition to Defendants' Request for Judicial Notice. | Redaction of portions highlighted in green |
| ChemoCentryx | **Exhibit 38:**  a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000348432-34. | Sealing of entire document |
| ChemoCentryx | **Exhibit 39:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000288224-26. | Sealing of entire document |
| ChemoCentryx | **Exhibit 40**: a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000349022-26. | Sealing of entire document |
| ChemoCentryx | **Exhibit 41:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0002696752-54. | Sealing of entire document |
| ChemoCentryx | **Exhibit 42:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000422432-34. | Sealing of entire document |
| ChemoCentryx | **Exhibit 43:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000310038-45. | Sealing of entire document |
| ChemoCentryx | **Exhibit 44:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0005342010. | Sealing of entire document |
| ChemoCentryx | **Exhibit 45:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0005481442-43. | Sealing of entire document |
| ChemoCentryx | **Exhibit 46:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0002278593-97. | Sealing of entire document |

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | **Exhibit 47:** a document produced by third party Chao Wang, bearing Bates Number USDC_0000000253. | Sealing of entire document |
| ChemoCentryx | **Exhibit 48:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001670438-41. | Sealing of entire document |
| ChemoCentryx | **Exhibit 49:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0005481449-52. | Sealing of entire document |
| ChemoCentryx | **Exhibit 50:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000952208-09. | Sealing of entire document |
| ChemoCentryx | **Exhibit 51:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000368851-52. | Sealing of entire document |
| ChemoCentryx | **Exhibit 52**: a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0005668906-07. | Sealing of entire document |
| ChemoCentryx | **Exhibit 53:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001532653-55. | Sealing of entire document |
| ChemoCentryx | **Exhibit 54:** a document produced by third party Dr. Richard Glassock, bearing Bates Numbers CCX_GLASSOCK0002419-21. | Sealing of entire document |
| ChemoCentryx | **Exhibit 55:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0005601104-07. | Sealing of entire document |
| ChemoCentryx | **Exhibit 56:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001797555-57. | Sealing of entire document |
| ChemoCentryx | **Exhibit 57:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000952205-07. | Sealing of entire document |

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | **Exhibit 58:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0005405874. | Sealing of entire document |
| ChemoCentryx | **Exhibit 59:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001783140-54. | Sealing of entire document |
| ChemoCentryx | **Exhibit 60:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0001909652. | Sealing of entire document |
| ChemoCentryx | **Exhibit 61:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001855277-78. | Sealing of entire document |
| ChemoCentryx | **Exhibit 62:** a document produced by third party Richard Glassock, bearing Bates Number CCX_GLASSOCK0002520. | Sealing of entire document |
| ChemoCentryx | **Exhibit 63:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0007026450. | Sealing of entire document |
| ChemoCentryx | **Exhibit 64:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000400630-65. | Sealing of entire document |
| ChemoCentryx | **Exhibit 65:** excerpts of the transcript of the April 24, 2024 deposition of Dr. Catherine "Cass" Lee Kelleher. | Sealing of entire document |
| ChemoCentryx | **Exhibit 66:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001832841-65. | Sealing of entire document |
| ChemoCentryx | **Exhibit 67:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000304018-79. | Sealing of entire document |
| ChemoCentryx | **Exhibit 68:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0002683078-132. | Sealing of entire document |

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | **Exhibit 69:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000365248-305. | Sealing of entire document |
| ChemoCentryx | **Exhibit 70:** a document produced by the FDA, bearing Bates Numbers FDACDER004102-08. | Sealing of entire document |
| ChemoCentryx | **Exhibit 71:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000009558-86. | Sealing of entire document |
| ChemoCentryx | **Exhibit 72:** a document produced by the FDA, bearing Bates Numbers FDACDER003039-52. | Sealing of entire document |
| ChemoCentryx | **Exhibit 73:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000783973-81. | Sealing of entire document |
| ChemoCentryx | **Exhibit 74:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000364674-77. | Sealing of entire document |
| ChemoCentryx | **Exhibit 75**: a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000330787-92. | Sealing of entire document |
| ChemoCentryx | **Exhibit 76:** a document produced by the FDA, bearing Bates Numbers FDACDER004175-209. | Sealing of entire document |
| ChemoCentryx | **Exhibit 77:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000364721-53. | Sealing of entire document |
| ChemoCentryx | **Exhibit 78:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0007026547. | Sealing of entire document |
| ChemoCentryx | **Exhibit 79:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0007026548. | Sealing of entire document |

