UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONNIE HOMYK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMOCENTRYX, INC., et al.,<br><br>Defendants. | Case No. 21-cv-03343-JST<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Re: ECF No. 285 |

Before the Court is Defendants' administrative motion to file under seal portions of their cross-motion for summary judgment and opposition to Lead Plaintiff Indiana Public Retirement System's ("Lead Plaintiff") motion for partial summary judgment, and supporting documents thereto ("Motion to Seal"), ECF No. 285. Lead Plaintiff opposes Defendants' motion to file under seal the following exhibits to their summary judgment motion: Exhibits 5, 10, 11, 13, 15, 22, 29, 49, and 62–65. ECF No. 290-3 at 2.

Having considered Defendants' Motion to Seal, the declaration of Meryn C. N. Grant in support thereof, and Lead Plaintiff's opposition to the motion to seal, the Court grants in part and denies in part Defendants' motion to seal as follows:

| **Document[1]** | **Text to be Sealed** | **Ruling on Sealing Request** |
|---|---|---|
| Defendants' Cross-Motion for Summary Judgment and Opposition to Lead Plaintiff's Motion for Partial | Highlighted Portions | GRANTED |

---

[1] Unless otherwise noted, Exhibits are to the "Declaration of Meryn C. N. Grant in Support of Defendants' Cross-Motion for Summary Judgment and Opposition to Lead Plaintiff's Motion for Partial Summary Judgment," ECF No. 285-1.

| Document[1] | Text to be Sealed | Ruling on Sealing Request |
|---|---|---|
| Summary Judgment | | |
| Declaration of Petrus Bekker | Highlighted Portions | GRANTED |
| Exhibit 1 to Bekker Decl. (SRAP) | In Full | GRANTED |
| Declaration of Thomas Schall | Highlighted Portions | GRANTED |
| Exhibit 5 (Weisman Rep.) | Highlighted Portions | DENIED |
| Exhibit 10 (Bekker Dep. I) | Highlighted Portions | DENIED |
| Exhibit 11 (Bekker Dep. II) | Highlighted Portions | DENIED |
| Exhibit 13 (Jayne Dep.) | Highlighted Portions | DENIED |
| Exhibit 15 (Schall Dep. II) | Highlighted Portions | DENIED |
| Exhibit 16 (Protocol) | Highlighted Portions | GRANTED |
| Exhibit 22 (Yue Dep.) | Highlighted Portions | DENIED |
| Exhibit 23 (Medpace Agreement) | In Full | GRANTED |
| Exhibit 24 (Adj. Com. Charter) | In Full | GRANTED |
| Exhibit 29 (Cain Dep.) | Highlighted Portions | DENIED |
| Exhibit 49 (Chalasani Rep.) | Highlighted Portions | DENIED |
| Exhibit 62 (Eml. re: Follow Up) | In Full | DENIED |
| Exhibit 63 (Eml. re: Data issue) | In Full | DENIED |
| Exhibit 64 (Eml. re: BVAS Table) | In Full | DENIED |
| Exhibit 65 (Eml. re: Table) | In Full | DENIED |
| Exhibit 75 (SAP) | Highlighted Portions | GRANTED |

/ / /

/ / /

/ / /

Defendants shall file the following exhibits unredacted on the public docket within seven days of the date of this order: Exhibits 5, 10, 11, 13, 15, 22, 29, 49, and 62–65.

**IT IS SO ORDERED.**

Dated: June 20, 2025



JON S. TIGAR
United States District Judge

3