1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JONNIE HOMYK, et al.,<br>　　　　　　Plaintiffs,<br>　v.<br>CHEMOCENTRYX, INC. et al.,<br>　　　　　　Defendants. | Master File No. 4:21-cv-03343-JST *and related case*, No. 4:21-cv-04357<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] **ORDER RE: LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Re: ECF No. 290 |

Lead Plaintiff Indiana Public Retirement System's Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (the "Motion") was brought before this Court. Upon consideration of the Motion, the Court finds as follows as to whether Defendants have demonstrated good cause and compelling reasons to warrant the sealing of Lead Plaintiff's Opposition to Defendants' Motion to File Under Seal:

| Document | Text to be sealed | Court's ruling |
|---|---|---|
| Lead Plaintiff's Opposition to Defendants' Motion to File Under Seal | Redaction of portions highlighted in green | SEALING DENIED |

Lead Plaintiff shall file an unredacted version of its opposition to Defendants' motion to file under seal on the public docket.

**IT IS SO ORDERED.**

Dated:  June 20, 2025



_____
Hon. Jon S. Tigar
U.S. District Judge