**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
Lauren M. Cruz (Bar No. 299964)
(lauren.cruz@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

Salvatore J. Graziano (admitted *pro hac vice*)
(salvatore@blbglaw.com)
Katie Sinderson (admitted *pro hac vice*)
(katiem@blbglaw.com)
John Esmay (admitted *pro hac vice*)
(john.esmay@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-554-1400
Fax: 212-554-1444

*Lead Counsel for Lead Plaintiff Indiana Public Retirement System and the Class*

[Additional Counsel Appear on Signature Page]

**FILED UNDER SEAL**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JONNIE HOMYK, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CHEMOCENTRYX, INC. et al.,<br><br>        Defendants. | Master File No. 4:21-cv-03343-JST *and related case*, No. 4:21-cv-04357<br><br>**ADDITIONAL DOCUMENT FOR LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 303)**<br><br>Hearing Date: July 31, 2025<br>Time: 2:00 p.m.<br>Judge: Honorable Jon S. Tigar |

Filed herewith is an additional document for Lead Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 303) ("Motion to Seal"). The additional document is an unredacted version of the Declaration of Jonathan D. Uslaner in Support of Lead Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment and Lead Plaintiff's Reply in Support of Motion for Partial Summary Judgment, which was inadvertently not included with the Motion to Seal. A public version of the declaration was filed as ECF No. 301.

DATED: June 20, 2025

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, California 90067
Tel: (310) 819-3481

*Lead Counsel for Lead Plaintiff Indiana Public Retirement System and the Class*