1  **BERNSTEIN LITOWITZ BERGER**
    **& GROSSMANN LLP**
2  Jonathan D. Uslaner (Bar No. 256898)
    (jonathanu@blbglaw.com)
3  Lauren M. Cruz (Bar No. 299964)
    (lauren.cruz@blbglaw.com)
4  2121 Avenue of the Stars, Suite 2575
    Los Angeles, CA 90067
5  Tel: (310) 819-3481

6  Salvatore J. Graziano (admitted *pro hac vice*)
    (salvatore@blbglaw.com)
7  Katie Sinderson (admitted *pro hac vice*)
    (katiem@blbglaw.com)
8  Jorge G. Tenreiro (admitted *pro hac vice*)
    (jorge.tenreiro@blbglaw.com)
9  Robert F. Kravetz, Jr. (admitted *pro hac vice*)
    (robert.kravetz@blbglaw.com)
10 1251 Avenue of the Americas
    New York, NY 10020
11 Tel: 212-554-1400
    Fax: 212-554-1444
12
    *Lead Counsel for Lead Plaintiff Indiana*
13  *Public Retirement System and the Class*

14 [Additional Counsel Appear on Signature Page]

15
**UNITED STATES DISTRICT COURT**
16
**NORTHERN DISTRICT OF CALIFORNIA**
17
**OAKLAND DIVISION**
18

| | |
|---|---|
| 19  JONNIE HOMYK, et al., | Master File No. 4:21-cv-03343-JST *and related case*, No. 4:21-cv-04357 |
| 20              Plaintiff,<br>          v. | **JOINT STATEMENT RE: CASE SCHEDULE** |
| 21  CHEMOCENTRYX, INC., et al., | |
| 22              Defendants. | Hon. Jon S. Tigar |

1  Pursuant to the Court's June 30, 2025 Order (the "Order"), Lead Plaintiff Indiana Public Retirement System (the "Lead Plaintiff"), and Defendants ChemoCentryx, Inc. and Dr. Thomas J. Schall (collectively, "Defendants," and together with Lead Plaintiff, the "Parties"), through their counsel, submit the following Joint Statement Re: Case Schedule.

The Order directed the Parties to "meet and confer and file a joint statement with proposed dates for (1) the first day of jury selection, with a date beginning in 2026; and (2) the pretrial conference, to take place on a Friday at least 38 days before the first day of jury selection," with the "pretrial conference statement … due 7 days before the pretrial conference."

In accordance with the Order, the Parties have met and conferred and jointly propose the following dates:

| Event | Date |
| --- | --- |
| Pretrial conference statement | January 9, 2026 |
| Pretrial conference | January 16, 2026 |
| First day of jury selection | February 23, 2026 |

DATED: July 9, 2025

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
Lauren M. Cruz (Bar No. 299964)
(lauren.cruz@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, California  90067
Tel: (310) 819-3481

*-and-*

Salvatore J. Graziano (admitted *pro hac vice*)
(salvatore@blbglaw.com)
Katie Sinderson (admitted *pro hac vice*)
(katiem@blbglaw.com)
Jorge G. Tenreiro (admitted *pro hac vice*)
(jorge.tenreiro@blbglaw.com)

Robert F. Kravetz, Jr. (admitted *pro hac vice*)
(robert.kravetz@blbglaw.com)
John Esmay (admitted *pro hac vice*)
(john.esmay@blbglaw.com)
Shane D. Avidan (admitted *pro hac vice*)
(shane.avidan@blbglaw.com
Jim Briggs (admitted *pro hac vice*)
(jim.briggs@blbglaw.com)
1251 Avenue of the Americas
New York, New York  10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Lead Counsel for Lead Plaintiff Indiana Public Retirement System and the Class*

**LATHAM & WATKINS LLP**

*/s/ Blake T. Denton*
Blake T. Denton (*pro hac vice)*
*Blake.Denton@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Tel.: +1.212-906-1200

Michele D. Johnson (Bar No. 198298)
*Michele.Johnson@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
T: (714) 540-1235 / F: (714) 755-8290

Colleen C. Smith (Bar No. 231216)
*colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
T: (858) 523-5400 / F: (858) 523-5450

Andrew B. Clubok (*pro hac vice)*
*Andrew.clubok@lw.com*
Susan E. Engel (*pro hac vice)*
*Susan.Engel@lw.com*
Brittany M.J. Record (*pro hac vice)*
*Brittany.Record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004

|   |   |
|---|---|
| 1 | Tel.: +1.202.637.2200 |
| 2 | Meryn C. N. Grant (Bar No. 291315) |
|   | *Meryn.Grant@lw.com* |
| 3 | 355 South Grand Avenue |
|   | Los Angeles, CA 90071 |
| 4 | T: +1.213.485.1234 |

*Attorneys for Defendants ChemoCentryx, Inc. and Thomas J. Schall*

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of California's Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

DATED: July 9, 2025

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner