1 | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
2 | Jonathan D. Uslaner (Bar No. 256898)
  | (jonathanu@blbglaw.com)
3 | Lauren M. Cruz (Bar No. 299964)
  | (lauren.cruz@blbglaw.com)
4 | 2121 Avenue of the Stars, Suite 2575
  | Los Angeles, CA 90067
5 | Tel: (310) 819-3470
  | *-and-*
6 |
7 | Salvatore J. Graziano (admitted pro hac vice)
  | (salvatore@blbglaw.com)
8 | Jorge G. Tenreiro (admitted pro hac vice)
  | (Jorge.Tenreiro@blbglaw.com)
  | Katie Sinderson (admitted pro hac vice)
9 | (katiem@blbglaw.com)
  | 1251 Avenue of the Americas
10 | New York, NY 10020
  | Tel: 212-554-1400
11 | Fax: 212-554-1444

*Lead Counsel for Lead Plaintiff Indiana Public Retirement System and the Class*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JONNIE HOMYK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMOCENTRYX, INC. et al., <br><br> Defendants. | Master File No. 4:21-cv-03343-JST *and related case*, No. 4:21-cv-04357 <br><br> **NOTICE OF FILING PUBLIC VERSIONS OF PREVIOUSLY SEALED EXHIBITS TO LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AND LEAD PLAINTIFF'S REPLY IN SUPPORT OF PARTIAL SUMMARY JUDGMENT** <br><br> Judge: Honorable Jon S. Tigar |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiff Indiana Public Retirement System ("Lead Plaintiff") hereby files public versions of the exhibits filed in connection with its opposition to Defendants' motion for summary judgment for which Defendants agreed sealing is no longer required. *See* ECF No. 313. Specifically, Lead Plaintiff hereby files as Attachments 1-70 public versions of Exhibits 38-44, 51, 58, 61, 63-65, 67-69, 71, 77-80, 85, 90, 94, 95, 99, 102-106, 108, 111, 114-118, 120-123, 127-130, 132, 135-142, 146-153, 158, 164, 168, 171, 175, 178, and 180 to the Declaration of Jonathan D. Uslaner in Support of Lead Plaintiff's Opposition to Defendants' Cross-Motion for Summary Judgment and Lead Plaintiff's Reply in Support of Motion for Partial Summary Judgment. *See* ECF No. 301.

DATED: July 10, 2025    Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
Lauren M. Cruz (Bar No. 299964)
(lauren.cruz@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, California  90067
Tel: (310) 819-3470

-*and*-

Salvatore J. Graziano (admitted pro hac vice)
(salvatore@blbglaw.com)
Jorge G. Tenreiro (admitted pro hac vice)
(Jorge.Tenreiro@blbglaw.com)
Katie Sinderson (admitted pro hac vice)
(katiem@blbglaw.com)
Robert F. Kravetz, Jr. (admitted pro hac vice)
(Robert.kravetz@blbglaw.com)
John Esmay (admitted pro hac vice)
(john.esmay@blbglaw.com)
Shane D. Avidan (admitted pro hac vice)
(Shane.Avidan@blbglaw.com
Jim Briggs (admitted pro hac vice)
(Jim.Briggs@blbglaw.com)

|   |   |
|---|---|
| 1 | 1251 Avenue of the Americas |
| 2 | New York, New York 10020 |
|   | Tel: (212) 554-1400 |
| 3 | Fax: (212) 554-1444 |
| 4 | *Lead Counsel for Lead Plaintiff Indiana Public Retirement System and the Class* |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |