# Attachment 4

# Uslaner Declaration Ex. 41

# (ECF No. 303-9)

# Exhibit 41

FILED UNDER SEAL

Message
_____

**From:** Catherine Kelleher [/O=CHEMOCENTRYX/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CATHERINE KELLEHERAF6]
**Sent:** 5/15/2020 3:32:04 AM
**To:** Pirow Bekker [/O=CHEMOCENTRYX/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Pirow Bekker970]
**Subject:** For our discussion tomorrow: DMC again requests clear reporting of maximal transaminase and bilirubin elevations
in CCX168 CIOMS


HI, I forwarded this previous but so it is convenient, for our talk tomorrow. Kind regards, cass

_____

**From:** Catherine Kelleher
**Sent:** Tuesday, December 31, 2019 4:13 PM
**To:** 'davidagoodkin@comcast.net' <davidagoodkin@comcast.net>
**Cc:** 'Richard Glassock'' <rjglassock@gmail.com>; 'daniel.cattran@uhn.ca' <daniel.cattran@uhn.ca>;
'Howard.Trachtman@nyulangone.org' <Howard.Trachtman@nyulangone.org>;
'chao.wang@pharmadataassociates.com' <chao.wang@pharmadataassociates.com>; 'kkalunian@ad.ucsd.edu.'
<kkalunian@ad.ucsd.edu.>
**Subject:** RE: DMC again requests clear reporting of maximal transaminase and bilirubin elevations in CCX168 CIOMS

Dear David,

Thank you for your email. As you know, this is a difficult day to get hold of people; I am working hard to resolve this
language around assessment of similar events for liver so we are all are aligned. We will make sure you see and agree
with the final language before submission. I totally agree we cannot say no permanent liver damage, it has been
removed.

As we have discussed, the sponsor is performing a formal Safety Assessment Report (SAR) and deep dive on all SAE
related to liver; at the last DMC I presented an example of an individual case assessment for 326-002. My understanding
was the DMC agreed with the approach and depth of our analysis. As agreed, the conclusion of the SAR will be shared
with the DMC when completed.

Let's touch base after the New Year and assure we are aligned.

Have a good New Year's Eve!

Kind regards,
Cass

_____

**From:** davidagoodkin@comcast.net <davidagoodkin@comcast.net>
**Sent:** Tuesday, December 31, 2019 12:14 PM
**To:** Catherine Kelleher <ckelleher@chemocentryx.com>
**Cc:** 'Richard Glassock' <rjglassock@gmail.com>; daniel.cattran@uhn.ca; Howard.Trachtman@nyulangone.org;
chao.wang@pharmadataassociates.com; kkalunian@ad.ucsd.edu. .
**Subject:** RE: DMC again requests clear reporting of maximal transaminase and bilirubin elevations in CCX168 CIOMS

Hello Cass,

Feel free to call me at your convenience.

CONFIDENTIAL                                                                  CCXI-0002696752

The DMC has repeatedly requested that the CIOMS reports unblind the assignment to CCX168 for 326-002 and 429-004.  ==In our opinion, the investigators need to know that the Hy's Law case and the positive rechallenge case were due to Avacopan, not placebo.  Furthermore, Dr. Maddrey conveyed to us his conviction that Avacopan, and not any concomitant medication including Bactrim, caused the liver dysfunction.==

The sentence below "*Please note, these cases are confounded by the administration of multiple medications as detailed in the CIOMS*" diminishes the safety message and is not believed by ChemoCentryx's liver expert (a world authority on drug hepatotoxicity).  It is certainly untrue for the results following the rechallenge with Avacopan.

The liver has vast functional reserve.  If the drug-induced episodes caused scarring or permanent damage to only a fraction of the liver, the transaminases and other liver chemistry markers could return to normal. The assertion below "There was no permanent liver damage" (both 326-002 and 429-004) cannot be known without autopsy and should be deleted.

==The DMC has long been concerned that CCX168 safety reporting downplays potential drug toxicities.==

David

---

**From:** Catherine Kelleher <ckelleher@chemocentryx.com>
**Sent:** Friday, December 27, 2019 12:18 PM
**To:** davidagoodkin@comcast.net
**Subject:** FW: DMC again requests clear reporting of maximal transaminase and bilirubin elevations in CCX168 CIOMS

*Hi David,*

*I hope you are having a wonderful holiday season!*

*We (Suji Prasad, Lead of Clin Ops and myself) met with the MEDPACE team this am. Off-line discussion which I will share when we talk.  We have provided the information below to MEDPACE to add to the analysis of similar events. It is being formally QCd. Please review and assure you agree.*

*Let's touch base on the phone next week if convenient for you.*

*Thank you for all your help and support.*

*Kind regards,*
*Cass*

---

MPUID5375

---

This message is intended only for the recipient named. If you are not the intended recipient you are notified that disclosing, copying, contributing or taking any action in reliance on the contents of this information is strictly prohibited.

---

CONFIDENTIAL                                                                                          CCXI-0002696753

This message is intended only for the recipient named. If you are not the intended recipient you are notified that disclosing, copying, contributing or taking any action in reliance on the contents of this information is strictly prohibited.

This message is intended only for the recipient named. If you are not the intended recipient you are notified that disclosing, copying, contributing or taking any action in reliance on the contents of this information is strictly prohibited.

This message is intended only for the recipient named. If you are not the intended recipient you are notified that disclosing, copying, contributing or taking any action in reliance on the contents of this information is strictly prohibited.

CONFIDENTIAL

CCXI-0002696754