# Attachment 62

# Uslaner Declaration Ex. 152

# (ECF No. 303-114)

# Exhibit 152

## FILED UNDER SEAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JONNIE HOMYK, individually and on behalf of all others similarly situated,<br>                              Plaintiff,<br>        v.<br><br>CHEMOCENTRYX, INC. AND THOMAS J. SCHALL,<br>                    Defendants. | **Case No.**<br><br>**4:21-cv-03343**<br><br><br>**CLASS ACTION** |

**EXPERT REPORT OF DR. ALAN BONDER**

**SEPTEMBER 25, 2024**

## 1. INTRODUCTION AND SUMMARY OF OPINIONS

1. I am an Associate Professor of Medicine at Harvard Medical School and a Medical Director at Beth Israel Deaconess Medical Center, Harvard Medical School's teaching hospital. I have been a practicing hepatologist for over 13 years, with considerable experience in drug-induced-liver-injury ("DILI"). I have authored more than 80 peer-reviewed articles on issues relating to hepatology. I have been asked by counsel for Lead Plaintiff in the above captioned case to opine on various hepatologic issues related to avacopan, the ADVOCATE trial, and the May 6, 2021 FDA Advisory Committee meeting.

2. The opinions I present in this report can be summarized as follows:

- DILI is a significant drug safety issue for clinicians and a major concern for the FDA. DILI can lead to irreversible injury, and even death, and it is particularly dangerous in AAV patients. For this reason, the FDA significantly restricts the use of drugs with potential to cause DILI. Moreover, a drug's potential for DILI has substantial weight in prescribers' risk/benefit assessment, as monitoring for, and treating, DILI is burdensome for both providers and patients.

- In the pre-approval context, a drug's potential liver toxicity is assessed by looking to: (1) imbalances in the rate of hepatobiliary adverse events (i.e., cases of injury to the liver) associated with the experimental drug; (2) cases of abnormal liver function (e.g., elevated laboratory values), including cases of extreme abnormal liver function involving the experimental drug, such as Hy's Law cases; (3) cases of liver injury involving positive (or negative) rechallenges and dechallenges to the experimental drug; and (4) imbalances in the rate of liver-related discontinuations associated with the experimental drug (particularly where, as here, a discontinuation rule has been into place requiring early withdrawal from the study at the beginning stages of liver dysfunction). Overt evidence of DILI in pre-approval clinical trial data is rare, given the typical size of such databases; this was particularly true in the case of avacopan, where less than 250 patients had received avacopan in adequate and well-controlled studies for AAV.

- As the ADVOCATE Data Monitoring Committee ("DMC"), Dr. Willis Maddrey – a

leading expert in liver toxicity hired by ChemoCentryx, and others repeatedly told ChemoCentryx, the ADVOCATE data gave rise to a strong and extremely concerning liver toxicity signal on avacopan, indicating that the drug has the potential to cause severe and irreversible liver injury. As ChemoCentryx consultants and scientific personnel explained, this strong liver toxicity signal was supported by powerful evidence from each of the indicators of DILI potential discussed above.

- As the DMC pointed out, and as ChemoCentryx's analyses made clear, avacopan was associated with a substantial increase in the risk of both serious and combined adverse hepatobiliary events – a six-fold and more than three-fold increase. The difference is even more significant when drug-related adverse hepatobiliary events are evaluated. The striking imbalance in hepatobiliary SAEs and AEs against avacopan yields a strong and clear liver toxicity signal on the drug and would be important to the medical and scientific communities' view of avacopan's safety. Indeed, the FDA highlighted these differences in concluding that there was a liver safety signal on avacopan. Moreover, the fact that these substantial differences were observed despite the small number of patients enrolled in the ADVOCATE study underscores the strength of the liver toxicity signal on avacopan.

- As the DMC and Dr. Maddrey pointed out to ChemoCentryx, the specific adverse hepatobiliary events observed on avacopan, including an imbalance in cases of cytolytic hepatitis, cholestatic hepatitis, and cholestasis – some the product of positive dechallenges and even rechallenges, further strengthen the liver toxicity signal on avacopan evident in the ADVOCATE trial data.

- At least two avacopan patients experienced probable DILI meeting Hy's Law criteria. These adverse events further strengthen the liver toxicity signal on avacopan, as the DMC, Dr. Maddrey, and another hepatologist hired by ChemoCentryx, Dr. Lewis, observed and reported to ChemoCentryx.

- In ADVOCATE, despite the small number of patients enrolled, there was at least one case, and possibly two cases, of serious liver injury involving a positive rechallenge to avacopan. In addition to these positive rechallenge cases, there were five cases of positive dechallenge on avacopan. There were no negative dechallenges or rechallenges on

avacopan; both times patients with liver injury were rechallenged with avacopan, that rechallenge was positive. These adverse events, provide strong evidence of avacopan's liver toxicity – as the DMC, Dr. Maddrey, and even ChemoCentryx's own Chief Medical Officer explained – and would be important to the medical and community's assessment and understanding of avacopan's safety.

- In ADVOCATE, avacopan was associated with a greater rate of liver-related discontinuations versus comparator. Five avacopan patients discontinued ADVOCATE because of adverse hepatobiliary events compared with none in the comparator arm – a difference that is statistically significant despite the small size of the study. Moreover, seven avacopan patients discontinued the study due to elevations in liver function compared with just two in the comparator arm; when elevations deemed drug-related are analyzed the imbalance in discontinuations is even more stark: 7 on avacopan versus 0 in the comparator arm – again, a statistically significant difference. As the DMC pointed out to ChemoCentryx, the imbalance in liver-related discontinuations associated with avacopan is another strong signal of the drug's hepatotoxicity, particularly given the discontinuation rule imposed in the study at the DMC's request. Indeed, the FDA cited this imbalance in concluding that there was a liver toxicity on avacopan. These data would be important to the medical and scientific community because they are not only an independent category of adverse-liver events showing increased risk on avacopan, they indicate that the analyses of liver-related adverse events likely understate the true risk of liver injury on avacopan.

- The unanimous ADVOCATE DMC, Dr. Maddrey, and other ChemoCentryx advisors and even the Company's own scientific executives warned ChemoCentryx that the ADVOCATE clinical trial data gave rise to a medically significant and highly troubling liver signal on avacopan. These warnings would have alerted ChemoCentryx that avacopan was associated with a strong liver toxicity signal that significantly impacted the overall risk-benefit profile of the drug and needed to be disclosed to the medical and scientific communities.

- ChemoCentryx's statements regarding avacopan's safety – for instance, statements

asserting that avacopan's safety profile was "acceptable" and "favorable" and citing cherry-picked positive safety data, while failing to disclose that a significant liver toxicity signal was observed on avacopan or any of the adverse liver safety data discussed above and below – created a significant risk of misleading members of the scientific and medical communities. Disclosure that a significant liver toxicity signal was observed on avacopan or the adverse liver safety data discussed above, separately and certainly collectively, would have substantially undermined the medical community's view of avacopan's safety profile, and therefore, of the drug's risk-benefit profile.

- I agree with the unanimous DMC that, far from fully disclosing the nature, scope, and severity of the liver toxicity signal associated with avacopan, ChemoCentryx's *New England Journal of Medicine* article purporting to report the ADVOCATE results was itself affirmatively misleading regarding avacopan's safety.

- The briefing materials published on May 4, 2021 in connection with the May 6, 2021 avacopan Advisory Committee meeting, and the discussion of avacopan's safety at the meeting itself, provided medically important information regarding avacopan's liver toxicity risk and the clinical implications of that risk.

## 2. QUALIFICATIONS AND COMPENSATION

3. I graduated with high honors from Anahuac University School of Medicine. After completing a pregraduate internship at Jackson Memorial Hospital in Miami, I completed my internal medicine residency at Tufts Medical Center, followed by a fellowship in gastroenterology and endoscopy. In 2013, I completed an advanced hepatology fellowship at Beth Israel Deaconess Medical Center (BIDMC), which is affiliated with Harvard University.

4. I am a practicing hepatologist at BIMDC, where I have been a member of the liver transplant team since 2013. In 2018, I was appointed co-medical director of the program, and since 2020, I have served as the medical director of transplant medicine. Under my leadership, our program has become the top-ranked liver transplant center in the New England region. I have also initiated clinical innovations, such as founding the first Hispanic Liver Clinic at BIDMC in 2015 and the first multidisciplinary Hispanic Transplant Clinic in 2019.

4

5. In addition to my clinical work, I am an Associate Professor of Medicine at Harvard Medical School, where I teach courses in Gastroenterology and Hepatology.

6. I have authored over 50 peer-reviewed articles, which have been published in prestigious medical journals, including *Hepatology*, *The American Journal of Gastroenterology*, and *Liver Transplantation*. I also serve as an Associate Editor for *Clinical Liver Disease*, *Journal of Transplantation*, and *Hepatology Communications*, among others.

7. Throughout my career, I have led or participated in numerous clinical trials, serving as principal investigator or site investigator on studies that explore new treatments for liver diseases, particularly autoimmune liver conditions.

8. I also serve on several international committees committed to the advancement of hepatology, including the *Medical Advisory Board of PBCers* and the *Globe PBC Foundation*.

9. Further information regarding my background, training, and experience is reflected in my curriculum vitae, which is attached as Exhibit A. Also attached is a complete list of my publications. I have not provided any deposition or trial testimony in the last four years.

10. I am being compensated at a rate of $1,000 per hour. My compensation is not contingent on the outcome of this matter, and the approach I have taken to this work would be the same had ChemoCentryx hired me to conduct these analyses.

## 3. DILI IS A SIGNIFICANT DRUG SAFETY ISSUE AND A MAJOR CONCERN FOR THE FDA

### 3.1 Background Regarding Liver Function and Drugs

11. The liver is a vital organ in the human body, responsible for performing a wide range of essential functions. Among these functions, the liver acts as a filter and metabolizer of various substances that enter the body.

12. One of the primary functions of the liver is to filter and detoxify the blood. The liver receives blood from two sources: the hepatic artery, which delivers oxygen-rich blood from the heart, and the portal vein, which carries nutrient-rich blood from the gastrointestinal tract. As blood

flows through the liver, hepatocytes remove harmful substances, such as toxins, drugs, and metabolic waste products. These substances are then processed and excreted from the body through the bile or urine.

13. The liver also plays a crucial role in metabolizing substances, including carbohydrates, proteins, and fats. Hepatocytes convert carbohydrates into glucose, which is stored in the liver as glycogen and released into the bloodstream when blood sugar levels drop. The liver also metabolizes proteins into amino acids, which are used to build new proteins or converted into glucose or fat. Additionally, the liver metabolizes fats into fatty acids and glycerol, which are used for energy or stored as fat.

14. The liver's ability to filter and metabolize substances is essential for maintaining the body's equilibrium. When the liver is functioning correctly, it helps to regulate blood sugar levels, remove toxins from the body, and ensure that the body has the nutrients it needs to function correctly. However, when the liver is not functioning correctly, it can lead to a range of health problems.

15. Liver dysfunction can result from a variety of factors, including viral infections, alcohol abuse, obesity, and adverse reactions to medications. When the liver is unable to filter and metabolize substances correctly, it can lead to a buildup of toxins in the body, which can cause symptoms such as fatigue, nausea, and abdominal pain. In severe cases, liver dysfunction can lead to life-threatening conditions such as liver failure or cirrhosis.

**3.2 Background Regarding DILI**

16. DILI, or drug-induced liver injury, is injury to a patient's liver or hepatobiliary system caused by a medication. As discussed above, the liver is responsible for metabolizing, concentrating, and/or excreting (through the biliary system) most drugs and, as such, doctors and regulators focus closely on a drug's potential liver toxicity. Avacopan, for instance, is metabolized by the liver through a group of enzymes called CYP450. For this reason, the FDA designated adverse liver events as events of special interest in ADVOCATE.[1]

---

[1] PX 339 at -775; PX 4 at -334; Glassock Tr. at 45:13-46:14.

17. DILI is an extremely serious drug side-effect because of the potential for severe injury leading to hospitalization, transplantation, or even death.  As Dr. Willis Maddrey, one of the world's leading experts in drug hepatotoxicity, testified in this case, liver toxicity "kills people . . . it can be very fast-moving. It's a dangerous thing, and we want to know, when we're treating patients, if any changes occur in the liver."[2]  Moreover, because DILI can lead to irreversible injury, and even death, it must be identified and treated early.

18. Regulators have echoed Dr. Maddrey's concerns.  For instance, FDA guidance explains, "DILI has been the most frequent single cause of safety-related drug marketing withdrawals for the past 50 years (e.g., iproniazid), continuing to the present (e.g., ticrynafen, benoxaprofen, bromfenac, troglitazone, nefazodone)."[3]  Even after approval, regulators have cited evidence of hepatoxicity "limit[ing] the use of many drugs, including isoniazid, labetalol, trovafloxacin, tolcapone, and felbamate (Temple 2001)."[4]  Moreover, the FDA has refused to approve drugs or limited their use because "premarketing experience provided evidence of the potential for severe DILI (e.g., dilevalol, tasosartan, ximelagatran)" or marketing experience in Europe "revealed their hepatotoxicity (e.g., ibufenac, perhexiline, alpidem)."[5]  Notably, regulators have limited a drug's use due to hepatotoxicity even where liver injury proves to be reversible after treatment with the drug causing the injury has stopped.[6]

19. As Dr. David Goodkin, chair of the ADVOCATE DMC explained, DILI is a particularly serious concern in patients with ANCA-associated vasculitis, *i.e.*, the patient population enrolled in ADVOCATE and to whom avacopan is targeted.  While transplantation may be an option for patients experiencing DILI leading to critical hepatic necrosis, in patients with AAV, "[i]t is a distinct possibility, however, that the ravages of vasculitis and/or multiple concomitant illnesses may hinder or even eliminate the candidacy of [AAV patients] to receive an allograft should they develop critical hepatic insufficiency.  Furthermore, immunosuppression following transplant will likely present a complex calculus for AAV patients.  In the potential

---

[2] Maddrey Tr. at 184:10-14.

[3] PX 8 at -013.

[4] *Id*.

[5] *Id*.

[6] *Id*.

absence of this emergency safety net, it is even more important that hepatotoxicity be detected early and offending agents be discontinued promptly."[7]   I agree with Dr. Goodkin's assessment.  Patients with AAV are already critically ill and at risk for organ system failure; using treatment associated with liver toxicity, including liver failure, poses a particularly dangerous risk for such patients.[8]

20. When drugs with potential to cause DILI are administered, they can impose significant burdens on patients and prescribers, including onerous liver monitoring and discontinuation protocols, which is precisely what FDA required for avacopan here.[9]  Liver monitoring includes a host of liver serum tests (e.g., tests for ALT, AST, ALP) and liver function tests (tests for bilirubin and coagulation) and frequent patient visits.  In the aggregate, liver monitoring is expensive, time-consuming, and burdensome.  Moreover, should an avacopan patient progress to liver injury, the cost, risk, and burden of treatment could be considerable, including prolonged hospitalization, surgical intervention, and more.  This is particularly true in the case of AAV patients, who, as discussed, are already seriously ill.

## 3.3 Evaluating DILI In Clinical Trials

21. As both the members of the ADVOCATE DMC and Dr. Maddrey pointed out, evidence of hepatotoxicity in pre-marketing studies is rare and, when observed, yields particularly strong and troubling evidence of a drug's potential to cause liver injury.[10]  As the FDA explained, "Most of the drugs withdrawn from the market for hepatotoxicity have caused death or transplantation at frequencies in the range of $\leq 1$ per 10,000, so that a single case of such an event rarely would be found even if several thousand subjects were studied. Severe DILI cases rarely have been seen in drug development programs of significantly hepatotoxic drugs."[11]  Accordingly, "[o]nly the most overt hepatotoxins can be expected to show cases of severe DILI in the 1,000 to 3,000 subjects typically studied and described in [pre-marketing studies, like

---

[7] PX 13 at 1.

[8] Maddrey Tr. at 184:12-20.

[9] PX 65 at -391.

[10] PX 8 at -8005; PX 17 at -205.

[11] PX 8 at -013.

ADVOCATE that are included in a] new drug application (NDA)."[12]

22. Notably, and as discussed further below, at the time the ADVOCATE study concluded, fewer than 250 patients had received avacopan in controlled studies in AAV.[13] Accordingly, I agree with both the DMC and Dr. Maddrey that the strength of avacopan's liver toxicity signal observed in ADVOCATE was unusual and highly worrying.

23. Liver injury leading to DILI can essentially be characterized as hepatitis – *i.e.*, inflammation of the liver due to cellular injury; cholestatic – *i.e.*, reduced bile flow due to cellular injury; or a mixed pattern of injury that includes both hepatitis and cholestasis. The hepatitis pattern is characterized by hepatocyte necrosis – or death of liver cells – and is associated with a particularly poor prognosis. Cholestatic drug-induced injury includes: (1) bland cholestasis, *i.e.*, abnormal biliary secretion without significant hepatocellular damage; and (2) cholestatic hepatitis (mixed type), *i.e.*, cholestasis with concomitant hepatic parenchymal damage (damage to liver tissue); and the third form of acute cholestasis is defined by the presence of bile duct injury or cholangitis (inflammation of the biliary system).[14]

24. Medical literature and regulatory guidance have identified several major indicators of a drug's potential for severe DILI that may be observed in clinical trials.

### 3.3.1 Hepatobiliary Adverse Events

25. A comparison of rates of hepatobiliary adverse events, including hepatitis and cholestasis, in both the experimental and control arms of the trial, is the most straightforward and obvious way to evaluate hepatotoxicity. As discussed below, the category of "hepatobiliary adverse" events is well-defined in adverse event classifications systems used by regulators, clinicians, and scientists, particularly "MedDRA" (the Medical Dictionary for Regulatory Activities), which is used by the FDA and which the ADVOCATE protocol prespecified for the analysis of adverse events in the trial.[15] Accordingly, an imbalance in the rate of adverse hepatobiliary

---

[12] *Id.*

[13] *See* CCXI-0002551545 at -564.

[14] *See e.g.*, David S, Hamilton JP, *Drug-induced Liver Injury*, US Gastroenterol Hepatol, Rev. 2010 Jan 1; 6:73-80.

[15] *See* PX 239 at -509.

events against the experimental therapy is a clear signal of the therapy's hepatotoxicity.  As provided by regulatory guidance, and as prespecified in the ADVOCATE protocol, one should examine both serious hepatobiliary adverse events[16] in isolation and together with adverse hepatobiliary events of any class of severity.[17]

26. As the FDA points out, because occurrences of severe DILI are rare and event rates will be low, such imbalances will typically not be apparent in the typical pre-marketing clinical trial database (consisting of between 1,000 and 3,000 patients) even for drugs with substantial hepatotoxicity.[18]  As discussed further below, it is thus particularly significant, that, ***despite*** the fact that ADVOCATE enrolled just ***331*** patients ***and*** employed a mandatory discontinuation rule at the first signs of abnormal liver function,[19] avacopan was associated with significant increases in the rate of both serious hepatobiliary adverse events (a ***six-fold*** increase on avacopan versus comparator) and all hepatobiliary adverse events (a more than ***three-fold*** increase on avacopan versus comparator).[20]

### 3.3.2 Abnormal Liver Function, Including Hy's Law

27. An evaluation of cases involving elevated liver function, as distinct from clinically apparent liver injury discussed above, can also signal liver toxicity in an experimental drug.  Cells contain enzymes called aminotransferases, or "AT," which help convert proteins into amino acids.  Liver cells contain two important aminotransferases: (1) alanine transaminase, or "ALT," which helps transport amino acids and carbon from the muscles to the liver; and (2) aspartate transaminase, or "AST," which is important in metabolism of amino acids. When liver cells are injured, they leak these aminotransferases.  Thus, elevated levels of AT in the

---

[16] A "serious adverse event" or SAE is defined as an adverse with event any of the following outcomes: death, a life-threatening adverse event, requires inpatient hospitalization (not required as part of the treatment) or prolongation of existing hospitalization, a persistent or significant disability or incapacity, or cancer, or a congenital anomaly or birth defect. *See Serious adverse event*; s*ee also* PX 239 at -497; Goodkin Tr. at 213:12-214:10.

[17] *See* PX 239 at -496-97; PX 8 at -013; CCXI-0004491838 at -875.

[18] *See* PX 8 at -013.

[19] *See* PX 4 at -276; PX 239 at -460-61.

[20] *See* PX 41 at -902, -113.

blood can indicate liver injury and abnormal liver function.[21]

28. Bilirubin is particularly important in evaluating liver function.  Bilirubin is a yellowish compound produced by the biliary system (part of the hepatobiliary system discussed above) that strips old red blood cells from the bloodstream and is metabolized and excreted by the liver as bile.  Excess direct bilirubin in the blood is a significant indicator of liver injury including hepatitis, and abnormal liver function.  Elevated bilirubin levels indicate that the liver is overloaded or damaged and cannot effectively process red blood cells as they break down.  Accordingly, excess bilirubin is evidence of actual *functional* impairment in the liver, as distinguished from potentially transient elevations in either ALT or AST.[22]  The liver has a vast reserve of bilirubin-excreting capacity; thus, liver injury sufficient to cause excess levels of bilirubin in the blood is likely to be substantial and potentially irreversible in some patients.  Particularly high levels of excess bilirubin can cause jaundice, a yellowing of the skin, eyes, or mucus membranes.[23]

29. High levels of these compounds – AT and/or bilirubin – in the blood can indicate liver injury.  The most extreme variety of liver injury manifesting through laboratory abnormalities is referred to as Hy's Law.  A Hy's Law case involves evidence of both substantial elevations in AT – indicating liver injury – and excess bilirubin – indicating that the injury was substantial enough to impair liver function (despite the organ's vast functional reserve).[24]

30. As the FDA explains, a case of liver abnormality extreme enough to meet Hy's Law criteria is "an ominous indicator of the potential for a drug to cause serious liver injury."[25]  Indeed, remarking on the reliability of the presence of a Hy's Law case as a predictor of a drug's liver toxicity, FDA guidance states that it is "not aware of the occurrence of false positive Hy's Law findings for a drug that was subsequently found not to cause severe DILI in a larger treatment

---

[21] *See e.g.*, David S, Hamilton JP, *Drug-induced Liver Injury*, US Gastroenterol Hepatol, Rev. 2010 Jan 1; 6:73-80.

[22] *See* Maddrey Tr. at 30:3-31:11 ("[T]he bilirubin level is a good marker of the integrity of the liver cell. . . . And the bilirubin elevation is given more weight than the aminotransferase elevation in -- in our thinking. Those of us who do this work, we pay more attention to bilirubin elevations than actually we do ALT. . . . I think it shows a more profound injury to the liver than just the aminotransferase elevation.").

