# Attachment 12

# Uslaner Declaration Ex. 46

# (ECF No. 303-14)

# Exhibit 46

FILED UNDER SEAL



# MEDPACE
www.medpace.com

## DMC CLOSED SESSION MEETING MINUTES
### CHEMOCENTRYX | CL010_168
**05JUN2018 | 4:00 PM ET**

### - ATTENDEES -

| DMC MEMBERS | DMC MEMBERS | MEDPACE |
|---|---|---|
| David Goodkin | Kenneth Kalunian | Joanne Liang |
| Richard Glassock | Howard Trachtman | Lindsey Seeger |
| Daniel Cattran | Chao Wang | |

1. The meeting was called to order at 4:00pm ET.

2. Closed Session Discussion

   2.1 D. Goodkin noted that 8 patients in group 1 withdrew from study, versus 3 in group 2. There has been 1 death in each group. The baseline demographics and characteristics now look comparable between groups. Group mean entry BVAS scores are 15.5 versus 14.5, and mean entry eGFR values are 52 and 55.

      2.1.1 Regarding stratification at entry (shown in Table D4), D. Goodkin requested that Medpace provide a summary comparison between groups of the number of subjects assigned into each of the 12 stratification cells. **Action Item: Medpace to provide comparison summary.**

   2.2 D. Goodkin provided an overview of the Adverse Events noting 112 AEs in group 1 and 109 in group 2. Regarding serious AEs, there were 35 in group 1 and 45 in group 2. There was one death in each group. In terms of infections, there were a total of 60 in group 2 and 50 in group 1. It should be noted that there was no excess of opportunistic infections in group 1 compared with group 2. For serious infections, there were 8 in group 1 and 12 in group 2. It does not appear that CCX168 is associated with greater infectious risk than the prednisone control. Previously, GI side effects were more common in group 1 and that trend does appear to continue, with 56 GI related AEs in group 1 and 40 in group 2. Nausea, vomiting, and diarrhea underlie most of the difference. Fatigue, malaise, and lethargy have been reported more in group 1 than in group 2. Regarding neurological symptoms, group 1 continues to have greater numbers of adverse events overall, and more headaches and syncope than those in group 2, however the gap between the groups is closing compared with the last DMC dataset.

   2.3 D. Goodkin reviewed the adverse events that could be caused by corticosteroids. Facial swelling appeared in 0 patients in group 1 and in 5 patients in group 2; acne 1 versus 4; weight increased 0 versus 4; psychiatric disorders 12 versus 19 (with 2 versus 7 deemed related to study drug by Investigators); adrenal insufficiency 0 versus 4; and, Cushings 0 versus 4.

   2.4 D. Goodkin noted the two cases of angioedema were patients in group 1.

   2.5 H Trachtman reviewed rash and drug hypersensitivity AEs. All episodes of rash were low-grade and under 10 patients total.

   2.6 D. Goodkin discussed QT prolongation (page 22 of 437) table D-6. There were 2 in group 1 and 0 in group 2. Based on other tables, it seems that these two adverse events occurred in patients 109-004 and 451-002. It is imperative that more information is gathered on patients 109-004 and 451-002 (the QT prolongation for 451-002 was deemed to be Clinically Significant by the investigator on p. 1003 of the data package), including QTc intervals at screening, Day 1, the day of the abnormal EKG, and on any subsequent follow-up EKGs. The DMC would also like to see the data from patient 701-002, who reportedly (p. 314) had QT prolongation to 473 msec on day 15 that decreased to 416 msec following discontinuation of Bactrim. The DMC also requests information about any other patient with prolonged QT interval. The DMC will assess the need to take action after more data are available to characterize the magnitude of the effect and assess potentially mitigating factors. **Action Item: Medpace to obtain more information on patients 109-004 and 451-002 regarding QT prolongation (concomitant medications, serum chemistry, and applicable EKGs noted above) and on any other patient found to have QTc prolongation, including 701-002, as soon as possible.** *Post Meeting Note:*

