# Attachment 25

# Uslaner Declaration Ex. 59

# (ECF No. 303-27)

# Exhibit 59

## FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Sunita Sethi [/O=CHEMOCENTRYX/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SUNITA SETHI2B7] |
| **Sent:** | 1/3/2019 7:49:55 PM |
| **To:** | Jan Hillson [/O=CHEMOCENTRYX/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jan Hillsonad3] |
| **CC:** | Thomas Schall [/O=CHEMOCENTRYX/OU=First Administrative Group/cn=Recipients/cn=tschall] |
| **Subject:** | FW: ChemoCentryx Case Reports.. |
| **Attachments:** | ChemoCentryx Case Review Cover Letter.pdf; ChemoCentryx Case Reviews 12.19.2018.pdf |

See attached...

**From:** Jason Bradshaw <Jason.Bradshaw@UTSouthwestern.edu>
**Sent:** Thursday, January 3, 2019 11:36 AM
**To:** Sunita Sethi <ssethi@chemocentryx.com>
**Subject:** FW: ChemoCentryx Case Reports

Hello Sunita,

I believe you are expecting this information.

Regards,

Jason

**From:** Deborah Kirchhevel <Deborah.Kirchhevel@UTSouthwestern.edu>
**Sent:** Thursday, January 3, 2019 12:14 PM
**To:** Jason Bradshaw <Jason.Bradshaw@UTSouthwestern.edu>
**Subject:** ChemoCentryx Case Reports

Hi Jason,

Dr. Maddrey has signed the cover letter, and asked that these documents be sent to Dr. Sunita Sethi today please.

Thank you.
Debby

## UT Southwestern
### Medical Center

The future of medicine, today.



EXHIBIT
56

CONFIDENTIAL

CCXI-0001783140

**UTSouthwestern**
Medical Center

**Willis C. Maddrey, M.D., M.A.C.P., F.A.A.S.L.D.**
Professor of Internal Medicine

Adelyn and Edmund M. Hoffman Distinguished Chair
 in Internal Medicine
Arnold N. and Carol S. Ablon Professorship
 in Biomedical Science

January 3, 2019

Dr. Sunita Sethi
ChemoCentryx

RE: Avacopan Double-Blind Study Case Reports

Dear Dr. Sethi,

Attached are my assessments of 12 cases who were treated in a double-blind trial. I evaluated these patients without referral to the treatment code. Of note, there are cases who met the broad definition for consideration of possibly meeting Hy's Law Criteria. We must recall that the third requirement for Hy's Law is the absence of another reasonable explanation for the findings.

I had a general discussion with the DMC and will be pleased to review the blinded code when requested. I did not send these patient assessments to the DMC – please advise how you wish to proceed.

My best regards,

*Willis Maddrey*

Willis C. Maddrey, M.D.
Professor of Internal Medicine

5323 Harry Hines Blvd., Dallas, Texas 75390-8570  Phone: 214-648-2024  Fax: 214-648-8086  utsouthwestern.edu

CONFIDENTIAL

CCXI-0001783141

Subject 102-001
Reviewed on 12/19/2018

A 27 year old male with ANCA associated advanced kidney disease (nephrotic syndrome, chronic kidney disease stage 3, anemia and hypothyroidism) was randomized on 1/12/18. Elevated serum creatinine throughout course. On SD1 (1/12/18) ALT was 32, AST 24 and total bilirubin 0.28. Gradual rise in ALT over time. On SD 85 (4/6/18) ALT 77 and on SD 113, ALT was 172 with AST 61 and total bilirubin 0.5 mg/dl. Because of these identified abnormalities, the study medication was interrupted. On SD 183, ALT was 188 and AST 99. On SD 197, ALT was 195 with AST 109 and total bilirubin 0.65. On SD 271, ALT was 32, AST 32 and total bilirubin 0.66. The study was terminated early on 11/16/18.

