# Attachment 30

# Uslaner Declaration Ex. 64

# (ECF No. 303-32)

# Exhibit 64

FILED UNDER SEAL

Message
_____

**From:**       Catherine Kelleher [/O=CHEMOCENTRYX/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CATHERINE KELLEHERAF6]
**Sent:**       5/19/2020 9:44:10 PM
**To:**         Pirow Bekker [/O=CHEMOCENTRYX/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Pirow Bekker970]; Huibin Yue [/O=CHEMOCENTRYX/OU=EXCHANGE
                ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Huibin Yuee65]
**Subject:**    Comments on NEJM paper
**Attachments:** ADVOCATE paper NEJM for submission (002)_CLK (002)xxx.docx

Hi Both,

My comments in the attached.  Again, would recommend standard liver language that we apply across all documents for
consistency of messaging.  If you want me to create this please let me know.

Thank you.

Kind regards,
Cass

*Catherine (Cass) Kelleher, MD*
*Senior Vice President*
*Clinical Development*
*ChemoCentryx*
*Cell: 805 405 4889*
*Cell: 650 439 9225*



CONFIDENTIAL                                                                                      CCXI-0000400630

**Avacopan for the Treatment of ANCA-Associated Vasculitis**

David R.W. Jayne, M.D., Peter A. Merkel, M.D., M.P.H., Thomas J. Schall, Ph.D., and Pirow Bekker, M.D, Ph.D. for the ADVOCATE Study Group*.

*All Investigators, other than D. Jayne and P. Merkel, are Collaborators and are listed in the Supplemental Appendix.

From Addenbrooke's Hospital, Cambridge, UK (DJ), University of Pennsylvania, Philadelphia, PA, USA (PAM), and ChemoCentryx, Inc., Mountain View, CA, USA (TJS, PB)

Corresponding author:
David R.W. Jayne, M.D.
Department of Medicine
Addenbrooke's Hospital
Vasculitis and Lupus Clinic
Box 57, Addenbrooke's Hospital
Cambridge   CB2 2QQ, UK
Tel: +44 (0) 1223 586796
email: dj106@cam.ac.uk

CONFIDENTIAL

CCXI-0000400631

## Abstract

### Background

Treatment of anti-neutrophil cytoplasm antibody-associated vasculitis (AAV) with glucocorticoids contributes to high morbidity and mortality. The pathogenesis of AAV includes alternative complement activation resulting in C5a production. Avacopan, a specific inhibitor of the C5a receptor, is a potential alternative to oral glucocorticoids in AAV.

### Methods

In this randomized, active-controlled, 60-week trial, subjects with new or relapsing AAV received oral prednisone daily (active comparator) or oral avacopan 30 mg twice daily. All subjects received either cyclophosphamide (followed by azathioprine) or rituximab. Primary efficacy end points were remission at week 26 and sustained remission at week 52.

### Results

330 subjects were dosed, 164 with prednisone and 166 with avacopan, with remission at week 26 achieved in 70.1% and 72.3% of subjects, respectively (estimated common difference 3.4%; two-sided 95 percent confidence limit −6.0, 12.8%; P<0.001 for non-inferiority; P=0.24 for superiority). Sustained remission at week 52 was achieved in 54.9% and 65.7%, respectively (estimated common difference 12.5%; confidence limit 2.6, 22.3%; P<0.001 for non-inferiority; P=0.007 for superiority). Glucocorticoid-related toxicity was less in the avacopan group. Renal function based on estimated glomerular filtration rate improved 4.1 (prednisone) and 7.3 mL/min/1.73 $m^2$ (avacopan) at week 52 (P=0.03) in subjects with renal disease, and health-related quality of life improved more

CONFIDENTIAL

CCXI-0000400632

in avacopan vs prednisone. Serious adverse events occurred in 45.1% (166 events, prednisone) versus 42.2% (116 events, avacopan) of subjects.

*Conclusions*

Avacopan was more effective than prednisone in patients with AAV, was safer, and led to recovery of renal function and improved quality of life. (ClinicalTrials.gov, NCT02994927)

**Commented [A1]:** Consider: Decrease in adverse events associated with prednisone use,

Rationale, not sure what safer means , may mean different things to different people

CONFIDENTIAL

CCXI-0000400633

## Introduction

Patients suffering from anti-neutrophil cytoplasm antibody (ANCA)-associated vasculitis (AAV) often have life-threatening complications including severe renal impairment[1-6] and deterioration of health-related quality of life.[7-9] Renal damage is caused by progressive pauci-immune focal necrotizing glomerulonephritis.[1,2] Deteriorating quality of life reflects vasculitis activity and organ damage, as well as drug toxicity, in particular, chronic glucocorticoid use.[10-13] Renal involvement occurs in 70% of patients and can result in end-stage renal failure and chronic kidney disease; current therapies are only partially effective at rescuing renal function.[14]

Alternative complement activation, resulting in terminal pathway C5a production, is an important component of the pathogenesis of AAV.[15-18] Avacopan is an orally administered small-molecule C5a receptor antagonist that selectively blocks the effects of C5a through the C5a receptor (C5aR/CD88), including neutrophil chemoattraction and activation. In a murine model of AAV, avacopan prevented the development of glomerulonephritis induced by anti-myeloperoxidase antibodies.[18] Avacopan also showed encouraging results in Phase 2.[19,20]

The efficacy and safety of avacopan compared to a standardized tapering schedule of orally-administered prednisone was evaluated in patients with active AAV, treated concomitantly with a standard regimen of cyclophosphamide (followed by azathioprine), or rituximab.

