# Attachment 32

# Uslaner Declaration Ex. 66

# (ECF No. 303-34)

# Exhibit 66

FILED UNDER SEAL

Message
_____

**From:**  Suhasini Kanagala [/O=CHEMOCENTRYX/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SUHASINI KANAGALA061]
**Sent:**  9/25/2018 10:21:50 PM
**To:**  Sunita Sethi [/O=CHEMOCENTRYX/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Sunita Sethi2b7]
**Subject:**  Follow-Up Meeting after EOP2
**Attachments:**  Type A_IND120784MM11_01_16Finalized.pdf; Type C Meeting Briefing Doc 28Sep16, final.pdf


Hello Sunita,
There was another meeting after the EOP2 Meeting – a type A meeting to discuss the Phase 3 study design. I attach here
the Briefing book and the Agency meeting minutes. Here too they disagree with the study design and the endpoints. And
I spoke to Becky and there was no further discussion and we went ahead with the same study design.
Regards
Suhasini

EXHIBIT
_____
_____
_____, 2023
Danielle Grant

CONFIDENTIAL

CCXI-0001832841

 **DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

IND 120784

**MEETING MINUTES**

ChemoCentryx, Inc.
850 Maude Avenue
Mountain View, CA 94043

Attention:      Pirow Bekker, M.D., Ph.D.
                Chief Medical Officer

Dear Dr. Bekker:

Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for CCX168.

We also refer to the meeting between representatives of your firm and the FDA on November 1, 2016.  The purpose of the meeting was to discuss the proposed phase 3 clinical trial design.

A copy of the official minutes of the meeting is enclosed for your information.  Please notify us of any significant differences in understanding regarding the meeting outcomes.

If you have any questions, call me, at (301) 796-4495.

                        Sincerely,

                        *{See appended electronic signature page}*

                        Brandi Wheeler, PharmD
                        Regulatory Project Manager
                        Division of Pulmonary, Allergy, and Rheumatology
                        Products
                        Office of Drug Evaluation II
                        Center for Drug Evaluation and Research

Enclosure:
Meeting Minutes

Reference ID: 4020493

CONFIDENTIAL                                                        CCXI-0001832842



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

## MEMORANDUM OF MEETING MINUTES

| | |
|---|---|
| **Meeting Type:** | C |
| **Meeting Category:** | Guidance |
| | |
| **Meeting Date and Time:** | November 1, 2016, 12:00 pm – 1:00 pm |
| **Meeting Location:** | FDA, White Oak, Building 22, Room 1415 |
| | |
| **Application Number:** | 120784 |
| **Product Name:** | CCX168 |
| **Indication:** | Anti-Neutrophil Cytoplasmic Antibody Associated Renal Vasculitis |
| **Sponsor Name:** | ChemoCentryx, Inc |
| | |
| **Meeting Chair:** | Badrul Chowdhury, MD, PhD |
| **Meeting Recorder:** | Brandi Wheeler, PharmD |

**FDA ATTENDEES**
Badrul A. Chowdhury, MD, PhD, Director, Division of Pulmonary, Allergy, and Rheumatology Products (DPARP), Office of Drug Evaluation II (ODEII)
Lydia Gilbert-McClain, MD, Deputy Director, DPARP, ODEII
Sarah Yim, MD, Supervisory Associate Director, DPARP
Janet Maynard, MD, Clinical Team Leader, DPARP
Suzette Peng, MD, Clinical Reviewer, DPARP
Gregory Levin, PhD, Biostatistics Team Leader, Division of Biometrics II, Office of Biostatistics
Yongman Kim, PhD, Biostatistics Reviewer, Division of Biometrics II, OB
Craig Bertha, PhD, CMC Lead, Division of New Drug Products Branch IV, Office of New Drug Products (ONDP), Office of Pharmaceutical Quality (OPQ)
Lars Johannesen, PhD, Staff Fellow, Division of Clinical Pharmacology I
Brandi Wheeler, PharmD, Regulatory Project Manager, DPARP