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | **Exhibit 80:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0007001050. | Sealing of entire document |
| ChemoCentryx | **Exhibit 81:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001676567-69. | Sealing of entire document |
| ChemoCentryx | **Exhibit 82:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0002230308-10. | Sealing of entire document |
| ChemoCentryx | **Exhibit 83:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0005979097-233. | Sealing of entire document |
| ChemoCentryx | **Exhibit 84:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001163671-72. | Sealing of entire document |
| ChemoCentryx | **Exhibit 85:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001765701-02. | Sealing of entire document |
| ChemoCentryx | **Exhibit 86:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0005566961-66. | Sealing of entire document |
| ChemoCentryx | **Exhibit 87:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000784540-43. | Sealing of entire document |
| ChemoCentryx | **Exhibit 88:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0002264568-70. | Sealing of entire document |
| ChemoCentryx | **Exhibit 90:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000369579-80. | Sealing of entire document |
| ChemoCentryx | **Exhibit 91:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000785052-63. | Sealing of entire document |

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | **Exhibit 92:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001232913-16. | Sealing of entire document |
| ChemoCentryx | **Exhibit 93:** a document produced by third party Richard Glassock, bearing Bates Number CCX_GLASSOCK0002529. | Sealing of entire document |
| ChemoCentryx | **Exhibit 94:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0004098253-55. | Sealing of entire document |
| ChemoCentryx | **Exhibit 95:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001664151-69. | Sealing of entire document |
| ChemoCentryx | **Exhibit 96:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0001532253. | Sealing of entire document |
| ChemoCentryx | **Exhibit 97:** a document produced by Defendant ChemoCentryx,  bearing Bates Numbers CCXI-0001131695-724. | Sealing of entire document |
| ChemoCentryx | **Exhibit 98:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0002263403-09. | Sealing of entire document |
| ChemoCentryx | **Exhibit 99:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000342311-14. | Sealing of entire document |
| ChemoCentryx | **Exhibit 100:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0001163669. | Sealing of entire document |
| ChemoCentryx | **Exhibit 101:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0005762282-84. | Sealing of entire document |
| ChemoCentryx | **Exhibit 102:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0005482441-43. | Sealing of entire document |

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | **Exhibit 103:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001646079-154. | Sealing of entire document |
| ChemoCentryx | **Exhibit 104:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000551414-22. | Sealing of entire document |
| ChemoCentryx | **Exhibit 105:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0002788692-238. | Sealing of entire document |
| ChemoCentryx | **Exhibit 106:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000551438-40. | Sealing of entire document |
| ChemoCentryx | **Exhibit 107:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0006176116-18. | Sealing of entire document |
| ChemoCentryx | **Exhibit 108:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001977877-78. | Sealing of entire document |
| ChemoCentryx | **Exhibit 109:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001932904-06. | Sealing of entire document |
| ChemoCentryx | **Exhibit 110:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001702942-95. | Sealing of entire document |
| ChemoCentryx | **Exhibit 111:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0001702939-41. | Sealing of entire document |
| ChemoCentryx | **Exhibit 112:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0004376412-546. | Sealing of entire document |
| ChemoCentryx | **Exhibit 113:** a document produced by the FDA, bearing Bates Numbers FDACDER002141-79. | Sealing of entire document |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | **Exhibit 114:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0005482973-76. | Sealing of entire document |
| ChemoCentryx | **Exhibit 115:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0006976983-90. | Sealing of entire document |
| ChemoCentryx | **Exhibit 116:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0002768645-46. | Sealing of entire document |
| ChemoCentryx | **Exhibit 117:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0004208124-45. | Sealing of entire document |
| ChemoCentryx | **Exhibit 118:** a compilation of documents produced by Defendant ChemoCentryx. | Sealing of entire document |
| ChemoCentryx | **Exhibit 119:** a document produced by third party Petrus Bekker, bearing Bates Numbers BEKKER-0000000065-66. | Sealing of entire document |
| ChemoCentryx | **Exhibit 120:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0006970421-35. | Sealing of entire document |
| ChemoCentryx | **Exhibit 121:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000376437-49. | Sealing of entire document |
| ChemoCentryx | **Exhibit 122:**  a document produced by third party Amgen, bearing Bates Numbers AMG10947-0000003438-40. | Sealing of entire document |
| ChemoCentryx | **Exhibit 123:** a document produced by third party Amgen, bearing Bates Numbers AMG10947-0000010174-76. | Sealing of entire document |
| ChemoCentryx | **Exhibit 124:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000229685, CCXI-0000229701-113. | Sealing of entire document |