[23] *See* Goodkin Tr. at 48:15-49:11.

[24] *See* PX 8 at -015-18.

[25] *Id*. at -016.

11

population."[26]  Accordingly, FDA guidance further explains, "Finding one Hy's law in the clinical trial database is worrisome; finding two is considered highly predictive that the drug has the potential to cause severe DILI when given to a larger population."[27]  Likewise, the FDA's DILI chief explained at the avacopan Advisory Committee meeting that "[f]or DILI risk of significance, like a Hy's law case, it's really *one or two in a large trial of, like, a thousand*, is enough for us to be concerned that that drug will have problems postmarketing."[28] As FDA guidance explains, "Severe DILI can be estimated to occur at a rate of at least one-tenth the rate of the so-called Hy's Law cases."[29]  As Dr. Maddrey put it even more bluntly, "one in ten such Hy's Law cases [as those observed on avacopan] will die."[30]

31. As such, observing a case of liver abnormality meeting Hy's Law criteria in a clinical trial patient taking the experimental therapy is a major red flag for doctors and for regulators.[31] Indeed, several drugs have been later withdrawn due to numerous reports of acute liver failure associated with the drug's use, where one or two patients taking these drugs during clinical trials experienced liver abnormalities meeting Hy's Law criteria.  For instance, both Duract (bromfenac) and Rezulin (troglitazone) were withdrawn because of liver toxicity; two cases meeting Hy's Law criteria were observed in each drug's pre-approval clinical trial database (with both databases substantially larger than the database submitted in connection with avacopan NDA).[32]  Likewise, clinical trials of the beta blocker dilevalol showed two Hy's Law cases in about 1,000 exposures – again, far larger than avacopan's pre-approval exposure.[33] The drug was not approved in the United States, and examination of a postmarketing study in Portugal revealed fatal liver injury.  Clinical trials of tasosartan, an angiotensin II blocking agent, showed a single Hy's Law case.  This led to a request for a much larger premarketing

---

[26] *Id*. at -018.

[27] *Id*. at -016.

[28] PX 64 at 138:14-139:2.

[29] PX 8 at -016.

[30] Maddrey Tr. at 195:2-10.

[31] Maddrey Tr. at 75:12-21.

[32] PX 8 at -034-35.

[33] *Id*. at -016.

database and the drug was abandoned.[34]

32. A case of liver abnormality meets Hy's Law criteria if the patient evinces: (1) 3x ULN (i.e., "upper limit of normal"[35]) ALT or AST; (2) 2x ULN bilirubin, without initial findings of cholestasis; and (3) no *likely* alternative explanation for the liver abnormality, such as a comorbidity (e.g., viral hepatitis) or a concomitant drug that provides a better explanation for the observed abnormal liver function.[36]

33. As discussed further below, my review of the record indicates that ChemoCentryx's CEO, Dr. Thomas Schall, and senior medical officer/consultant, Dr. Pirow Bekker – neither of whom are hepatologists – invoked this last criteria in an apparent effort to, as Dr. Glassock of the DMC put it, "avoid any blemish on avacopan."[37] I observe, both here and below, that their claimed conclusions in this regard were contrary to the eminently sound and well-supported guidance and advice provided to ChemoCentryx by the unanimous DMC, Dr. Maddrey, Dr. Lewis (another expert hepatologist retained by ChemoCentryx), and others, including, apparently, ChemoCentryx's own Chief Medical Officer.[38] Putting this aside for the moment, their claimed interpretation of this final criteria is simply incorrect, as multiple witnesses in this case, including Drs. Glassock, Maddrey, and Goodkin testified.[39] Drs. Schall and Bekker apparently took the position that Hy's Law is *not* satisfied if there is any non-zero *possibility* – no matter how small or remote – that the observed liver abnormality had some cause other than the experimental therapy. As discussed below, and as both the DMC and Dr. Maddrey apparently noted in their advice to ChemoCentryx, this is not accurate.[40] Once again, a case

---

[34] *Id.*

[35] The highest value in the range of normal laboratory values for the parameter.

[36] PX 8 at -016.

[37] PX 35; Glassock Tr. at 295:7-297:19.

[38] PX 8 at -005-06; PX 17 at -205; PX 96 at -453; PX 98 at -624; Glassock Tr. at 75:19-76:9.

[39] Glassock Tr. at 139:6-140:1, 264:4-21; Maddrey Tr. at 242:14-243:18; Goodkin Tr. at 130:24-132:8, 322:7-323:12.

[40] If clinicians and regulators accepted Dr. Schall's and Dr. Bekker's "version" of Hy's Law (which they do not), then virtually no case of liver abnormality would *ever* meet Hy's Law criteria because medical science deals in probabilities, not metaphysical certainties. The problematic nature of Dr. Schall's and Dr. Bekker's "interpretation" is particularly evident in trials like ADVOCATE where patients are on multiple concomitant medications, including medications that have, in rare circumstances, caused elevation of liver function or even liver injury. Simply because a patient is taking such medications does *not* mean that Hy's Law criteria is not satisfied. To hold otherwise, would mean that one would *never* conclude a Hy's Law.

---

meets Hy's Law if the laboratory criteria are satisfied and there is no more *likely or plausible* explanation for the abnormality than the experimental therapy. In fact, because even a single Hy's Law case in pre-marketing trials is a an incredibly "ominous" sign of a drug's potential to cause severe DILI, the medical and scientific communities view a case meeting Hy's Law lab criteria that is even *possibly* causally connected to the experimental therapy – that is, the experimental therapy cannot be ruled out with confidence – as a troubling liver toxicity signal for that experimental therapy.[41] This is particularly so given the well-accepted principle in clinical trial practice to be extremely conservative in the evaluation and reporting of safety signals.[42]

34. As the FDA explains, "Hy's Law cases represent one end of a spectrum of laboratory abnormalities that indicate liver injury," and lab abnormalities that do not meet Hy's Law criteria can nevertheless give rise to a liver toxicity signal.[43] For instance, an excess of AT elevation exceeding 3x ULN in patients taking the experimental drug is considered another "major" indicator of liver toxicity, as the FDA explains – especially, if this imbalance occurs against the background, even a numerically modest background, of actual cases of DILI in the experimental treatment group or instances of marked AT elevations exceeding 5x or even 10x ULN.[44] In this regard, as also discussed below, it is *critical* to consider patient discontinuations due to liver abnormalities (*i.e.*, elevations in AT) or adverse events (cases of actual hepatobiliary injury). If, as in ADVOCATE, more patients in the experimental arm discontinue the study at the first sign of liver abnormality, then this, in itself, is a powerful indicator of liver toxicity and must also inform any comparative analysis of liver adverse events or elevations in liver function tests.

35. Notably, the FDA has explained that "the single clearest (most specific) predictor found to date of a drug's potential for severe hepatotoxicity" is a "small number of cases" of increased AT and bilirubin (whether or not meeting Hy's Law) against the background of an imbalance in

---

[41] PX 8 at -015-16.

[42] DeMets, D., Friedman, L. and Furberg, C. (2010), *Fundamentals of Clinical Trials*, 4th Ed., Springer, Berlin, at p. 215-17.

[43] PX 8 at -016-18.

[44] *Id*.

hepatocellular injury in the overall trial population against the experimental drug.[45]

36. As discussed further below, once again, this set of criteria gave rise to a clear and highly worrying liver toxicity signal on avacopan, as the DMC, Dr. Maddrey, Dr. Lewis, and others reported to ChemoCentryx. The avacopan clinical trial data showed at least one Hy's Law case on avacopan in ADVOCATE and another in an earlier trial of the drug – a remarkable signal of liver toxicity particularly in a clinical dataset as small as the one submitted with the avacopan NDA.[46] Moreover, the imbalance of abnormal liver function observed in patients taking avacopan occurred in conjunction with a higher rate of DILI *and* a higher rate of discontinuations due to abnormal liver function amongst patients taking avacopan. Moreover, many cases of both DILI and abnormal liver function on avacopan were instances of positive rechallenge and dechallenge, as discussed below. These clear features of the liver toxicity signal on avacopan were apparently raised repeatedly with ChemoCentryx by numerous independent Company advisors.

### 3.3.3 Rechallenges and Dechallenges

37. Evidence of the causal connection between the experimental therapy and observed liver injury or abnormality can come from many sources. As discussed above, a substantial imbalance in the incidence of liver injury or of discontinuations due to liver abnormalities – both of which were observed on avacopan (some of which were statistically significantly greater, notwithstanding ADVOCATE's small size) – can provide clear and direct evidence of causality. As the FDA, ADVOCATE DMC, and Dr. Maddrey have explained, cases involving positive rechallenges and dechallenges to the study drug provide particularly strong evidence of causality. Indeed, as Dr. Goodkin, explained, positive rechallenges provide "gold standard" evidence that the experimental drug caused the liver injury in question. [47]

---

[45] *Id*. at -015.

[46] The terms "probable" and "possible" are terms of art in hepatology and DILI assessment. These terms are derived from the Roussel Uclaf Causality Assessment Method (RUCAM), which ranks the causal connection between a case of DILI and an experimental therapy, in descending order of strength, as: "probable," "possible," "unlikely," or "excluded." Dr. Lewis, another hepatologist retained by ChemoCentryx, used this scale in evaluating the adverse liver-related events in the avacopan trials. As used in this report, these terms have the same meanings as they do in the RUCAM context. PX 98 at -593.

[47] PX 23 at -851; Goodkin Tr. at 85:4-86:15.

38. A positive dechallenge occurs where a liver injury or abnormality is observed on the experimental therapy, the therapy is discontinued, and the liver injury or abnormality abates. Withdrawal of therapy followed by an abatement of the injury provides evidence of a causal connection. As Dr. Maddrey explained, "[I]f you remove the inciting agent and the patient gets better, that is another presumptive piece of information that the inciting agent was the cause."[48]

39. A positive *re*challenge goes a step further. A positive rechallenge occurs where a liver injury or abnormality is observed on the experimental therapy, the therapy is discontinued and the liver injury or abnormality abates, the experimental therapy is *once again* introduced and the liver injury or abnormality *once again* returns. As Dr. Maddrey explained, "[I]f I give you something and you have an adverse event, I take it away, the adverse event goes away; I give it to you again, and the adverse event comes back, that [is] . . . strongly suggestive that the study drug is, in fact, the cause of the liver injury."[49] Notably, as Dr. Maddrey also explained, rechallenges in the liver context are rare because they are considered quite dangerous, thus observing a positive rechallenge in the liver context is particularly meaningful evidence of causality.[50]

40. As discussed further below, at least one, and possibly two, cases of liver injury involving positive rechallenge to avacopan were observed in ADVOCATE. Moreover, at least six cases of liver injury involving positive dechallenge to avacopan were observed in ADVOCATE, including a case meeting Hy's Law criteria. Again, these adverse events give rise to a remarkable signal of liver toxicity, particularly given the small number of patients exposed to the drug, as ChemoCentryx's advisors repeatedly told the Company, and as even its own Chief Medical Officer acknowledged.

**3.3.4 Discontinuations Related To Liver Adverse Events**

41. As the FDA points out, and as both members of the ADVOCATE DMC and Dr. Maddrey

---

[48] Maddrey Tr. at 112:24-113:2.

[49] *Id*. at 50:17-51:2.

[50] *Id*. at 50:7-14, 51:4-15; 52:1-15.

explained in their testimony, it is critical to assess liver-related patient discontinuations from clinical trials when assessing the risk of DILI associated with an experimental therapy.[51]

42. Liver-related discontinuations inform the assessment of a drug's liver toxicity in at least three ways. First, and most obviously, liver-related discontinuations are an independent category of adverse event; in a randomized trial, an imbalance in the rate of liver-related discontinuations against the study drug can be attributed to administration of the study drug and is evidence of the drug's propensity to adversely affect the liver.[52]

43. Second, when discontinuations tend to occur at early stages of liver dysfunction – and especially when, as in ADVOCATE this is so because the study includes a rule *requiring* discontinuation at such early stages of liver dysfunction – then there is reason to believe that our comparative assessments of liver related injury and abnormality *understate* the experimental drug's liver toxicity.[53] In other words, in the safety context, we must be concerned that these discontinuations could have progressed into more severe DILI or abnormalities – *e.g.*, cases of cytolytic hepatitis or Hy's Law cases.[54] I note that members of the ADVOCATE DMC repeatedly made this point to ChemoCentryx, correctly highlighting that *after* a rule requiring discontinuation of study drug at the initial stages of liver dysfunction was imposed in ADVOCATE, no additional cases of severe DILI or Hy's Law cases were observed.[55]

44. Third, when as in ADVOCATE, patients in *both* arms of the trial are treated with a similar background of concomitant medications and questions are raised about the role of those concomitant drugs in causing or contributing to observed cases of liver injury, an imbalance of discontinuations against the experimental therapy tends to rule out those concomitant drugs'

---

[51] PX 8 at -8018, -8026-27; Goodkin Tr. at 79:14-80:17; Glassock Tr. at 67:11-68:17; Maddrey Tr. at 81:6-83:8.

[52] Goodkin Tr. at 216:12-217:2; Glassock Tr. at 221:7-19; Maddrey Tr. at 180:25-181:10.

[53] Goodkin Tr. at 221:22-222:5.

[54] *Id*. at 77:24-79:21.

[55] PX 20 at -914; PX 23 at -851; PX 99 at 1. *See also* PX 165 at 2286 (Dr. Hillson telling Dr. Goodkin "I remain grateful that since the DMC-recommended precautions were put into place we have seen some transaminase elevations, but have not seen progression to injury of the kind observed in patient 301-301 in Phase 2, or 326-002 in Phase 3").

role in the liver injury and strengthen the evidence against the experimental therapy.[56]

45. In the case of avacopan, as discussed further below, assessment of liver-related discontinuations in ADVOCATE again provides strong evidence of avacopan's liver toxicity. In ADVOCATE, at the DMC's urging, ChemoCentryx imposed a rule requiring permanent discontinuation of study drug when a patient experiences "ALT or AST >8xULN; ALT or AST >5xULN for more than 2 weeks; ALT or AST >3xULN and (Total Bilirubin >2xULN or INR >1.5); or ALT or AST >3xULN with the appearance of fatigue, nausea, vomiting, right upper quadrant pain or tenderness, fever, rash, and/or eosinophilia (>5%)."[57]  This made it absolutely critical to evaluate discontinuations in order to assess hepatotoxicity.  The data showed an imbalance against avacopan in both the rate of discontinuations due to hepatobiliary adverse events and abnormal liver function, further evincing a liver toxicity signal on avacopan.[58]

## 4. AVACOPAN WAS ASSOCIATED WITH MULTIPLE CLEAR SIGNALS OF MAJOR LIVER TOXICITY

### 4.1 In ADVOCATE, Avacopan Was Associated With A Significantly Higher Risk Of Serious Hepatobiliary Events And Hepatobiliary Events Than Comparator

46. As discussed above, one of the most straightforward ways to evaluate a drug's liver toxicity is to compare the rate of liver injury, both hepatobiliary SAEs and AEs, observed in patients taking the drug to the rate observed in the control group in a randomized clinical trial.

47. In ADVOCATE, avacopan patients experienced serious adverse hepatobiliary events at *six times* the rate of patients in the comparator arm: 6 avacopan patients, or 3.6% of the patients taking the drug, experienced a serious adverse hepatobiliary event versus just one patient, or 0.6%, in the comparator arm – this difference just barely misses statistical significance (p=0.06).[59]  Likewise, avacopan patients experienced combined hepatobiliary events (events of any severity grade) at *more than three times* the rate of patients in the comparator arm: 10

---

[56] Goodkin Tr. at 134:11-135:9.

[57] PX 239 at -461.

[58] PX 166 at -258; Kelleher Tr. at 167:13-169:9.

[59] PX 4 at -333, -337; PX 20 at -914.

avacopan patients, or 6% of the patients taking the drug, experienced adverse hepatobiliary events, versus just three patients, or 1.8%, in the comparator arm – a difference that is statistically significant (p=0.045).[60] Looking at adverse hepatobiliary events deemed to be drug-related, the imbalance is even more stark: 6% on avacopan versus *none* in the comparator arm. This difference is again statistically significant (p=0.015). ChemoCentryx ran analyses showing these imbalances on November 7, 2019, which were provided to ChemoCentryx's most senior medical executive, Dr. Kelleher, no later than November 8, 2019.[61]

48. The striking imbalance in hepatobiliary SAEs and AEs against avacopan yields a strong and clear liver toxicity signal on the drug and would be important to the medical and scientific communities' view of avacopan's safety. Moreover, the fact that these substantial imbalances against avacopan were observed *despite* the small number of patients enrolled in the ADVOCATE study underscores the strength of the liver toxicity signal on avacopan. I note that the ADVOCATE DMC raised this imbalance in minutes provided to ChemoCentryx,[62] and that members of the DMC, as well as both of ChemoCentryx's most senior medical executives, testified that these imbalances gave rise to an adverse liver safety signal against avacopan.[63] I further note that the FDA cited both imbalances in also concluding that the ADVOCATE data provided evidence of a liver safety signal on avacopan.[64]

49. Further, as discussed below and as both the ADVOCATE DMC and Dr. Maddrey pointed out, the specific adverse hepatobiliary events observed on avacopan further strengthen the liver toxicity signal on avacopan evident in the ADVOCATE trial data. For instance, as discussed in detail below, an imbalance in cases of cytolytic hepatitis, cholestatic hepatitis, and cholestasis – some the product of positive dechallenges and even rechallenges – were observed on avacopan (for instance, Patients 326-002, 429-004, and 430-002).

50. Again, both Dr. Maddrey and the DMC members repeatedly cited these events (and the

---

[60] PX 41 at -9902, -0113.

[61] PX 40; PX 41 at -9902, -0113; Bekker Tr. at 126:17-128:5.

[62] PX 20 at -914.

[63] Goodkin Tr. at 214:15-217:2, 239:5-240:4; Glassock Tr. at 190:7-191:12; Hillson Tr. at 205:23-207:4; Kelleher Tr. at 144:17-147:15, 159:15-160:1; Wang Tr. at 65:4-67:12, 68:13-70:21.

[64] PX 4 at -282.

imbalance in these events) in concluding that there was a hepatotoxicity signal on avacopan. Dr. Maddrey stated, for example, that "two or three cases from the study represent clear instances of serious drug induced liver injury and will be FDA concerns."[65]  Likewise, the DMC stated, "Serious hepatobiliary AEs were seen more in [the avacopan arm] (6 patients) than [the prednisone arm] (1 patient). . . . Abnormal hepatic function was reported in six subjects in [the avacopan arm]. Subject 429-004 experienced hepatocellular injury and AEs of hepatitis and cholestatic hepatitis were reported for Subject 430-002 (both from [the avacopan arm]). . . . D. Goodkin noted the potential of hepatotoxicity given the number of hepatic-related AEs reported in the CCX168-treated group."[66]

### 4.2    Hy's Law Cases Were Observed In Patients Taking Avacopan

51. At least one avacopan patient in the ADVOCATE study, and another patient in an earlier avacopan study, experienced probable DILI meeting Hy's Law criteria.[67]  These adverse events further strengthen the liver toxicity signal on avacopan, as the DMC, Dr. Maddrey, and Dr. Lewis observed and reported to ChemoCentryx. This is particularly noteworthy given that the adverse events were observed against a background imbalance in liver injury against avacopan, which the FDA refers to as the "single clearest (most specific) predictor found to date of a drug's potential for severe hepatotoxicity," as the DMC noted.[68]  Further, the FDA cited both events in concluding that avacopan was associated with a liver toxicity signal.  These facts would be important to the medical and scientific communities' view of avacopan's safety profile.

#### 4.2.1 Patient 326-002

52. One case meeting Hy's Law criteria, occurred in ADVOCATE patient 326-002, an avacopan patient.  This patient experienced cytolytic hepatitis and biliary stasis on avacopan, with *highly* elevated liver function: ALT levels of 1,933 U/L (over *60 times normal*), AST levels of 1,708

---

[65] PX 17 at -205.

[66] PX 20 at -914; PX 8 at -015; *see also* Glassock Tr. at 59:16-60:17 (noting that the June 6, 2018 DMC communication to ChemoCentryx "was saying was observed in ADVOCATE" on avacopan); Maddrey Tr. at 67:11-68:19 (same).

[67] As discussed above, the terms "probable" and "possible" are terms of art in hepatology and DILI assessment, both indicating events of concern for the medical and scientific communities.

[68] PX 8 at -015.

U/L (nearly *60 times normal*), bilirubin levels of 13.56 mg/dl (more than *12 times normal*).[69] The highly elevated liver function indicates that this patient experienced quite significant hepatitis on avacopan.

53. As the unanimous DMC, Dr. Maddrey, and Dr. Lewis all reported to ChemoCentryx, the evidence causally connecting avacopan to the serious liver injury this patient suffered is strong. First, this case of injury was a positive dechallenge to avacopan – the patient's liver function began returning to normal within two weeks after avacopan was discontinued.[70] Second, the time to onset of the injury – more than four months – is consistent with time to onset in other cases of liver injury observed in avacopan patients.[71] Third, this patient also experienced neutropenia, which, in previous trials, was observed in patients taking avacopan (and, notably, there was an imbalance in neutropenia-related discontinuations against avacopan in ADVOCATE).[72] Fourth, the liver biopsy is compatible with DILI and did not show signs of autoimmune hepatitis.[73] Fifth, the available data makes other causes of the liver injury unlikely.[74]

54. Drs. Schall and Bekker, at various times, claimed that other concomitant medications taken by this patient better explained the injury observed here.[75] The unanimous DMC, Dr. Maddrey, and Dr. Lewis all apparently disagreed with these claims – as do I – and explained to ChemoCentryx why they were unsupported.

55. At one point, Drs. Schall and Bekker proposed the antibiotic Bactrim as a more likely culprit.[76] As the DMC, Dr. Maddrey, and Dr. Lewis pointed out to ChemoCentryx, liver injury with Bactrim is rare and when such injury *does* occur, the onset is rapid – typically a matter of days

---

[69] PX 98 at -599.

[70] *Id*. at -601-02.

[71] *Id*. at -824; Maddrey Tr. at 252:3-5; Glassock Tr. at 437:3-8.

[72] PX 17 at -206-07; Glassock Tr. at 177:25-181:12, 284:5-285:2.

[73] PX 98 at -602, 7624; PX 17 at -205; PX 9 at -654; PX 15 at -449; Glassock Tr. at 163:8-13; Maddrey Tr. at 110:5-25, 111:13-112:13; Goodkin Tr. at 170:9-16, 208:12-209:24, 211:15-212:8.