DEPOSITION EXHIBIT 12
ENGAD 800-631-6989

CCXI-0002278593

*after reviewing additional data for patients 451-002, 109-004, and 701-002, the DMC does not presently detect a signal of QT prolongation caused by CCX168 in the CL010_168 study.*

2.7     D. Goodkin reviewed hepatic toxicity adverse events for patients 326-002, 429-004, and 430-002 (group 1) and 440-005 (group 2).    Although concomitant medications such as statins, Bactrim, and azathioprine can cause liver damage, it is unlikely that any of these was the culprit in the current cases based on the timing of the abnormal liver function tests and the response to discontinuation of study drug.  R. Glassock reviewed the hepatic data across all tables and 14 cases of AST and ALT elevation which was above the upper limit of normal.  Some were documented by lab data in non-central labs however there are confirmations of some of the outside central lab data performed within reasonable periods of time.  Three cases of elevation of AST or ALT was not greater than Grade 2.  A total of 11 cases were 4 of these were group 2 placebo patients and 7 cases were in group 1 with one being a Hy's Law case.

   2.7.1     Of the cases with increased liver enzymes in the active group, 3 were grade 3 and 2 were grade 2. In the placebo group, 3 were grade 2 and 1 was grade 3.  In conclusion, examining the means and median there were no substantial group changes. However, with the individual cases there appears to be a strong safety signal indicating an idiosyncratic reaction to the study drug which induces liver enzyme changes.

   2.7.2     D. Goodkin suggested that a notification be provided to the sites regarding hepatic toxicity. Additionally, patients should be warned about the risk of hepatotoxicity with CCX168 and instructed to immediately contact the study physician should jaundice develop.  ==The DMC agreed that the occurrence of liver toxicity this early in the history of a new drug is unusual and worrisome.==

      2.7.2.1     D. Goodkin proposed language for recommendations to the ChemoCentryx Medical Director regarding hepatic toxicity.  The DMC reached consensus.

   2.7.3     Additionally, Dr. Goodkin inquired if the committee is satisfied with the frequency of serum chemistry measurements throughout the study, in light of the need to monitor for hepatotoxicity.  Monitoring during weeks 1-20 looked sufficient to the group, however after Week 20 the testing is scheduled at 6-7 week intervals. ,.  The DMC agreed to request that monitoring of liver tests (at least AST, ALT, and bilirubin) be mandated at intervals no longer than 4 weeks throughout the duration of drug exposure after week 20. .

      2.7.3.1     D. Goodkin also suggested central lab notifications to sites whenever a patient's AST or ALT concentration exceeds three times the the upper limit of normal.

2.8     H. Trachtman reviewed SAEs and noted 109 of which 74% were resolved and when the study drug was interrupted 88% were resolved.  Common non-specific SAEs included depression, insomnia, anxiety, and fatigue which are not part of the normal disease process and none of which are concerning.

      2.8.1.1     D. Goodkin stated that at the last DMC closed session, cranial nerve effects and neuropathy were discussed as potential drug effects, but because ANCA-associated vasculitis itself can cause these complications, they are more an efficacy measurement than a safety concern.

   2.8.2     D. Goodkin also stated that the study medication leads to more cases of increased CPK than in the control group, however there are no adverse events of rhabdomyolysis reported and no severe elevations of CPK.

   2.8.3     Some patients had severe anemia however they were anemic at randomization. Specifically, patient 904-003 that started with a platelet count of over 1000 however it decreased and therefore not attributed to study medication.

2.9     D. Cattran noted overall nothing significant with the hematology laboratory values.  However, 58 cases with abnormalities and most were regarding the lymphocyte count with 34 being in the active group and 24 in the placebo group.  Specifically patient 430-001 lymphocytes' started low and remained low. Patient 657-001 (Open Session listing page 565) had Day 29 with low lymphocyte count. Lastly 775-001 also had low lymphocytes however it was only one value.

   2.9.1     Additionally, some patients had high platelet counts however these were all high in the first platelet count available and therefore not related to the study medication.  All decreased to normal with time (756-002, 709-002, 904- 003).