Conclusions: It is possible the study drug (if administered) caused or contributed to the moderate elevations in ALT and to a lesser extent AST. No evidence that bilirubin levels ever increased. No evidence of any significant liver injury.

CONFIDENTIAL

CCXI-0001783142

## 102-007 (United States)
Reviewed on 12/19/2018

60 year old male with ANCA associated vasculitis. Baseline lab studies on 8/30/17. Study drug began on 9/7/17. Drug interrupted on 10/6/17. After withdrawal, values returned to normal.

Laboratory Studies

| Date | | ALT | AST | Bilirubin | ALP |
|------|------|-----|-----|-----------|-----|
| 8/30/17 | (baseline) | 20 | 34 | 0.2 | 103 |
| 9/7/17 | (day 1) | 23 | 19 | 0.46 | 68 |
| 9/14/17 | (day 8) | 38 | 26 | 0.49 | 72 |
| 9/21/17 | (day 15) | 54 | 36 | 0.77 | 73 |
| 10/4/17 | (day 28) | 214 | 51 | 0.54 | 80 |
| 10/6/17 | Study drug interrupted | | | | |
| 10/10/17 | (day 34) | 161 | 78 | 0.3 | 98 |
| 10/17/17 | (day 41) | 180 | 59 | 0.4 | 102 |
| 10/25/17 | (day 49) | 210 | 94 | | 102 |
| 11/2/17 | (day 57) | 94 | 30 | 0.3 | 101 |
| 11/9/17 | (day 64) | 34 | 24 | 0.3 | 97 |

Impression: Likely elevations <u>related</u> to treatment (if administered). Did not meet Hy's Law criteria.

CONFIDENTIAL

CCXI-0001783143

206-004 (Canada)
Reviewed on 12/19/2018

65 year old female with ANCA associated vasculitis who was also treated with rituximab or cyclophosphamide/azathioprine initiated study drug 5/7/18 and continued treatments to 6/27/18 (1 month, 21 days).  See lab chart.  The patient discontinued the drug on 6/27/18.

Laboratory Studies

| Date | | ALT | AST | Bilirubin | ALP |
|------|--|-----|-----|-----------|-----|
| 5/7/18 | | 12 | 13 | 0.46 | 70 |
| 6/25/18 | (day 50) | 336 | 163 | 0.42 | 314 |
| 6/27/18 | (day 52) | 262 | | | |
| 7/10/18 | | 27 | 16 | 0.40 | 86 |

Impression: Liver changes probably associated with study drug (if administered).  No increase in bilirubin at any time, and the elevations resolved after withdrawal of study drug on d52.

CONFIDENTIAL

CCXI-0001783144

**301-301 (Germany)**
Reviewed on 12/19/2018

An 80 year old Caucasian male with ANCA associated vasculitis was randomized to the double blind study of CCX168 on 9/4/14. On Study day 22 (9/25/14) abnormal lab studies (see chart) were noted. No pre-treatment baseline lab values were provided. On 9/22/14, (S.D. 23), he presented with icterus with total bilirubin 6.2 mg/dl, ALT 111 and AP 633. All medications were discontinued on 9/29/14 (S.D. 26). Consent for the study was withdrawn on 10/2/14. A liver biopsy (S.D.34, 10/7/14) revealed a mixed pattern of injury with persistent cholangitis/cholestatic component. Because of signs of liver injury and abnormal labs, he was withdrawn from study drug.

Laboratory Studies

| Date | | ALT | AST | ALP | Bilirubin (normal 3-17 u moles) |
|---|---|---|---|---|---|
| 9/25/14 | (SD22) | 277 | 201 | 453 | |
| 9/29/14 | (SD26) | 111 | 56 | 633 | 6.2 mg/dl |
| 10/7/14 | | | | | 12.90 mg/dl |
| 10/8/14 | | 277 | 201 | | 13.86 mg/dl |
| 10/9/14 | | | | | |
| 10/13/14 | | | | | 12.86 mg/dl |
| 10/21/14 | | | | | 15.40 mg/dl |
| 10/31/14 | | | | | 7.70 mg/dl |

Conclusion: Despite absence of pre-drug lab values, it is possible the study drug (if administered) caused the observed liver injury. The laboratory studies meet the criteria for Hy's Law.