CONFIDENTIAL

CCXI-0000400634

## Methods

*Study design and subjects*

The study design of the ADVOCATE trial is described in detail elsewhere.[21] One-hundred, forty-three centers in North America, Europe, Australia, New Zealand, and Japan enrolled subjects in this randomized, double-blind, active-controlled trial. The aim was to evaluate whether avacopan could safely replace the glucocorticoid tapering regimen used in the treatment of AAV. Fifty-two weeks of treatment with avacopan or matching placebo was followed by 8 weeks without study drug. The prednisone tapering schedule is shown in Table S1.

> **Commented [A2]:** Consider "the objective of this clinical trial was to evaluate the efficacy and safety in either decreasing or eliminating the use of prednisone in this vulnerable population".

Eligible subjects were at least 12 years old and had newly-diagnosed or relapsing granulomatosis with polyangiitis or microscopic polyangiitis, according to the Chapel Hill Consensus Conference definitions,[2] for whom treatment with cyclophosphamide or rituximab was indicated, tested positive for antibodies to either proteinase-3 (PR3) or myeloperoxidase (MPO), had an estimated glomerular filtration rate (eGFR) of at least 15 mL/min/1.73 m$^2$, had at least one major or three non-major items, or at least two renal items of hematuria and proteinuria on the Birmingham Vasculitis Activity Score (BVASv3) (see Supplementary Appendix).[22]

> **Commented [A3]:** Run on sentence, consider breaking up

Subjects were excluded if they had alveolar hemorrhage requiring invasive pulmonary ventilation anticipated to last beyond screening, any other multisystem autoimmune disease, a coagulopathy or bleeding disorder, required dialysis or plasma exchange within 12 weeks prior to screening, had a kidney transplant, or had received any of the following: cyclophosphamide within 12 weeks prior to screening, rituximab within 12 months prior to screening (or 6 months with B-cell reconstitution, CD19 count

CONFIDENTIAL

CCXI-0000400635

$>0.01 \times 10^9$/L), a cumulative dose of intravenous glucocorticoids greater than 3 g within 4 weeks, or oral glucocorticoids of more than 10 mg per day prednisone (or equivalent) for more than 6 weeks continuously prior to screening.

The trial was performed in accordance with the Declaration of Helsinki and Good Clinical Practice guidelines. Ethics committees and institutional review boards at all participating sites approved the research protocol. All subjects gave written informed consent or assent before entry.

*Randomization and Treatment*

After screening, eligible subjects were stratified based on having either newly-diagnosed or relapsing AAV, PR3- or MPO-ANCA, and treatment with cyclophosphamide or rituximab. Subjects were randomized, 1 to 1, to receive 30 mg avacopan twice daily orally, or a standard tapering oral regimen of prednisone (Table S1). All subjects received either (1) cyclophosphamide intravenously 15 mg/kg up to 1.2 g on day 1 and weeks 2, 4, 7, 10, and 13, (2) cyclophosphamide orally 2 mg/kg up to 200 mg per day for 14 weeks (Supplementary Appendix and Table S2), or (3) intravenous rituximab 375 mg/m$^2$/week for 4 weeks. From week 15 onwards cyclophosphamide was followed by oral azathioprine at a target dose of 2 mg/kg/day. Use of glucocorticoids in addition to the prednisone study medication was limited (details in Supplementary Appendix).

Stratified randomization were performed centrally via an interactive web response system using a minimization algorithm to maintain balance among the treatment groups with respect to strata.[23]

CONFIDENTIAL

CCXI-0000400636

Subjects, study personnel, sponsor and sponsor representatives involved in study conduct were blinded to treatment allocation. All study drugs had matching active and placebo capsules, provided to study centers in identical bottles.

Study assessments are provided in the Supplementary Appendix.

*End points*

The primary efficacy end points were (1) the proportion of subjects in clinical remission at week 26 defined as BVAS of 0, and receiving no glucocorticoids for treatment of AAV for 4 weeks prior to week 26, and (2) the proportion of subjects in sustained clinical remission at week 52 defined as having achieved remission at week 26, and having BVAS of 0 at week 52, and receiving no glucocorticoids for AAV for 4 weeks prior to week 52. Subjects were considered non-responders for the sustained remission analysis if they achieved remission at week 26, but had a relapse of AAV thereafter, defined as having a return of AAV activity based on at least one major, at least three minor, or one or two minor BVAS items for at least two consecutive study visits.

Secondary endpoints included glucocorticoid-induced toxicity based on the Glucocorticoid Toxicity Index,[24,25] the proportion of subjects with BVAS of 0 at week 4, change from baseline in health-related quality of life based on the Medical Outcomes Study Short Form-36 version 2 (SF-36v2)[26] and the EQ-5D-5L,[27] the proportion of subjects with relapse, change from baseline in eGFR, urinary albumin:creatinine ratio, urinary monocyte chemoattractant protein-1:creatinine ratio, and the Vasculitis Damage Index.[28]

CONFIDENTIAL

CCXI-0000400637

*Statistical analysis*

The planned sample size was 300 subjects. A sample size of 150 per group was estimated to provide at least 90% power for demonstration of non-inferiority for the primary end point of remission at week 26, assuming a -20 percentage point non-inferiority margin, and a prednisone group remission incidence of 60%. The primary efficacy analyses were conducted on the intention-to-treat population defined as all randomized subjects who received at least one dose of study medication (avacopan/placebo).

For the primary end points, if the lower bound of the 2-sided 95% confidence interval for the difference (avacopan minus prednisone) in remission rate was greater than -0.20, avacopan would be considered not inferior to prednisone. If the lower bound was greater than 0.0, avacopan would be considered superior to prednisone. For the primary end points, missing data at week 26 and week 52 were imputed as not being in remission.