**SPONSOR ATTENDEES**
Pirow Bekker, M.D., Ph.D., Chief Medical Officer (Telephonic)
Becky Schulz, R.N., Manager, Regulatory Affairs
Kelly Conoscenti, B.S., Regulatory Affairs Specialist
Thomas Schall, Ph.D. President, ChemoCentryx Consultants
David Jayne, M.D., Consultant, Medical (AAV)
Peter Merkel, M.D., M.P.H., Consultant, Medical (AAV)
Lee Simon, M.D., Ph.D., Consultant, Medical and Regulatory
Elliott Offman, Ph.D., Consultant, Medical (Cardiology)

Reference ID: 4020493

CONFIDENTIAL

CCXI-0001832843

IND 120784
Page 2

Jan Hillson, M.D., Clinical Development Advisor
Chao Wang, Ph.D., Consultant, Statistician

## 1.0   BACKGROUND

ChemoCentryx has submitted a meeting request to discuss a path forward for their phase 3 study design. Previously, ChemoCentryx had an End of Phase 2 meeting on July 14, 2016, at which time the Division expressed concerns about the proposed development program of CCX168 in the treatment of ANCA-associated vasculitis (AAV). ChemoCentryx is seeking feedback on their revised phase 3 clinical trial and on their approach to assessing adequate assay sensitivity for QT/QTc evaluations.

A meeting request was submitted on August 26, 2016. The meeting was granted on September 12, 2016. FDA sent Preliminary Comments to ChemoCentryx on October 26, 2016. ChemoCentryx's questions from the briefing document dated September 30, 2016, are provided below in italics followed by the FDA responses in normal font. Discussion is in bold.

## 2.   DISCUSSION

### 2.1.   Clinical

*Question 1: Does the Division agree with the proposed revised CCX168 Phase 3 study design, particularly regarding the primary endpoints, for the treatment of patients with AAV?*

**FDA Response to Question 1:**
We do not agree with your revised CCX168 phase 3 study design. In this current proposal, you have maintained the same treatment arms and the same primary endpoint as the originally proposed protocol for CL010_168. The revisions include the addition of a "co-primary" endpoint of proportion of patients achieving sustained remission defined as BVAS of 0 from Weeks 26 through Week 52. The primary endpoints will be analyzed for non-inferiority and superiority. You also include more secondary endpoints such as the glucocorticoid toxicity index (GTI) and proportion of patients/time to relapse after remission.

Despite these revisions, you have not addressed our concerns as detailed in the End-of-Phase 2 (EOP2) post-meeting minutes dated August 9, 2016. Namely, we remain concerned regarding the ability to use a primary non-inferiority comparison against glucocorticoids to support the effectiveness of your product (CCX168). As previously stated, a non-inferiority study would not be sufficient to show that CCX168 can replace glucocorticoids, as it would be difficult to tease out whether CCX168 is effective or whether RTX/CYC was the primary driver of the efficacy results on both treatment arms. Given these concerns, perform a superiority trial to show the benefit of CCX168 vs. glucocorticoids. See below for additional details regarding the statistical analysis. In addition, we continue to recommend that you include a third arm with either no steroids + CYC/RTX or rapid taper steroids + CYC/RTX. Of note, you have argued that, as replacement for glucocorticoids, CCX168 will provide an improved benefit-risk profile through similar efficacy and less toxicity than glucocorticoids.

CONFIDENTIAL                                                                    CCXI-0001832844

IND 120784
Page 3

However, the proposed study is likely not adequate to support such safety comparisons. See the EOP2 post-meeting minutes for additional details regarding our recommendations.

In addition, we note the following from your current proposal:

a.  We do not agree with your approach to control the type I error probability across the multiple endpoints evaluated. In particular, if you demonstrate non-inferiority for BVAS remission at Week 26, it appears that you propose to test at the two-sided 5% significance level for both superiority with respect to Week 26 remission and non-inferiority (followed by superiority) with respect to sustained remission. Such an approach does not appropriately control the type I error probability. For example, if CCX168 is truly non-inferior (but is not superior) with respect to both endpoints, the proposed approach would allow you to test for superiority for both endpoints at the 5% significance level, inflating the chance of erroneous superiority conclusions. If you maintain the same design, you should revise your multiple testing procedure and given our continued concerns with the proposed non-inferiority approach and margin, you should consider prioritizing in your multiple testing framework the superiority comparison which you believe is most likely to be successful. For example, if you believe that CCX168 is most likely to demonstrate superiority with respect to sustained remission at Week 52, it may be appropriate to evaluate this endpoint in a sequence prior to the evaluation of superiority with respect to Week 26 remission.