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | **Exhibit 125:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000223258-61. | Sealing of entire document |
| ChemoCentryx | **Exhibit 127:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000489573-81. | Sealing of entire document |
| ChemoCentryx | **Exhibit 128:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000562441-43. | Sealing of entire document |
| ChemoCentryx | **Exhibit 129:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0006176129. | Sealing of entire document |
| ChemoCentryx | **Exhibit 130:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000340304-41. | Sealing of entire document |
| ChemoCentryx | **Exhibit 131:** a document produced by third party Burns McClellan, bearing Bates Number BM_0000004693. | Sealing of entire document |
| ChemoCentryx | **Exhibit 132:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0004616410-18. | Sealing of entire document |
| ChemoCentryx | **Exhibit 135:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0003065083-87. | Sealing of entire document |
| ChemoCentryx | **Exhibit 136:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0007549364-65. | Sealing of entire document |
| ChemoCentryx | **Exhibit 137:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0002557626-34. | Sealing of entire document |
| ChemoCentryx | **Exhibit 138:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000288282-83. | Sealing of entire document |

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | **Exhibit 139:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000446549-52. | Sealing of entire document |
| ChemoCentryx | **Exhibit 140:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0004668212-13. | Sealing of entire document |
| ChemoCentryx | **Exhibit 141:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0000317209-16. | Sealing of entire document |
| ChemoCentryx | **Exhibit 142:** excerpts of the transcript of the July 26, 2024 deposition of Dr. Petrus Bekker. | Sealing of entire document |
| ChemoCentryx | **Exhibit 144:** a document produced by third party Piper Sandler, bearing Bates Numbers PS014406-08. | Sealing of entire document |
| ChemoCentryx | **Exhibit 146:** is a true and correct copy of an excerpt of the October 28, 2024 report of Dr. Allen Ferrell. | Sealing of entire document |
| ChemoCentryx | **Exhibit 147:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0002667069. | Sealing of entire document |
| ChemoCentryx | **Exhibit 148:** the September 25, 2024 expert report of Dr. Matthew Cain. | Sealing of entire document |
| ChemoCentryx | **Exhibit 149:** the November 25, 2024 expert report of Dr. Matthew Cain. | Sealing of entire document |
| ChemoCentryx | **Exhibit 150:** the November 25, 2024 expert report of Dr. Mark Walton. | Sealing of entire document |
| ChemoCentryx | **Exhibit 151:** the September 25, 2024 expert report of Dr. Marc Walton. | Sealing of entire document |

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | **Exhibit 152:** the September 25, 2024 expert report of Dr. Alan Bonder. | Sealing of entire document |
| ChemoCentryx | **Exhibit 153:** the November 25, 2024 expert report of Dr. Alan Bonder. | Sealing of entire document |
| ChemoCentryx | **Exhibit 154:** the November 25, 2024 expert report of Dr. Simon Helfgott. | Sealing of entire document |
| ChemoCentryx | **Exhibit 155:** the September 25, 2024 expert report of Dr. Simon Helfgott. | Sealing of entire document |
| ChemoCentryx | **Exhibit 156:** the September 25, 2024 expert report of Dr. David Madigan. | Sealing of entire document |
| ChemoCentryx | **Exhibit 157:** the November 25, 2024 expert report of Dr. David Madigan. | Sealing of entire document |
| ChemoCentryx | **Exhibit 158:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0000316523. | Sealing of entire document |
| ChemoCentryx | **Exhibit 159:** the sealed transcript of the April 10, 2025 hearing before this Court regarding the Motions to Exclude filed by Lead Plaintiff and Defendants in this action. | Sealing of entire document |
| ChemoCentryx | **Exhibit 160:** excerpts of the transcript of the January 30, 2024 deposition of Dr. David Goodkin. | Sealing of entire document |
| ChemoCentryx | **Exhibit 161:** excerpts of the transcript of the December 1, 2023 deposition of Dr. Richard Glassock. | Sealing of entire document |
| ChemoCentryx | **Exhibit 162:** excerpts of the transcript of the December 15, 2023 deposition of Dr. Willis Maddrey. | Sealing of entire document |