[74] PX 8 at -8005; PX 12 at -594; PX 15 at -449; Glassock Tr. at 112:16-116:5.

[75] PX 26 at -226; PX 27 at -0673.

[76] PX 262 at -977.

after initiation of treatment and is accompanied by signs of hypersensitivity such as rash or fever.[77]  None of these indicia were present here.  The onset of injury was not rapid and the patient presented with no rash, fever, or other signs of hypersensitivity.[78]  In short, I agree with the advice provided to ChemoCentryx by the independent DMC, Dr. Maddrey, and Dr. Lewis that Bactrim is unlikely to explain this patient's liver injury.

56. Drs. Schall and Bekker then suggested that the diabetes medication repaglinide was a more likely culprit for patient 326-002's liver injury than avacopan.[79]  But, as again both Drs. Goodkin and Glassock explained, both serum elevations and clinically apparent liver injury are rare with repaglinide.[80]  Indeed, repaglinide's likelihood score for liver injury for repaglinide places in category D, meaning that fewer than 3 cases have been reported in the literature, no characteristic signature has been identified, and any self-reported cases may not have been very convincing.[81]  Even in those rare cases, time to onset is again more rapid than was observed in this patient.  Finally, and perhaps most significantly, this patient was later rechallenged with repaglinide without incident.[82]

57. Finally, Drs. Schall and Bekker suggested that simvastatin, a statin, was a more likely cause of this patient's cytolytic hepatitis and Hy's Law injury.  But as FDA guidance makes clear, while cases of serum elevation have been observed on statins, they are a "*rare*" cause of clinically apparent liver injury, like the cytolytic hepatitis observed in this patient, which is estimated to occur in only 1 per 100,000 patient years of exposure. [83]  Even confirmed elevations to above three times the upper limit of normal (ULN) occur in only 1% to 2% of patients taking

---

[77] PX 98 at -624; PX 17 at -205; PX 12 at -594; PX 26 at -226; Glassock Tr. at 114:5-116:10, 444:5-445:11; Maddrey Tr. at 255:4-256:5; Goodkin Tr. at 137:3-138:7, 210:4-211:19; Sulfamethoxazole-Trimethoprim, *LiverTox: Clinical and Research Information on Drug-Induced Liver Injury*.

[78] PX 98 at -624.

[79] PX 262 at -977.

[80] Glassock Tr. at 215:23-217:17; PX 23 at -851.

[81] Repaglinide, *LiverTox: Clinical and Research Information on Drug-Induced Liver Injury*; Categorization Of The Likelihood Of Drug Induced Liver Injury, *LiverTox: Clinical and Research Information on Drug-Induced Liver Injury*.

[82] PX 98 at -622.

[83] Simvastatin, *LiverTox: Clinical and Research Information on Drug-Induced Liver Injury*.

simvastatin.[84]   Indeed, as large studies published prior to ADVOCATE explained, "[s]tatin-induced hepatotoxicity *is a myth*."[85]   In addition, the patient's neutropenia is inconsistent with injury caused by statins.[86]   Moreover, patient 326-002 was on statins for 11 years, apparently without incident, prior to enrollment in ADVOCATE and treatment with avacopan.[87]   As the FDA pointed out, this would indicate that *even if* statins played some role in the injury, they did so in concert with avacopan.  Specifically, as the FDA pointed out, avacopan inhibits the CYP3A4 enzyme (which is important in metabolizing many drugs) and statins are a CYP3A4 substrate.[88]   Accordingly, even *if* one were to believe that this patient suddenly had an adverse reaction to statins after 11 years of well-tolerated treatment, avacopan was a likely catalyst in the event because its inhibiting activity would have increased the concentration of simvastatin in the patient's blood.

58. Notably, both Dr. Goodkin and ChemoCentryx's Chief Medical Officer, Dr. Jan Hillson, testified that ADVOCATE's principal investigator, Dr. David Jayne, had conducted a search through observational databases of AAV patients – patients who were taking the concomitant medications raised by Drs. Schall and Bekker – and found *no cases* of liver injury like those observed in Patient 326-002,[89] further ruling out those concomitant drugs (and any comorbidities) as causes of the liver injury observed in this avacopan patient.

59. In sum, I agree with ChemoCentryx's numerous independent advisors that Dr. Schall and Dr. Bekker had no medical or scientific basis to claim that this case did not meet Hy's Law criteria.

### 4.2.2 Patient 301-301

60. Another avacopan patient in an earlier study of avacopan, patient 301-301, experienced injury

---

[84] *Id.*

[85] Bader, *The Myth of Statin-Induced Hepatotoxicity*, 105 Am. J. Gastroenterol. 978-980 (2010).

[86] *Id*.

[87] PX 98 at -622.

[88] PX 64 at 142:19-143:3.

[89] Hillson Tr. at 157:13-159:3, 161:9-163:2; Goodkin Tr. at 138:17-139:3.

meeting Hy's Law criteria.[90]  This patient had a mixed pattern of injury with cholestatic components, with significantly elevated liver function, including maximum ALT of 277 U/L, AST of 201 U/L, and extremely elevated bilirubin of 15.4 mg/dl – ***more than 15 times normal*** – meeting Hy's Law laboratory criteria.[91]  The high levels of bilirubin are extremely concerning and indicate the patient was severely jaundiced.

61. While this patient reported an intermittent history of alcohol abuse, the patient had no prior history of jaundice and the investigator reported that the histomorphological analysis was consistent with a drug-induced etiology, including no evidence of fatty deposition or connective tissue transformation of the parenchyma; no evidence of alpha-1 antitrypsin deficiency or haemochromatosis; and no suggestion of malignancy in the biopsy specimen.[92] The pattern of liver abnormality here was also inconsistent with alcohol-induced liver injury, including the ranges of ALT and AST elevations.  However, even if this were deemed only a possible Hy's Law case, together with the case mentioned above and the other numerous signals of avacopan's liver toxicity observed in the clinical trial data, it further supports the conclusion that avacopan is hepatotoxic.

### 4.2.3 Expert Assessments Provided to ChemoCentryx

62. As discussed above, and further below, it appears that the unanimous DMC and Dr. Maddrey warned ChemoCentryx that these cases of liver injury yielded a medically significant and highly troubling liver signal on avacopan, particularly when viewed together with the numerous other strands of evidence demonstrating the drug's hepatotoxicity.

63. First, the unanimous DMC[93] and Dr. Maddrey, one of the world's foremost liver experts, warned ChemoCentryx that these cases did, in fact, meet Hy's Law criteria.[94]  ChemoCentryx's

---

[90] PX 17 at -205.

[91] CCXI-0001704857 at -871.

[92] CCXI-0001704857 at -871.

[93] PX 9 at -654; PX 12 at -594-96; PX 17 at -205; Glassock Tr. at 176:11-23, 264:4-17; Goodkin Tr. at 66:11-19, 211:20-212:17.

[94] Maddrey Tr. at 166:13-167:4, 346:19-25 (agreeing that "avacopan, and not any concomitant medication, including Bactrim, caused the liver dysfunction").

most senior medical officer, Dr. Jan Hillson, also referred to case 326-002 as a Hy's Law case and acknowledged that the patient should not be rechallenged on avacopan.[95]  Dr. Bernie Ilson of Medpace, the CRO responsible for administering ADVOCATE, also characterized patient 326-002 as a Hy's Law case.[96]  Finally, as discussed above, Dr. Lewis, another independent hepatologist, confirmed the DMC's and Dr. Maddrey's conclusions, concluding that patient 326-002's case was probable DILI, "meets criteria for Hy's Law to be invoked," and that avacopan was "the more likely cause" of liver injury.[97]

64. Second, as the DMC pointed out, even if one could quibble about whether Hy's Law criteria are nominally satisfied, these are cases of significant liver injury that were, at a minimum, very likely caused by avacopan and raise a significant and medically important signal; as Dr. Goodkin put it, avacopan "has the capacity to cause irreversible damage.  That should be the main message" provided to the medical community regarding avacopan's risk.[98]  I agree wholeheartedly with the DMC's warnings to ChemoCentryx.

### 4.3    Multiple Positive Rechallenge and Dechallenge Cases, Including Cases Involving Serious Liver Injury, Were Observed On Avacopan

65. As discussed above, scientists, clinicians, and regulators view positive rechallenges and dechallenges as providing significant evidence of an experimental therapy's hepatotoxicity. As Dr. Goodkin put it, positive rechallenges, in particular, provide "gold-standard" evidence that an observed liver injury was caused by the experimental treatment.[99]

66. In ADVOCATE, despite the small number of patients enrolled, there was at least one case, and possibly two cases, of serious liver injury involving a positive rechallenge to avacopan.  As the DMC warned ChemoCentryx, these adverse events "strongly suggest[] that the drug [avacopan] has hepatotoxic risk."[100]  In addition to these positive rechallenge cases, there were

---

[95] PX 13 at 4; PX 15 at -449; Hillson Tr. at 128:14-129:12, 148:6-9.

[96] PX 9 at -654; Glassock Tr. at 89:21-91:18, 94:17-97:13.

[97] PX 98 at -624.

[98] PX 15 at -449; PX 96 at -453; Goodkin Tr. at 170:17-174:8.

[99] PX 23 at -851; Goodkin Tr. at 85:2-86:15.

[100] PX 15 at -449.

*five* cases of positive dechallenge on avacopan.[101]  There were no negative rechallenges or dechallenges on avacopan.  Indeed, patients with  serious adverse liver events were rechallenged with avacopan twice and both times that rechallenge was positive.[102]  Again, these adverse events, particularly the positive rechallenge involving Patient 429-004, provide strong evidence of avacopan's hepatotoxicity – as the DMC, Dr. Maddrey, and even ChemoCentryx's own Chief Medical Officer explained – and would be important to the medical community's view of avacopan's safety.[103]

### 4.3.1 Positive Rechallenges on Avacopan

67. **Patient 429-004** experienced an SAE of cytolytic hepatitis and cholestatic hepatitis (AE) on avacopan,[104] with marked elevations in ALT of 300 U/L (close to nine times normal) and AST of 150 U/L (more than four times normal), after which avacopan was held.[105]  Within six days, ALT had decreased significantly – by more than half to 137 U/L – and AST returned to normal.[106]  The patient was rechallenged with avacopan alone and the next laboratory measurements taken after that rechallenge (8 days later) showed that liver function had again skyrocketed, with ALT of 355 U/L (more than 6 times normal) and AST of 158 U/L (close to five times normal).[107]  Avacopan was then permanently discontinued.  Within six days following discontinuation with avacopan, ALT began decreasing and AST returned to normal; 35 days after the last dose of avacopan, both ALT and AST had returned to normal.  The patient's cholestasis resolved entirely approximately three months after discontinuing avacopan.[108]  Liver tests remained normal for the remainder of the time the patient was

---

[101] PX 98 at -597, -624, -644, -670, -696; Glassock Tr. at 68:25-69:24.

[102] PX 17 at -205.  Meanwhile, there were negative rechallenges on both Bactrim and repaglinide, two of the concomitant drugs ChemoCentryx proposed as causes of liver injury.

[103] Glassock Tr. at 109:16-110:8, 128:11-129:25; Maddrey Tr. at 50:7-51:2, 156:4-22; Hillson Tr. at 101:3-102:17, 134:6-17; Kelleher Tr. at 101:3-102:17, 248:12-249:18.

[104] PX 20 at -914.

[105] PX 98 at -626-27, -631-32.  Other laboratory measures include ALP of 290 U/L (more than nine times normal) and GGT of 540 U/L (more than twelve times normal).  *Id* at -631.

[106] PX 98 at -626-27, -632; PX 17 at -205.

[107] PX 98 at -627, -631-32; PX 17 at -205.

[108] PX 98 at -627, -632-33.

monitored.[109]  Notably, while Bactrim was also held at the time of the first dechallenge, the patient was *not* rechallenged with Bactrim and, as Dr. Lewis explained, "the positive rechallenge reflects the effect of AVA [avacopan] alone."[110]

68. This case is a clear positive rechallenge on avacopan, is strong evidence that the drug has hepatotoxic risk, and, if disclosed, would have significantly undermined the medical and scientific community's view of avacopan's safety.  As discussed above, both the DMC and Dr. Maddrey communicated this to ChemoCentryx, as did the site investigator who actually treated this patient.[111]  Dr. Lewis confirmed the DMC's and Dr. Maddrey's conclusion in his report to ChemoCentryx.[112]  Likewise, ChemoCentryx's Chief Medical Officer, Dr. Kelleher, agreed, and informed both Drs. Schall and Bekker that this case was a positive rechallenge to avacopan involving serious liver injury.[113]  Like the DMC, Dr. Kelleher also urged ChemoCentryx to disclose this highly significant rechallenge to the medical community in the *New England Journal of Medicine* article.[114]  Further, the FDA ultimately cited this case in support of its conclusion that avacopan was associated with a hepatotoxicity signal.[115]

69. **Patient 812-001** also experienced a positive rechallenge on avacopan.  This patient experienced an increase in liver enzymes, with ALT of 336 U/L (more than eight times normal) and AST of 224 U/L (more than six times normal).[116]  Avacopan was held and both ALT and AST decreased, with ALT just barely above normal and AST within normal range.[117]  Avacopan was restarted and, approximately four weeks later, ALT had increased to more than twice normal and AST was approximately 1.5 times normal.[118]  Avacopan was subsequently

---

[109] *Id*. at -633.

[110] *Id*.at -631-34.

[111] PX 53 at -911; Maddrey Tr. at 130:5-131:20; Goodkin Tr. at 124:21-125:12; Kelleher Tr. at 103:10-105:3.

[112] PX 98 at -634.

[113] Kelleher Tr. at 54:4-57:5, 192:17-193:9.

[114] *Id*. at 246:20-249:18.

[115] PX 4 at -349.

[116] PX 98 at -660, -666.  ALP was also somewhat elevated, at 190 U/L (about 1.5 times normal).  *Id.*

[117] *Id*. at -661, -667.

[118] *Id*. at -660-61, -667.

discontinued, and ALT and AST were within the normal range three weeks later.[119]  While Bactrim was both held and restarted contemporaneously with avacopan,[120] for the reasons discussed above and cited by both the DMC and Dr. Maddrey, Bactrim is not a likely candidate for the injury observed here,[121] including because there were no signs of hypersensitivity, such as rash and/or fever.  Nevertheless, even if one treats this case as only a *possible* positive rechallenge on avacopan, it further strengthens the already significant hepatotoxicity signal on the drug.

70. A positive rechallenge event in a trial that had only 166 patients enrolled in the experimental arm – and certainly two, even if the second is deemed only a possible positive rechallenge – provides strong support for a causal relationship between avacopan and hepatoxicity.[122]

**4.3.2 Positive Dechallenges on Avacopan**

71. In addition to the two cases of serious liver injury on avacopan involving positive rechallenge, there were also five cases of liver injury involving positive *de*challenge to avacopan, four of which were deemed serious adverse events.[123]  These five positive dechallenges included cases of cytolytic and cholestatic hepatitis, including one case of cytolytic hepatitis meeting Hy's Law criteria discussed above, with progressive injury that declined markedly upon discontinuation of avacopan.[124]

72. Notably, these cases provide further evidence undermining Dr. Schall's and Dr. Bekker's suggestion that other concomitant medications were likelier causes of liver injury observed in ADVOCATE because those drugs were never held.  The patients' liver injury resolved and liver function returned to normal upon discontinuation of *avacopan*, despite the fact that the

---

[119] *Id*. at -660-61, -667-68.

[120] *Id*. at -660-61, -666-67.

[121] *See* ¶55, *supra*.

[122] Glassock Tr. at 109:19-110:4 (prevalence of rechallenge events was "a very significant observation and makes the case for a causative relationship between the experimental drug and the development of hepatotoxicity strongly").

[123] These five additional positive dechallenges were observed in Patients 206-004, 326-002, 430-002, 958-002, and 979-001.  PX 98 at -597, -624, -644, -670, -696.  To be precise, there were seven positive dechallenge cases on avacopan, as both rechallenge cases discussed above included a positive dechallenge.  I discuss the five additional cases above.

[124] *See* ¶32, *supra*.

concomitant drugs highlighted by Drs. Schall and Bekker *continued* to be administered and were apparently well-tolerated.  For instance, in both patients 430-002 and 958-002, liver injury resolved and liver function returned to normal upon discontinuation of avacopan and *remained* normal despite continued treatment with Bactrim in both patients.[125]

73. Further, as discussed above, while there were multiple *positive* rechallenges and dechallenges on avacopan, there were no *negative* rechallenges (*i.e.*, cases in which avacopan was stopped but the injury failed to abate) or dechallenges (*i.e.*, cases in which the drug was restarted without further liver-related injury or abnormality) on the drug.[126]  Again, this further strengthens the liver toxicity signal on avacopan.

## 4.4  More Avacopan Patients Discontinued ADVOCATE Because Of Liver-Related Adverse Events

74. As discussed above, analysis of discontinuations related to the risk of an adverse liver event in a clinical trial is critically important to understanding a drug's hepatotoxicity, as both the medical literature and the FDA have explained.[127]  Discontinuations due to liver injury or abnormality not only represent an independent category of adverse event, but, critically, if they occur disproportionately in the experimental arm, can result in an *understatement* of the experimental drug's true risk in other study-wide analyses, as the ADVOCATE DMC and others pointed out to ChemoCentryx.[128]  This is particularly true in ADVOCATE where, at the DMC's urging, ChemoCentryx implemented a mandatory rule requiring discontinuation of the study drug at the first signs of liver dysfunction.[129]  If disproportionately more avacopan patients discontinued because of this rule, then the risk of serious liver injury – e.g., additional cases of cytolytic hepatitis or Hy's Law cases – would also be disproportionately removed from the avacopan arm; patients at greater risk of liver injury are thrown out of the avacopan arm, but not out of the control arm.  And serious, potentially fatal, liver injuries that might otherwise develop with continued administration of avacopan are never observed, potentially

---

[125] PX 98 at -644, -674.

[126] *See* ¶66, *supra*.

[127] *See* ¶¶42-44, *supra*.

[128] *See* ¶43, *supra*.

[129] *See* ¶45, *supra*.

impacting comparative analyses of liver injury and abnormality as a whole. Accordingly, discontinuations are not only independently informative adverse events, they can also tell one whether study-wide analyses of liver injury or abnormality are likely to understate risk.

75. In the ADVOCATE study, avacopan was associated with a greater rate of liver-related discontinuations than comparator. Five avacopan patients discontinued ADVOCATE because of adverse heptobiliary events compared with none in the comparator arm – a striking difference that is even more striking because it is statistically significant despite the small size of the study.[130] Moreover, seven avacopan patients discontinued the study due to elevations in liver function – that is, discontinuations due to the discontinuation rule advised by the DMC – compared with just two in the comparator arm.[131] Avacopan patients thus discontinued ADVOCATE because of liver abnormality at more than three times the rate of comparator patients – a difference that, again, is all the more remarkable because it just barely misses statistical significance despite ADVOCATE's small size. Focusing on liver-related discontinuations deemed drug-related, the difference is even more stark – seven on avacopan versus zero on comparator – a difference that is again statistically significant.[132]

76. The imbalance in liver-related discontinuations associated with avacopan is another strong signal of the drug's hepatotoxicity, as the DMC pointed out to ChemoCentryx on several occasions.[133] Indeed, the FDA cited this imbalance in concluding that there was a hepatotoxicity signal on avacopan.[134] These data would be important to the medical and scientific community, again, because they are not only an independent category of adverse-liver events showing increased risk on avacopan, the data indicate that the analyses discussed in the earlier parts of my report – analyses of hepatobiliary events, liver abnormality, etc. – likely understate the true risk of liver injury on avacopan.

---

[130] Wang Tr. at 72:9-20; PX 166 at -258.

[131] PX 4 at -283.

[132] PX 4 at -283; PX 329 at -763; PX 98 at -670.

[133] *See,* e.g., PX 23 at -851.

[134] PX 4 at -283.

**4.5   Warnings About Avacopan's Liver Toxicity From the Unanimous ADVOCATE DMC, Dr. Maddrey, and Others Made Clear That Avacopan Was Associated With A Strong Liver Toxicity Signal**

77. As discussed above, it appears that the unanimous ADVOCATE DMC, Dr. Maddrey, and other ChemoCentryx advisors and even the Company's own scientific executives warned ChemoCentryx that the ADVOCATE clinical trial data gave rise to a medically significant and highly troubling liver signal on avacopan.  The guidance provided to ChemoCentryx was sound, well-grounded in the data, essentially uncontradicted, and would have alerted ChemoCentryx that avacopan was associated with a strong liver toxicity signal that significantly impacted the overall risk-benefit profile of the drug and needed to be disclosed to the medical and scientific communities.

78. For instance, the DMC told ChemoCentryx, as early as June 2018:

> Several patients receiving CCX168 have experienced dramatic elevations of hepatic laboratory parameters, including one . . . qualifying as a Hy's Law case . . . and another patient with recurrent elevations of ALT, AST, and gamma glutamyl transferase following rechallenge with CCX168. Although it is theoretically possible that concomitant medications, such as statins or Bactrim, caused the liver damage, we deem this unlikely and we feel that Investigators and patients must be warned of the potential for CCX168 to be hepatotoxic. It is remarkable to observe cases of marked drug-induced liver injury this early in a new drug's development.[135]

79. The DMC continued to repeat these warnings and to caution ChemoCentryx that the Company's reporting regarding liver toxicity failed to disclose medically important facts. For instance:

- The DMC told ChemoCentryx on June 7, 2018, "[T]he hepatic toxicity issue merits urgent implementation of the additional monitoring measures specified in the DMC recommendations. . . . A second patient experienced a recurrence of elevations in ALT, AST, and gamma-glutamyl transferase following rechallenge with CCX168, strongly suggesting that the drug has hepatotoxic risk."[136]

- The DMC told ChemoCentryx on December 31, 2019, "The DMC has repeatedly requested that the CIOMS reports unblind the assignment to CCX168 for 326-002 and 429-004. In our opinion, the investigators need to know that the Hy's Law case and the positive rechallenge case were due to avacopan, not placebo. Furthermore,

---

[135] PX 8 at -8005.

[136] PX 13 at 1, 4.