Prepared by:

M E D P A C E
Confidential
Template Version: 17-AUG-2012

CONFIDENTIAL                                                                    CCXI-0002278594

**2.9.2** Eosinophils for patient 429-008 were high. Patient was lymphopenic on Days 22 and 71 (as low as 0.4) making the ratio of % eosinophils to % leucocytes abnormal. Ratio was normal by day 92. Another patient 131-001 also had high eosinophils and was terminated early from the study.

**2.10** D. Goodkin noted no issues related to the urinalysis data (which is not informative in the setting of glomerulonephritis).

**2.11** K. Kalunian stated the vital signs appeared relatively normal however at Day 365 there was a mean diastolic change in group 1 which was significantly higher than in group 2.

**2.12** K. Kalunian reviewed concomitant steroid usage and noted no significant differences between the two groups. There were slightly more patients taking steroids in group 2 than in group 1.

**2.13** D. Goodkin noted that per protocol, patients in group 1 are generally not to receive more than 20mg/day of prednisone. If patients exceed this amount within 4 weeks of week 26 or week 52 it will disqualify them for efficacy endpoint analysis. High steroid use among group 1 patients may also confound comparisons of steroid toxicity (eg, GTI data). Dr. Kalunian noted that 16 patients in group 1 and 8 in group 2 that received between 21-60mg/day of prednisone.

**2.13.1** The DMC agreed to recommend that the Sponsor remind the sites of the importance of adhering to the steroid dosing guidance specified in the Protocol.

**2.14** K. Kalunian confirmed that there were no QT prolongations in group 2.

**2.15** K. Kalunian also stated the numbers of abnormal chest X-rays were comparable between groups (46 versus 41), but the specific abnormalities were not provided.

**2.16** D. Goodkin requested that the BVAS scores be discussed during the Executive Session.

**2.17** D. Goodkin reviewed the Pneumocystis prophylaxis medication prescriptions and noted there were 20 in group 1 and 26 in group 2; 19 patients in group 1 received Bactrim while 22 in group 2 received Bactrim. Efficacy outcomes most likely will not be meaningfully influenced by Bactrim prescription discrepancy. **PMN: It has been queried why all patients are not receiving prophylaxis, as mandated by the protocol.**

3. **Summary List of Safety Concerns:**

3.1 **Angioedema/Hypersensitivity/Rash**

    3.1.1 **Now a second case of angioedema**

3.2 **Hepatic Toxicity**

3.3 **QT Prolongation (more data needed)**

3.4 **Follow CPK elevation (fortunately, no adverse event of rhabdomyolysis reported to date)**

3.5 **Suggestion of increase in eosinophils, possibly due to item #1 above**

3.6 **Acute fall in leukocytes following drug initiation in some patients**

3.7 **Severe lymphocytopenia in a few cases**

3.8 **Gastrointestinal side effects (predominantly nausea, vomiting, and diarrhea)**

3.9 **Group 2 is manifesting more AEs that suggest relation to prednisone use (cosmetics, weight gain, psychiatric findings, Cushings, adrenal insufficiency)**

4. **Here are the Data Monitoring Committee's unanimous recommendations following the Open, Closed, and Executive Sessions on Tuesday 05Jun2018:**

4.1 **Liver Injury**

    4.1.1 **The DMC requests that ChemoCentryx/Medpace immediately notify all Investigators and Study Coordinators of the potential risk of liver damage for patients receiving CCX168.**

        4.1.1.1 **Several patients receiving CCX168 have experienced dramatic elevations of hepatic laboratory parameters, including one who manifested maximum serum ALT concentration of 1,579 U/L, AST concentration of 1,388 U/L, and bilirubin concentration of 12.6 mg/dL (qualifying**


Prepared by:
MEDPACE
Confidential
Template Version: 17-AUG-2012

ChemoCentryx | CL010_168
DMC Closed Session Meeting Minutes
05Jun2018
Page 3 of 5

CONFIDENTIAL                                                                 CCXI-0002278595

==as a Hy's Law case), and another patient with recurrent elevations of ALT, AST, and gamma glutamyl transferase following rechallenge with CCX168.  Although it is theoretically possible that concomitant medications, such as statins or Bactrim, caused the liver damage, we deem this unlikely and we feel that Investigators and patients must be warned of the potential for CCX168 to be hepatotoxic.== It is remarkable to observe cases of marked drug-induced liver injury this early in a new drug's development.