CONFIDENTIAL

CCXI-0001783145

## 326-002 (Belgium)
Reviewed on 12/19/2018

A 62 year old female with ANCA associated vasculitis began blinded treatment on 11/29/17 and continued until 4/24/19 (4 months, 27 days). Evidence of hepatic injury noted on chart. Also developed neutropenia (grade 3). Liver biopsy on 5/15/18 revealed "chronic and active portal and lobular hepatitis of moderate intensity." Study drug discontinued on 4/25/18. Neutropenia reported to have resolved on 5/14/18.

Lab Studies (selected – not all)

| Date | | ALT | AST | ALP | Bilirubin |
|---|---|---|---|---|---|
| 3/21/18 | | 107 | | | |
| 4/18/18 | | 669 | 362 | | |
| 4/24/18 | | 1266 | | 164 | 0.97 |
| 4/25/18 | Study drug discontinued | 1452 | 960 | | |
| 5/2/18 | | 1275 | 716 | | 2.23 |
| 5/4/18 | | 1575 | 1095 | | 2.78 |
| 5/8/18 | | 1933 | | 189 | 4.55 |
| 5/16/18 | | 1242 | 1117 | | 13.56 |
| 5/24/18 | | 217 | 108 | 189 | 4.41 |
| 5/30/18 | | 80 | 53 | 103 | |
| 7/11/18 | | 13 | 13 | 64 | 0.54 |

Conclusion: Possible/probably study drug related (if administered). Likely meets Hy's Law criteria if no alternative explanation is identified. Am unsure whether the neutropenia was also related.

CONFIDENTIAL

CCXI-0001783146

## 430-002 (France)
Reviewed on 12/19/2018

A 55 year old female with ANCA associated vasculitis began study drug on 12/14/17. Elevations in ALT and AST were noted later (see chart). The patient remained asymptomatic. Study drug was discontinued on day 97 (3/20/18). The investigator reported the events as representing cytolytic hepatitis and cholestatic hepatitis with no value for serum bilirubin reported.

Lab Studies

| Date | | ALT | AST | Bilirubin | Notes |
|------|------|-----|-----|-----------|-------|
| 2/21/18 | | 64 | 55 | | |
| 3/16/18 | | 380 | 229 | | |
| 3/20/18 | (d97) | 325 | 159 | | Study drug discontinued |
| 3/28/18 | | 111 | 61 | | |
| 4/3/18 | | 55 | 38 | | |

Conclusion: Events possibly related to study drug, (if administered) with a decrease in ALT and AST levels after study drug discontinued. Note elevation of ALT/AST present at baseline. There was return to baseline ALT/AST values after withdrawal. No bilirubin data and no liver biopsy.

CONFIDENTIAL

CCXI-0001783147

## 440-005 (France)
Reviewed on 12/19/2018

An 80 year old female from France with ANCA associated vasculitis was randomized on a double-blind trial of CCX168 on 5/14/18. She developed evidence of a severe leucopenia first noted on study day 8. The study drug was interrupted on day 15 (5/29/18). She reinitiated study drug on 4/5/18 (study day 23).

Lab Studies

| Date | ALT | AST | ALP | Bilirubin (normal 3-17 u moles) |
|---|---|---|---|---|
| 3/14/18 | 11 | 13 | | |
| 5/3/18 | 465 | | 161 | |
| 5/24/18 | 1379 | 294 | 456 | 3.9 u moles |
| 5/28/18 | 410 | | | 4.3 u moles |
| 5/30/18 | 213 | 24 | 213 | 5.7 u moles |

Conclusion: Possible association of study drug (if administered) with hepatic findings. No bilirubin elevation noted.