CONFIDENTIAL

CCXI-0000400638

## Results

*Subjects*

The study ran from March 15, 2017 (first subject enrolled) until November 1, 2019 (last study visit). Subject disposition is shown in Figure 1. The demographics and baseline characteristics were balanced between the two groups (Table 1); 81% of subjects had renal vasculitis.

*End points*

Clinical remission at week 26 was achieved in 115 of 164 subjects (70.1%) and 120 of 166 subjects (72.3%), and sustained remission at week 52 in 90 of 164 subjects (54.9%) and 109 of 166 subjects (65.7%), in the prednisone and avacopan groups, respectively (Table 2). Non-inferiority criteria were met at weeks 26 and 52, and superiority criteria were met at week 52 (Figure 2A). Remission results for per-protocol analyses (Table S6) and specific subgroup analyses (Tables S7 and S8) were consistent with the intention-to-treat analyses. The differences in the proportion of subjects with sustained remission between the avacopan and prednisone groups were particularly notable for those with relapsing AAV, MPO-ANCA, MPA, and those receiving rituximab (Table S8).

Secondary end point results are summarized in Figure 2B to G, Table 2, and Table S9. Glucocorticoid toxicity was reduced in the avacopan group compared to prednisone as shown by the Glucocorticoid Toxicity Index Cumulative Worsening Score and the Aggregate Improvement Score (Figure 2B and Table 2). The body mass, glucose tolerance, lipids, steroid myopathy, skin toxicity, neuropsychiatric toxicity, and infection

CONFIDENTIAL

CCXI-0000400639

components of both scores were lower in the avacopan group compared to prednisone, whereas the blood pressure component was similar between groups.

Renal function, as measured by eGFR, improved more in the avacopan group compared to prednisone (Figure 2C and Table 2). The difference between groups was particularly evident in subjects with baseline eGFR less than 30 mL/min/1.73 m$^2$ (Figure 2D). In this subgroup, at week 52 the eGFR improved 13.7 mL/min/1.73 m$^2$ in the avacopan group compared to 8.2 mL/min/1.73 m$^2$ in the prednisone group (P=0.005). Health-related quality of life, as measured by the SF-36v2 and EQ-5D-5L, improved more in subjects receiving avacopan compared to prednisone, particularly in the physical domains (Figures 2E through G, Table 2, Figure S1, and Table S9). During the treatment period, relapses were more frequent in the prednisone group (Table 2). During the 8-week follow-up period, 7 relapses occurred in the prednisone group compared to 6 in the avacopan group. Urinary albumin:creatinine ratio decreased more rapidly in the avacopan group (Table 2). Urinary monocyte chemoattractant protein-1:creatinine ratio decrease was more pronounced at week 13 in the avacopan group (Table S9). BVAS=0 at week 4 and changes in the Vasculitis Damage Index were similar between groups (Table S9).

> **Commented [A4]:** For balance would add, no clinically meaningful differences in reduction were noted at week 52.

*Safety*

The incidence of serious adverse events, life-threatening adverse events, and death was higher in the prednisone group compared to avacopan (Table 3). There was also a higher number of adverse events (2139 versus 1779) and serious adverse events (166 versus 116) in the prednisone group compared to avacopan. The most common serious adverse event was worsening of AAV (12.2%, prednisone and 7.2%, avacopan).

> **Commented [A5]:** Consider adding "individual adverse events" to distinguish from subject incidence

> **Commented [A6]:** Assume this is subject incidence and would call this out to differentiate from the number of events.

CCXI-0000400640

There were 4 deaths in the prednisone group (generalized fungal infection, infectious pleural effusion, acute myocardial infarction, and death of unknown cause) and 2 in the avacopan group (worsening of AAV and pneumonia). The incidence of fatal infections, life-threatening infections, and serious infections was lower in the avacopan group compared to prednisone (Table 3). There were no infections with *Neisseria meningitidis* in the study.

Six subjects in the prednisone group and 9 in the avacopan group had serious hepatic system adverse events (Table 3). Causality assessment was complicated by the presence of other known hepatotoxic drugs including co-trimoxazole, repaglinide, and azathioprine (each in one avacopan subject), and alcohol (in one avacopan subject). All events resolved with the withdrawal of study medication and other potentially hepatotoxic drugs.

> Commented [A7]: Recommend to consider add language around the re-challenge case as this was possibly related to avacopan ; could not rule out a causal relationship, also would add that re-challenge done before LFT down to baseline, as per language in other documents

There was a lower incidence of adverse events possibly related to glucocorticoid use in subjects receiving avacopan compared to prednisone, prospectively defined based on EULAR search criteria (see Table S3 for included terms),[29] and also an analysis based on causality assessed by investigators blinded to study group (Table 3). These adverse event results are consistent with the subject incidence of glucocorticoid use and the cumulative glucocorticoid use over the course of the study, which was higher in the prednisone group (Figure S2 and Table S5). There was also a higher incidence of use of immunosuppressant drugs not allowed per protocol during the trial in the prednisone compared to avacopan group (Table S5).

CONFIDENTIAL

CCXI-0000400641

## Discussion

This trial aimed to demonstrate that the orally administered C5a receptor inhibitor avacopan might replace glucocorticoids in the treatment of AAV, and met both primary end points of remission at week 26 and sustained remission at week 52. These results indicate that avacopan can replace the oral glucocorticoid tapering regimen effectively and safely to achieve and sustain remission in subjects with AAV. Several lines of evidence indicate that avacopan was more effective compared to prednisone. In addition to superiority for sustained remission at week 52 with treatment with avacopan, there was a reduction in glucocorticoid-induced toxicity evidenced by results from the Glucocorticoid Toxicity Index, a reduction in the incidence of adverse events potentially associated with glucocorticoids, and better recovery of both renal function and health-related quality of life.