b.  You have defined both "relapse" and "minor flare" as events that occur after subjects have achieved remission. We do not agree that relapse and minor flare only occur after remission. Subjects may experience a worsening of disease during induction, and prior to remission. In addition, this is problematic from a statistical point of view because you are conditioning on a post-randomization variable, such that comparisons will be between non-randomized groups and the interpretability of results will be challenging. We recommend that you revise these definitions so that all patients could be considered as having a flare, regardless of whether remission has been achieved. A separate exploratory analysis could evaluate relapse only in the subset of patients who achieve remission.

c.  We note that you have included the change from baseline over the first 26 weeks in the glucocorticoid-induced toxicity (GTI) instrument as a secondary endpoint. We note that the instrument appears to include several biomarkers, whose validity for serving as surrogate markers of clinical outcomes (direct measures of how patients function, feel, or survive) impacted by glucocorticoid use is unclear. Results from this endpoint will not be utilized to support regulatory or labelling decisions. If you choose to pursue this endpoint for either of those purposes in a phase 3 trial, the endpoint should be reviewed through the Clinical Outcome Assessment (COA) qualification program.

d.  We have concerns regarding the inclusion of SF-36 and EQ-5D-5L as secondary endpoints. You have not provided adequate data that either endpoint is a validated measure in vasculitis. If you plan to utilize data from these endpoints to support future labeling claims, you will need to provide the following information:

Reference ID: 4020493

IND 120784
Page 4

I.    Data supporting SF-36 and EQ-5D-5L as validated measures in vasculitis and their reliability to support general health status. This would likely require a "white paper" type analysis, which includes a comprehensive literature search.

II.   Analyses and raw data relevant to all of the SF-36 domains specific to CCX168.

III.  Information or data to support that the proposed patient reported outcomes assess separate, non-overlapping elements.

e.  You have included several markers of renal function, such as percent change in UACR from baseline over 52 weeks and percent change in urinary MCP-1:creatinine ratio from baseline over 52 weeks. There does not appear to be adequate data to support the use of these endpoints to support long-term outcomes in vasculitis.

**Discussion**

**ChemoCentryx stated that they have made revisions to their Phase 3 protocol in response to the FDA suggestions, including addition of a superiority analysis and increased study size. The proposed superiority analysis would be based on sustained remission at week 52. They further explained that they intend to clarify their statistical methodology in their protocol, specifically the specific definition of endpoints and the sequence of endpoint evaluations. The FDA questioned if in their superiority analysis evaluating sustained remission at week 52, they intended to use the number of initially randomized patients as the denominator. ChemoCentryx confirmed that is their intention. The FDA agreed with this approach and explained that the superiority analysis is critical to demonstrate efficacy and that a demonstration of non-inferiority would not be sufficient, given previously expressed concerns with the non-inferiority margin and interpretation of results from such an evaluation. ChemoCentryx agreed to the superiority analysis.**

**ChemoCentryx noted that it still wanted to carry out an additional analysis to evaluate relapse in patients who achieve remission either before or after week 26. The FDA reiterated that the proposed analysis to evaluate relapse in the subset of patients who achieve remission would be considered exploratory given that it conditions on a post-randomization variable, such that differences between arms may be due to the effect of treatment or to differences in patient characteristics. The FDA also questioned their definitions of flare vs relapse and explained that a patient may have low disease activity with flares. Flares can occur regardless of whether the patient has achieved remission. ChemoCentryx stated that they felt it was not appropriate to include patients that never achieved remission in the analysis. The FDA emphasized that the proposed analysis would be considered exploratory, and further noted that results from this analysis would not be appropriate for labeling because the analysis is not based on randomization. ChemoCentryx acknowledged the FDA's concerns, but plans to evaluate the endpoint.**