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | **Exhibit 163:** excerpts of the transcript of the December 1, 2023 deposition of Dr. Richard Glassock. | Sealing of entire document |
| ChemoCentryx | **Exhibit 164:** excerpts of the transcripts of the August 30 and 31, 2024 depositions of Defendant Schall. | Sealing of entire document |
| ChemoCentryx | **Exhibit 165:** excerpts of the transcript of the January 30, 2024 deposition of Dr. David Goodkin. | Sealing of entire document |
| ChemoCentryx | **Exhibit 166:** excerpts of the transcript of the August 19, 2024 deposition of Edward White. | Sealing of entire document |
| ChemoCentryx | **Exhibit 167:** excerpts of the transcript of the September 24, 2024 deposition of Steven Seedhouse. | Sealing of entire document |
| ChemoCentryx | **Exhibit 168:** excerpts of the transcript of the December 4, 2024 deposition of Dr. Frank Ferrell. | Sealing of entire document |
| ChemoCentryx | **Exhibit 169:** excerpts of the transcript of the December 15, 2023 deposition of Dr. Willis Maddrey. | Sealing of entire document |
| ChemoCentryx | **Exhibit 170:** excerpts of the transcript of the March 21, 2024 deposition of Dr. Jan Hillson. | Sealing of entire document |
| ChemoCentryx | **Exhibit 171:** excerpts of the transcript of the January 23, 2025 deposition of Dr. Naga Chalasani. | Sealing of entire document |
| ChemoCentryx | **Exhibit 172:** a document produced by Defendant ChemoCentryx, bearing Bates Numbers CCXI-0004458004-171. | Sealing of entire document |
| ChemoCentryx | **Exhibit 173:** excerpts of the transcript of the May 23, 2024 deposition of Chao Wang. | Sealing of entire document |

| Designating Party | Document | Text to be sealed |
|---|---|---|
| ChemoCentryx | **Exhibit 174:** excerpts of the transcript of the March 18, 2024 deposition of Dr. David Jayne. | Sealing of entire document |
| ChemoCentryx | **Exhibit 175:** excerpts of the transcript of the August 17, 2024 deposition of Dr. Peter Merkel. | Sealing of entire document |
| ChemoCentryx | **Exhibit 176:** excerpts of the transcript of the May 10, 2024 deposition of Huibin Yue. | Sealing of entire document |
| ChemoCentryx | **Exhibit 177:** a document produced by Defendant ChemoCentryx, bearing Bates Number CCXI-0001493178. | Sealing of entire document |
| ChemoCentryx | **Exhibit 178:** excerpts of the transcript of the July 8, 2024 deposition of Susan Kanaya. | Sealing of entire document |
| ChemoCentryx | **Exhibit 179:** excerpts of the transcript of the August 7, 2024 deposition of Edward Tenthoff. | Sealing of entire document |
| ChemoCentryx | **Exhibit 180:** excerpts of the transcript of the November 18, 2024 deposition of Dr. Steven Weisman. | Sealing of entire document |
| ChemoCentryx | **Exhibit 181:** a chart titled "Examples Of Information Disclosed In FDA's May 4 Briefing Book And Information Provided To Defendants Before Or During The Class Period." | Sealing of entire document |
| ChemoCentryx | **Exhibit 183:** excerpts of the transcript of the November 1, 2023 deposition of David Ferreiro. | Sealing of entire document |

4.     The Oppositions and Declaration refer to and reflect material designated "Confidential" by Defendants.

5.          Exhibits 47, 54, 62, 65, 70, 72, 76, 93, 113, 118-119, 122-123, 131, 142, 144, 146, 148-157, 159, 162, 164, 166-171, 173-176, 178-181 refer to and reflect material designated "Confidential" by Defendants.

6.          Exhibits 38-46, 48-53, 55-61, 63-64, 66-69, 71, 73-75, 77-88, 90-92, 94-112, 114-117, 120-121, 124-125, 127-130, 132, 135-141, 147, 158, 160, 161, 163, 165, 172, and 177 were designated "Confidential" by Defendants.

7.          By making this motion, Lead Plaintiff does not concede that these materials are, in fact, Confidential or warrant remaining under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 19, 2025.


By: */s/ Jonathan D. Uslaner*
          Jonathan D. Uslaner