> Dr. Maddrey conveyed to us his conviction that avacopan, and not any concomitant medication including Bactrim, caused the liver dysfunction. The sentence below, 'Please note, these cases are confounded by the administration of multiple medications as detailed in the CIOMS' diminishes the safety message and is not believed by ChemoCentryx's liver expert (a world authority on drug hepatotoxicity). It is certainly untrue for the results following the rechallenge with Avacopan. . . . The DMC has long been concerned that CCX168 safety reporting downplays potential drug toxicities."[137]

- The DMC told ChemoCentryx on June 29, 2018, "The DMC is concerned that ChemoCentryx and/or Medpace are downplaying the risk of hepatotoxicity associated with avacopan. The wording above does not convey the severe magnitude of the transaminase and bilirubin elevations in the Hy's Law case. Further, there is no mention made of the patient who experienced transaminase and gamma glutamyl transferase elevations that fell after CCX158 was held and then rose again on rechallenge. The latter case is critically important, too, because it demonstrates that the drug caused the hepatic pathology."[138]

- Dr. Glassock of the DMC told ChemoCentryx on May 9, 2020, "I spent untold hours examining the huge volume of biochemical data and came to a firm conclusion that assignment to the Avacopan arm of the study was associated with the development of liver enzyme abnormalities (mainly ALT) and one Hy's law case. An independent consultant (Dr. Maddrey) engaged by Sponsor came to similar conclusions, from a review of unblinded data."[139]

- The DMC told ChemoCentryx on May 23, 2020, "It is rare that patients actually get re-challenged with a halted drug following LFT elevation (risky business according to Dr. Maddrey). Case 429-004 is very important in this regard. LFTs rose a second time with reinstitution of avacopan and fell again after cessation - the "gold standard" for establishing hepatotoxicity of a drug. The DMC was also concerned when Dr. Wang informed us that the incidence of study drug going on hold due to LFT elevation, as mandated by the protocol amendment the DMC requested, was statistically significantly higher among the avacopan patients than among the prednisone patients. We had not requested a statistical test because we assumed the Ns were too small, but it turns out the groups differed to an extent highly unlikely to be due to chance. This further indicates that avacopan has had hepatic effects."[140]

80. Likewise, minutes of the DMC's meeting with Dr. Maddrey provided to ChemoCentryx and Dr. Maddrey's written report communicated to ChemoCentryx that the ADVOCATE data gave

---

[137] PX 26 at -225-26.

[138] PX 100 at -933.

[139] PX 27 at -674.

[140] PX 23 at -851.

rise to a meaningful liver toxicity signal on avacopan.

- The minutes of the DMC's December 19, 2018 meeting with Dr. Maddrey state, "Two or three cases from the study represent clear instances of serious drug induced liver injury and will be FDA concerns. One case showed moderate liver injury on biopsy. [Dr. Maddrey] pointed out that one in ten of such Hy's Law cases will die. . . . The DMC pointed out that there have been fewer than 300 individuals exposed to at least one week of CCX168 treatment at this time; Dr. Maddrey acknowledged that it is disconcerting to see liver toxicity for a new compound this early in its development."[141]

- Following their teleconference with Dr. Maddrey, the DMC informed ChemoCentryx "Dr. Maddrey is worried about the drug and the DMC is considering new recommendations based on his advice."[142]

- Dr. Maddrey testified that for the avacopan cases in his final report, "looking at the totality of the data . . . [there was] a concerning signal of liver toxicity on the drug. . . . And that remained the message [Dr. Maddrey] communicated to ChemoCentryx."[143]

81. I also note that the lead doctor for the ADVOCATE CRO, Medpace's Dr. Bernard Ilson, characterized the liver injury observed in avacopan Patient 326-002 as a "Hy's Law case,"[144] as did ChemoCentryx's Dr. Jan Hillson.[145]  Moreover, the actual treating physicians for the two positive rechallenges on avacopan – Patients 429-004 and 812-001 – confirmed that both

---

[141] PX 17 at -205. I also note that ChemoCentryx failed to share Dr. Maddrey's report with the ADVOCATE DMC or with the FDA.  I further note Dr. Maddrey's testimony that he "would have expected [his] report to be forwarded along to the DMC" and stated that "no company would have gotten an outside expert to look at this and then not given it back to their own DMC. That would have been . . . a bad breach."  Maddrey Tr. at 40:4-10.  He added "I cannot recall a single instance in which one of my reports over the years has not gone directly to the DMC for them to consider."  Maddrey Tr. at 42:7-10. (The DMC also noted the unusual absence of Dr. Maddrey's report. The August 26, 2019 DMC Closed Session Meeting Minutes read "R. Glassock inquired about Dr. Maddrey and adding his summary to their minutes. D. Goodkin noted he assumed he was unblinded and would send his impressions, but he never did, and never received a response."  PX 22 at -208). I agree and find ChemoCentryx's failure to provide the DMC with information concerning safety (particularly given the DMC's concern about avacopan's liver toxicity) inconsistent with standard and appropriate clinical trial practice.  Further, I note that, following the Company's apparent termination of its relationship with Dr. Maddrey, it did not retain another independent expert hepatologist until after the May 2021 FDA Advisory Committee meeting.  I find this too to be inconsistent with standard practice in safety data analysis, given the significance of the liver toxicity signal, particularly given ChemoCentryx's representations to the FDA that the Company would retain an external hepatologist in order to "mitigate the risk of liver injury" in the avacopan program. PX 62 at -793.

[142] PX 169 at -300.

[143] Maddrey Tr. at 306:4-22.

[144] PX 9 at -653-54.

[145] PX 96 at -453.

were, in fact, positive rechallenges.[146]

82. ChemoCentryx's own senior medical executives likewise apparently warned other members of ChemoCentryx senior management, including Dr. Schall, that there was a clear liver toxicity signal associated with avacopan. For instance, Dr. Kelleher, ChemoCentryx's Chief Medical Officer, testified that she raised "concerns about the liver safety signal" to Dr. Schall, including "how he should present the liver data in his communications externally" because "there was a difference in liver between the treatment arm of ADVOCATE and the placebo arm, and to call out certain cases," but Dr. Schall rebuked her by telling her she was being "too vocal" and "told [her] to stop talking about [the liver safety signal] at … internal meetings.[147] Dr. Kelleher also apparently urged ChemoCentryx to disclose the highly significant and medically important positive rechallenge case in Patient 429-004 in the *New England Journal of Medicine* article reporting the ADVOCATE results.[148]

83. These warnings, provided by competent and independent experts, would have clearly signaled to a reasonable doctor and scientist that there was a significant risk that avacopan was associated with substantial liver toxicity. Indeed, it appears that, as early as August 2018, ChemoCentryx prepared a draft label for avacopan that included a "warning" related to liver toxicity.[149] Warnings are included for drug reactions that are clinically significant because of severity or frequency and for which there is "reasonable evidence of a causal association between the drug and the adverse event."[150]

---

[146] PX 53 at -911 ("It is clear to [the treating physician] that the hepatic cytolysis [for patient 429-004] is related to CCX and all other causes were ruled out."); PX 54 at -245 ("I am reporting a new SAE for our patient [812-001]. It is a second event of elevated liver enzymes and I believe it is due to the IP, which I have continued to withhold.").

[147] Kelleher Tr. at 54:4-57:5.

[148] PX 228 at -641; Kelleher Tr. at 245:15-24, 248:12-249:18.

[149] CCXI-0002684512 at -675-76.

[150] U.S. FDA Guidance For Industry: *Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products Content and Format*, at 3.

## 5.  CHEMOCENTRYX MISREPRESENTED AND CONCEALED FACTS CRITICAL TO THE MEDICAL AND SCIENTIFIC COMMUNITIES' UNDERSTANDING OF AVACOPAN'S SAFETY RISKS

84. The Complaint alleges that ChemoCentryx and Dr. Schall made false and misleading statements concerning avacopan's safety profile.  For instance:

- On November 25, 2019, ChemoCentryx issued a press release purporting to announce the ADVOCATE results, which stated that "[t]he topline safety results [of ADVOCATE] revealed an acceptable safety profile in this serious and life-threatening disease, with fewer subjects having serious adverse events (SAEs) in the avacopan group than in the glucocorticoid [standard of care] control group."[151]  On a call with investors that same day, Dr. Schall stated that ADVOCATE showed avacopan's safety profile was "very acceptable" and that avacopan had "lower incidences of AEs [adverse events] in the ANCA patient population."[152]

- On July 9, 2020, ChemoCentryx issued a press release stating that "avacopan demonstrated favorable safety results [in ADVOCATE] . . . with fewer subjects having serious adverse events in the avacopan group than in the prednisone group."[153]

- On a September 15, 2020 investor call, Schall stated in ADVOCATE avacopan demonstrated "a superior profile of therapy and it did so safely. We had fewer adverse events and fewer serious adverse events, a very acceptable safety profile to go forward we believe and apply for approval in this indication."[154]

85. As members of the DMC and Dr. Maddrey explained, these statements misstated and concealed facts important to the medical community's understanding of avacopan's safety profile; disclosure of those facts would have significantly weakened the medical community's view of the drug's safety profile and, therefore, its benefit-risk profile.  When asked about ChemoCentryx's statement in its November 25, 2019 press release that ADVOCATE showed avacopan had "an acceptable safety profile" and highlighting solely positive safety results, such as lower SAEs and infections:[155]

- Dr. Glassock testified that the press release "doesn't fairly present the safety risks

---

[151] PX 25 at -041.

[152] Compl. ¶223.

[153] Compl. ¶251.

[154] Compl. ¶268.

[155] PX 25 at -041.

observed [on avacopan]."[156]

- Dr. Maddrey testified "that Advocate showed avacopan had a[n] 'acceptable safety profile' and reporting only positive safety results, while wholly omitting any mention of the serious safety signals that greatly bothered ChemoCentryx's advisors, substantially understates the safety risks observed on avacopan."[157] Dr. Maddrey further testified that disclosure of the adverse liver safety data would have "quite definitely" "impacted the medical community's view of avacopan safety."[158]

- Dr. Goodkin also agreed that this statement "substantially understates the safety risks observed on avacopan" and that disclosure of the adverse liver safety data "would have most definitely impacted the medical community's view of avacopan."[159]

86. I agree that ChemoCentryx's statements regarding avacopan's safety – for instance, statements asserting that avacopan's safety profile was "acceptable" and "favorable" and citing cherry-picked positive safety data, while failing to disclose that a significant liver toxicity signal was observed on avacopan or any of the adverse liver safety data discussed above – created a significant risk of misleading members of the scientific and medical communities. I also agree that disclosure that a significant liver toxicity signal was observed on avacopan or the adverse liver safety data discussed above (including that avacopan was associated with significantly greater rates of serious and combined hepatobiliary adverse events, and liver-related discontinuations; cases of positive rechallenges and dechallenges; cases of serious liver injury meeting Hy's Law criteria; that the DMC had recommended implementing significant changes to the study – including frequent liver monitoring and mandatory discontinuation rules – because it was concerned about avacopan's hepatotoxicity), separately and certainly collectively, would have substantially undermined the medical community's view of avacopan's safety profile, and therefore, of the drug's risk-benefit profile.

87. I understand that ChemoCentryx has argued that they fully disclosed the nature, scope, and severity of the liver toxicity signal associated with avacopan in the *New England Journal of Medicine* article purporting to report the study's results. Specifically, ChemoCentryx points to the following language appearing in the article: "Nine patients in the avacopan group and

---

[156] Glassock Tr. at 234:4-24, 240:2-6.

[157] Maddrey Tr. at 351:13-23, 352:4-16, 355:11-22.

[158] *Id.* at 355:23-356:3.

[159] Goodkin Tr. at 265:17-267:1.

six in the prednisone group had a serious adverse event of an abnormality on liver-function testing. All events resolved with the withdrawal of trial medication and other potentially hepatotoxic drugs, including trimethoprim-sulfamethoxazole."[160]  However, the ADVOCATE DMC wrote a unanimous letter to ChemoCentryx stating that it was "concerned by [ChemoCentryx's] safety reporting in the New England Journal of Medicine article" and explaining why, far from fully disclosing avacopan's liver toxicity, the article was actually affirmatively misleading to doctors.[161]  As the DMC explained, the article's statement above gives the misimpression that there was no real difference in liver toxicity between arms: (1) it suggests any difference identified was, as the DMC explained, "mere [statistical] noise" and there was no empirically meaningful difference between arms; (2) it focuses narrowly on cases of elevated liver function testing, but fails to disclose that avacopan patients suffered significantly greater incidences of both serious and combined hepatobiliary events (which were statistically significantly greater on avacopan), including several cases of actual severe liver injury involving positive rechallenge or dechallenge on avacopan and cases meeting Hy's Law criteria; (3) in presenting serious increases in liver function, the article fails to mention that, at the DMC's urging, a rule calling for discontinuation at the early stages of liver dysfunction had been implemented in the study, and that there was an imbalance in liver-related discontinuations against avacopan (indicating that the analysis of liver function elevations that progressed to serious would understate avacopan's toxicity); and (4) includes unsupported language suggesting that "concomitant medication" were reasonably competing explanations for the observed liver injury (language that was affirmatively untrue in cases involving positive rechallenge and dechallenge to avacopan alone), which the DMC specifically warned ChemoCentryx was not supported by the evidence, including the opinion of Dr. Maddrey, one of the foremost liver experts in the world.[162]  I note that Dr. Maddrey testified that he agreed with the DMC's assessment of the *NEJM* article.[163]

88. In addition, the Complaint alleges the following statement, made after the *NEJM* article was

---

[160] PX 80 at -622.

[161] PX 31 at -437-38; *see also* PX 103 at -025-26.

[162] PX 31 at -437; *see also* PX 103 at -025; PX 80 at -622.

[163] Maddrey Tr. at 335:20-342:17.

published and in which Dr. Schall clearly downplays the significance of even the article's statement, was misleading:

- On April 14, 2021, Schall stated, "[W]e believe that the benefit risk profile for Avacopan is distinctly favorable in ANCA vasculitis. . . . In ADVOCATE trial, the number of serious hepatic function AEs was 9% or 5.4% in the Avacopan group versus 6% in the prednisone group. That is not a statistically significant difference, by the way, and as you can see the numbers are very small."[164]

Like the *NEJM* article, this statement too created a significant risk of misleading members of the scientific and medical communities for the reasons stated above.

89.  Finally, I understand that Defendants have suggested that it is not "standard practice" to disclose individual adverse events in medical journal articles and, so, it would have been inappropriate for the Company to disclose the positive rechallenges, the Hy's Law case, or other individual, but highly concerning and informative, adverse liver events observed on avacopan.  This is untrue.  Individual events are, and should be, disclosed when they inform an understanding of the drug's overall efficacy and safety profile; indeed, medical journals routinely publish articles devoted *entirely* to a single case.  Moreover, the *NEJM* article also failed to disclose between-arm comparisons signaling hepatotoxic risk, including the analysis of serious hepatobiliary adverse events, combined hepatobiliary adverse events, discontinuations due to liver abnormalities, and discontinuations due to hepatobiliary adverse events.

## 6.  THE MAY 6, 2021 ADVISORY COMMITTEE'S DISCUSSION PROVIDED IMPORTANT CLINICAL CONTEXT AND PERSPECTIVE ON THE AVACOPAN LIVER TOXICITY DATA DISCLOSED IN THE FDA'S MAY 4, 2021 BRIEFING DOCUMENT

90. On May 4, 2021, the FDA published briefing materials in advance of a May 6, 2021 Advisory Committee meeting to discuss the avacopan NDA.  The FDA's briefing materials stated that avacopan was associated with increased risk of liver toxicity in the avacopan clinical trial data, citing the liver toxicity signals that had been raised to ChemoCentryx by the ADVOCATE

---

[164] Compl. ¶286.

DMC as early as June 2018 and by Dr. Maddrey as early as December 2018.[165]  Among other things, the FDA briefing materials pointed out that avacopan was associated with: (1) a greater rate of serious hepatobiliary adverse events; (2) a significantly greater rate of combined hepatobiliary adverse events; (3) an imbalance in liver-related discontinuations; and (4) cases of serious DILI, including a positive rechallenge and a case meeting Hy's Law laboratory criteria.[166]  The FDA concluded that, even though the avacopan "database is small, there is a greater incidence of hepatotoxicity and hypersensitivity with avacopan."[167]

91. The May 6, 2021 discussion at the Advisory Committee meeting provided important information to the public concerning the clinical implications of raw clinical trial data.  For instance, Dr. Julie Lewis, a member of the FDA Advisory Committee – and a nephrologist and professor of medicine at Vanderbilt University – asked what the FDA's view was about the fact that the data showed "with even such a small safety set, breaking Hy's law and the liver signals that we're seeing . . . . I wondered what the FDA's view was, potentially, detecting a signal like this, even though the exposure is a very small group. Does that heighten your concern?"[168]

92. Dr. Hayashi, the FDA "team lead for the DILI team" in the agency's Division of Hepatology and Nutrition made clear that the FDA was concerned about the liver toxicity signal on avacopan.  Dr. Hayashi stated, "Yes, it did, and it does weigh on my mind. You have an exposure here that's about 160 some odd patients. That is small. For DILI risk of significance, like a Hy's law case, it's really one or two in a large trial of, like, a thousand, is enough for us to be concerned that that drug will have problems postmarketing. So to answer your question, yes, it is a small set. And for the realm of DILI, it is a concern."[169]

93. While following publication of the FDA briefing materials, ChemoCentryx denied that a Hy's Law case had been observed on avacopan, Dr. Hayashi explained that there was such a case,

---

[165] *See, e.g.*, PX 8 at -8005; PX 17 at -205.

[166] PX 4 at -282-83.

[167] *Id*. at -349.

[168] PX 64 at 137:2-5, 138:4-7.

[169] *Id*. at 138:11-139:2.

stating "This is this [case] in question. It does meet Hy's law. There's not a lot of doubt about that."[170]  Dr. Hayashi also cast doubt on ChemoCentryx's attempt to blame multiple other concomitant medications for the injury, mentioning only simvastatin and even then pointing out that the injury was inconsistent with simvastatin because of the patient's neutropenia, which was significant enough to require a bone marrow biopsy.[171]  Moreover, Dr. Glaser then pointed out that, even if simvastatin contributed to the injury, it likely did so in concert with avacopan because simvastatin is a CYP3A4 substrate and avacopan inhibits CPY3A4.[172]  Perhaps even more significantly, the FDA made clear that this case raised significant concern about avacopan's liver safety, even if one could quibble about Hy's Law, just as Dr. Goodkin explained to ChemoCentryx nearly three years earlier.[173]

94. The FDA Advisory Committee's discussion made clear that when accounting for the liver and other toxicity signals, avacopan had a narrow and limited risk-benefit profile and ChemoCentryx had not established avacopan's safety and efficacy consistent with the draft label the Company had submitted.  Advisory Committee members repeatedly raised concerns about avacopan's hepatotoxicity signal and, while members were evenly split on the question of whether avacopan should be approved at all, even those who voted in favor of approval stated that given the limited risk-benefit profile, use should be limited.  For instance, Dr. Piesetsky, who voted in favor of approval, stated that avacopan "would likely be used, if approved, in people who had persistent activity or had frequent relapses despite being on other agents like rituximab or Cytoxan and Imuran, who still required high doses of steroids."[174]  Likewise, Dr. Seoyoung Kim, who also voted in favor of approval, stated, "I voted yes. However, I think, like some of the others mentioned, maybe if it's approved, labeling can specify appropriate indication . . . . Not everybody with the disease are considered with this."[175]

---

[170] *Id*. at 139:9-142:14.

[171] *Id*. at 142:5-9.

[172] *Id*. at 142:19-143:3.

[173] *Id*. at 138:11-139:3

[174] *Id*. at 296:11-17.

[175] *Id*. at 328:16-22.