4.1.1.2   All patients on study must be warned to call their physician right away should they develop yellowing of the skin or of the whites of the eyes.  All new patients entering the study must also be informed of the risk of liver toxicity and instructed to contact their study doctor if jaundice develops.  Investigators and subjects should also be made aware in all other active trials of CCX168.

4.1.1.3   The DMC believes it is appropriate for the informed consent documents to now be amended to include the potential for liver toxicity, for the IRBs to be notified of the liver toxicity events, and to describe this adverse outcome and the need to warn subjects about the risk of liver toxicity in the Investigator's Brochure.

4.1.2   The DMC requests that you have the central laboratory send a notification to the site whenever a given patient has serum ALT or AST concentration > 3XULN.

4.1.3   The DMC requests that you amend the protocol to mandate liver function testing (ALT, AST, and bilirubin at a minimum) at least every four weeks from week 20 to week 52.  If you add an open label extension year, liver function testing must continue at least every four weeks.  The current schedule of serum chemistry testing from day 1 through week 20 provides an adequate frequency of liver testing for that period.

4.1.4   The DMC suggests that you also consider sharing and following the FDA guidance on when to discontinue an investigational drug in the face of drug-induced liver injury:

4.1.4.1   ALT or AST >8xULN

4.1.4.2   ALT or AST >5xULN for more than 2 weeks

4.1.4.3   ALT or AST >3xULN and (TBL >2xULN or INR >1.5)

4.1.4.4   ALT or AST >3xULN with the appearance of fatigue, nausea, vomiting, right upper quadrant pain or tenderness, fever, rash, and/or eosinophilia (>5%)

4.1.5   Prednisone dosing to patients assigned to the CCX168 group

4.1.5.1   ==A number of patients assigned to CCX168 treatment have been prescribed >= 20 mg of daily prednisone.  If patients in the CCX168 group receive clinically meaningful doses of prednisone, that will confound comparisons of steroid toxicity between groups and reduce the number of CCX168 patients eligible for BVAS remission assessment at weeks 26 and 52 (study endpoints).==  The DMC again suggests that you remind the sites assertively of the prednisone guidance in the protocol and the need to reserve prednisone rescue for clear instances of disease worsening.

5.   Another safety item

5.1   The DMC is awaiting supplemental data from Medpace, requested to assess another potential safety issue.  Thus, it is possible that the Committee will issue additional study guidance in the near future.

6.   Changes to DMC practices

6.1   To date, Medpace has forwarded copies of all SAE CIOMS reports in real time to all members of the DMC.  The Committee requests that henceforth these reports be sent to the DMC Chairman, Dr. Goodkin, alone.  He will check if the case involved a patient assigned to placebo or CCX168, and make a judgment as to the novelty and/or actionable seriousness of the threat to patient safety posed by each event, and limit the dissemination of unnecessary documents to the other DMC Members between meetings.  Also, it should be noted that the document package for the June 5, 2018 DMC Meetings exceeded 5,000 pages and that not all DMC Members have adequate time to read and digest such a data transmission fully.  For subsequent meetings, the DMC members are willing to

Prepared by:


MED PACE
Confidential
Template Version: 17-AUG-2012

ChemoCentryx | CL010_168
DMC Closed Session Meeting Minutes
05Jun2018
Page 4 of 5

CONFIDENTIAL                                                                 CCXI-0002278596

commit to reading the summary tables and figures.  The extensive by-patient listings will be read selectively -- an as-needed reference source, only.


With no further issues to discuss, the meeting adjourned at 5:05 PM EST.


Respectfully Submitted

Lindsey Seeger

Medpace Senior Clinical Trial Assistant



Prepared by:

MEDPACE

Confidential
Template Version: 17-AUG-2012

CONFIDENTIAL

CCXI-0002278597