CONFIDENTIAL

CCXI-0001783148

## 451-005 (Germany)
Reviewed on 12/19/2018

A 76 year old female with ANCA associated vasculitis was randomized in the CCX168 study on 5/7/18. On S.D. 1, AST was 39 and ALT 86. On S.D. (5/14/18), AST was 43 and ALT 57. It is of note that on Study Day (5/15/18), the patient underwent a pigtail extraction through the ureter of the left kidney because of evidence of urinary obstruction. On 5/16/18 (S.D. 10), ALT was 311 and on 6/6/18, ALT was 20 and bilirubin 0.3. Follow up lab tests were normal.

Laboratory Studies

| Date | ALT | AST | ALP | Bilirubin (normal 3-17 u moles) |
|------|-----|-----|-----|--------------------------------|
| 5/14/18 | 57 | 43 | ND | |
| 5/16/18 | 311 | 218 | ND | 0.4 |
| 5/23/18 | 53 | 15 | | |
| 6/6/18 | 20 | 15 | | 0.33 |

Conclusion: Unlikely changes are due to the study drug (if administered). All changes may be ascribed to urinary obstructive problems. No elevation of serum bilirubin noted.

CONFIDENTIAL

CCXI-0001783149

## 454-008 (Germany)
Reviewed on 12/19/2018

An 81 year old female with ANCA associated vasculitis was randomized to CCX168 or placebo on 3/29/18. Local lab results on a screening visit 3/25/18 revealed AST 50, ALT 32, AP 177 with no bilirubin value reported. On study day 131, AST was 286, ALT 194 and AP 439. On study day 134, AST was 74, ALT 197, and AP 467. Because of the biochemical abnormalities, azathioprine was withdrawn. On Study day 140, AST was 11, ALT 24, and AP 162. It is of note that azathioprine had been paused after results on SD131 were noted. Apparently the CCX/placebo medication was continued. Time of exposure to the study drug was 3/26/18 to 8/7/18.

Laboratory Studies

| Date | | ALT | AST | ALP | Bilirubin (normal 3-17 u moles) |
|------|------|-----|-----|-----|-------------------------------|
| 3/23/18 | | 32 | 50 | 177 | Not reported |
| | (d131) | 194 | 286 | 439 | |
| | (d134) | 197 | 74 | 467 | |
| | (d140) | 24 | 11 | 162 | |

Conclusion: It is <u>possible</u> the study drug (if administered) was associated with the initiation of the rise in AST, ALT and AP. However, all values returned to normal despite continued therapy. Much attention was directed to the possibility of azathioprine-induced liver injury – this consideration is supported by the temporal improvement in the labs after azathioprine was withdrawn.

CONFIDENTIAL

CCXI-0001783150

## 466-004 (Germany)
Reviewed on 12/19/2018

A 70 year old male received study drug from 3/7/18 to 6/8/18 (3 months, 2 days) for ANCA associated vasculitis. On Study Day 92 (6/6/18), an ALT of 717 was reported with AST 509 and bilirubin 0.84 mg/dl. The study drug was interrupted on 6/8/18 because of the event. He gradually improved.

Laboratory Studies

| Date | ALT | AST | ALP | Bilirubin |
|------|-----|-----|-----|-----------|
| 6/6/18 | 717 | 509 | 181 | 0.84 |
| 6/8/18 | 958 | 377 | 229 | 0.94 |
| Study drug interrupted | | | | |
| 6/9/18 | 991 | 514 | 230 | |
| 6/10/18 | | | | 2.61 |
| 6/11/18 | 738 | 276 | 212 | 1.55 |
| 6/13/18 | 602 | 198 | 181 | 0.82 |
| 6/27/18 | 37 | 23 | 120 | 0.35 |
| 7/25/18 | 43 | 45 | 100 | 0.67 |
| 8/15/18 | 25 | 35 | 59 | 0.50 |

Conclusions: Note absence of lab studies during interval of 3/7/18 and 6/6/18 when study drug was introduced (if administered) and initial abnormalities in labs were recognized. Because of the improvement in lab studies after drug withdrawal, I conclude that it is possible / probable that study drug (if administered) caused the injury. The patient meets Hy's Law criteria. I did not find evidence of a mitigating explanation.