Importantly, sustained remission in the rituximab stratum was achieved with avacopan without repeat dosing of rituximab beyond the initial 4 weeks (78% in remission at week 26 and 71% in sustained remission at week 52 in the avacopan group, compared to 76% in remission at week 26 and 56% in sustained remission at week 52 in the prednisone group). This indicates that continued dosing with avacopan after the initial treatment with rituximab might be an alternative to chronic maintenance rituximab dosing as was shown in previous trials.[30,31] In the prednisone group, 60% of subjects receiving cyclophosphamide achieved remission at week 26 versus 76% of subjects who received rituximab. This is consistent with findings from a previous trial.[32] However, at week 52, the incidence of sustained remission in the prednisone group was similar among subjects receiving cyclophosphamide (53%) or rituximab (56%). This may indicate that

> **Commented [A8]:** Consider "with an acceptable safety profile and with decrease in prednisone associated side effect", not sure what safely means

> **Commented [A9]:**

CCXI-0000400642

remission is lost after initiation of rituximab without maintenance treatment and that treatment with another immunosuppressive drug after cyclophosphamide is beneficial in maintaining remission, as shown previously.[33]

Patients with relapsing disease appeared to fare particularly well with treatment with avacopan. These patients are especially vulnerable, because they are at high risk of cumulative organ damage, have high cumulative glucocorticoid exposure, and increased risk of frequent relapse.[13]

The improvement in eGFR with avacopan compared to prednisone is noteworthy, especially in those subjects with eGFR <30 mL/min/1.73 m² at baseline. In this group, mean eGFR improved 67% more with avacopan compared to prednisone at week 52. In a previous trial, mean eGFR improved only 3.7 and 5.0 mL/min/1.73 m² over 52 weeks in the rituximab and cyclophosphamide groups with baseline eGFR <30 mL/min/1.73 m², respectively.[34] Urinary albumin excretion improved more rapidly with avacopan treatment. These findings imply better long-term outcomes with avacopan in terms of renal and patient survival, and suggest current standard of care treatment is less effective at controlling nephritis than previously considered.[35,36] The beneficial effects of avacopan on kidney function in AAV may be due to blockade in the glomeruli of the C5a-C5aR axis, arresting the potent chemoattraction and activation of neutrophils that damage the glomeruli.[18,37] The larger difference in renal recovery with the group with a lower glomerular filtration rate holds promise for use of avacopan for those presenting with the most severe cases of renal injury, who were excluded from this trial, but in whom mortality and end-stage renal failure rates are highest, and also has implications for other causes of rapidly progressive glomerulonephritis.[38]

**Commented [A10]:** Same comment as above, for balance no change at 52 weeks in degree of reduction in proteinuria

CONFIDENTIAL

CCXI-0000400643

The avacopan group also showed a greater improvement in quality of life measurements, particularly the physical functioning and role physical components, compared to the prednisone group. Importantly, general health perception appeared to decline in the prednisone group, but improve with avacopan. This is consistent with observations from the Phase 2 trial[19] and may reflect the adverse effect of glucocorticoids on quality of life. These findings also indicate that treatment with avacopan improves patients' well-being.

Avacopan had an acceptable safety profile. There was a 20% higher number of adverse events and 43% higher number of serious adverse events in the prednisone group compared to avacopan. There was a higher incidence of deaths, life-threatening or serious adverse events, and infections in the prednisone group compared to avacopan. Since avacopan does not block the formation of C5b and the membrane attack complex, as occurs with C5 blockers such as eculizumab,[39] it was reassuring that no cases of *Neisseria meningitidis* infections were observed. Causality attribution of the hepatic system adverse events was unclear because of complicating factors such as other drugs with known hepatotoxicity.

> **Commented [A11]:** Recommend to consider add language around the re-challenge case as this was possibly related to avacopan and cannot rule out a casual relationship, also would add that re-challenge done before LFT down to baseline,

The study limitations were that GC use was restricted to those with adrenal insufficiency, or other protocol allowed circumstances. Since additional glucocorticoid use was not excluded, the subject incidence of its use was higher in the prednisone compared to the avacopan group. Secondly, both rituximab and cyclophosphamide were allowed as background treatment, both PR3- and MPO-ANCA positive patients, and both newly-diagnosed and relapsing patients were included, increasing the heterogeneity of the study population.

CONFIDENTIAL

Based on the study results, avacopan could potentially replace the standard oral glucocorticoid tapering regimen in the treatment of patients with AAV and address several unmet medical needs, including provision of a safer, more effective treatment option that may also improve patients' renal function and quality of life.

CONFIDENTIAL

CCXI-0000400645

**Disclosures**

ChemoCentryx, Inc, is funding the Avacopan Development in Vasculitis to Obtain Corticosteroid elimination and Therapeutic Efficacy trial (ADVOCATE). PM has received research grants and/or consulting fees from AbbVie, AstraZeneca, Biogen, Boeringher-Ingelheim, Bristol-Myers Squibb, Celgene, ChemoCentryx, Genentech/Roche, GlaxoSmithKline, InflaRx, Insmed, Janssen, Kiniksa, and Sanofi; DJ has received research grants and consulting fees from ChemoCentryx, Roche/Genentech, and GlaxoSmithKline; PB and TS have been employees, consultants, and shareholders of ChemoCentryx.

CONFIDENTIAL

CCXI-0000400646

References

1. Falk RJ and Jennette JC. Anti-neutrophil cytoplasmic autoantibodies with specificity for myeloperoxidase in patients with systemic vasculitis and idiopathic necrotizing and crescentic glomerulonephritis. N Engl J Med 1988;318:1651-7.