Reference ID: 4020493

CONFIDENTIAL                                        CCXI-0001832846

IND 120784
Page 5

> ***Question 2****: In light of the Division's comment that adequate assay sensitivity was not demonstrated in Phase 1 study CL007_168 regarding QT/QTc evaluation, which approach would be acceptable to address the Division's comment?*
>
> 1. *Are there any further analyses that could be conducted in study CL007_168 to address the assay sensitivity question?*
>
> 2. *Would another Intensive ECG study with inclusion of a placebo control group be satisfactory?*
>
> 3. *Alternatively, would the Division accept evaluation of ECGs collected in the Phase 3 study in patients with AAV? Could this evaluation be done locally by the Investigators or would a central analysis of ECG data in the Phase 3 study need to be performed?*

**FDA Response to Question 2:**
Another intensive ECG study is likely needed as study CL007_168 is insufficient to characterize the potential for QTc prolongation associated with CCX168, given the reasons previously stated (Meeting Minutes, dated July 14, 2016, Question 7). The two principal concerns were lack of a placebo-control and not studying sufficiently high multiples to avoid the need for a positive control (ICH E14 Q&A (R3) 5.1). It is unlikely that any additional analysis of the collected data from CL007_168 could mitigate these concerns. In addition, inclusion of ECG assessment in your proposed phase 3 study would not be sufficient to exclude small effects (10 ms) on the QTc interval.

Another intensive ECG study is therefore likely required. Moreover, because it is not possible to include doses resulting in sufficiently high multiples of clinically relevant exposures (Meeting Briefing Document, dated September 26, 2016, Question 2), a positive control as well as placebo will need to be included (ICH E14 Q&A (R3) 5.1).

However, rather than conducting a conventional thorough QT study, it might be possible to conduct a potentially smaller study using exposure-response analysis as the primary analysis. If exposure-response is used as the primary analysis, it is important to prespecify modeling methods, assumptions, criteria for model selection and rational for model components to limit bias (ICH E14 Q&A (R3), 5.1). The model evaluation should also include assessment of model assumptions, hysteresis and goodness of fit. In addition, we recommend the use of a linear mixed effects model including the following terms: drug concentration (placebo concentrations set to 0), treatment (active or placebo), nominal time postdose (categorical) and baseline QTc as well as a random effect on the intercept and slope.
Submit the protocol for the intensive ECG study for review.

Lastly, given the nonclinical and clinical experience, it could be reasonable to conduct this study in parallel with the planned phase 3 study, if the planned phase 3 study includes routine safety ECGs.

Reference ID: 4020493

CONFIDENTIAL                                                                                CCXI-0001832847

IND 120784
Page 6

### Discussion
**ChemoCentryx agreed to a second intensive QT study and will submit the protocol for review. They questioned if the use of a food effect or postural effect could be used to demonstrate assay sensitivity. The FDA noted that the use of moxifloxacin would be preferred for assay sensitivity. ChemoCentryx proposed several options for the study design. The FDA noted that a parallel study using exposure-response as the primary endpoint could be considered for QT evaluation of this product.**

### Post Meeting Comment
**As a follow-up to the discussion at the meeting, we want to propose for your consideration to use a parallel study design with a nested cross-over (for moxifloxacin and placebo) with concentration-QT as the primary endpoint for the study drug as well as moxifloxacin. To demonstrate assay sensitivity, the lower bound at Cmax would need to exceed 5 ms and as well as a positive slope for the concentration-QT relationship. We suggest that you submit the study protocol to us for review.**

### 3.0    Additional Information

### PREA REQUIREMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.
Because this drug product for this indication has an orphan drug designation, you are exempt from these requirements. Please include a statement that confirms this finding, along with a reference to this communication, as part of the pediatric section (1.9 for eCTD submissions) of your application. If there are any changes to your development plans that would cause your application to trigger PREA, your exempt status would change.