Alan Bonder
Dr. Alan Bonder

## <u>APPENDIX A</u>

**The Faculty of Medicine of Harvard University
Curriculum Vitae**

**Date Prepared:**    September 11, 2024

**Name:**    Alan Bonder

**Office Address:**    110 Francis Street, Suite 8a, Boston, MA 02215

**Home Address:**    147 Andrew Street. Newton. MA. 02461

**Work Phone:**    + 617 632 1070

**Work Email:**    abonder@bidmc.harvard.edu

**Education**:

| | | | |
|---|---|---|---|
| 1997-1998 | Premedical course | Premed | Anahuac University School of Medicine. Mexico D.F. |
| 07/2002-01/2003 | Pregraduate internship | | Jackson Memorial Hospital. University of Miami. Miami, Fl. |
| 2004 | Medical Degree Graduate with high honors. | Medicine | Anahuac University School of Medicine, Mexico D.F. |
| 02/2021 | | Leadership course (Conexion). Mid-career physicians in diversity leadership programs with Conexion and The Partnership sponsor by BIDMC | The Partnership, Beth Israel Deaconess Medical Center (BIDMC) |

**Postdoctoral Training:**

| | | | |
|---|---|---|---|
| 07/05-06/06 | Intern | Internal Medicine | Tufts Medical Center. Boston, MA |
| 07/06-06/08 | Resident | Internal Medicine | Tufts Medical Center. Boston, MA. |
| 07/08-06/11 | Fellow | Gastroenterology and Endoscopy | Tufts Medical Center. Boston, MA. |
| 07/11-06/13 | Fellow | Advanced Hepatology | Harvard – Beth Israel Deaconess Medical Center. Boston, MA. |

**Faculty Academic Appointments:**

| | | | |
|---|---|---|---|
| 2013-2016 | Instructor | Medicine | Harvard Medical School |

| 2016- | Assistant Professor | Medicine | Harvard Medical School |
|---|---|---|---|
| 2023- | Associate Professor | Medicine | Harvard Medical School |

## Appointments at Hospitals/Affiliated Institutions:

| 2011-2016 | Physician | Gastroenterology Attending (Moonlight as a gastroenterologist 4-5 weekends/year) | Norwood Hospital |
|---|---|---|---|
| 2013- | Physician | Medicine, Gastroenterology Division | Beth Israel Deaconess Medical Center |

## Major Administrative Leadership Positions:

### Local

| 2014-2023 | Associate Program Director – Liver Transplant Fellowship | Beth Israel Deaconess Medical Center |
|---|---|---|
| 2018-2020 | Co-medical director – liver transplant | Beth Israel Deaconess Medical Center |
| 2020 | Medical Director of Liver Transplant | Beth Israel Deaconess Medical Center Boston/MA |

## Committee Service:

### Local

| 2013 | Hepatology subspecialty education coordinator | Beth Israel Deaconess Medical Center |
|---|---|---|
| 2013- | Liver Transplant selection committee | Beth Israel Deaconess Medical Center |
| 2014- | Gastroenterology Fellowship Interviewing committee | Beth Israel Deaconess Medical Center |
| 2014- | Transplant Hepatology and General Hepatology Interviewing Committee | Beth Israel Deaconess Medical Center |
| 2015 | Transplant Institute Morbidity and mortality committee member | Beth Israel Deaconess Medical Center |
| 2017- | Transplant Institute Quality Improvement committee | Beth Israel Deaconess Medical Center |

### National

| 2024- | Medical Advisory Board 2024- | PBCers (patient advocay group) |
|---|---|---|

### International

| 2020 | GLOBE PBC | Globe PBC |
| 2024 | Medical Advisory Group | PBC foundation (patient advocacy group) |
| | 2024 | Medical Advisory Group |

## Professional Societies:

| 2008- | American Association for the Study of Liver | |
| | 2008- | Member |
| 2008- | American Gastroenterology Association | |
| | 2008- | Member |
| 2012 | Mexican Society of Gastroenterology | |
| | 2012 | Member |
| 2013 | Mexican Society of Gastrointestinal Endoscopy | |
| | 2013 | Member |
| 2013 | Mexican Society of Hepatology | |
| | 2013 | Member |
| 2021 | ALEH. Asociaicion Latinlamericana para el Estudio del Higado. | |
| | 2021 | Member |

## Editorial Activities:

### Ad hoc Reviewer

*Frontline Gastroenterology*
*Gastroenterology Insights*
*Mexican Journal of Gastroenterology*
*Hepatology Communications*
*Hepatology*

### Other Editorial Roles

| 2018-2023 | Associate Editor | Editorial committee of Clinical liver disease |
| 2019- | Associate Editor of the GI and Hepatology section | Editorial committee of Journal of Clinical Medicine |
| 2020 | Hepatology associated editor | Dynamed / EBSCO |
| 2020- | Main Hepatology Editor | Gastroenterologylearningnetwork.com |
| 2023 | Associate Editor | Journal of Transplantation |

3

**Honors and Prizes:**

| | | | |
|---|---|---|---|
| 2001 | "Abraham Ayala Gonzalez" National Award of Clinical Investigation | The Mexican Gastroenterology Association | Differences in the stress symptoms rating scale in Spanish between patients with irritable bowel syndrome (IBS) and healthy controls. Huerta I, Bonder A, Ocampo Ma, Schmulson MJ. November 19, 2001. |
| 2003 | Excellence in Academic Performance. September 18, 2003. | Anahuac University. School of Medicine. Estado de Mexico. Mexico. | Top 3 GPA from each medical class receive this award |
| 2014 | Award of leadership and best former graduate | Faculty of Medicine. Anahuac University. Mexico D.F. | This award is given to the most outstanding former graduate and most accomplish clinician. |
| 2017 | Hispanic achievement award | Beth Israel Deaconess Medical Center | |
| 2020 | Clinical Innovation in Liver Diseases | Gastroenterology department. Beth Israel Deaconess Medical Center | |
| 2020 | AASLD Presidential Poster of distinction | AASLD for the liver meeting 2020 Title "Final data of the phase 2a intrepid study with EDP-305, a non bile acid farnesoid X receptor (FXR) Agonist | Posters of Distinction are classified as being in the top 10% scored poster abstracts and will receive special recognition. |
| 2020 | Poster of Distinction | AASLD for the Liver meeting 2020 Title "Ethnic disparities in liver transplant patients with hepatocellular carcinoma and exception points approved" | Posters of Distinction are classified as being in the top 10% scored poster abstracts and will receive special recognition. |
| 2022 | Poster of Distinction. | Digestive Disease Week. San Diego. CA. | Posters of Distinction are classified as being in the top 10% scored poster abstracts and will receive special recognition. |
| 2023 | Best doctors. Castle Conolly. Top physician in Gastroenterology | Castle Conolly | |
| 2024 | Boston Magazine. Top doctors in the Boston area. Top | Boston Magazine | |

4

physician in
Gastroenterology

| 2024 | Poster of Distinction. Digestive disease Week. | American Gastroenterology Association |

## Report of Funded and Unfunded Projects

**Past**

| 2015-2020 | A Study to Evaluate Long-term Outcomes Following Treatment With ABT-450/Ritonavir/ABT-267 (ABT-450/r/ABT-267) and ABT-333 With or Without Ribavirin (RBV) in Adults With Genotype 1 Chronic Hepatitis C Virus (HCV) Infection ((TOPAZ II))<br>Industry<br>PI<br>Study completed. |

| 2017-2020 | A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Phase 2 Study to Evaluate the Efficacy and Safety of Elafibranor at Doses of 80mg and 120mg After 12 Weeks of Treatment in Patients With Primary Biliary Cholangitis and Inadequate Response to Ursodiol. Site primary investigator.<br>Industry<br>Site Primary Investigator<br>Study completed. Manuscript published in Journal of Hepatology |

| 2018-2020 | A Phase 2 Dose Ranging, Randomized, Double Blind, Placebo Controlled Study Evaluating the Safety, Tolerability, Pharmacokinetics and Efficacy of EDP-305 in Subjects with Primary Biliary Cholangitis (PBC) with or Without an Inadequate Response to Ursodeoxycolic acid.<br>Industry<br>Site Primary Investigator<br>Study completed. Study presented in the 2020 Liver meeting. |

| 2019-2020 | A 52-week, placebo-controlled, randomized, Phase 3 study to evaluate the safety and efficacy of seladelpar in subjects with primary biliary cholangitis (PBC) and an inadequate response to or an intolerance to ursodeoxycholic acid (UDCA)<br>Industry<br>Site Primary Investigator<br>Study stopped due to side effects. |

| 2021-2022 | A multicenter, double-blind, randomized, placebo-controlled study to evaluate the safety and efficacy of oral CR845 in patients with Primary Biliary Cholangitis and moderate to severe pruritus Cr845-210401<br>Cara therapeutics, industry sponsored<br>Industry<br>PI<br>Study closed |

| 2021-2022 | A Double-blind, Randomized, Placebo-Controlled Study and Open-label Long Term Extension to Evaluate the Efficacy and Safety of Elafibranor 80mg in |

5

| | |
|---|---|
| | Patients with Primary Biliary Cholangitis with Inadequate Response or Intolerance to Ursodeoxycholic Acid<br>Genfit Pharmaceutical, industry sponsored<br>Industry<br>PI<br>Study closed |
| 2021-2022 | RESPONSE: A Placebo-controlled, Randomized, Phase 3 Study to Evaluate the Efficacy and Safety of Seladelpar in Patients With Primary Biliary Cholangitis (PBC) and an Inadequate Response to or an Intolerance to Urosdeoxycholic Acid (UDCA)<br>Industry<br>PI<br>Study in recruitment phase |

## Current

| | |
|---|---|
| 2019- | A Phase 3, Randomized, Double-Blind, Placebo-Controlled Study Evaluating the Safety, Tolerability, and Efficacy of GS-9674 in Non-Cirrhotic Subjects with Primary Sclerosing Cholangitis GS-US-428-4194.<br>Industry<br>Site Primary Investigator<br>Study closed |
| 2021- | Multidimensional Approach to Frailty among Liver Transplant Recipients: A Pilot Study<br>Co-PI (Co-PI: Dami Ko Ph.D.)<br>Frailty assessment evaluation on patients listed for liver transplant and assessment in the post-transplant era |
| 2021- | A Double-blind, Randomized, Placebo-Controlled Study and Open-label Long Term Extension to Evaluate the Efficacy and Safety of Elafibranor 80mg in Patients with Primary Biliary Cholangitis with Inadequate Response or Intolerance to Ursodeoxycholic Acid<br>Industry<br>PI<br>Study in the open label phase |
| 2021- | A Phase 2a, Double-Blind, Randomized, Active Controlled, Parallel Group Study Evaluating the Efficacy, Safety, and Tolerability of Bezafibrate Administered in Combination with Obeticholic Acid in Subjects with Primary Biliary Cholangitis STUDY NUMBER: 747<br>Industry<br> (PI: Alan Bonder M.D.)<br>Study for patients with PBC who do not respond to conventional therapy with UDCA |
| 2021- | A Randomized Double-Blind Placebo-Controlled Study to Evaluate the Efficacy and Safety of Volixibat in the Treatment of Cholestatic Pruritus in Patients with Primary Sclerosing Cholangitis (VISTAS)<br>Industry |

6

|  | PI |
|  | Study in recruitment phase |
| 2022- | An Open-Label Study to Evaluate the Safety and Tolerability of Volixibat in Patients with Primary Biliary Cholangitis Currently Being Treated with Obeticholic Acid |
|  | PI |
|  | Treating pruritus in patients with PBC |
| 2022- | ASSURE: An Open Label Long-Term Study to Evaluate the Safety and Tolerability of Seladelpar in Subjects with Primary Biliary Cholangitis (PBC) |
|  | PI |
| 2022- | A Phase 2A, Randomized, Double-Blind, Placebo-Controlled, Clinical Trial Evaluating The Safety And Efficacy of CM-101 In Subjects With Primary Sclerosing Cholangitis- The SPRING STUDY (CM-101-PSC-101) |
|  | PI |
| 2023- | AFFIRM: A Randomized, Double-Blind, Placebo-Controlled, Study to Evaluate the Effect of Seladelpar on Clinical Outcomes in Patients with Primary Biliary Cholangitis (PBC) and Compensated Cirrhosis |
|  | PI |
|  | Study on recruitment phase |
| 2023- | A Phase II, Multicenter, Double-Blind, Randomized, Placebo-Controlled Study and Open-Label Long Term Extension to Evaluate the Safety and Efficacy of Elafibranor in Adult Participants with Primary Sclerosing Cholangitis (PSC) (CLIN-60190-453) |
|  | PI |
|  | Study on recruitment phase |

## Unfunded Current Projects

| 2018- | Autoimmune liver disease characterization. |
|  | Co-PI |
|  | Started with another physician a database for all the autoimmune liver disease. Evaluating blood samples as well as questionnaire for quality of life. |
| 2022- | Multidimensional Approach to Frailty among Liver Transplant Recipients: A Pilot Study |
|  | PI |
|  | Collaboration with Northeastern University to evaluate frailty in patients' status post liver transplant |

## Report of Local Teaching and Training
**Teaching of Students in Courses:**

| 2013-2015 | Human Systems, Gastrointestinal Pathophysiology Medical Student | Harvard Medical School 2 hours / week |

7

**Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs):**

| 2013 | Management of autoimmune liver disease Gastroenterology Fellows | BIDMC 1 hour / week One hour lecture This one hour lecture involves the diagnosis, management and treatment of autoimmune hepatitis |
|------|------|------|
| 2014- | Update in management of Primary Biliary Cirrhosis Gastroenterology and Hepatology Fellows | BIDMC 1 hour / year One hour lecture This one hour lecture involves the diagnosis, management and treatment of Primary Biliary Cholangitis |
| 2015 | Update in autoimmune liver disease Gastroenterology and Hepatology Fellows | BIDMC 1 hour / year |
| 2016 | Management of abnormal LFT's Gastroenterology and Hepatology Fellows | BIDMC One hour lecture 1 hour / year |
| 2017 | Whats new in the autoimmune liver world Gastroenterology and Hepatology Fellows | BIDMC One hour lecture 1 hour / year |
| 2018 | Update in PBC Gastroenterology and Hepatology Fellows | BIDMC One hour lecture 1 hour / year |
| 2019 | Update in PSC Gastroenterology and Hepatology Fellows | BIDMC One hour lecture 1 hour / year |
| 2020 | New treatment options for patients with PBC who do not respond to standard therapy Gastroenterology and Hepatology Fellows | Beth Israel Deaconess Medical Center 1 hour / year |
| 2021 | How to stage and manage patients with a new diagnosis of PBC GI fellows | BIDMC 1 hour / week |

**Clinical Supervisory and Training Responsibilities:**

8

| 2013 | Endoscopy Center and liver biopsy GI and Hepatology fellows | BIDMC. Transplant Institute. Harvard Medical School 4 hours / week |
|---|---|---|
| 2013 | Liver center clinical preceptor Gastroenterology and Hepatology fellows | Beth Israel Deaconess Medical Center 4 hours / week |
| 2013- | Hepatology attending, inpatient transplant service Internal medicine residents, Gastroenterology and advance Hepatology fellows | Beth Israel Deaconess Medical Center. I am involved in the clinical rotation in the Hepatology department of the Internal Medicine Department. 60 hours / week |
| 2013- | Transplant Hepatology clinic preceptor Advance Hepatology Fellows | BIDMC 6 hours / week |

**Research Supervisory and Training Responsibilities:**

| 2019 | Research Mentor for International Research Initiative (IRI) Pedro Ochoa-Allemant M.D. Post doc research fellow Currently Gastroenterology fellow at the University of Pennsylvania. | Department of Gastroenterology. BIDMC. |
|---|---|---|
| 2020 | Research Mentor for International Research Initiative (IRI) Daniela Goyes- Vaca M.D. Post doc research fellow Currently Gastroenterology fellow at the Yale University | Department of Gastroenterology. BIDMC. |
| 2021 | Research Mentor for International Research Initiative (IRI) John Esli Medina-Morales M.D. Post doc research fellow Currently Internal Medicine Resident at Rutgers University | Department of Gastroenterology. BIDMC. |
| 2022 | Research Mentor for International Research Initiative (IRI) Romelia Barba-Bernal M.D. Post doc research fellow Internal Medicine Residency at Texas Tech | Department of Gastroenterology. BIDMC. |
| 2023 | Research Mentor for International Research Initiative (IRI) Leandro Sierra-Carrero M.D. Post doc research fellow Internal Medicine Residency at Cleveland Clinic | Department of Gastroenterology. BIDMC. |

**Formally Mentored Harvard Students (Medical, Dental, Graduate, and Undergraduate):**

2013-2014        Andrea Catana, M.D.
                 Career stage: Transplant Hepatology fellow
                 Current role: Medical co-director of liver tumor. Instructor of Medicine.
                 BIDMC. Harvard Medical School

2014-2015        Vilas Patwardhan M.D.
                 Career stage: Transplant Hepatology fellow
                 Current role: Assistant Professor of Medicine. BIDMC. Harvard Medical School.
                 Mentoring Role: Career advisor
                 Accomplishments: 20 publications and 35 posters

2015-2016        Elliot Tapper M.D.
                 Career stage: Transplant Hepatology fellow
                 Current role: Associate Professor of Medicine. Department of Gastroenterology.
                 University of Michigan. Ann Arbor. Michigan.
                 Mentoring role: Career advisor
                 Accomplishments: 12 publications and 17 abstracts

2016-2017        Gordon Jiang M.D. Ph.D.
                 Career stage: Transplant Hepatology fellow
                 Current role: Assistant Professor of Medicine. BIDMC. Harvard Medical School.
                 Mentoring Role: Career advisor
                 Accomplishments: 1 publication

2017-2018        Suzanne Chan M.D. Ph.D.
                 Career stage: Transplant Hepatology fellow
                 Current role: Instructor in Medicine. BIDMC. Harvard Medical School.
                 Mentoring Role: Career advisor

2018-2019        Guideon Ezaz M.D. MPP.
                 Career stage: Transplant Hepatology fellow
                 Current role: Assistant Professor of Medicine. Mount Sinai School of Medicine.
                 New York.
                 Mentoring Role: Career advisor
                 Accomplishments: 3 publications and 4 posters

2019-2020        Christopher Danford M.D.
                 Career stage: Transplant Hepatology fellow
                 Current role: Assistant Professor of Medicine. Intermountain Medical Center
                 Transplant program. Salt Lake. Utah.
                 Mentoring Role: Career advisor
                 Accomplishments: 10 publications and 8 posters

2020-2021        Lauren Yang M.D.
                 Career stage: Transplant Hepatology fellow
                 Current role: Instructor in Medicine. BIDMC. Harvard Medical School.
                 Mentoring Role: Career advisor

2021-2022        Hirsh Trivedi M.D.
                 Career stage: Transplant Hepatology fellow
                 Current role: Assistant Professor of Medicine. Cedar Sinai Medical Center

10

|  | Mentoring Role: Career advisor<br>Accomplishments: 20 publications and 32 posters |
| --- | --- |
| 2022-2023 | Hyunseok Kim M.D. Ph.D.<br>Career stage: Transplant Hepatology fellow<br>Current role: Assistant Professor of Medicine<br>Cedar Sinai Medical Center |
| 2023-2024 | Peter Wang M.D.<br>Career stage: Transplant Hepatology fellow<br>Current role: Physician hepatologist at University of Edmonton |

**Formal Teaching of Peers (e.g., CME and other continuing education courses):**

☒ *No presentations below were sponsored by 3rd parties/outside entities.*

| 2015- | Complications of Cirrhosis<br>Harvard Medical School Update in Internal Medicine | One talk per year<br>Boston, MA. USA |
| --- | --- | --- |
| 2021- | Autoimmune Hepatitis Update<br>Harvard Gastroenterology update | One talk per year<br>Boston, MA. USA |
| 2022 | Update in Autoimmune hepatitis<br>Harvard - Gastroenterology update course. Virtual meeting | One talk per year<br>Boston. MA. |
| 2023 | Autoimmune Hepatitis Update<br>Harvard Gastroenterology update | One talk per year<br>Boston, MA. USA |

**Local Invited Presentations:**

☒ *No presentations below were sponsored by 3rd parties/outside entities.*

| 2020-, 2021, 2022, 2023 | Anesthesia/critical care ground rounds. "Evaluation and management of complications in patients with cirrhosis"<br>BIDMC. Department of Anesthesia. |
| --- | --- |
| 2021 | Management of Liver disease in Pregnancy / Invited Lecture<br>BIDMC. Department of MFM |
| 2021 | Annual review of liver transplantation.<br>Transplant Institute. BIDMC. Harvard Medical School |
| 2021 | Management of cirrhosis in the SICU / Grand Rounds<br>BIDMC. Anesthesia Department |
| 2021- | Health care disparities and socioeconomic factors and liver transplant outcomes / Grand Rounds<br>Department of Gastroenterology. BIDMC |
| 2022 | Anesthesia/critical care ground rounds. "Evaluation and management of complications in patients with cirrhosis"<br>D<br>BIDMC. Department of Anesthesia |

| 2022 | Annual review of liver Transplantation<br>BIDMC. Liver Transplant Institute. Harvard Medical School |
| 2022 | Annual review of liver transplantation. (year 2021)<br>Transplant Institute. BIDMC. Harvard Medical School |
| 2022 | Update in Autoimmune Hepatitis / Grand Rounds<br>Department of Rheumatology. BIDMC |

## Report of Regional, National and International Invited Teaching and Presentations

☒ *Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified.*

## Regional

| 2013 | Complications of immunosuppression in the liver transplant patient / Grand Rounds<br>Norwood Hospital. Norwood. MA. |
| 2013 | Management of variceal bleeding. Whats new?<br>Tufts Medical Center. Boston. MA. |
| 2014 | Abnormal liver tests in the primary care.<br>General Medical Associates. Tufts Medical Center. Boston. MA |
| 2015 | Evaluations of new liver lesions.<br>St. Elizabeth's Medical Center. Boston. MA |
| 2015, 2017 | Harvard update in Internal Medicine. "Complications of cirrhosis"<br>Boston. MA |
| 2015 | Medicine Grand Rounds. "The kidney in the cirrhotic liver" / Grand Rounds<br>St. Elizabeths Medical Center. Boston. MA. 02115 |
| 2016 | An update in Primary biliary Cholangitis. NASH preceptorship agenda.<br>Boston. MA |
| 2016 | What's after URSO? What other options do we have for patients with PBC?<br>Tufts Medical Center. Boston. MA |
| 2016 | Medicine Ground Rounds. "Complications of cirrhosis" / Grand Rounds<br>Brockton Hospital. MA. |
| 2017 | Management of hyponatremia in the cirrhotic patient.<br>Norwood Hospital. Norwood, MA |
| 2018, 2019 | Harvard update in Internal Medicine. "Complications of cirrhosis"<br>Boston. MA. Westin Hotel. Copley Place |
| 2018 | Management of complications of cirrhosis. / Grand Rounds<br>Brockton Hospital. Brockton. MA. |
| 2019 | Anesthesia/critical care ground rounds. "Evaluation and management of complications in patients with cirrhosis"<br>BIDMC. Boston, MA |

| | |
|---|---|
| 2019 | Management of variceal bleeding. / Grand Rounds<br>Brockton Hospital. Brockton. MA. |
| 2020 | Harvard update in Internal Medicine. "Complications of cirrhosis" |

## National

| | |
|---|---|
| 2022 | Health care disparities and liver transplant outcomes / Grand Rounds<br>Department of Gastroenterology and Hepatology. University of Minnesota.<br>Virtual grand rounds.<br>Virtual Grand Rounds |
| 2022 | Cholestatic Liver Disorders / Grand Rounds<br>Department of Medicine. Lankenau Medical Center. Philadelphia PA.<br>Virtual Grand Rounds |
| 2022 | Are we even scratching the surface? / Symposium<br>American College of Gastroenterology Meeting. Charlotte. NC. |
| 2023 | Fibroscan is clinical practice / Symposium<br>AASLD (Liver meeting). Boston. MA. |
| 2024 | Identifying and managing risk of disease progression in patients with PBC /<br>Platform<br>Raleight, North Carolina. |
| 2024 | Staging and new treatment paradigms in primary biliary cholangitis (PBC) /<br>Grand Rounds<br>Gastroenterology grand rounds. Brown University. Rhode Island Hospital. |
| 2024 | Exploring the mysteries of Autoimmune Hepatitis / Grand Rounds<br>University of Arkansas. Little Rock. Internal Medicine Grand Rounds. |
| 2024 | Staging a new treatment paradigms in PBC. / Grand Rounds<br>University of Arkansas. Little Rock. Gastroenterology Grand Rounds. |
| 2024 | Bonder, A., Jones, D. E., Levy, C., et al. Metabolic outcomes and key efficacy data from a phase 2 trial evaluating combination obeticholic acid and benzafibrate in patients with primary biliary cholangitis. Digestive disease week.<br>**[Oral Presentation]** Digestive Disease Week, Washington, D.C., USA. |
| 2024 | Bonder, A., Lim, N., & Richardson, E. (2024, May 19). Sp462 Academic debate. Academic debate: Portal Hipertensión. **[Debate]**. Digestive Disease Week, Washington, D.C., USA. |
| 2024 | Bonder, A., Wheeler, D., Li, J., Gasink, C., & Gish, R. (2024, May 18).Effect of obeticholic acid on APRI score in patients at higher risk for fibrosis, as determined by higher baseline fibrosis-4 score and liver stiffness: Subanalysis of the phase 3 POISE trial in primary biliary cholangitis.<br>**[Oral Presentation]** Digestive Disease Week, Washington, D.C., USA. |

## International

| | |
|---|---|
| 2004 | The economic impact of alcoholic liver disease in Mexico.<br>Salvador, Bahia. Brazil. |