CONFIDENTIAL

CCXI-0001783151

**528-003 (Italy)**
Reviewed on 12/19/2018

A 68 year old male with ANCA associated vasculitis was randomized in the CCX168 study on 2/15/18. At the time, liver biochemical tests were normal. On S.D. 50, ALT was 192, AP 165 and total bilirubin 0.59. Lab studies in chart. Of note, the patient did not discontinue study medication and continued in the study. Of note a MRCP detected intrahepatic bile duct dilatations. There is no report that indicates the patient ever discontinued the study regime.

Laboratory Studies

| Date | | ALT | AST | ALP | Bilirubin (normal 3-17 u moles) |
|------|------|-----|-----|-----|-------------------------------|
| 4/5/18 | (SD50) | 192 | 222 | | 0.59 |
| 4/26/18 | (SD71) | | 18 | | |
| 6/14/18 | (SD119) | | 43 | | |

Conclusions: Of note is the reported history of alcohol consumption of 14 units a week. Considering the available evidence, I do not conclude there was any basis for incriminating the study drug (if administered) as the cause for the abnormalities observed.

CONFIDENTIAL

## 812-001 (Australia)
Reviewed on 12/19/2018

79 year old female with ANCA associated vasculitis was randomized to CCX168 (avacopan or placebo) on 8/11/17. She was also receiving prednisone or placebo. Drug interrupted (10/28/17) because of elevated ALT. Apparent decrease in lab values off drug. Subsequent reintroduction (day 70) of study drug was followed by reappearance of elevations which improved when drug discontinued.

Laboratory Studies

| Date | | ALT | AST | Bilirubin | Notes |
|------|------|------|------|------|------|
| 8/11/17 | | 88 | 35 | | |
| 9/28/17 | (d49) | 336 | 224 | | Drug interrupted |
| 10/24/17 | (d75) | | | | Restarted all drugs |
| 11/10/17 | (d192) | | | | Drug interrupted (because vasculitis worse) |
| 11/21/17 | (d103) | 78 | 27 | | |
| 11/28/17 | (d110) | 134 | 72 | | Study drug withdrawn |
| 12/19/17 | (d131) | 43 | 23 | | |

Note: Bilirubin levels not measured.

Impression: Possible relationship event to study drug (if administered). Note abnormal baseline ALT and on d49 marked increases of ALT and AST levels. Study drug was discontinued and later reintroduced. Following reinitiation of therapy, there was again an increase in ALT noted. Absence of bilirubin test results limit interpretation.

CONFIDENTIAL

CCXI-0001783153

## 977-001 (Japan)
Reviewed on 12/19/2018

A 63 year old male with ANCA vasculitis was randomized on 8/22/18 and continued to 8/28/18 (7 days). Drug discontinued because of lab changes (see chart). On 8/29 radiologic evidence of dilated common bile duct with suspected stone in duct. Stone was removed and patient improved.

Laboratory Studies

| Date | | ALT | AST | Bilirubin | Notes |
|---|---|---|---|---|---|
| 8/22/18 | | 23 | 18 | | |
| 8/27/18 | (d6) | 93 | 62 | | |
| 8/28/18 | Study drug interrupted | | | | |
| 8/29/18 | (local lab) | 424 | 416 | | |
| | (central lab) | 406 | 386 | | |
| Post common duct stone removal | | 238 | 71 | | |
| 9/3/18 | | 87 | 24 | | |

Note: Bilirubin levels not measured.

Impressions: lab abnormalities likely related to common bile duct stone. Cannot completely exclude study drug as a cause, but presence of stone in common duct likely contributed to the findings. Absence of bilirubin values limits interpretation.

CONFIDENTIAL

CCXI-0001783154