2. Jennette JC, Falk RJ, Bacon PA, et al. 2013 2012 Revised International Chapel Hill Consensus Conference Nomenclature of Vasculitides. Arthritis Rheum 2013;65:1-11.

3. Jayne D. Evidence-based treatment of systemic vasculitis. Rheumatology 2000;39:585-95.

4. Koldingsnes W and Nossent H. Predictors of survival and organ damage in Wegener's granulomatosis. Rheumatology 2002;41:572-81.

5. Corral-Gudino L, Borao-Cengotita-Bengoa M, del Pino-Montes J, Lerma-Márquez JL. Overall survival, renal survival and relapse in subjects with microscopic polyangiitis: a systematic review of current evidence. Rheumatology 2011;50:1414-23.

6. Takala JH, Kautiainen H, Finne P, Leirisalo-Repo M. Wegener's granulomatosis in Finland in 1981-2000: risk of dialysis-dependent renal disease. Scand J Rheumatol 2011;40:283-8.

7. Koutantji M, Harrold E, Lane SE, Pearce S, Watts RA, Scott DGI. Investigation of quality of life, mood, pain, disability, and disease status in primary systemic vasculitis. Arthritis Rheum 2003;49:826-37.

CONFIDENTIAL

CCXI-0000400647

8.  Tomasson G, Boers M, Walsh M, et al. Assessment of health-related quality of life as an outcome measure in granulomatosis with polyangiitis (Wegener's). Arthritis Care Res 2012;64:273-9.

9.  Basu N, McClean A, Harper L, et al. The characterisation and determinants of quality of life in ANCA associated vasculitis. Ann Rheum Dis 2014;73:207-11.

10. Charlier C, Henegar C, Launay O, et al. Risk factors for major infections in Wegener granulomatosis: analysis of 113 subjects. Ann Rheum Dis 2009;68:658-3.

11. McGregor JG, Hogan SL, Hu Y, Jennette CE, Falk RJ, Nachman PH. Glucocorticoids and relapse and infection rates in anti-neutrophil cytoplasmic antibody disease. Clin J Am Soc Nephrol 2012;7:240-7.

12. Goupil R, Brachemi S, Nadeau-Fredette A-C, et al. Lymphopenia and treatment-related infectious complications in ANCA-associated vasculitis. Clin J Am Soc Nephrol 2013;8:416-23.

13. Robson J, Doll H, Suppiah R, et al. Glucocorticoid treatment and damage in the anti-neutrophil cytoplasm antibody-associated vasculitides: long-term data from the European Vasculitis Study Group trials. Rheumatology 2015;54:471-81.

14. Walsh M, Merkel PA, Peh C-A, et al. Plasma exchange and glucocorticoids in severe ANCA-associated vasculitis. N Engl J Med 2020;382:622-31.

15. Halbwachs L and Lesavre P. Endothelium-neutrophil Interactions in ANCA-associated diseases. J Am Soc Nephrol 2012;23:1449-61.

CONFIDENTIAL

CCXI-0000400648

16. Furuta S and Jayne DR. Anti-neutrophil cytoplasm antibody–associated vasculitis: recent developments. Kidney Int 2013;84:244-9.

17. Kettritz R. With complements from ANCA mice. J Am Soc Nephrol 2014;25:207-9.

18. Xiao H, Dairaghi DJ, Powers JP, et al. C5a receptor (CD88) blockade protects against MPO-ANCA GN. J Am Soc Nephrol 2014;25:225-31.

19. Jayne DRW, Bruchfeld AN, Harper L, et al. Randomized trial of C5a receptor inhibitor avacopan in ANCA-associated vasculitis. J Am Soc Nephrol 2017;28:2756-67.

20. Merkel PA, Niles J, Jimenez R, et al. A randomized clinical trial of CCX168, an orally administered C5aR inhibitor for treatment of patients with ANCA-associated vasculitis [abstract]. Arthritis Rheumatol 2016; 68 (suppl 10). https://acrabstracts.org/abstract/a-randomized-clinical-trial-of-ccx168-an-orally-administered-c5ar-inhibitor-for-treatment-of-patients-with-anca-associated-vasculitis.

21. Merkel PA, Jayne DR, Wang C, Hillson J, Bekker P. A randomized, double-blind, active-controlled, Phase 3 study to evaluate the safety and efficacy of avacopan, a C5a receptor inhibitor, in patients with ANCA-associated vasculitis treated concomitantly with rituximab or cyclophosphamide/azathioprine. JMIR Res Protoc 2020 Feb 3. DOI: 10.2196/16664.

CONFIDENTIAL

CCXI-0000400649

22. Mukhtyar C, Lee R, Brown D, et al. Modification and validation of the Birmingham Vasculitis Activity Score (version 3). Ann Rheum Dis 2009;68:1827-32.

23. Pocock SJ and Simon R. Sequential treatment assignment with balancing for prognostic factors in the controlled clinical trial. Biometrics 1975;31:103-15.

24. Miloslavsky EM, Naden RP, Bijlsma JWJ, et al. Development of a Glucocorticoid Toxicity Index (GTI) using multicriteria decision analysis. Ann Rheum Dis 2017;76:543-6.

25. McDowell PJ, Stone JH, Zhang Y, et al. Using the Glucocorticoid Toxicity Index to quantify treatment-induced morbidity in a real-world severe asthma population. (in preparation)

26. Ware JE, Snow KK, Kosinski M, et al. SF-36 Health Survey: manual and interpretation guide. Boston, Massachusetts: The Health Institute, New England Medical Center, 1993.

27. Herdman M, Gudex C, Lloyd A, et al. Development and preliminary testing of the new five-level version of EQ-5D (EQ-5D-5L). Qual Life Res 2011;20:1727-36.