### 4.0    ISSUES REQUIRING FURTHER DISCUSSION
There were no issues requiring further discussion.

### 5.0    ACTION ITEMS
There were no action items.

### 6.0    ATTACHMENTS AND HANDOUTS
See attached slides.

Reference ID: 4020493

CONFIDENTIAL                                                                CCXI-0001832848

# CCX168 (Avacopan) for ANCA-Associated Vasculitis

# Type C Meeting
## 1 November 2016

ChemoCentryx, Inc.
CONFIDENTIAL    1

# Background

- In response to FDA's detailed suggestions in EOP2 meeting minutes, ChemoCentryx made several important changes to Phase 3 protocol:

  - <u>Addition of superiority assessment based on primary endpoint of sustained remission at Week 52</u>.

    - Note this is in line with Option 2 on p. 6 proposed by FDA in EOP2 minutes.

  - Increased study size from 232 to 300 patients to improve the statistical power to demonstrate a superiority benefit of CCX168.

- Also, based on Agency's preliminary comments for this meeting, we will modify protocol further to clarify the statistical methodology.

- Agency's suggestion of a three-arm design intriguing, but due to ethical concerns and study size considerations, not feasible.

ChemoCentryx, Inc.
CONFIDENTIAL    2

Reference ID: 4020493

CONFIDENTIAL

CCXI-0001832849

# TOPICS

1.  Phase 3 Study in ANCA-associated vasculitis

    a.  Approach to analyze the primary endpoints for the proposed Phase 3 study

    b.  Definition of relapse and analyses associated with relapses

2.  Use of food effect (i.e., fed vs. fasted with no drug) or postural effect to establish assay sensitivity in Intensive ECG study

ChemoCentryx, Inc.
CONFIDENTIAL    3

# TOPICS

1.  Phase 3 Study in ANCA-associated vasculitis

    a.  Clarification of sequential approach to analyze the two primary endpoints for the proposed Phase 3 study

    b.  Definition of relapse and analyses associated with relapses

2.  Use of food effect (i.e., fed vs. fasted with no drug) or postural effect to establish assay sensitivity in Intensive ECG study

ChemoCentryx, Inc.
CONFIDENTIAL    4

Reference ID: 4020493

CONFIDENTIAL                                                    CCXI-0001832850

# Agency's Guidance Regarding Primary Endpoint in Phase 3

- We appreciate FDA's need to see a superiority endpoint.
- Achieving superiority compared to CYC/RTX plus steroids is a serious challenge.
  - BVAS index historically yields high rates for the items that it specifically measures.
  - AAV an orphan disease with challenging patient enrollment, fundamentally limits size of study.
  - Therefore statistical superiority using BVAS is very difficult, yet there is no other validated clinical endpoint.
- Nevertheless, we agree to include a superiority primary endpoint:
  - Sustained remission at Week 52

ChemoCentryx, Inc.
CONFIDENTIAL    5

# Primary Endpoints in Phase 3 Study

- Therefore, there will be two separate primary endpoints in Phase 3:
  1. Remission at Week 26
  2. Sustained remission at Week 52
- Demonstrating superiority in the first endpoint would require 900+ patients.
- Demonstrating superiority in the second primary endpoint more feasible, because of potential separation between groups.

ChemoCentryx, Inc.
CONFIDENTIAL    6

CONFIDENTIAL

CCXI-0001832851

# Sequential Gatekeeping Approach for Phase 3 Primary Endpoint Analysis

- Agency's point in (a) very well taken—sequence of analysis of endpoints not clear in protocol synopsis.

- Indeed, we will modify the protocol to clearly state that the primary endpoints will be analyzed in the sequence shown on the following slide:

ChemoCentryx, Inc.
CONFIDENTIAL    7

# Sequential Gatekeeping Approach for Phase 3 Primary Endpoint Analysis



ChemoCentryx, Inc.
CONFIDENTIAL    8

Reference ID: 4020493

CONFIDENTIAL

CCXI-0001832852

# TOPICS

1. Phase 3 Study in ANCA-associated vasculitis

   a. Clarification of sequential approach to analyze the two primary endpoints for the proposed Phase 3 study

   b. Definition of relapse and analyses associated with relapses

2. Use of food effect (i.e., fed vs. fasted with no drug) or postural effect to establish assay sensitivity in Intensive ECG study

ChemoCentryx, Inc.
CONFIDENTIAL    9

# Relapse Definition

- Definition in Phase 3 protocol: Occurrence of at least one major item on BVAS or at least three non-major items on BVAS *after remission has been achieved.*

  – Note that relapses can occur before or after Week 26.