13

| | |
|---|---|
| 2018 | Pathology Grand Rounds. The multidisciplinary approach to the liver transplant / Grand Rounds<br>Hospital ABC Mexico City |
| 2019 | Gastroenterology past, present and future. New treatment options for PBC<br>Monterrey. Mexico. Universidad Autonoma de Nuevo Leon |
| 2019 | Gastroenterology past, present and future. Update in Autoimmune hepatitis<br>Monterrey. Mexico. Universidad Autonoma de Nuevo Leon |
| 2019 | Gastroenterology past, present and future. Whats new in the PSC world<br>Monterrey. Mexico. Universidad Autonoma de Nuevo Leon |
| 2019 | European meeting for the study of liver disease. Oral presentation. Elafibranor in patients with imcomplete response to ursodeoxicolic acid<br>Vienna |
| 2019 | AASLD young investigators workshop. National meeting for the Mexican hepatology association<br>Puerto Vallarta. Mexico |
| 2019 | Key note speaker "Paul Angulo". What you need to know for fatty liver disease. National meeting for the Mexican hepatology association<br>Puerto Vallarta. Mexico |
| 2019 | Management of fatigue, pruritus and cramps in patients with cirrhosis. National meeting for the Mexican hepatology association<br>Puerto Vallarta. Mexico |
| 2019 | PBC: new treatments for an old disease. National meeting for the Mexican hepatology association<br>Puerto Vallarta. Mexico |
| 2019 | Update in Autoimmune Liver disease. Mexican Digestive Disease Week<br>Cancun. Mexico. |
| 2019 | Update in Primary Sclerosing Cholangitis. Mexican Digestive Disease Week<br>Cancun. Mexico |
| 2020 | International Webinar - Returning to regular clinical practice in the field of Gastroenterology and Hepatology<br>Webinar broadcast in Mexico |
| 2020 | Management of bone disease in patients with Primary Biliary Cholangitis<br>Mexican Liver Meeting<br>Virtual Meeting due to the COVID-19 pandemia |
| 2020 | Management of symptoms in patients with Primary Biliary Cholangitis<br>Mexican Liver Meeting<br>Virtual meeting due to the COVID-19 pandemia |
| 2021 | New treatments for patients with PBC who do not respond to conventional therapy. / Grand Rounds<br>Universidad Autonoma de Nuevo Leon (UANL). GI ground rounds. Monterrey. Mexico. |
| 2021 | Risk stratification and second line therapies for patients with Primary Biliary Cholangitis<br>Canadian PBC lecture |

14

| | |
|---|---|
| 2021 | Identify PBC patients with increased risk of disease progression<br>Virtual meeting in Canada.<br>Sponsored by Intercept pharmaceuticals |
| 2021 | BC Hepatology journal club - evidence based management of patients with PBC, PSC and AIH<br>Virtual meeting in Canada.<br>Sponsored by Intercept pharmaceuticals. |
| 2021 | The changing landscape of risk stratification and treatment options for patients with PBC<br>Virtual meeting in Canada.<br>Sponsored by Intercept pharmaceuticals. |
| 2021 | Current management of Primary Biliary Cholangitis. Key note speaker. / Platform<br>Mexican society of Gastroenterology. Controversies in Gastroenterology. North regional virtual meeting |
| 2021 | Management and diagnosis in MAFLD / Platform<br>Mexican society of Gastroenterology. Controversies in Gastroenterology. North regional virtual meeting |
| 2021 | How to publish your research using a large database / Workshop<br>Annual meeting for the Mexican Liver society.<br>AASLD young investigator workshop. |
| 2021 | Use of albumin in patients with decompensated cirrhosis. / Platform<br>Mexican society of Hepatology. Annual virtual meeting. |
| 2021 | How to keep the cirrhotic patient alive. Managing osteoporosis in end stage liver disease.<br>Latinoamerican society of the study of liver diseases.<br>Virtual meeting from Chile. / Platform<br>Latinamerican Society of the study of Liver Diseases (ALEH)<br>Virtual meeting |
| 2022 | How I did my study. Young Investigator Work shop (Join AASLD and Mexican Liver Society). Mexican Liver Meeting. / Workshop<br>Merida, Mexico. |
| 2022 | How to publish. Young Investigator Work shop (Join AASLD and Mexican Liver Society). Mexican Liver Meeting. / Workshop<br>Merida, Mexico. |
| 2022 | Management of symptoms in patients with cirrhosis. Mexican Liver Meeting. / Invited Lecture<br>Merida, Mexico. |
| 2022 | Primary Sclerosing Cholangitis. Key note speaker in the autoimmune section.<br>Mexican Liver Meeting.<br>Merida, Mexico. |
| 2022 | The role of liver biopsy. NASH symposium. Mexican Liver Meeting. / Symposium<br>Merida, Mexico |
| 2022 | Congreso Internacional de la sociedad de Gastroenterologías del Estado de Nuevo León. |

Key note speaker.
The use of albumin in decompesanted cirrhosis / Platform
Monterrey. Mexico. Online format

2022    Fatty in liver in the endocrine clinic / Platform
International meeting for the Venezuelan Endocrine Society
Key note speaker

2022    Fatty liver in the endocrine clinic.  / Platform
Caracas, Venezuela. Venezuelan society of Endocrinology
Key note speaker

2022    Management of complications of cirrhosis in the inpatient and outpatient settings /
Platform
Alberta, Canada

2022    Bone damage in cholestatic liver disease / Platform
ALEH (latinoamerican liver society)

2023    New treatment options for PBC / Platform
Asoaciacion Mexicana de Gastroenterologia (Mexican Gastroenterology
Asociation). Monthly meetings.

2023    Current management of autoimmune hepatitis / Grand Rounds
Instituto Nacional de Ciencias Medicas y Nutricion Salvador Zubiran (INNSZ)

2023    What can we learn about holistic care to manage cholestatic pruritus in PBC from
a US healthcare setting / Symposium
International liver congress. Vienna, Austria.

2023    Liver biopsy, when is indicated in patients with fatty liver / Invited Lecture
Mexican Liver Meeting. Veracruz, Mexico.

2023    Management of cramps and fatigue in patients with cirrhosis. / Invited Lecture
Mexican Liver Meeting. Veracruz, Mexico.
Key note speaker

2023    Risk assessment of patients with PBC presenting to the liver clinic.
Mexican Liver Meeting. Veracruz, Mexico.

2023    Management of osteopenia and osteoporosis in patients with cirrhosis / Invited
Lecture
Mexico City. ECOS internacionales. International meeting for the Mexican
Gastroenterology Association.
Keynote speaker

2023    Management of PBC in patients of color / Platform
PBC foundation

2023    Autoimmune Hepatitis / Invited Lecture
Cancun. Mexico. Mexican digestive disease week.

2023    Whats new in PBC and PSC / Invited Lecture
Cancun. Mexico. Mexican digestive disease week.

2024    Advances in MASLD / Platform
Meet the expert. Key note speaker for the International Society of Endocrinology

2024    Update in PBC management / Grand Rounds
Gastroenterology grand rounds.

16

Instituto Nacional de Ciencias Medicas y Nutricion Salvador Zubiran. Mexico City. Mexico

2024          Update in Autoimmune Management / Grand Rounds
              Gastroenterology grand rounds.
              Instituto Nacional de Ciencias Medicas y Nutricion Salvador Zubiran. Mexico City. Mexico

## Report of Clinical Activities and Innovations

### Past and Current Licensure and Certification:

| | |
|---|---|
| 2005-2007 | Massachusetts Medical License (Limited) |
| 2007- | Massachusetts Medical License (full) |
| 2008 | ABIM Internal Medicine Board Certification |
| 2011 | ABIM Gastroenterology |
| 2012 | Mexican board Gastroenterology Certification |
| 2013 | Mexican Gastrointestinal Board of Certification |
| 2014 | ABIM Liver Transplant Board Certification |
| 2020 | ABIM Internal Medicine Board Recertification |
| 2020 | ACLS certification |
| 2021 | ABIM. Gastroenterology Recertification |
| 2022 | Mexican Board of Gastroenterology recertification |
| 2023 | BLS and ACLS recertification. |
| 2023 | Mexican Board of Gastrointestinal endoscopy recertification |

### Practice Activities:

| | | | |
|---|---|---|---|
| 2013- | Ambulatory Care | Liver Center, BIDMC | 4 hours / week 2 sessions per week |
| 2013- | Ambulatory Care | Transplant Institute, BIDMC | 4 hours / week 2 sessions per week |
| 2013- | Ambulatory Endoscopy and Liver biopsy procedures | Endoscopy Unit, BIDMC | 4 hours / week 2 sessions per week |
| 2013- | Inpatient Care | Hepatology Service, BIDMC | 8 weeks per year |

### Clinical Innovations:

| | |
|---|---|
| Liver hispanic clinic. Liver center. Beth Israel Deaconess Medical Center. Boston. MA (2015) | Started the first multispecialty hispanic clinic at the Beth Israel Hospital |
| Autoimmune liver clinic. Liver center. Beth Israel Deaconess Medical | Started the first autoimmune liver clinic in conjunction with Dr. Vilas Patwardhan |

17

Center. Boston. MA
(2018)

| | |
|---|---|
| Transplant Institute. Liver center. Beth Israel Deaconess Medical Center. Boston. MA (2019) | Started the first multidisciplinary Hispanic transplant clinic. |

## Report of Teaching and Education Innovations

| | |
|---|---|
| Liver Hispanic clinic (2014-) | This is the first Hispanic clinic for patients with chronic liver diseases. I take care of hispanic patients. This is an initiative to better address the needs for hispanic/latino patients at BIDMC. |
| The latino 360 Initiative (2014-) | With 3 other Hispanic colleagues we have developed the first multispecialty (including surgical, OB/GYN) initiative to address the latino/hispanic needs at BIDMC. This is the first multispecialty based clinics with bilingual physicians. |
| Autoimmune Liver multidisciplinary clinic (2018) | Through our research, we hope to better understand autoimmune liver disease and discover new treatments. Our patients have the opportunity to enroll into an Autoimmune and Cholestatic Liver Disease registry and participate in ongoing and future clinical trials.<br><br>We work closely with clinicians from Rheumatology, the Inflammatory Bowel Disease Program, Center for Advanced Endoscopy, Transplant Institute and the Liver Tumor Program to provide comprehensive care to all patients. |
| Acute alcoholic hepatitis pathway for liver transplantation. Program implemented at BIDMC on August of 2018. (2018-) | Patients with acute alcoholic hepatitis who are admitted to BIDMC and failed to respond to medical therapy have a poor prognosis. Nationally there is a trend of changing the inclusion rules for patients with this condition for liver transplant. Since 2018 we have developed this program with the help of transplant psychology and addiction psychiatry. So far we have transplanted a total of 24 patients which is close to 15% of our total transplant volume |
| Liver Hispanic Transplant clinic (2019) | This is the first Hispanic transplant clinic in our transplant Institute. This involves diagnosis and management of complications of chronic liver diseases with only Spanish speaking providers. This initiative was developed to better explain, manage and facilitate the entire liver transplant process for patients who only speak Spanish. |

## Report of Technological and Other Scientific Innovations

## Report of Education of Patients and Service to the Community

⊠  *Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified.*

**Activities**

| | | |
|---|---|---|
| 2022, 2023 | PBC foundation in the UK. PBC Q&A | |
| 2023 | PBC Canada Q&A | |

**Educational Material for Patients and the Lay Community:**

*Educational material or curricula developed for non-professional audiences*

| | | |
|---|---|---|
| 2022 | PBC Q&A | UK PBC foundation |

*Patient educational material*

| | | |
|---|---|---|
| 2021 | Risk stratification and 2nd line therapies for patients with PBC | None |
| 2021 | | Online informative session about Fatty Liver. Virtual meeting. Mexican Consulate. Boston. MA |
| 2021 | | Online informative session. National week of health. Mexican Consulate. Boston. MA |
| 2022 | PBC Q&A | Managing of symptoms in patients with PBC. For the Canadian PBC society |
| 2022, 2023 | PBC Q&A for PBC Canada | |

**<u>Report of Scholarship</u>**

**Peer-Reviewed Scholarship in print or other media**:

**Research Investigations**

1. Sierra, L., Marenco-Flores, A., Goyes, D., Bernal, R., Ferrigno, B., Patwardhan, V., Bonder, A., & Saberi, Behnam. (2024, May 21) **Metabolic-Associated Fatty Liver Disease (MAFLD) is associated with lower Post-Liver Transplant Graft Survival in Patients with Hepatocellular Carcinoma.** *[Poster Session]* Digestive Disease Week/Washington, D.C., USA.

2.  Gallegos-Orozco JF, Loaeza-del Castillo A, Fuentes AP, García-Sandoval M, Soto L, Rodríguez R, Gutiérrez-Ruíz MC, Gutiérrez-Reyes G, **Bonder A**, Olivera MA, Kershenobich D. Early hepatitis C virus changes and sustained response in patients with chronic hepatitis C treated with peginterferon alpha-2b and ribavirin. Liver Int. 2005 Feb;25(1):91-95. PMID: 15698404

3.  Lau-Corona D, Pineda LA, Avilés HH, Gutiérrez-Reyes G, Farfan-Labonne BE, Núñez-Nateras R, **Bonder A**, Martínez-García R, Corona-Lau C, Olivera-Martínez MA, Gutiérrez-Ruiz MC, Robles-Díaz G, Kershenobich D. Effective use of FibroTest to generate decision trees in hepatitis C. World J Gastroenterol. 2009 Jun 7;15(21):2617-2622. PMID: 19496191

4.  Kaplan MM, **Bonder A**, Ruthazer R, Bonis PA. Methotrexate in patients with primary biliary cirrhosis who respond incompletely to treatment with ursodeoxycholic acid. Dig Dis Sci. 2010 Nov;55(11):3207-3217. PMID: 20559727. Epub 2010 Jun 18

5.  **Bonder A**, Retana A, Winston DM, Leung J, Kaplan MM. Prevalence of primary biliary cirrhosis-autoimmune hepatitis overlap syndrome. Clin Gastroenterol Hepatol. 2011 Jul;9(7):609-612. PMID: 21440668. Epub 2011 Apr 11

6.  Gonzalez A, Sullivan MF, **Bonder A**, Allison HV, Bonis PA, Guelrud M. Obliteration of symptomatic Schatzki rings with jumbo biopsy forceps (with video). Dis Esophagus. 2014;27(7):607-610. PMID: 24552567. Epub 2014 Feb 19

7.  Patwardhan VR, Sengupta N, **Bonder A**, Lau D, Afdhal NH. Treatment cessation in noncirrhotic, e-antigen negative chronic hepatitis B is safe and effective following prolonged anti-viral suppression with nucleosides/nucleotides. Aliment Pharmacol Ther. 2014 Oct;40(7):804-810. PMID: 25109610. Epub 2014 Aug 11

8.  Castillo NE, Vanga RR, Theethira TG, Rubio-Tapia A, Murray JA, Villafuerte J, **Bonder A**, Mukherjee R, Hansen J, Dennis M, Kelly CP, Leffler DA. Prevalence of abnormal liver function tests in celiac disease and the effect of a gluten-free diet in the US population. Am J Gastroenterol. 2015 Aug;110(8):1216-1222. PMID: 26150087. Epub 2015 Jul 07

9.  Tapper EB, Sengupta N, **Bonder A**. The Incidence and Outcomes of Ischemic Hepatitis: A Systematic Review with Meta-analysis. Am J Med. 2015 Dec;128(12):1314-1321. PMID: 26299319. Epub 2015 Aug 21

10.  Tapper EB, Beste L, Curry M, **Bonder A**, Waljee A, Saini S. Suboptimal Implementation of Evidence-based Therapy for Acute Variceal Hemorrhage: A Systematic Review of Observational Studies. Clin Gastroenterol Hepatol. 2017 Sep;15(9):1373-11381.e7. PMID: 28249809. Epub 2017 Feb 27

11.  Tapper EB, Friderici J, Borman ZA, Alexander J, **Bonder A**, Nuruzzaman N, Ramdass S, Ghaoui R. A Multicenter Evaluation of Adherence to 4 Major Elements of the Baveno Guidelines and Outcomes for Patients With Acute Variceal Hemorrhage. J Clin Gastroenterol. 2018 Feb;52(2):172-177. PMID: 28644316

12.  Tapper EB, Ezaz G, Patwardhan V, Mellinger J, **Bonder A**, Curry M, Saini SD. Hospital-level balloon tamponade use is associated with increased mortality for all patients presenting with acute variceal hemorrhage. Liver Int. 2018 Mar;38(3):477-483. PMID: 28837249. Epub 2017 Sep 13

13.  Danford CJ, Ezaz G, Trivedi HD, Tapper EB, **Bonder A**. The Pharmacologic Management of Osteoporosis in Primary Biliary Cholangitis: A Systematic Review and

Meta-Analysis. J Clin Densitom. 2020;23(2):223-236. PMID: 31146965. Epub 2019 May 10

14. Efe C, Taşçilar K, Henriksson I, Lytvyak E, Alalkim F, Trivedi H, Eren F, Eliasson J, Beretta-Piccoli BT, Fischer J, Calişkan AR, Chayanupatkul M, Coppo C, Ytting H, Purnak T, Muratori L, Werner M, Muratori P, Rorsman F, Önnerhag K, Günşar F, Nilsson E, Heurgué-Berlot A, Güzelbulut F, Demir N, Gönen C, Semela D, Aladağ M, Kiyici M, Schiano TD, Montano-Loza AJ, Berg T, Ozaslan E, Yoshida EM, **Bonder A**, Marschall HU, Wahlin S. Validation of Risk Scoring Systems in Ursodeoxycholic Acid-Treated Patients With Primary Biliary Cholangitis. Am J Gastroenterol. 2019 Jul;114(7):1101-1108. PMID: 31241547

15. Lee JY, Danford CJ, Trivedi HD, Tapper EB, Patwardhan VR, **Bonder A**. Treatment of Fatigue in Primary Biliary Cholangitis: A Systematic Review and Meta-Analysis. Dig Dis Sci. 2019 Aug;64(8):2338-2350. PMID: 30632051. Epub 2019 Jan 10

16. Suri JS, Danford CJ, Patwardhan V, **Bonder A**. Mortality on the UNOS Waitlist for Patients with Autoimmune Liver Disease. J Clin Med. 2020 Jan 23;9(2):319. PMID: 31979326. Epub 2020 Jan 23

17. Ochoa-Allemant P, Ezaz G, Trivedi HD, Sanchez-Fernandez L, **Bonder A**. Long-term outcomes after liver transplantation in the Hispanic population. Liver Int. 2020 Feb;40(2):437-446. PMID: 31505081. Epub 2019 Sep 18

18. Freedman BL, Danford CJ, Patwardhan V, **Bonder A**. Treatment of Overlap Syndromes in Autoimmune Liver Disease: A Systematic Review and Meta-Analysis. J Clin Med. 2020 May 13;9(5):1449. PMID: 32414025. Epub 2020 May 13

19. Lee JY, Danford CJ, Patwardhan VR, **Bonder A**. Increased Posttransplant Mortality for Autoimmune Hepatitis Compared With Other Autoimmune Liver Diseases. J Clin Gastroenterol. 2020 Aug;54(7):648-654. PMID: 31651572

20. Goyes D, Nsubuga JP, Medina-Morales E, Patwardhan V, **Bonder A**. New OPTN Simultaneous Liver-Kidney Transplant (SLKT) Policy Improves Racial and Ethnic Disparities. J Clin Med. 2020 Dec 1;9(12):3901. PMID: 33271833. Epub 2020 Dec 01

21. Vuerich M, Harshe R, Frank LA, Mukherjee S, Gromova B, Csizmadia E, Nasser IAM, Ma Y, **Bonder A**, Patwardhan V, Robson SC, Longhi MS. Altered aryl-hydrocarbon-receptor signalling affects regulatory and effector cell immunity in autoimmune hepatitis. J Hepatol. 2021 Jan;74(1):48-57. PMID: 32663496. Epub 2020 Jul 11

22. Goyes D, Danford CJ, Nsubuga JP, **Bonder A**. Waitlist mortality and transplant free survival in Hispanic patients listed for liver transplant using the UNOS database. Ann Hepatol. 2021;23:100304. PMID: 33444852. Epub 2021 Jan 12

23. Efe C, Torgutalp M, Henriksson I, Alalkim F, Lytvyak E, Trivedi H, Eren F, Fischer J, Chayanupatkul M, Coppo C, Purnak T, Muratori L, Werner M, Muratori P, Rorsman F, Onnerhag K, Nilsson E, Heurgué-Berlot A, Demir N, Semela D, Kıyıcı M, Schiano TD, Montano-Loza AJ, Berg T, Ozaslan E, Yoshida EM, **Bonder A**, Marschall HU, Beretta-Piccoli BT, Wahlin S. Extrahepatic autoimmune diseases in primary biliary cholangitis: Prevalence and significance for clinical presentation and disease outcome. J Gastroenterol Hepatol. 2021 Apr;36(4):936-942. PMID: 32790935. Epub 2020 Aug 23

24. Schattenberg JM, Pares A, Kowdley KV, Heneghan MA, Caldwell S, Pratt D, **Bonder A**, Hirschfield GM, Levy C, Vierling J, Jones D, Tailleux A, Staels B, Megnien S, Hanf R, Magrez D, Birman P, Luketic V. A randomized placebo-controlled trial of elafibranor

in patients with primary biliary cholangitis and incomplete response to UDCA. J Hepatol. 2021 Jun;74(6):1344-1354. PMID: 33484775. Epub 2021 Jan 21

25. Nsubuga JP, Goyes D, Trivedi HD, Medina-Morales E, Patwardhan V, **Bonder A**. Waitlist Mortality and Posttransplant Outcomes in African Americans with Autoimmune Liver Diseases. J Transplant. 2021;2021:6692049. PMID: 34394979. Epub 2021 Aug 03

26. Huang DC, Fricker ZP, Alqahtani S, Tamim H, Saberi B, **Bonder A**. The influence of equitable access policies and socioeconomic factors on post-liver transplant survival. EClinicalMedicine. 2021 Nov;41:101137. PMID: 34585128. Epub 2021 Sep 16

27. McCarthy KJ, Motta-Calderon D, Estrada-Roman A, Cajiao KM, Curry MP, **Bonder A**, Anagnostopoulos AM, Gavin M. Introduction of a standardized protocol for cardiac risk assessment in candidates for liver transplant - A retrospective cohort analysis. Ann Hepatol. 2022;27(2):100582. PMID: 34808392. Epub 2021 Nov 19

28. Goyes D, Nsubuga JP, Medina-Morales E, Barba R, Patwardhan V, Saberi B, Fricker Z, **Bonder A**. Race/Ethnicity Is Not Independently Associated with Risk of Adverse Waitlist Removal among Patients with HCC Exception Points. J Clin Med. 2021 Dec 13;10(24):5826. PMID: 34945122. Epub 2021 Dec 13