28. Exley AR, Bacon PA, Luqmani RA, et al. Development and initial validation of the Vasculitis Damage Index for the standardized clinical assessment of damage in the systemic vasculitides. Arthritis Rheum 1997;40:371-80.

29. Duru N, van der Goes MC, Jacobs JWG, et al. EULAR evidence-based and consensus-based recommendations on the management of medium to high-dose glucocorticoid therapy in rheumatic diseases. Ann Rheum Dis 2013;72:1905-13.

CONFIDENTIAL

30. Guillevin L, Pagnoux C, Karras A, et al. Rituximab versus Azathioprine for Maintenance in ANCA-Associated Vasculitis. N Engl J Med 2014;371:1771-80.

31. Smith R, Jayne D, Merkel P. A randomized, controlled trial of rituximab versus azathioprine after induction of remission with rituximab for patients with ANCA-associated vasculitis and relapsing disease [abstract]. Arthritis Rheumatol 2019; 71 (suppl 10). https://acrabstracts.org/abstract/a-randomized-controlled-trial-of-rituximab-versus-azathioprine-after-induction-of-remission-with-rituximab-for-patients-with-anca-associated-vasculitis-and-relapsing-disease.

32. Stone JH, Merkel PA, Spiera R, et al. Rituximab versus cyclophosphamide for ANCA-associated vasculitis. N Engl J Med 2010;363:221-32.

33. Jayne D, Rasmussen N, Andrassy K, et al. A randomized trial of maintenance therapy for vasculitis associated with antineutrophil cytoplasmic autoantibodies. N Engl J Med 2003;349:36-44.

34. Geetha D, Specks U, Stone JH, et al. Rituximab versus cyclophosphamide for ANCA-associated vasculitis with renal involvement. J Am Soc Nephrol 2015;26:976-85.

35. Mukhtyar C, Flossmann O, Hellmich B, et al. Outcomes from studies of antineutrophil cytoplasm antibody associated vasculitis: a systematic review by the European League Against Rheumatism systemic vasculitis task force. Ann Rheum Dis 2008;67:1004-10.

CONFIDENTIAL

36. Little MA, Nightingale P, Verburgh CA, et al. Early mortality in systemic vasculitis: relative contribution of adverse events and active vasculitis. Ann Rheum Dis 2010;69:1036-43.

37. Bekker P, Dairaghi D, Seitz L, et al. Characterization of pharmacologic and pharmacokinetic properties of CCX168, a potent and selective orally administered complement 5a receptor inhibitor, based on preclinical evaluation and randomized phase 1 clinical study. PLoS ONE 2016;11(10):e0164646. doi:10.1371/journal.pone.0164646.

38. Flossmann O, Berden A, de Groot K, et al. Long-term patient survival in ANCA-associated vasculitis. Ann Rheum Dis 2011;70:488-94.

39. Rother RP, Rollins SA, Mojcik CF, Brodsky RA, Bell L. Discovery and development of the complement inhibitor eculizumab for the treatment of paroxysmal nocturnal hemoglobinuria. Nat Biotechnol. 2007;25:1256-64.

CONFIDENTIAL

CCXI-0000400652

**Legends to Figures**

**Figure 1.** Subject Disposition. Of 386 subjects screened, 331 were enrolled. The most important reasons for study exclusion were ineligibility and withdrawal of consent.

**Figure 2.** Efficacy outcomes. (A) Primary end points: remission at week 26 and sustained remission at week 52; point estimates and 95% confidence intervals of the common difference in percentages (avacopan minus prednisone) are shown; the pre-specified non-inferiority boundary was -20% and superiority boundary 0%; non-inferiority was demonstrated for both end points ($P<0.001$) and superiority was also demonstrated for sustained remission at week 52 ($P=0.007$); (B) Glucocorticoid Toxicity Index Cumulative Worsening Score (GTI-CWS; range from 0 to 410) and Aggregate Improvement Score (GTI-AIS; range from -317 to 410) by treatment group and study Visit; (C) Change from baseline to week 26 and 52 in eGFR in subjects with renal disease at baseline based on the Birmingham Vasculitis Activity Score; the mean $\pm$ standard error of mean baseline eGFR was $45.6 \pm 2.36$ and $44.6 \pm 2.42$ mL/min/1.73 m$^2$ in the prednisone and avacopan groups, respectively; (D) Change from baseline over the course of the 52 week treatment period in eGFR in subjects with renal disease and eGFR <30 mL/min/1.73 m$^2$ at baseline; the mean $\pm$ standard error of mean baseline eGFR was $21.6 \pm 0.66$ and $21.1 \pm 0.58$ mL/min/1.73 m$^2$ in the prednisone and avacopan groups, respectively; * $P<0.05$, avacopan compared to prednisone; ** $P<0.01$, avacopan compared to prednisone; (E) Change from baseline to week 26 and 52 in health-related Quality of Life measurements based on the Medical Outcomes Study Short Form-36 version 2 Physical Component

CCXI-0000400653

Score, individual physical component domains, and General Health Perception; (F) Change from baseline to week 26 and 52 in health-related Quality of Life measurement EQ-5D-5L visual analogue scale (VAS); (G) Change from baseline to week 26 and 52 in health-related Quality of Life measurement EQ-5D-5L index.

Data are presented as least squares means ± standard error of the means. P-values are for comparison of the two treatment groups by mixed effects model for repeated measures analysis with treatment group, study visit, treatment-by-visit interaction, and randomization stratum as covariates for the Glucocorticoid Toxicity Index Cumulative Worsening Score and Glucocorticoid Toxicity Index Aggregate Improvement Score. For eGFR, Short Form-36, and EQ-5D-5L, the models included treatment group, study visit, treatment-by-visit interaction, and randomization stratum as factors and baseline as covariate.