- FDA recommended that relapse should be assessed in *all patients,* not just those who have achieved remission.

- Issue: Patients who do not respond to treatment by definition cannot relapse, e.g., patients who never improves on study.

ChemoCentryx, Inc.
CONFIDENTIAL    10

CONFIDENTIAL

# Relapse Analysis

### Hypothetical Individual Patient BVAS Profiles



ChemoCentryx, Inc.
CONFIDENTIAL  11

# TOPICS

1.  Phase 3 Study in ANCA-associated vasculitis

    a.  Clarification of sequential approach to analyze the two primary endpoints for the proposed Phase 3 study

    b.  Definition of relapse and analyses associated with relapses

2.  Use of food effect (i.e., fed vs. fasted with no drug) or postural effect to establish assay sensitivity in Intensive ECG study

Reference ID: 4020493

ChemoCentryx, Inc.
CONFIDENTIAL  12

CONFIDENTIAL

CCXI-0001832854

# Food Effect (or Postural Effect) on QT/QTc to Demonstrate Assay Sensitivity

- FDA suggested that another Intensive QT/QTc study be performed and that a placebo and active control group be included.
  - We agree to perform such a study.
- Since food intake was shown to increase heart rate and shorten QT and QTc intervals after a carbohydrate rich meal (Taubel et al, 2012), it could be used to demonstrate assay sensitivity.
- We also observed a food effect on heart rate and the QT/QTc on Day -1 of study CL007_168.
- Question: Can we use food effect or postural effect, instead of an active control to demonstrate assay sensitivity?

ChemoCentryx, Inc.
CONFIDENTIAL    13

# APPENDIX
# Clinical Technical Data for Reference Purposes

- Experience with the SF-36 in ANCA Vasculitis
- CCX168 Phase 2 Efficacy Results

ChemoCentryx, Inc.
CONFIDENTIAL    14

Reference ID: 4020493

# Short Form-36

- Shows impairment in quality of life in AAV patients, similar to chronic kidney disease and rheumatoid arthritis patients (Basu et al, 2014).

- Physical and Mental Component Scores of SF-36 improved with standard of care treatments, i.e., CYC or RTX plus glucocorticoids (Stone et al, 2010, WGET, 2005).

ChemoCentryx, Inc.
CONFIDENTIAL    15

# Patients With AAV Have Impairment of Quality of Life based on Short Form-36



Source: Basu et al. 2014 Ann Rheum Dis 73:207-211.
Reference ID: 4020493

ChemoCentryx, Inc.
CONFIDENTIAL    16

CONFIDENTIAL

CCXI-0001832856

## Impairment of Quality of Life based on SF-36 in AAV Comparable to Chronic Kidney Disease or Rheumatoid Arthritis



Source: Basu et al. 2014 Ann Rheum Dis 73:207-211.

ChemoCentryx, Inc.
CONFIDENTIAL    17

## SF-36 Commonly Used in AAV Studies and Effective Drugs Showed Improvement

- In rituximab vs. cyclophosphamide RAVE study (Stone et al, 2010),
  - Physical Component Score (PCS) improved 5.9 and 6.0 points, with RTX and CYC, respectively, and
  - Mental Component Score (MCS) improved by 7.9 and 5.3 points, respectively with RTX and CYC.
- In WGET etanercept study (WGET Research Group, 2005),
  - PCS improved by 7.7 and 8.4 points in the etanercept and SOC control groups, respectively, and
  - MCS improved by 5.7 and 8.0 points in the etanercept and SOC control groups, respectively.
- In RTX vs. CYC RITUXVAS study (Jones et al, 2010), improvements in PCS and MCS in the two groups were similar.