29. Ferrigno B, Barba R, Medina-Morales E, Trivedi H, Patwardhan V, **Bonder A**. Cholestatic Liver Disease and Pregnancy: A Systematic Review and Meta-Analysis. J Clin Med. 2022 Feb 18;11(4):1068. PMID: 35207342. Epub 2022 Feb 18

30. Muhammad H, Gurakar M, Ting PS, Alsughayer AM, Luu H, Zaffar D, Alqahtani S, **Bonder A**, Gurakar A, Saberi B. Long-Term Outcomes of Living Donor Versus Deceased Donor Liver Transplant for Hepatocellular Carcinoma in the United States. Exp Clin Transplant. 2022 Mar;20(3):279-284. PMID: 35352634

31. Silva-Santisteban A, Agnihotri A, Cruz-Romero C, Nasser IA, Malvar GL, Nsubuga JP, Villafuerte Gálvez JA, **Bonder A**, Pleskow DK, Berzin TM, Sawhney MS. EUS imaging for the diagnosis of nonalcoholic fatty liver disease. Gastrointest Endosc. 2022 Apr;95(4):711-716. PMID: 34915035. Epub 2021 Dec 13

32. Montano-Loza AJ, Ronca V, Ebadi M, Hansen BE, Hirschfield G, Elwir S, Alsaed M, Milkiewicz P, Janik MK, Marschall HU, Burza MA, Efe C, Calışkan AR, Harputluoglu M, Kabaçam G, Terrabuio D, de Quadros Onofrio F, Selzner N, **Bonder A**, Parés A, Llovet L, Akyıldız M, Arikan C, Manns MP, Taubert R, Weber AL, Schiano TD, Haydel B, Czubkowski P, Socha P, Ołdak N, Akamatsu N, Tanaka A, Levy C, Martin EF, Goel A, Sedki M, Jankowska I, Ikegami T, Rodriguez M, Sterneck M, Weiler-Normann C, Schramm C, Donato MF, Lohse A, Andrade RJ, Patwardhan VR, van Hoek B, Biewenga M, Kremer AE, Ueda Y, Deneau M, Pedersen M, Mayo MJ, Floreani A, Burra P, Secchi MF, Beretta-Piccoli BT, Sciveres M, Maggiore G, Jafri SM, Debray D, Girard M, Lacaille F, Lytvyak E, Mason AL, Heneghan M, Oo YH, International Autoimmune Hepatitis Group (IAIHG). Risk factors and outcomes associated with recurrent autoimmune hepatitis following liver transplantation. J Hepatol. 2022 Jul;77(1):84-97. PMID: 35143897. Epub 2022 Feb 08

33. Goyes D, Barba R, Medina-Morales E, Saberi B, Patwardhan V, **Bonder A**. Waitlist mortality in patients with autoimmune liver diseases. Ann Hepatol. 2022;27(6):100742. PMID: 35835366. Epub 2022 Jul 11

34. Ochoa-Allemant P, Trivedi HD, Saberi B, **Bonder A**, Fricker ZP. [Not Available]. Liver Transpl. 2022 Aug 5;145-156. PMID: 37160058. https://doi.org/10.1002/lt.26531. Epub 2022 Aug 05

35. Alqahtani SA, Gurakar A, Tamim H, Schiano TD, **Bonder A**, Fricker Z, Kazimi M, Eckhoff DE, Curry MP, Saberi B. Regional and National Trends of Adult Living Donor Liver Transplantation in the United States Over the Last Two Decades. J Clin Transl Hepatol. 2022 Oct 28;10(5):814-824. PMID: 36304492. Epub 2022 Apr 06

36. Corpechot C, Carrat F, Gaouar F, Chau F, Hirschfield G, Gulamhusein A, Montano-Loza AJ, Lytvyak E, Schramm C, Pares A, Olivas I, Eaton JE, Osman KT, Dalekos G, Gatselis N, Nevens F, Cazzagon N, Zago A, Russo FP, Abbas N, Trivedi P, Thorburn D, Saffioti F, Barkai L, Roccarina D, Calvaruso V, Fichera A, Delamarre A, Medina-Morales E, **Bonder A**, Patwardhan V, Rigamonti C, Carbone M, Invernizzi P, Cristoferi L, van der Meer A, de Veer R, Zigmond E, Yehezkel E, Kremer AE, Deibel A, Dumortier J, Bruns T, Große K, Pageaux GP, Wetten A, Dyson J, Jones D, Chazouillères O, Hansen B, de Lédinghen V, Global & ERN Rare-Liver PBC Study Groups. Liver stiffness measurement by vibration-controlled transient elastography improves outcome prediction in primary biliary cholangitis. J Hepatol. 2022 Dec;77(6):1545-1553. PMID: 35777587. Epub 2022 Jun 28

37. Alqahtani SA, Schneider C, Sims OT, Gurakar A, Tamim H, **Bonder A**, Saberi B. Liver Transplantation for Budd-Chiari Syndrome in the MELD Era. Transplant Direct. 2022 Dec;8(12):e1407. PMID: 36398192. Epub 2022 Nov 11

38. Ochoa-Allemant P, Trivedi HD, Saberi B, **Bonder A**, Fricker ZP. Waitlist and posttransplantation outcomes of lean individuals with nonalcoholic fatty liver disease. Liver Transpl. 2023 Feb 1;29(2):145-156. PMID: 35715982. Epub 2023 Jan 17

39. Medina-Morales E, Barba Bernal R, Gerger H, Goyes D, Trivedi HD, Ferrigno B, Patwardhan V, **Bonder A**. Pharmacological Therapy of Pruritus in Primary Biliary Cholangitis: A Systematic Review and Meta-Analysis of Randomized Clinical Trials. J Clin Gastroenterol. 2023 Feb 1;57(2):143-152. PMID: 36598806. Epub 2023 Feb 01

40. Sierra L, Barba R, Ferrigno B, Goyes D, Diaz W, Patwardhan VR, Saberi B, **Bonder A**. Living-Donor Liver Transplant and Improved Post-Transplant Survival in Patients with Primary Sclerosing Cholangitis. J Clin Med. 2023 Apr 11;12(8):2807. PMID: 37109144. Epub 2023 Apr 11

41. Sarwar A, **Bonder A**, Hassan L, Malik MS, Novack V, Curry M, Ahmed M. Factors Associated With Complete Pathologic Necrosis of Hepatocellular Carcinoma on Explant Evaluation After Locoregional Therapy: A National Analysis Using the UNOS Database. AJR Am J Roentgenol. 2023 May;220(5):727-735. PMID: 36475810. Epub 2022 Dec 07

42. Huang DC, Yu RL, Alqahtani S, Tamim H, Saberi B, **Bonder A**. Racial, ethnic, and socioeconomic disparities impact post-liver transplant survival in patients with hepatocellular carcinoma. Ann Hepatol. 2023;28(5):101127. PMID: 37286167. Epub 2023 Jun 05

43. Medina-Morales E, Ismail M, Barba Bernal R, Abboud Y, Sierra L, Marenco-Flores A, Goyes D, Saberi B, Patwardhan V, **Bonder A**. Two Decades of Liver Transplants for Primary Biliary Cholangitis: A Comparative Study of Living Donors vs. Deceased Donor Liver Transplantations. J Clin Med. 2023 Oct 15;12(20):6536. PMID: 37892674. Epub 2023 Oct 15

44. Saberi B, Gurakar A, Tamim H, Schneider CV, Sims OT, **Bonder A**, Fricker Z, Alqahtani SA. Racial Disparities in Candidates for Hepatocellular Carcinoma Liver

Transplant After 6-Month Wait Policy Change. JAMA Netw Open. 2023 Nov 1;6(11):e2341096. PMID: 37917059. Epub 2023 Nov 01

45. Sierra L, Marenco-Flores A, Barba R, Goyes D, Ferrigno B, Diaz W, Medina-Morales E, Saberi B, Patwardhan VR, **Bonder A**. Influence of socioeconomic factors on liver transplant survival outcomes in patients with autoimmune liver disease in the United States. Ann Hepatol. 2024;29(3):101283. PMID: 38151060. Epub 2023 Dec 25

46. Corpechot C, Lemoinne S, Soret PA, Hansen B, Hirschfield G, Gulamhusein A, Montano-Loza AJ, Lytvyak E, Pares A, Olivas I, Eaton JE, Osman KT, Schramm C, Sebode M, Lohse AW, Dalekos G, Gatselis N, Nevens F, Cazzagon N, Zago A, Russo FP, Floreani A, Abbas N, Trivedi P, Thorburn D, Saffioti F, Barkai L, Roccarina D, Calvaruso V, Fichera A, Delamarre A, Sobenko N, Villamil AM, Medina-Morales E, **Bonder A**, Patwardhan V, Rigamonti C, Carbone M, Invernizzi P, Cristoferi L, van der Meer A, de Veer R, Zigmond E, Yehezkel E, Kremer AE, Deibel A, Bruns T, Große K, Wetten A, Dyson JK, Jones D, Dumortier J, Pageaux GP, de Lédinghen V, Chazouillères O, Carrat F, Global & ERN Rare-Liver PBC Study Groups. Adequate versus deep response to ursodeoxycholic acid in primary biliary cholangitis: To what extent and under what conditions is normal alkaline phosphatase level associated with complication-free survival gain?. Hepatology. 2024 Jan 1;79(1):39-48. PMID: 37399238. Epub 2023 Jul 03

47. Gao L, Zhang W, Zhang L, Gromova B, Chen G, Csizmadia E, Cagle C, Nastasio S, Ma Y, **Bonder A**, Patwardhan V, Robson SC, Jiang S, Longhi MS. Silencing of aryl hydrocarbon receptor repressor restrains Th17 cell immunity in autoimmune hepatitis. J Autoimmun. 2024 Feb;143:103162. PMID: 38142533. Epub 2023 Dec 23

48. Moughames E, Gurakar M, Khan A, Alsaqa M, Ozturk NB, **Bonder A**, Gurakar A, Saberi B. Recipient Survival among Living Donor vs. Deceased Donor Liver Transplants for Acute Liver Failure in the United States. J Clin Med. 2024 Mar 17;13(6):1729. PMID: 38541954. Epub 2024 Mar 17

49. Jones DEJ, Beuers U, **Bonder A**, Carbone M, Culver E, Dyson J, Gish RG, Hansen BE, Hirschfield G, Jones R, Kowdley K, Kremer AE, Lindor K, Mayo M, Mells G, Neuberger J, Prince M, Swain M, Tanaka A, Thorburn D, Trauner M, Trivedi P, Weltman M, Yeoman A, Levy C. Primary biliary cholangitis drug evaluation and regulatory approval: Where do we go from here?. Hepatology. 2024 Mar 22. PMID: 38506926. Epub 2024 Mar 22

50. Sierra, L., Marenco-Flores, A., Bernal, R., Goyes, D.,Ferrigno, B., Patwardhan, V., & Bonder, A. (2024, May 20). GLOBE Score Performance in Predicting Ursodeoxycholic Acid Treatment Response in a Single United States Cohort. *[Topic Forum]*Digestive Disease Week/Washington, D.C., USA.


51. Montano-Loza AJ, Lytvyak E, Hirschfield G, Hansen BE, Ebadi M, Berney T, Toso C, Magini G, Villamil A, Nevens F, Van den Ende N, Pares A, Ruiz P, Terrabuio D, Trivedi PJ, Abbas N, Donato MF, Yu L, Landis C, Dumortier J, Dyson JK, van der Meer AJ, de Veer R, Pedersen M, Mayo M, Manns MP, Taubert R, Kirchner T, Belli LS, Mazzarelli C, Stirnimann G, Floreani A, Cazzagon N, Russo FP, Burra P, Zigmound U, Houri I, Carbone M, Mulinacci G, Fagiuoli S, Pratt DS, **Bonder A**, Schiano TD, Haydel B, Lohse A, Schramm C, Rüther D, Casu S, Verhelst X, Beretta-Piccoli BT, Robles M, Mason AL, Corpechot C, Global PBC Study Group. Prognostic Scores for

Ursodeoxycholic Acid-Treated Patients Predict Graft Loss and Mortality in Recurrent Primary Biliary Cholangitis after Liver Transplantation. J Hepatol. 2024 May 29;S0168-8278(24)00345. PMID: 38821360. Epub 2024 May 29

52. Goyes D, Niezen S, Rubianes-Guerrero MG, Barba R, Sierra L, **Bonder A**. Acculturation and hepatic steatosis among individuals of Hispanic ancestry. Clin Liver Dis (Hoboken). 2024;23(1):e0240. PMID: 38961876. Epub 2024 Jul 03

53. Lam L, Soret PA, Lemoinne S, Hansen B, Hirschfield G, Gulamhusein A, Montano-Loza AJ, Lytvyak E, Parés A, Olivas I, Londono MC, Rodríguez-Tajes S, Eaton JE, Osman KT, Schramm C, Sebode M, Lohse AW, Dalekos G, Gatselis N, Nevens F, Cazzagon N, Zago A, Russo FP, Floreani A, Abbas N, Trivedi P, Thorburn D, Saffioti F, Barkai L, Roccarina D, Calvaruso V, Fichera A, Delamarre A, Sobenko N, Villamil AM, Medina-Morales E, **Bonder A**, Patwardhan V, Rigamonti C, Carbone M, Invernizzi P, Cristoferi L, van der Meer A, de Veer R, Zigmond E, Yehezkel E, Kremer AE, Deibel A, Bruns T, Große K, Wetten A, Dyson JK, Jones D, Levy C, Tanaka A, Dumortier J, Pageaux GP, de Lédinghen V, Carrat F, Chazouillères O, Corpechot C, Global & ERN Rare-Liver PBC Study Groups. Dynamics of liver stiffness measurement and clinical course of primary biliary cholangitis. Clin Gastroenterol Hepatol. 2024 Jul 15;S1542-3565(24)00632. PMID: 39019421. Epub 2024 Jul 15

54. Marenco-Flores A, Rojas Amaris N, Kahan T, Sierra L, Barba Bernal R, Medina-Morales E, Goyes D, Patwardhan V, **Bonder A**. The External Validation of GLOBE and UK-PBC Risk Scores for Predicting Ursodeoxycholic Acid Treatment Response in a Large U.S. Cohort of Primary Biliary Cholangitis Patients. J Clin Med. 2024 Aug 1;13(15):4497. PMID: 39124763. Epub 2024 Aug 01

**Non-peer reviewed scholarship in print or other media:**

**Reviews, chapters, and editorials**

1. **Bonder A**, Kershenobich D. Alcohol y aparato gastrointestinal. Efectos en el estado de Nutrición (Alcohol in the gastrointestinal tract) 153 - 157. Nutrición y gastroenterología. Temas selectos. Editorial Masson. 2003.

2. Kershenobich Stalnikowitz D, Weissbrod AB. Liver fibrosis and inflammation. A review. Ann Hepatol. 2003;2(4):159-163. PMID: 15115954

3. **Bonder A**, Gutierrez C, Kershenobich D. Susceptibilidad genetica al dano hepatico por alcohol. (Genetic susceptibility of alcoholic liver disease). Conceptos Actuales de Hepatologia, MacgrawHill Interamericana. 2005.

4. **Bonder A**, Kershenobich D. Evolución y pronóstico de fibrosis y cirrosis. (Evaluation and prognosis of liver fibrosis and cirrhosis). 87 – 91. Problemas clínicos en hepatología. Editorial Masson. 2005.

5. **Bonder A**, Kershenobich D. Tratamiento de la Hepatitis C con aminotransferasas normales. (Treatment of chronic hepatitis C with normal liver enzymes). 151 – 158. Conceptosactuales en Hepatitis C. Editorial.McGrawHill. 2005.

6. **Bonder A**, Afdhal N. Evaluation of liver lesions. Clin Liver Dis. 2012 May;16(2):271-283. PMID: 22541698

7. **Bonder A**, Afdhal NH. Biopsy no more; changing the screening and diagnostic algorithm for hepatitis C. Clin Gastroenterol Hepatol. 2013 Mar;11(3):309-310. PMID: 23261413. Epub 2012 Dec 20

8. **Bonder A**, Curry M. Hepatomegaly: Differential diagnosis and evaluation. Up To Date. Sept 2013

9. Abhyankar A, Tapper E, **Bonder A**. Immunosuppressive therapy in immune-mediated liver disease in the non-transplanted patient. Pharmaceuticals (Basel). 2013 Dec 30;7(1):18-28. PMID: 24380894. Epub 2013 Dec 30

10. **Bonder A**, Botero M, Cardenas A. Current Therapies for Hepatorenal Syndrome. Curr Hepatology Rep. 2014; 1-7

11. **Bonder A**, Afdhal N. Utilization of FibroScan in clinical practice. Curr Gastroenterol Rep. 2014 Feb;16(2):372. PMID: 24452634

12. Lake-Bakaar G, Ahmed M, Evenson A, **Bonder A**, Faintuch S, Sundaram V. Management of Hepatocellular Carcinoma in Cirrhotic Patients with Portal Hypertension: Relevance of Hagen-Poiseuille's Law. Liver Cancer. 2014 Oct;3(3-4):428-438. PMID: 26280004

13. Lake-Bakaar G, Ahmed M, Evenson A, **Bonder A**, Faintuch S, Sundaram V. Hagen-Poiseuille's law: The link between cirrhosis, liver stiffness, portal hypertension and hepatic decompensation. World J Hepatol. 2015 Jan 27;7(1):28-32. PMID: 25624993

14. **Bonder A**, Tapper EB, Afdhal NH. Contemporary assessment of hepatic fibrosis. Clin Liver Dis. 2015 Feb;19(1):123-134. PMID: 25454300. Epub 2014 Oct 14

15. Tapper EB, **Bonder A**, Cardenas A. Preventing and Treating Acute Kidney Injury Among Hospitalized Patients with Cirrhosis and Ascites: A Narrative Review. Am J Med. 2016 May;129(5):461-467. PMID: 26724589. Epub 2015 Dec 24

16. Lizaola B, **Bonder A**, Tapper EB, Mendez-Bocanegra A, Cardenas A. The Changing Role of Sodium Management in Cirrhosis. Curr Treat Options Gastroenterol. 2016 Jun;14(2):274-284. PMID: 27037930

17. Trivedi HD, Lizaola B, Tapper EB, **Bonder A**. Primary biliary cholangitis: new treatments for an old disease. Frontline Gastroenterol. 2017 Jan;8(1):29-36. PMID: 28839882. Epub 2016 Nov 03

18. Flores B, Trivedi HD, Robson SC, **Bonder A**. Hemostasis, bleeding and thrombosis in liver disease. J Transl Sci. 2017 May;3(3). PMID: 30221012. Epub 2017 Mar 04

19. Trivedi HD, Lizaola B, Tapper EB, **Bonder A**. Management of Pruritus in Primary Biliary Cholangitis: A Narrative Review. Am J Med. 2017 Jun;130(6):744.e1-744.e7. PMID: 28238692. Epub 2017 Feb 24

20. Lizaola B, **Bonder A**, Trivedi HD, Tapper EB, Cardenas A. Review article: the diagnostic approach and current management of chylous ascites. Aliment Pharmacol Ther. 2017 Nov;46(9):816-824. PMID: 28892178. Epub 2017 Sep 11

21. Danford CJ, Trivedi HD, Papamichael K, Tapper EB, **Bonder A**. Osteoporosis in primary biliary cholangitis. World J Gastroenterol. 2018 Aug 21;24(31):3513-3520. PMID: 30131657

22. Danford CJ, Trivedi HD, **Bonder A**. Bone Health in Patients With Liver Diseases. J Clin Densitom. 2020;23(2):212-222. PMID: 30744928. Epub 2019 Jan 18

23. Perez-Matos MC, Sandhu B, **Bonder A**, Jiang ZG. Lipoprotein metabolism in liver diseases. Curr Opin Lipidol. 2019 Feb;30(1):30-36. PMID: 30550414

24. Suri J, Patwardhan V, **Bonder A**. Pharmacologic management of primary sclerosing cholangitis: what's in the pipeline? Expert Rev Gastroenterol Hepatol. 2019 Aug;13(8):723-729. PMID: 31257956. Epub 2019 Jul 01

25. Danford CJ, Goyes D, Trivedi HD. **Bonder A**. Diagnosis and treatment of gastroparesis in cirrhotic patients. NeuroGastroLatam Rev. 2019; 3(2): 77-91

26. Wah-Suarez MI, Danford CJ, Patwardhan VR, Jiang ZG, **Bonder A**. Hyperlipidaemia in primary biliary cholangitis: treatment, safety and efficacy. Frontline Gastroenterol. 2019 Oct;10(4):401-408. PMID: 31656566. Epub 2019 Jan 09

27. Trivedi HD, Danford CJ, Goyes D, **Bonder A**. Osteoporosis in Primary Biliary Cholangitis: Prevalence, Impact and Management Challenges. Clin Exp Gastroenterol. 2020;13:17-24. PMID: 32021374. Epub 2020 Jan 15

28. Goyes D, Danford CJ, Trivedi HD, **Bonder A**. Nutrition in Cholestatic liver disease. Current Hepatology Reports. Feb 2020: 511-3.

29. **Bonder A**. Current and Emerging Treatment Options for Primary Biliary Cholangitis. Gastroenterol Hepatol (N Y). 2020 Jul;16(7):363-365. PMID: 34035740

30. Hakim A, Patwardhan V, **Bonder A**. Thinking Outside of Urso. Clin Liver Dis (Hoboken). 2020 Aug;16(2):38-42. PMID: 32922747. Epub 2020 Sep 04

31. Dokmak A, Trivedi HD, **Bonder A**, Wolf J. Pregnancy in Chronic Liver Disease: Before and After Transplantation. Ann Hepatol. 2021 Dec;26:100557. PMID: 34656772. Epub 2021 Oct 14

32. Barba Bernal R, Ferrigno B, Medina Morales E, Castro CM, Goyes D, Trivedi H, Patwardhan VR, **Bonder A**. Management of Primary Biliary Cholangitis: Current Treatment and Future Perspectives. Turk J Gastroenterol. 2023 Feb;34(2):89-8100. PMID: 36843300

33. Cessa-Zanatta JC, Cortez-Hernández CA, Goyes D, **Bonder A**. Epidemiology and health care burden of autoimmune liver diseases in Mexico. Clin Liver Dis (Hoboken). 2024;23(1):e0089. PMID: 38379766. Epub 2024 Feb 20

34. Marenco-Flores A, Sierra L, Goyes D, Kahan T, Patwardhan VR, **Bonder A**. Managing pruritus in chronic liver disease: An in-depth narrative review. Clin Liver Dis (Hoboken). 2024;23(1):e0187. PMID: 38872783. Epub 2024 Jun 12

35. **Bonder A**. Overview of Pruritus Management in Patients With Chronic Liver Disease. Gastroenterol Hepatol (N Y). 2024 Aug;20(8):446-448. PMID: 39205951

**Books/textbooks for the medical or scientific community**

1. **Bonder A**. Kershenobich D. Alcohol y aparato gastrointestinal. Efectos en el estado de nutrición. (Alcohol in the gastrointestinal tract) 153-157. Nutrition y gastroenterologia. Temas selectos. Editorial Masson. 2003.