CONFIDENTIAL

CCXI-0000400654

**Figure 1**



CCXI-0000400655

**Figure 2**



CCXI-0000400656

**Table 1.** Demographics and Baseline Characteristics*

| Category | Prednisone (N=164) | Avacopan (N=166) |
|---|---|---|
| Age (years) | 60.5 ± 14.50 | 61.2 ± 14.56 |
| Sex, Male / Female (%) | 53.7 / 46.3 | 59.0 / 41.0 |
| Race (%) | | |
| White | 85.4 | 83.1 |
| Asian | 9.1 | 10.2 |
| Black | 1.2 | 1.8 |
| Other | 4.3 | 4.8 |
| Body mass index (kg/m$^2$) | 26.8 ± 5.21 | 26.7 ± 6.00 |
| Duration of ANCA-associated vasculitis (months), median (range) | 0.25 (0-212.5) | 0.23 (0-362.3) |
| *Disease history* | | |
| Newly Diagnosed—no. (%) | 114 (69.5) | 115 (69.3) |
| Relapsed Disease—no. (%) | 50 (30.5) | 51 (30.7) |
| *ANCA type* | | |
| Anti-proteinase 3 positive—no. (%) | 70 (42.7) | 72 (43.4) |
| Anti-myeloperoxidase positive—no. (%) | 94 (57.3) | 94 (56.6) |
| *Background Treatment* | | |

CONFIDENTIAL

CCXI-0000400657

| Category | Prednisone (N=164) | Avacopan (N=166) |
|---|---|---|
| IV Rituximab—no. (%) | 107 (65.2) | 107 (64.5) |
| IV Cyclophosphamide—no. (%) | 51 (31.1) | 51 (30.7) |
| Oral Cyclophosphamide—no. (%) | 6 (3.7) | 8 (4.8) |
| *Disease type* | | |
| Granulomatosis with polyangiitis—no. (%) | 90 (54.9) | 91 (54.8) |
| Microscopic polyangiitis—no. (%) | 74 (45.1) | 75 (45.2) |
| *Disease assessment scores* | | |
| Birmingham Vasculitis Activity Score | 16.2 ± 5.69 | 16.3 ± 5.87 |
| Vasculitis Damage Index | 0.7 ± 1.39 | 0.7 ± 1.54 |
| *Organ involvement (based on Birmingham Vasculitis Activity Score)* | | |
| Renal—no. (%) | 134 (81.7) | 134 (80.7) |
| General—no. (%) | 114 (69.5) | 111 (66.9) |
| Ear, Nose, and Throat—no. (%) | 69 (42.1) | 75 (45.2) |
| Chest—no. (%) | 71 (43.3) | 71 (42.8) |
| Nervous system—no. (%) | 31 (18.9) | 38 (22.9) |
| Mucous membranes/eyes—no. (%) | 40 (24.4) | 26 (15.7) |
| Cutaneous—no. (%) | 23 (14.0) | 24 (14.5) |
| Cardiovascular—no. (%) | 3 (1.8) | 6 (3.6) |

CCXI-0000400658

| Category | Prednisone (N=164) | Avacopan (N=166) |
|---|---|---|
| Abdominal—no. (%) | 1 (0.6) | 4 (2.4) |
| *Glucocorticoid Use During Screening Period* | | |
| Subjects who received glucocorticoids—no. (%) | 135 (82.3) | 125 (75.3) |
| Intravenous use—no. (%) | 73 (44.5) | 63 (38.0) |
| Oral use—no. (%) | 113 (68.9) | 99 (59.6) |
| Cumulative prednisone-equivalent dose (mg), intravenous and oral | 884.2 ± 784.68 | 868.5 ± 741.32 |
| *Prior Immunosuppressant Use (within previous 1 year)* | | |
| Cyclophosphamide—no. (%) | 2 (1.2) | 4 (2.4) |
| Rituximab—no. (%) | 4 (2.4) | 1 (0.6) |

\* Data are shown for the intention-to-treat population as mean ± standard deviation unless otherwise indicated.

CONFIDENTIAL

CCXI-0000400659

**Table 2.** Main Secondary End Point Results

| | Prednisone (N=164) | Avacopan (N=166) | P-value for Difference Between Groups |
|---|---|---|---|
| Glucocorticoid Toxicity Index Cumulative Worsening Score | | | |
| Week 13 (least squares mean ± SEM) | 36.6 ± 3.41 (n=161) | 25.7 ± 3.40 (n=160) | 0.01 |
| Week 26 (least squares mean ± SEM) | 56.6 ± 3.45 (n=153) | 39.7 ± 3.43 (n=154) | <0.001 |
| Glucocorticoid Toxicity Index Aggregate Improvement Score | | | |
| Week 13 (least squares mean ± SEM) | 23.2 ± 3.46 (n=161) | 9.9 ± 3.45 (n=160) | 0.003 |
| Week 26 (least squares mean ± SEM) | 23.4 ± 3.50 (n=153) | 11.2 ± 3.48 (n=154) | 0.008 |
| Estimated Glomerular Filtration Rate (mL/min/1.73 m$^2$) in subjects with renal disease at baseline based on BVAS | | | |
| Baseline (mean ± SEM) | 45.6 ± 2.36 (n=134) | 44.6 ± 2.42 (n=131) | |
| Change from baseline to week 26 (least squares mean ± SEM) | 2.9 ± 1.03 (n=127) | 5.8 ± 1.04 (n=121) | 0.05 |