ChemoCentryx, Inc.
CONFIDENTIAL    18

Reference ID: 4020493

CONFIDENTIAL

CCXI-0001832857

# CCX168 Showed Efficacy and Faster Onset of Action Than Steroids in AAV

- Disease Activity
    - Birmingham Vasculitis Activity Score (BVAS) percent change from baseline
    - Early Remission based on BVAS
- Urinary albumin excretion
- Quality of Life improvement based on EQ-5D-5L VAS and SF-36 v2
- Neutrophil count
- Renal improvement based on eGFR

# Disease Activity Based on BVAS Improved Faster in CCX168 Groups vs Steroid Control Group



From Study CL002_168
Reference ID: 4020493

CONFIDENTIAL

# Only One Patient in Early Remission in Steroid Control Group Based on BVAS



From Study CL002_168

ChemoCentryx, Inc.
CONFIDENTIAL    21

# More Patients in Early BVAS Remission with CCX168 vs Steroid Control Group



From Study CL002_168
Reference ID: 4020493

ChemoCentryx, Inc.
CONFIDENTIAL    22

CONFIDENTIAL

CCXI-0001832859

# More Patients in Early BVAS Remission in CCX168 Groups vs Steroid Control Group



From Study CL002_168

ChemoCentryx, Inc.
CONFIDENTIAL    23

# Disease Activity Improved Faster (BVAS) in CCX168 Groups vs Steroid Control Group



- High Dose Steroids SOC (N=20)
- Avacopan with Low Dose Steroids (N=22)
- Avacopan with No Steroids (N=21)
- Avacopan Groups (N=43)

From Study CL002_168
Reference ID: 4020493

ChemoCentryx, Inc.
CONFIDENTIAL    24

CONFIDENTIAL

CCXI-0001832860

# Albuminuria Improved More in CCX168 Groups vs Steroid Control Group



** P < 0.01 for CCX168 vs. steroid control group

From Study CL002_168

ChemoCentryx, Inc.
CONFIDENTIAL   25

# Quality of Life Improved with CCX168



** P < 0.05 for CCX168 vs. steroid control group

From Study CL002_168

Reference ID: 4020493

ChemoCentryx, Inc.
CONFIDENTIAL   26

CONFIDENTIAL

CCXI-0001832861

# Neutrophils Are Major Instigators of Pathology in ANCA Vasculitis



Jennette and Falk, Nat Rev 2014

ChemoCentryx, Inc.
CONFIDENTIAL  27

# Neutrophil Count Improved Within Days with CCX168 vs Steroid Control, Consistent with Faster Disease Control



From Study CL002_168
Reference ID: 4020493

ChemoCentryx, Inc.
CONFIDENTIAL  28

CCXI-0001832862

# Renal Function Based on eGFR Improved More with CCX168 vs Steroid Control Group



** P < 0.05 for CCX168 vs. steroid control group

From Study CL003_168

ChemoCentryx, Inc.
CONFIDENTIAL   29

# Early Onset of Action Translates into Beneficial Long Term Survival in AAV

*Cox Proportional Hazards Model for Mortality vs. BVAS at 3 Months*



ChemoCentryx, Inc.
CONFIDENTIAL   30

Reference ID: 4020493

CONFIDENTIAL                                                                 CCXI-0001832863

# Steroid-Related Adverse Effect Incidence Reduced with CCX168 Instead of Steroids

- In Phase 2 study CL002_168:
  - 5 of 23 patients (21.7%) in the steroid control group had adverse effects of diabetes mellitus or osteoporosis, compared to
  - 1 of 44 patients (2.3%) receiving avacopan.

  $P = 0.016$ for difference between groups.

ChemoCentryx, Inc.
CONFIDENTIAL   31

# Summary

- CCX168 improves disease activity faster than with steroids based on BVAS.

- CCX168 results in more remissions than steroids.

- CCX168 improves albuminuria more than with steroids.

- CCX168 improves Quality of Life rapidly vs. steroids.

- CCX168 normalizes neutrophils faster than steroids.

- CCX168 improves renal function based on eGFR more than steroids.

Therefore, CCX168 appears to be more effective than steroids.

ChemoCentryx, Inc.
CONFIDENTIAL   32

Reference ID: 4020493

CONFIDENTIAL

CCXI-0001832864

-------------------------------------------------------------------------------------
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------

/s/

--------------------------------------------------

BRANDI E WHEELER
11/30/2016

Reference ID: 4020493

CONFIDENTIAL                                                            CCXI-0001832865