2. **Bonder A**, Gutierrez C, Kershenobich D. Susceptibilidad genetica al dano hepatico por alcohol. (Genetic susceptibility of alcoholic liver disease). Conceptos actuales de hepatologia. MacgrawHill Interamericana. 2005.

3. **Bonder A**. Kershenobich D. Evolucion y pronostico de fibrosis y cirrosis hepatica. (Evaluation and prognosis of liver fibrosis and cirrhosis). 87 - 91. Problems clinicos en hepatologia. Editorial Masson. 2005.

4. **Bonder A**. Kershenobich D. Tratamiento de la hepatitis C con aminotransferasas normales. (Treatment of chronic hepatitis C with normal liver enzymes). 151 - 158. Conceptos actuales en hepatitis C. Editorial Mcgraw Hill. 2005

5. Romelia Barba Bernal, Leandro Sierra, Daniela Goyes, Bryan Ferrigno, Vilas Patwardhan, Alan Bonder. Enfermedad metabólica ósea en la cirrosis hepática. Hepatologia clinica. 243-253. Editorial Alfi. 2023.

## Case reports

1. Álvarez P, **Bonder A**, Goldberg P, Gutiérrez AM et al. Ameloblastoma Uniquistico. Reporte de un caso (Unicystic Ameloblastoma). Rev ADM 2003; 60 (4): 145-149.

## Letters to the Editor

1. Abhyankar A, Robson SC, Tapper EB, **Bonder A**. Letter in response to the recently published review: hyponatremia in cirrhosis and end-stage liver disease--treatment with the vasopressin v2-receptor antagonist tolvaptan. Dig Dis Sci. 2013 Mar;58(3):889-890. PMID: 23371016. Epub 2013 Jan 31

2. Tapper EB, Sengupta N, **Bonder A**. The Reply. Am J Med. 2016 Oct;129(10):e263. PMID: 27451918. Epub 2016 Jul 21

## Professional educational materials or reports, in print or other media:

1. Gastroenterology fellows educational lecture series: organized weekly conference and developed a pre-test and post-test assessment method to evaluate knowledge and efficacy of the presentation. Have been involved since 8/2013.

2. Gastroenterology pathophysiology course: updated and redesigned focused discussion session and mini case presentations for second year Harvard Medical School course. Have been involved since 8/2014

3. Curry M, **Bonder A**. Hepatomegaly: Differential diagnosis and evaluation. Up to date.

## Abstracts, Poster Presentations, and Exhibits Presented at Professional Meetings:

1. **Ferrigno B, Barba Berna R, Medina-Morales E, Patwardhan V, **Bonder A**. Pregnancy and cholestatic liver diseases: a systematic review and meta-analysis of maternal and fetal outcomes.

2. Prashanth Thevkar Nagesh, Jeeval Mehta, Ushma Agarwal, Danielle Hawryluk, Jeanie Lee, *Alan Bonder, Zachary Fricker, Michelle Lai, Vilas Patwardhan, Michael P Curry, Z Gordon Jiang, Mia Hazle, Gyongyi Szabo. Elevated levels of serum hepatokine, lect2 is associated with increased and dysfunctional circulating neutrophils in alcohol-associated hepatitis patients

3. **Dora C. Huang, Behnam Saberi, *Alan Bonder. Socioeconomic disparities and their impact on post-transplant survival. Digestive disease week. Virtual meeting. May 2021. Oral presentation.

4. Aldo J Montano-Loza, Vincenzo Ronca, Maryam Ebadi, Bettina Hansen, Gideon Hirschfield, Saleh Elwir, Mohamad Alsaed, Piotr Milkiewicz, Maciej K Janik, Hanns-

28

Ulrich Marschall, Maria A Burza, Cumali Efe, Ali R Caliskan, Murat Harputluoglu, Gökhan Kabacam, Debora R Terrabuio, Fernanda Onofrio, Albert Pares, Laura P Llovet, Murat Akyildiz, Cigdem Arikan, Michael P Manns, Richard Taubert, Anna-Lena Weber, Thomas Schiano, Brandy Hayde, Piotr Czubkowski, Piotr Socha, Natalia Oldak, Nobuhisa Akamatsu, Atsushi Tanaka, Cynthia Levy, Eric F Martin, Aparna Goel, Mai Sedki, Irena Jankowska, Toru Ikegami, Maria Rodriguez, Martina Sterneck, Christina Weiler-Normann, Christoph Schramm, Maria F Donato, Ansgar W Lohse, Raul J Andrade, *Alan Bonder, Vilas Patwardhan, Bart Van Hoek, Maaike Biewenga, Andreas E Kremer, Yoshihide Ueda, Mark Deneau, Mark Pedersen, Marlyn J Mayo, Annarosa Floreani, Patrizia Burra, Maria F Secchi, Benedetta T Beretta-Piccoli, Marco Sciveres, Giuseppe Maggiore, Syed-Mohammed Jafri, Dominique Debray, Muriel Girard, Florence Lacaille, Ellina Lytvyak, Andrew L Mason, Michael Heneghan, Ye Htun OoMulticenter international evaluation of autoimmune hepatitis and liver transplantation: disease recurrence is associated with recipient features, type of immunosuppression and impaired outcomes. International Liver Congress. June 2021. Virtual meeting.

5.  Christophe Corpechot, Fabrice Carrat, Bettina Hansen, Gideon Hirschfield, Aldo J Montano-Loza, Ellina Lytvyak, Christoph Schramm, Fussel Katja, Albert Pares, Olivas Ignasi, John Eaton, Karim Osman, Gaouar Farid, George Dalekos, Nikolaos Gatselis, Nora Cazzagon, Alessandra Zago, Francesco Paolo Russo, Frederik Nevens, Douglas Thorburn, Francesca Saffioti, Laszlo Barkai, Davide Roccarina, Adele Delamarre, Medina-Morales Esli, *Alan Bonder, Vilas Patwardhan, Marco Carbone, Pietro Invernizzi, Laura Cristoferi, Adriaan Van der Meer, Rozanne De Veer, Ehud Zigmond, Yehezkel Eyal, Tony Bruns, Karsten Grosse, Georges-Philippe Pageaux, Jerome Dumortier, Olivier Chazouilleres, Victor de Ledinghen. Liver stiffness assessed by Fibroscan is a surrogate end point of outcomes of UDCA-treated patients with PBC: an international follow-up study. International Liver Congress. June 2021. Virtual meeting.

6.  Aldo J Montano-Loza, Thierry Berney, Christian Toso, Giulia Magini, Gideon Hirschfield, Bettina Hansen, Andrew L Mason, Maryam Ebadi, Frederik Nevens, Natalie Van den Ende, Debora Raquel Terrabuio, Albert Pares, Pablo Ruiz, *Alan Bonder, Ellina Lytvyak, Adriaan Van der Meer, Rozanne de Veer, Annarosa Floreani, Nora Cazzagon, Stefania Casu, Francesco Paolo Russo, Mark Pedersen, Marlyn J Mayo, Michael P Manns, Richard Taubert, Theresa Kirchner, Thomas Schiano, Brandy Haydel, Xavier Verhelst, Mercedes Robles-Diaz, Miguel Jimenez-Perez, Jerome Dumortier, Ansgar Lohse, Christoph Schramm, Darius Ruether, Benedetta Terziroli Beretta-Piccoli, Maria Francesca Donato, Christophe Corpechot.A multicentric study to estimate mortality and graft loss risk after liver transplantation (LT) in patients with recurrent primary biliary cholangitis (PBC). Liver meeting.

7.  Ochoa-Allemant P, Trivedi H, ***Bonder A** , Fricker Z . Non overweight NAFLD and Diabetes impact outcomes in NAFLD cirrhosis on transplant list: a unos analysis.

8.  Prashanth Thevkar Nagesh, Radhika Joshi, Adriana Ramos Amigo, Yuan Zhuang, Yeonhee Cho, Mrigya Babuta, Christopher Copeland, Eleni Kanata, Jeanie Lee, *Alan Bonder, Zachary Fricker, Michelle Lai, Vilas Patwardhan, Michael P Curry, Z Gordon Jiang, Ioannis Vlachos, Gyongyi Szabo. In vivo inhibition of brutons tyrosine kinase signalosome (BTK) attenuates alcoholic liver disease. Liver meeting.

9.  Vincenzo Ronca, Maryam Ebadi, Bettina E Hansen, Gideon Hirschfield, Alessandro Parente, Saleh Elwir, Mohamad Alsaed, Piotr Milkiewicz, Maciej Janik, Gokhan

Kabacam, Debora Raquel Benedita Terrabuio, Fernanda De Quadros Onofrio, Nazia Selzner, *Alan Bonder, Murat Akyildiz, Cigdem Arikan, Piotr Czubkowski, Piotr Socha, Natalia Oldak, Nobuhisa Akamatsu, Atsushi Tanaka, Aparna Goel, Mai Sedki, Irena Jankowska, Toru Ikegami, Raul J Andrade, Vilas Patwardhan, Andreas E Kremer, Yoshihide Ueda, Mark Deneau, Mark Pedersen, Marlyn J Mayo, Giuseppe Maggiore, Ellina Lytvyak, Ansgar W Lohse, Christoph Schramm, Andrew L Mason, Michael A Heneghan, Ye Oo, Aldo J Montano-Loza. Graft and patient survival following liver transplantation in autoimmune overlap syndromes: an international multi-centric study. Liver meeting.

10. Barba Bernal, R.A., Sierra, L., Ferrigno, B.W., Diaz Fernandez W.J., Medina-Morales, E., Goyes, D., Bonder, A*., Patwardhan, V.  The presence of fatty liver is associated with more advanced fibrosis in autoimmune hepatitis. [Poster presented]. Digestive Disease Week 2023/Chicago, IL, USA.

11. Diaz Fernandez W.J., Sierra, L., Ferrigno, B.W., Barba Bernal, R.A., Goyes, D., Medina-Morales, E., Saberi, B., Patwardhan, V., Bonder, A** Impact of MELD vs MELD-Na score in post-transplant survival in PSC, PBC and AIH patients.  Digestive Disease Week 2023/Chicago, IL, USA.

12. Medina-Morales, E., Anmol Mittal, Y.A., Ferrigno, B.W., Goyes, D., Barba Bernal, R.A., Sierra, L., Diaz Fernandez W.J., Patwardhan, V., Bonder, A**. Impact on racial and socioeconomic disparities in liver transplant patients with cholangiocarcinoma after the introduction of MELD score exception criteria. [Poster presented]. Digestive Disease Week 2023/Chicago, IL, USA.

13. Sierra, L., Diaz Fernandez W.J., Barba Bernal, R.A., Ferrigno, B.W., Medina-Morales, E., Goyes, D., Saberi, B., Patwardhan, V., Bonder, A**. Prevalence of autoimmune hepatitis-primary biliary cholangitis using the PARIS criteria. Digestive Disease Week 2023/Chicago, IL, USA.

14. **Bonder A**, Patwardhan V, MacEwan J, Shao Shao A, Bessonova L, Ness E, Mayne T, Wheeler D, Nair R, Li J, Orbach S. Fibrosis-4 score less than 2.67 and normal gamma-glutamyl transferase levels are associated with high negative predictive value for high-risk of liver stiffness in patients with primary biliary cholangitis. International liver congress. Vienna. Austria.

15. **Bonder A**, Procaccini N, Erickson M, Nesse E, Civitarese A, Kowdley K. Modulation of alkaline phosphatase levels by obeticholic acid in clinical trials and cultured human hepatocytes. International liver congress. Vienna. Austria.

16. Lam L, Carrat F, Soret PA, Lemoinne S, Hansen B, Hirschfield G, Gulamhusein A, Montano-Loza A, Lytvyak E, Pares A, Ignasio A, Eaton J, Osman K,  Schramm K, Sebode M, Lohse A, Dalekos G, Gatselis N, Nevens F,  Cazzagon N,  Zago A, Russo F, Abbas N, Trivedi P, Thorburn D, Saffioti D, Barkai L, Roccarina D, Calvaruso V,  Fichera A, Delamarre A, Sobenko N, Villamil MA, Medina-Morales E, **Bonder A**, Patwardhan V, Rigamonti V, Carbone M, Invernizzi P, Cristoferi L, Van der Meer A, de Veer R, Zigmond E, Eyal Y, Kremer K, Deibel A, Bruns T, Große K, Wetten A, Dyson J, Jones D, Dumortier J, Pageaux G, de Lédinghen V, Chazouillè O, Corpechot C. Prognostic significance of liver stiffness progression in primary biliary cholangitis. International liver congress. Vienna. Austria.

17. Robert G. Gish; Joanna P. MacEwan; Radhika Nair; Alina Levine; Leona Bessonova; Darren Wheeler; Erik Ness; Alan Bonder.  Burden of illness for patients With Primary

Biliary Cholangitis in the United States. The *2023 GHAPP Conference. National Harbor, MD*.

18. Barba Bernal, R., Sierra, L., Marenco-Flores, A., Goyes, D., Ferrigno, B., Diaz Fernandez, W., Medina Morales, J. E., Patwardhan, V., Saberi, B., & Bonder, A. (2023, November). Significant Socioeconomic Impact on Patient and Graft Survival Among Patients With Autoimmune Liver Diseases: A 20-Year Perspective. Hepatology, 4517-C. AASLD. Boston. MA. USA

19. Bonder, A., Wheeler, D., Nair, R., Ness, E., Malecha, E. S., & Gish, R. G. (2023, November). Effect of Obeticholic Acid on Prognostic Thresholds of Gamma-Glutamyl Transferase and Alkaline Phosphatase Levels: Sub-Analysis of the Phase 3 POISE Trial in Primary Biliary Cholangitis. Hepatology, 4545-C. AASLD. Boston. MA. USA

20. Gish, R. G., Wheeler, D., Nair, R., Mayne, T., Ness, E., Malecha, E. S., Li, J., & Bonder, A. (2023, November). Correlations Between Fibrosis Scoring Systems and Transient Elastography in the Phase 3 POISE Study of Obeticholic Acid in Primary Biliary Cholangitis. Hepatology, 4540-C. AASLD. Boston. MA. USA.

21. Gromova, B., Gao, L., Zhang, W., Zhang, L., Nastasio, S., Bonder, A., Patwardhan, V., & Longhi, M. S. (2023, November). Silencing of Aryl Hydrocarbon Receptor Repressor Modulates Th17-Cell Immunity in Autoimmune Hepatitis. Hepatology, 4518-C.

22. Marenco-Flores, A., Barba Bernal, R., Sierra, L., Ferrigno, B., Goyes, D., Diaz Fernandez, W., Medina Morales, J. E., Bonder, A., & Patwardhan, V. (2023, November). The Unusual Presence of Mixed Overlap Syndrome in a Single Cohort of Patients With Autoimmune Liver Diseases. Hepatology, 4524-C. AASLD. Boston. MA. USA

23. Marenco-Flores, A., Sierra, L., Barba Bernal, R., Ferrigno, B., Goyes, D., Diaz Fernandez, W., Patwardhan, V., & Bonder, A. (2023, November). The Impact of Concomitant Non-Alcoholic Fatty Liver Disease on Primary Sclerosing Cholangitis. Hepatology, 4580-C. AASLD. Boston. MA. USA

24. Medina Morales, J. E., Ismail, M., Barba Bernal, R., Abboud, Y., Sierra, L., Marenco-Flores, A., Goyes, D., Saberi, B., Patwardhan, V., & Bonder, A. (2023, November). Predictors of Graft and Patient Survival in Primary Biliary Cholangitis Recipients Undergoing Living Donor Liver Transplantation. Hepatology, 4561-C. AASLD. Boston. MA. USA

25. Sierra, L., Barba Bernal, R., Marenco-Flores, A., Ferrigno, B., Goyes, D., Diaz Fernandez, W., Medina Morales, J. E., Bonder, A., & Patwardhan, V. (2023, November). The Presence of Fatty Liver is Associated with Higher Treatment Response in Patients with Primary Biliary Cholangitis. Hepatology, 4582-C. AASLD. Boston. MA. USA.

26. Kahan, T., Marenco-Flores, A., Sierra, L., Ferrigno, B., Barba, R., Goyes, D., Medina Morales, J. E., Bonder, A., & Patwardhan, V. (2024, May 20). **T**wenty-Year Longitudinal Analysis of Autoimmune Hepatitis Outcomes in a United States Cohort**.** *[Poster of Distinction]* . Digestive Disease Week/Washington, D.C., USA.

27. Kahan, T., Marenco-Flores, A., Sierra, L., Ferrigno, B., Barba, R., Goyes, D., Medina. Morales, J. E., Bonder, A., & Patwardhan, V. (2024, May 20). Twenty-year longitudinal analysis of autoimmune hepatitis outcomes in a United States cohort. **[Poster of Distinction]**. Digestive Disease Week. Washington D.C. May/2024.

28. Marenco-Flores, A., Sierra, L., Kahan, T., Barba, R., Ferrigno, B., Goyes, D., Medina Morales, J. E., Bonder, A., & Patwardhan, V. (2024, May 20). Influence of

Ursodeoxycholic Acid Treatment on the UK-PBC Risk Score in Primary Biliary Cholangitis. *[Poster of Distinction]* Digestive Disease Week/Washington, D.C., USA.

29. Marenco-Flores, A., Sierra, L., Kahan, T., Barba, R., Ferrigno, B., Goyes, D., Medina Morales, J. E., Bonder, A., & Patwardhan, V. (2024, May 20). Influence of ursodeoxycholic acid treatment on the UK-PBC risk score in primary biliary cholangitis. **[Poster of Distinction].** Digestive Disease Week, Washington, D.C., USA.

30. Marenco-Flores, A., Sierra, L., Kahan, T., Ferrigno, B., Barba, R., Ferrigno, B., Medina Morales, J. E., Goyes, D., Patwardhan, V., & Bonder, A. (2024, May 20) Correlation of Alkaline Phosphatase with Sypmton Severity in Primary Biliary Cholangitis: A Single-Center Cohort Analysis**.** *[Poster Session].* Digestive Disease Week/Washington, D.C., USA.

31. Marenco-Flores, A., Sierra, L., Kahan, T., Ferrigno, B., Barba, R., Ferrigno, B., Medina Morales, J. E., Goyes, D., Patwardhan, V., & Bonder, A. (2024, May 20). Correlation of alkaline phosphatase with symptom severity in primary biliary cholangitis: A single-center cohort analysis. **[Poster Session]**. Digestive Disease Week, Washington, D.C., USA.

32. Sierra, L., Marenco-Flores, A., Goyes, D., Bernal, R., Ferrigno, B., Patwardhan, V., Bonder, A., & Saberi, B. (2024, May 21). Metabolic-associated fatty liver disease (MAFLD) is associated with lower post-liver transplant graft survival in patients with hepatocellular carcinoma. **[Poster Session]**. Digestive Disease Week, Washington, D.C., USA.

** Mentee

32

## APPENDIX B

## LIST OF RELIED ON MATERIALS

**Court Documents:**

Amended Consolidated Class Action Complaint for Violations of Federal Securities Laws, *Homyk v. ChemoCentryx, Inc. et al.*, Case No. 4:21-cv-03343-JST (N.D. Cal.), ECF No. 47

**Academic Literature:**

Bader, *The Myth of Statin-Induced Hepatotoxicity*, 105 Am. J. Gastroenterol. 978-980 (2010)

David S, Hamilton JP, *Drug-induced Liver Injury*, US Gastroenterol Hepatol, Rev. 2010 Jan 1; 6:73-80, available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3160634/

DeMets, D., Friedman, L. and Furberg, C. (2010), *Fundamentals of Clinical Trials*, 4th Edition, Springer, Berlin

**Publicly Available Internet Sites:**

*Serious adverse event*, https://toolkit.ncats.nih.gov/glossary/serious-adverse-event/#:~:text=A%20serious%20adverse%20event%20(SAE,threatening%20adverse%20event%2C%20requires%20inpatient

Categorization Of The Likelihood Of Drug Induced Liver Injury, *LiverTox: Clinical and Research Information on Drug-Induced Liver Injury*, available at https://www.ncbi.nlm.nih.gov/books/NBK548392/

Repaglinide, *LiverTox: Clinical and Research Information on Drug-Induced Liver Injury*, available at https://www.ncbi.nlm.nih.gov/books/NBK548879/

Simvastatin, *LiverTox: Clinical and Research Information on Drug-Induced Liver Injury*, available at https://www.ncbi.nlm.nih.gov/books/NBK548720/

Sulfamethoxazole-Trimethoprim, *LiverTox: Clinical and Research Information on Drug-Induced Liver Injury*, available at https://www.ncbi.nlm.nih.gov/books/NBK547937/

U.S. FDA Guidance For Industry: *Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products Content and Format*, at 3, available at https://www.fda.gov/files/drugs/published/Warnings-and-Precautions--Contraindications--and-Boxed-Warning-Sections-of-Labeling-for-Human-Prescription-Drug-and-Biological-Products-%E2%80%94-Content-and-Format.pdf

**Deposition Testimony:**

Deposition of Richard Glassock, M.D., December 1, 2023
Deposition of Willis C. Maddrey, M.D., December 15, 2023
Deposition of Petrus Bekker, M.D., July 29, 2024
Deposition of David Goodkin, M.D., January 30, 2024
Deposition of Jan L. Hillson, M.D., March 21, 2024
Deposition of Catherine "Cass" Lee Kelleher, M.D., April 24, 2024
Deposition of Chao Wang, Ph.D., May 23, 2024

**Deposition Exhibits:**

PX 4
PX 8
PX 9
PX 12
PX 13
PX 15
PX 17
PX 20
PX 22
PX 23
PX 25
PX 26
PX 27
PX 31
PX 35
PX 40
PX 41
PX 53
PX 54
PX 62
PX 64
PX 65
PX 80
PX 96
PX 98
PX 99
PX 100
PX 103
PX 165
PX 166
PX 169
PX 228
PX 239
PX 262
PX 329
PX 339

**Bates-stamped Documents:**

CCXI-0001704857
CCXI-0002551545
CCXI-0002684512
CCXI-0004491838

**Other:**

All other documents cited or referred to within this report.