CONFIDENTIAL

CCXI-0000400660

| | Prednisone (N=164) | Avacopan (N=166) | P-value for Difference Between Groups |
|---|---|---|---|
| Change from baseline to week 52 (least squares mean ± SEM) | 4.1 ± 1.03 (n=125) | 7.3 ± 1.06 (n=119) | 0.03 |
| Health-Related Quality of Life, Short Form 36 version 2.0, Physical Component Score | | | |
| Baseline (mean ± SEM) | 40.1 ± 0.83 (n=160) | 39.2 ± 0.80 (n=165) | |
| Change from baseline to week 26 (least squares mean ± SEM) | 1.34 ± 0.74 (n=147) | 4.45 ± 0.73 (n=153) | 0.002 |
| Change from baseline to week 52 (least squares mean ± SEM) | 2.63 ± 0.75 (n=144) | 4.98 ± 0.74 (n=147) | 0.02 |
| Health-Related Quality of Life, EQ-5D-5L, Visual Analogue Scale | | | |
| Baseline (mean ± SEM) | 63.4 ± 1.78 (n=162) | 65.8 ± 1.51 (n=166) | |
| Change from baseline to week 26 (least squares mean ± SEM) | 5.5 ± 1.39 (n=150) | 9.1 ± 1.38 (n=153) | 0.05 |
| Change from baseline to week 52 (least squares mean ± SEM) | 7.1 ± 1.41 (n=146) | 13.0 ± 1.39 (n=149) | 0.002 |

CONFIDENTIAL

CCXI-0000400661

|  | Prednisone (N=164) | Avacopan (N=166) | P-value for Difference Between Groups |
|---|---|---|---|
| Relapses* during the treatment period after remission has been achieved at week 26 | 14 of 115 (12.2) | 9 of 120 (7.5) | 0.08 |
| Relapses during the treatment period after BVAS=0 has been achieved at any time prior to the relapse | 33 of 157 (21.0) | 16 of 158 (10.1) | 0.009 |
| Urinary Albumin:Creatinine Ratio in Subjects with Renal Disease (based on BVAS) and UACR of at least 10 mg/g creatinine at baseline† | | | |
| Baseline (geometric mean, range), mg/g | 312.2 (11-5367) (n=128) | 432.9 (20-6461) (n=125) | |
| Percent change from baseline to week 4 (least squares mean ± SEM) | 0 ± 9.3 (n=124) | -40 ± 9.5 (n=121) | <0.001 |
| Percent change from baseline to week 13 (least squares mean ± SEM) | -49 ± 9.4 (n=121) | -55 ± 9.6 (n=116) | 0.30 |
| Percent change from baseline to week 26 (least squares mean ± SEM) | -70 ± 9.5 (n=118) | -63 ± 9.7 (n=113) | 0.09 |

CONFIDENTIAL

CCXI-0000400662

|  | Prednisone (N=164) | Avacopan (N=166) | P-value for Difference Between Groups |
|---|---|---|---|
| Percent change from baseline to week 52 (least squares mean ± SEM) | -77 ± 9.6 (n=114) | -74 ± 9.8 (n=109) | 0.40 |

*A relapse was defined as worsening of disease, after having previously achieved remission (BVAS = 0), that involves:

- one or more major item in the BVAS, or

- three or more minor items in the BVAS, or

- one or two minor items in the BVAS recorded at two consecutive study visits.

†Urinary albumin:creatinine ratio and urinary monocyte chemoattractant protein-1:creatinine ratio percentage change from baseline are based on ratios of geometric means of visit over baseline.

CONFIDENTIAL

CCXI-0000400663

**Table 3.** Safety Results*

|  | Prednisone (N=164) | Avacopan (N=166) |
|---|---|---|
| Subjects with any treatment-emergent adverse event | 161 (98.2) | 164 (98.8) |
| Subjects with any severe adverse event | 41 (25.0) | 39 (23.5) |
| Subjects with any life-threatening adverse event | 14 (8.5) | 8 (4.8) |
| Deaths | 4 (2.4) | 2 (1.2) |
| Subjects with any serious adverse event† | 74 (45.1) | 70 (42.2) |
| Subjects with any serious infection | 25 (15.2) | 22 (13.3) |
| Deaths due to infection | 2 (1.2) | 1 (0.6) |
| Subjects with life-threatening infection | 2 (1.2) | 1 (0.6) |
| Subjects with any serious hepatic system adverse event | 6 (3.7%) | 9 (5.4%) |
| Subjects with any adverse event potentially related to glucocorticoids‡ | 132 (80.5) | 110 (66.3) |
| Cardiovascular | 85 (52) | 72 (43) |
| Infectious | 25 (15) | 22 (13) |
| Gastrointestinal | 4 (2) | 3 (2) |
| Psychological | 39 (24) | 27 (16) |

CONFIDENTIAL

CCXI-0000400664

| | Prednisone (N=164) | Avacopan (N=166) |
|---|---|---|
| Endocrine/metabolic | 48 (29) | 23 (14) |
| Dermatological | 28 (17) | 14 (8) |
| Musculoskeletal | 21 (13) | 19 (11) |
| Ophthalmological | 12 (7) | 7 (4) |
| Subjects with any adverse event potentially related to glucocorticoids as assessed by Investigators | 131 (79.9) | 107 (64.5) |
| Subjects with any serious adverse event potentially related to prednisone as assessed by Investigators | 24 (14.6) | 11 (6.6) |

*All data are expressed as number and percentage of subjects having at least one event.

†Serious adverse events were defined as any adverse event that resulted in death, was immediately life-threatening, required or prolonged hospitalization, resulted in persistent or significant disability or incapacity, was a birth defect, or was an important event that might jeopardize the subject or might have required intervention to prevent any of the above.

‡Pre-defined Medical Definition for Regulatory Activities (MedDRA) preferred terms based on the EULAR search criteria[28] were included for each cluster (see Table S3 for included terms).

CONFIDENTIAL

CCXI-0000400665