# Attachment 33

# Uslaner Declaration Ex. 67

# (ECF No. 303-35)

# Exhibit 67

FILED UNDER SEAL

Message
_____

From:        Thomas Schall [/O=CHEMOCENTRYX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=TSCHALL]
Sent:        4/15/2020 1:36:49 AM
To:          Pirow Bekker [/o=Chemocentryx/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=Pirow
             Bekker970]
Subject:     Pre-NDA meeting minutes (FDA version)
Attachments: IND 120784 Pre-NDA MM Combined.pdf

Hello Pirow.

Sunita just forwarded this to me as it just came in today. Thus far it has not been discussed or distributed beyond you,
Sunita (who received it as an unopened attachment from Suhasini), and myself.   I have given it a quick read-through and
suggest we cover the main points in our regular Thursday call.  Of course, if you wish to discuss before then please do
give me a  call at any time.

Thanks, Pirow.

All the very best,
Tom

EXHIBIT 407
Schall
8/31/2024
R. Holmes CSR 9482

CONFIDENTIAL                                                                    CCXI-0000304018

 U.S. FOOD & DRUG ADMINISTRATION

IND 120784

**MEETING MINUTES**

ChemoCentryx, Inc.
850 Maude Avenue
Mountain View, CA 94043

Attention:    Suhasini Kanagala PhD
             Associate Director, Regulatory Affairs

Dear Dr Kanagala:

Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for avacopan.

We also refer to the telecon between representatives of your firm and the FDA on March 19, 2020. The purpose of the meeting was to discuss the content and format of an NDA submission.

A copy of the official minutes of the meeting/telecon is enclosed for your information. Please notify us of any significant differences in understanding regarding the meeting outcomes.

If you have any questions, call me, at (301)796-4495.

Sincerely,

*{See appended electronic signature page}*

Brandi Wheeler, PharmD, RAC
Senior Regulatory Project Manager
Division of Regulatory Operations
Office of Immunology and Inflammation
Center for Drug Evaluation and Research

Enclosure:
- Meeting Minutes

 U.S. FOOD & DRUG ADMINISTRATION

## MEMORANDUM OF MEETING MINUTES

**Meeting Type:** Type B
**Meeting Category:** Pre-NDA

**Meeting Date and Time:** March 19, 2020, 12:00 PM – 1:00 PM (ET)
**Meeting Location:** Teleconference

**Application Number:** 120784
**Product Name:** Avacopan

**Indication:** For the treatment of adult patients with anti-neutrophil cytoplasmic antibody (ANCA)-associated vasculitis (granulomatosis with polyangiitis [GPA] and microscopic polyangiitis [MPA])
**Sponsor Name:** ChemoCentryx, Inc.

**Meeting Chair:** Nikolay Nikolov, MD
**Meeting Recorder:** Brandi Wheeler, PharmD

### FDA ATTENDEES
Julie Bietz, MD, Director, Office of Immunology and Inflammation (OII)
Nikolay Nikolov, MD, Acting Director, Division of Rheumatology and Transplant Medicine (DRTM), OII
Rachel Glaser, MD, Clinical Team Leader, DRTM
Suzette Peng, MD, Clinical Reviewer, DRTM
Timothy Robison, PhD, Pharmacology/Toxicology Team Leader, Division of Pharmacology and Toxicology for Immunology and Inflammation (DPT-II), OII
Ijeoma Uzoma, PhD, Pharmacology/Toxicology Reviewer, DPT-II, OII
Jianmeng Chen, PhD, Acting Team Lead, Division of Clinical Pharmacology II (DCPII), Office of Clinical Pharmacology (OCP)
Rebecca Rothwell, PhD, Biostatistics Team Leader, Division of Biometrics II, Office of Biostatistics (OB)
Ginto Pottackal, PhD, Biostatistics Reviewer, Division of Biometrics II, OB
Min Lu, MD, MPH, Medical Officer, Good Clinical Practice Assessment Branch (GCPAB) Division of Clinical Compliance Evaluation (DCCE), Office of Scientific Investigations (OSI)
Ashleigh Lowery, PharmD, Team Leader, Division of Medication Error Prevention and Analysis, Office of Surveillance and Epidemiology (OSE)
Saharat Patanavich, PharmD, Safety Regulatory Project Manager, OSE
Brandi Wheeler, PharmD, Senior Regulatory Project Manager, Division of Regulatory Operations, OII

Reference ID: 4591963

CONFIDENTIAL

IND 120784
Page 2

**SPONSOR ATTENDEES**
Pirow Bekker, MD, PhD, Clinical Consultant
Catherine Kelleher, MD, Sr. Vice President, Clinical Development
Huibin Yue, PhD, Sr. Director, Biostatistics
Peter Merkel, MD, MPH, Lead Investigator for CL010_168 and Chief, Division of
Rheumatology, University of Pennsylvania
Sunita Sethi, PharmD, Head, Regulatory Affairs
Suhasini Kanagala, PhD, Associate Director, Regulatory Affairs

## 1.0   BACKGROUND

ChemoCentryx submitted a meeting request to discuss the upcoming NDA submission
for avacopan in the treatment of adult patients with anti-neutrophil cytoplasmic antibody
(ANCA)-associated vasculitis (granulomatosis with polyangiitis [GPA] and microscopic
polyangiitis [MPA]). They would like to discuss the adequacy of the Phase 3 study,
CL010_168 to support the proposed indication as well as content and format of the
NDA.

A chemistry pre-submission meeting was held on September 12, 2019. ChemoCentryx
received Written Responses, issued January 23, 2020, to address the nonclinical and
clinical pharmacology content of the NDA.

The meeting request was submitted on January 29, 2020. The meeting was granted on
February 11, 2020. ChemoCentryx's questions from the briefing document, dated
February 18, 2020, are provided below in italics followed by the FDA responses.
Discussion is in bold.

FDA sent Preliminary Comments to ChemoCentryx on March 16, 2020.

## 2.0   DISCUSSION

### 2.1.   Clinical

*Question 1:* *Does the Agency agree that efficacy data from the randomized, double
blind, double-dummy, active-controlled Phase 3 study CL010_168 meets substantial
evidence standard to support NDA filing for the proposed indication noted herein?*

*[Tradename] is indicated for the treatment of adult patients with anti-neutrophil
cytoplasmic antibody (ANCA)-associated vasculitis (granulomatosis with polyangiitis
[GPA] or microscopic polyangiitis [MPA]) [See Clinical Studies (14.1)].*

**FDA Response to Question 1:**
The efficacy data from the phase 3 study CL010_168 as summarized in the briefing
package appear adequate to support filing of the NDA. However, whether the data are

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4591963

CONFIDENTIAL                                                          CCXI-0000304021

IND 120784
Page 3

sufficient to support a favorable benefit risk assessment for the proposed indication of treatment of adult patients with ANCA-associated vasculitis (GPA or MPA) will be a review issue.

In Study CL010_168, you evaluated a prednisone taper over 26 weeks compared to avacopan for 52 weeks, in addition to standard of care treatment with cyclophosphamide (CYC) or rituximab (RTX) for induction and azathioprine for maintenance treatment. Based on the information in the meeting package, you have demonstrated an improvement in proportion of patients with AAV in sustained remission at Week 52; however, patients were continued on avacopan through Week 52, while steroids were discontinued at Week 20. As previously communicated (End of Phase 2 Meeting Minutes dated August 9, 2016), the benefit of steroids used with CYC or RTX is not well known. The complexity of the study design of CL0101_168 complicates the interpretation of a clinically meaningful benefit due to continued avacopan treatment. In your NDA submission, you will need to justify the clinical relevance of these results and address how you intend for avacopan to be used in clinical practice. This justification will be critical for the assessment of benefit-risk.

We also refer you to our additional statistical comments, which identify additional concerns and requests to facilitate our review.

Discussion
**ChemoCentryx began the meeting by summarizing the phase 3 study design and results. The Sponsor confirmed that patients who received induction treatment with rituximab did not receive maintenance therapy which is consistent with other studies initiated at the time, while those who received cyclophosphamide for induction received azathioprine for maintenance therapy. The Sponsor stated that there was not a clear difference in relapse rates in the patients who received rituximab induction. FDA asked the Sponsor to include this analysis in the NDA submission.**

**FDA noted that the proposed indication may suggest that avacopan could be used alone. ChemoCentryx responded that information on background therapies would be described in Section 14 of the labeling.**

**FDA asked ChemoCentryx how avacopan was intended to be used in practice. The Sponsor explained that avacopan was intended to be used instead of glucocorticoid tapering and as part of AAV treatment to achieve and sustain remission. FDA noted that the multiple interventions in the study (i.e., removing standard of care steroids in the first 6 months and addition of avacopan on top of standard of care in the second 6 months) complicate the assessment of the efficacy of avacopan treatment. Reduction of glucocorticoid use may be supportive of the efficacy of avacopan but would not be the primary basis to establish efficacy. FDA acknowledged that the study attempted to assess glucocorticoid toxicities systematically with the Glucocorticoid Toxicity Index**

**U.S. Food and Drug Administration**
Silver Spring, MD 20993 .
**www.fda.gov**

CONFIDENTIAL                                                                                           CCXI-0000304022

IND 120784
Page 4

(GTI). However, FDA explained that the clinical meaningfulness of GTI, as a novel instrument that captures biomarkers and other assessments without including direct patient input, has not been characterized. Further, it is not clear whether replacing potential toxicities of treatment with glucocorticoids with potential toxicities with avacopan treatment represents a clinical benefit to patients. Additionally, there is limited long term safety data with avacopan treatment.

In light of the above considerations and the complexities of the clinical program, FDA indicated that external input may be required in the interpretation of the clinical benefits of the avacopan program.

FDA further noted that supportive information on the use of the SF-36 in this patient population should be provided. ChemoCentryx responded that they intend to submit a white paper to support its use.

**Question 2:** *Does the Agency agree with the proposal of presenting separate, non-integrated datasets for Phase 2 and 3 studies in ANCA-associated vasculitis in Module 5.3.5.3 Integrated Summary of Efficacy (ISE)?*

**FDA Response to Question 2:**
We acknowledge that there are differences between the study designs of the phase 2 and 3 studies of avacopan in ANCA-associated vasculitis (AAV), including differences in primary endpoints, concomitant therapy, and treatment duration. Thus, we agree with the proposal of presenting separate, non-integrated datasets for the phase 2 and 3 studies in AAV in Module 5.3.5.3 Integrated Summary of Efficacy.

**Discussion**
**No discussion occurred.**

**Question 3:** *Does the Agency agree with the proposal of presenting separate, non-integrated datasets for Phase 1, 2 and 3 studies in Module 5.3.5.3 Integrated Summary of Safety (ISS)?*

**FDA Response to Question 3:**
We agree that it will be important to analyze and present the safety of the phase 1, 2, and 3 studies separately. However, to better inform the assessment of rare adverse events, we recommend that you also present pooled analyses of the phase 2 and 3 studies for deaths, serious adverse events (SAEs), adverse events of special interest (AESIs), and adverse events leading to discontinuation. Given the differences in the study designs of your studies (i.e., randomization ratios), these integrated analyses should not be based on a simple pooling of data from across studies. Such an approach is subject to confounding by study (e.g., Simpson's Paradox)[1]. You should appropriately

---

[1] Chuang-Stein, C. and Beltangady, M. (2011), Reporting cumulative proportion of subjects with an adverse event based on data from multiple studies. Pharmaceutical Statistics, 10: 3–7.
**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4591963

CONFIDENTIAL                                                                 CCXI-0000304023

IND 120784
Page 5

account for study differences in integrated analyses, either by adjusting for or stratifying by study. Furthermore, you should provide exposure-adjusted incidence rates, in addition to raw cumulative incidence proportions, because of the differing follow-up times between treatment arms between and within studies. Refer to Question 4 for additional comments regarding safety analyses.

Discussion

**ChemoCentryx proposed to adjust for study differences by calculating (1) study-size adjusted percentages for subject incidence, (2) exposure-adjusted first incidence rates, and (3) exposure-adjusted event rates for deaths, SAEs, events of special interest as defined in the ISS SAP, and AEs leading to discontinuation. FDA agreed that this approach was acceptable but noted that given the different follow-up times of the phase 2 and 3 studies, exposure-adjusted incidence rates would be the most useful. ChemoCentryx agreed with this advice and stated they would include all three analyses in the NDA. FDA commented that the ISS should be updated to reflect changes in their planned analyses.**

*Question 4: Does the Agency agree that the proposed safety data analysis plan for the Phase 3 study is adequate to support the review of the NDA?*

**FDA Response to Question 4:**

Overall, your proposed safety data analysis plan for the phase 3 study is adequate to support the review of the NDA. We have the following additional recommendations:

1. Ensure that you include all unattributed adverse events (SAEs and non-SAEs) in your analyses.
2. We anticipate the presentation of overall deaths, SAEs, AESIs, and AEs leading to discontinuation for the study duration. Also, present these same categories of AEs, with a delineation of the period of the steroid taper (Week 0 to 20) and the period following the steroid taper (Week 21 through the end of study).

3. Your briefing package indicates that you will provide descriptive analyses of all safety data. For overall deaths, SAEs, AESIs, and AEs leading to discontinuation for the study duration, we recommend, in addition to raw cumulative incidence proportions, that you provide exposure-adjusted incidence rates. Include in your tables the exposure years for each adverse event and clearly identify how exposure is calculated. In analyses evaluating the incidence of a first event (e.g., the number of patients with at least one event per 100 patient-years), the exposure time for a subject who has an event should be terminated at the time of the event. We refer you to https://www.phuse.eu/documents/working-groups/cs-whitepaper-adverseevents-v10-4442.pdf.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4591963

CONFIDENTIAL

CCXI-0000304024

IND 120784
Page 6

This exposure time and the contributing events will also depend on the safety estimand you are targeting. Therefore, we recommend that both the protocol and statistical analysis plans include the estimands to be targeted by these descriptive analyses, for each adverse event specified above. Two common approaches for handling intercurrent events are (1) the treatment policy approach, where all observed data (including those collected while off treatment) are to be included in the analysis; and (2) the "while on treatment" approach, where the data to be included in the analysis are restricted to those collected up until a fixed amount of time after permanent treatment discontinuation. We recommend that for each adverse event specified above, you include analyses targeting both a treatment policy estimand and a "while on treatment" estimand. For the descriptive analyses targeting each estimand, we recommend that the statistical analysis plans specify methods to calculate (1) a point estimate for the comparison (e.g., risk difference, hazard ratio, etc.) of the two treatment arms; and (2) a measure quantifying the statistical uncertainty (e.g., a 95% confidence interval) for this point estimate.

## Discussion
**ChemoCentryx noted that they would prefer to use analyses on "all observed data" as opposed to "while on treatment" analyses. FDA stated that the preference is for "while on treatment" analyses for safety analyses. ChemoCentryx responded that both analyses would provide similar rates because they had a high retention rate and the "all observed data" should be sufficient. FDA acknowledged the importance of retention in the study but responded that the differences will depend on the number and timings of the treatment discontinuations. FDA, therefore, reiterated a preference for "while on treatment" analyses for safety analyses, but indicated that the sponsor could also supplement these analyses with a "treatment policy" approach if they so desired. ChemoCentryx asked FDA what timepoint after drug discontinuation would be appropriate to define the "on treatment" period. FDA explained that there was not a specific recommendation at this time, and ChemoCentryx should select a timepoint and provide justification based on the characteristics of the product.**

*Question 5:* *Does the Agency agree that the summary text of all efficacy and safety data in the Summary of Clinical Efficacy (Module 2, Section 2.7.3) and Summary of Clinical Safety (Module 2, Section 2.7.4), respectively, can be identical to the summary text included in the ISE and ISS (Module 5, Section 5.3.5.3)?*

## FDA Response to Question 5:
It would be important for you to perform and submit the integrated analyses required in an Integrated Summary of Efficacy (ISE) and Integrated Summary of Safety (ISS), as required by 21 CFR 314.50(d)(5)(v)-(vi). The Module 2 summaries were not intended to contain the level of detail expected for an ISS or ISE. Therefore, we recommend you submit the required integrated analyses in Section 5.3.5.3. However, if the narrative

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

CONFIDENTIAL                                                              CCXI-0000304025

IND 120784
Page 7

portions of the ISE or ISS are suitable for use in Module 2.7.3 or Module 2.7.4, you may place these once in Module 2.7.3 and Module 2.7.4 and reference them in Section 5.3.5.3. For further detail regarding placement of the ISS and ISE in the electronic common technical document (eCTD) refer to the information at the following link: http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSubmissions/ucm163558.htm

Discussion
No discussion occurred.

## 2.2.    Content and Format of New Drug Application

*Question 6:* Does the Agency agree with the proposed plan for submitting safety narratives for the Phase 3 study?

FDA Response to Question 6:
We agree with the proposed plan to submit safety narratives for SAEs (including deaths) and all withdrawals from the study due to AEs. Also submit safety narratives for AESIs.

Discussion
ChemoCentryx proposed to submit narratives for patients with serious events and withdrawal from study and for serious adverse events of special interest (AESI). ChemoCentryx clarified that infections, liver-associated events, WBC decreases, and hypersensitivity reactions were considered AESIs. FDA commented that the review of avacopan would be better informed with submission of narratives for AESIs. ChemoCentryx noted that for certain AESIs (e.g., infections, WBC decreases, and hypersensitivity reactions), submission of narratives for non-serious AESIs would not be practical. FDA stated that further discussion was needed, and a post-meeting comment would be provided.

Post-Meeting Comment
For AESIs, submit the narratives for serious infections and all (serious and non-serious) events of opportunistic infections and TB. For the other AESIs, narratives for only serious events should be included.

*Question 7:* Does the Agency agree with the proposed submission of Case Report Forms (CRFs) and Case Report Tabulations (CRTs)?

FDA Response to Question 7:
We agree with the proposed submission of CRFs and CRTs.

Discussion

U.S. Food and Drug Administration
Silver Spring, MD 20993
www.fda.gov

Reference ID: 4591963

CONFIDENTIAL

CCXI-0000304026

IND 120784
Page 8

No discussion occurred.


*Question 8:* *Does the Agency agree with the proposed contents, structure, and format of the datasets?*

**FDA Response to Question 8:**
We agree.

**Discussion**
**No discussion occurred.**


*Question 9:* *Does the Agency agree with the proposed submission of statistical programs?*

**FDA Response to Question 9:**
Your proposed plan is acceptable. In addition, provide all programs and macros used to analyze baseline demographics, patient disposition, safety, and all efficacy endpoints proposed for inclusion in the product label. Provide the raw datasets with sufficient documentation which clearly details the creation of analysis dataset.

**Discussion**
**ChemoCentryx agreed to submit all programs and macros used to analyze baseline demographics, patient disposition, safety, and all efficacy endpoints proposed for inclusion in the product label. ChemoCentryx stated that the creation of analysis datasets in the phase 3 study and ISS would be based on SDTM datasets. Therefore, ChemoCentryx will include SDTM datasets rather than raw data sets in the submission. FDA agreed to this approach.**


*Question 10.* *Does the Agency agree that the proposed contents of the NDA, as shown in the table of contents for each Module, are sufficient to support the review of the NDA? Does the Agency have any additional comments on the contents of the NDA to support the NDA review?*

**FDA Response to Question 10:**
We have reviewed your proposed table of contents for each Module, including the revisions to Modules 3 and 4. We agree that the proposed contents of the NDA are sufficient to support the review of the application. We do not have any additional comments.

**Discussion**
**No discussion occurred.**


**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4591963

CONFIDENTIAL

CCXI-0000304027

IND 120784
Page 9

## 2.3.    Regulatory

***Question 11:*** *Does the Agency agree that the Phase 3 data as summarized herein could fulfill the criteria for Priority Review Designation?*

### FDA Response to Question 11:
We acknowledge that AAV is a serious, life-threatening disease with significant unmet need. The determination of whether the submission meets criteria for priority review designation as outlined in the draft Guidance for Industry: *Expedited Programs for Serious Conditions – Drugs and Biologics* (June 2013) will be made at the time of the NDA submission, based on your justification.

### Discussion
**No discussion occurred.**

***Question 12:*** *As all studies conducted with avacopan for the treatment of ANCA-associated vasculitis will have been completed at the time of the NDA review, does the Agency agree with a waiver of the requirement to submit additional safety data at Day 120 (or Day 90) of the NDA review?*

### FDA Response to Question 12:
We acknowledge that all studies conducted with avacopan for the treatment of AAV will be completed at the time of the NDA submission. If no new safety data from clinical studies, off-label use, or literature are available, provide a cover letter at Day 120 (or Day 90) stating that there is no new safety information.

### Discussion
**ChemoCentryx confirmed that only blinded data from non-AAV studies would be available at the time of the Day 120 (or Day 90) safety update, and, therefore, these would not be included. FDA agreed with the sponsor's proposal to include any SAEs reported in compassionate use studies in AAV in the safety update and to include a descriptive analysis of the completed phase 1 and phase 2 studies in other indications as supportive data in the ISS.**

***Question 13:*** *Does the Agency agree, due to the Phase 3 study CL010_168 providing the majority of the safety and efficacy data to support the proposed indication for avacopan, that this study can be considered the only covered study for the purposes of Financial Disclosure and Bioresearch Monitoring?*

### FDA Response to Question 13:

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4591963

CONFIDENTIAL                                                          CCXI-0000304028

IND 120784
Page 10

We do not agree. As you intend that Studies CL002_168 and CL003_168 will provide supportive evidence of efficacy and safety, these would also be covered clinical studies, and financial disclosure documents should be submitted.

### Discussion
**ChemoCentryx agreed to provide financial disclosure documents for Studies CL002_168 and CL003_168. ChemoCentryx questioned if BIMO listings would be required for these studies. FDA confirmed that BIMO listings would not be required for these studies.**

### Additional Statistical Comments:

We note that you have submitted an SAP in this meeting package. This SAP was not previously submitted for review and it appears you have already unblinded your data, limiting the utility of major comments and revisions. However, to facilitate our review, we have the following additional recommendations and we reiterate important points made in previous communications. We may request additional analyses during the review.

1. We note that we provided several other statistical comments during our previous meetings (e.g., the Preliminary Comments dated October 28, 2016) on secondary endpoints such as glucocorticoid-induced toxicity (worsening and aggregate score), SF-36 (PCS, MCS, and individual domains) and EQ-5D-5L. It is not clear if you implemented these recommendations. Support for use of these endpoints within this population and the interpretability of the results given these tests were not multiplicity controlled (i.e., no control for type 1 error inflation over multiple tests) will be an additional review issue.

2. We refer you to our previous comments regarding the utility and interpretability of the non-inferiority comparisons and support for the selected margin. As such, we do not agree with your statements in your SAP which indicate that you will conclude to have a successful study based on the NI comparison alone. The determination of substantial evidence will be a review issue.

3. We recommend that you define the estimand that you are targeting in your primary analyses based on the latest version of ICH E9 R1 Addendum[2]. Ideally this is defined at the design stage, however, clarifying the estimand at this time will also help facilitate our review and interpret results targeting the clinical question of interest. In particular, it appears that your estimand differs in your analyses based on the ITT and PP analysis. A targeted estimand for each key analysis should include: (1) the treatment condition of interest; (2) the population being targeted; (3) the variable or outcome assessed for each patient; (4) the specification of how intercurrent events (e.g., treatment discontinuation,

---

[2] E9(R1) Statistical Principles for Clinical Trials: Addendum: Estimands and Sensitivity Analysis in Clinical Trials https://database.ich.org/sites/default/files/E9-R1_Step4_Guideline_2019_1203.pdf

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4591963

CONFIDENTIAL                                                                                                  CCXI-0000304029

IND 120784
Page 11

modification of background medications, use of rescue therapy) are handled; and (5) the population-level summary measure (e.g., difference in means or proportions) being used to compare treatment groups.

4. The details on your missing data handling procedures are extremely limited. In particular, it is not clear how you are handling missing data in the components of the primary endpoint (e.g., missing glucocorticoid use) or intermittent missing data (e.g., missing data at Week 26 but observed data at Week 52).

5. Your proposed main estimator for the secondary continuous efficacy endpoints is based on the MMRM approach. We note that this approach relies on strong parametric assumptions as well as an unverifiable assumption that data is missing at random. We prefer that you conduct a supplementary analysis based on ANCOVA model using all observed data regardless of adherence or use of rescue. This approach relies less heavily on parametric assumptions unlike the MMRM model. Alternatively, another approach with minimal assumptions, could be a linear regression with Huber-White sandwich errors, allowing for heteroskedasticity across arms, including covariates similar to the ANCOVA model. Any missing data imputation used in these analyses should be based on multiple imputation and include details such that results based on multiple imputation can be replicated based only on the SAP. If you continue with your MMRM approach, sensitivity analyses to adequately assess the robustness of the results to this assumption and supplemental analyses targeting alternative estimands will be important (see additional details below).

6. Perform sensitivity analyses to explore the effect of violations in assumptions about the missing data on the reliability of the results. In particular, for your analyses of primary endpoints, we recommend the inclusion of tipping point sensitivity analyses that vary assumptions about the missing outcomes on the two treatment arms. The tipping point analyses should be two-dimensional, i.e., should allow assumptions about the missing outcomes on the two arms to vary independently, and should include scenarios where dropouts on avacopan arm have dissimilar outcomes than dropouts on the placebo arm. The goal is to evaluate the plausibility of the assumed expected values for missing outcomes on each treatment arm under which the conclusions change, i.e., under which there is no longer evidence of similarity. In the tipping point analysis, ensure that all observed data is included as non-missing, regardless of adherence to treatment or use of prohibited medications.

7. You have provided several potential subgroup analyses to be performed. 21 CFR 314.50 requires the presentation of effectiveness data by gender, age and racial subgroups. Ensure that these subgroup analyses are included for your primary efficacy endpoints. This also requires safety data be presented by gender, age and racial subgroups; and that safety data from other subgroups of the populations of patients treated be presented, as appropriate.

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4591963

CONFIDENTIAL                                                                                    CCXI-0000304030

IND 120784
Page 12

### 3.0    ADDITIONAL INFORMATION

### DISCUSSION OF THE CONTENT OF A COMPLETE APPLICATION

- The content of a complete application was discussed.

- All applications are expected to include a comprehensive and readily located list of all clinical sites and manufacturing facilities included or referenced in the application.

- Major components of the application are expected to be submitted with the original application and are not subject to agreement for late submission. You stated you intend to submit a complete application and therefore, there are no agreements for late submission of application components.

In addition, we note that a chemistry pre-submission meeting was held on September 12, 2019. We refer you to the minutes of that meeting for any additional agreements that may have been reached.

### PREA REQUIREMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Because this drug product for this indication has an orphan drug designation, you are exempt from these requirements. Please include a statement that confirms this finding, along with a reference to this communication, as part of the pediatric section (1.9 for eCTD submissions) of your application. If there are any changes to your development plans that would cause your application to trigger PREA, your exempt status would change.

### PRESCRIBING INFORMATION

In your application, you must submit proposed prescribing information (PI) that conforms to the content and format regulations found at 21 CFR 201.56(a) and (d) and 201.57 including the Pregnancy and Lactation Labeling Rule (PLLR) (for applications submitted on or after June 30, 2015). As you develop your proposed PI, we encourage you to review the labeling review resources on the PLR Requirements for Prescribing

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4591963

CONFIDENTIAL                                                                CCXI-0000304031

IND 120784
Page 13

Information[3] and Pregnancy and Lactation Labeling Final Rule[4] websites, which include:

- The Final Rule (Physician Labeling Rule) on the content and format of the PI for human drug and biological products.

- The Final Rule (Pregnancy and Lactation Labeling Rule) on the content and format of information related to pregnancy, lactation, and females and males of reproductive potential.

- Regulations and related guidance documents.

- A sample tool illustrating the format for Highlights and Contents, and

- The Selected Requirements for Prescribing Information (SRPI) – a checklist of important format items from labeling regulations and guidances.

- FDA's established pharmacologic class (EPC) text phrases for inclusion in the Highlights Indications and Usage heading.

Pursuant to the PLLR, you should include the following information with your application to support the changes in the Pregnancy, Lactation, and Females and Males of Reproductive Potential subsections of labeling. The application should include a review and summary of the available published literature regarding the drug's use in pregnant and lactating women and the effects of the drug on male and female fertility (include search parameters and a copy of each reference publication), a cumulative review and summary of relevant cases reported in your pharmacovigilance database (from the time of product development to present), a summary of drug utilization rates amongst females of reproductive potential (e.g., aged 15 to 44 years) calculated cumulatively since initial approval, and an interim report of an ongoing pregnancy registry or a final report on a closed pregnancy registry. If you believe the information is not applicable, provide justification. Otherwise, this information should be located in Module 1. Refer to the draft guidance for industry *Pregnancy, Lactation, and Reproductive Potential: Labeling for Human Prescription Drug and Biological Products – Content and Format.*

Prior to submission of your proposed PI, use the SRPI checklist to ensure conformance with the format items in regulations and guidances.

## **DISCUSSION OF SAFETY ANALYSIS STRATEGY FOR THE ISS**

After initiation of all trials planned for the phase 3 program, you should consider requesting a Type C meeting to gain agreement on the safety analysis strategy for the

---

[3] https://www.fda.gov/drugs/laws-acts-and-rules/plr-requirements-prescribing-information
[4] https://www.fda.gov/drugs/labeling/pregnancy-and-lactation-labeling-drugs-final-rule
**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4591963

CONFIDENTIAL                                                                                    CCXI-0000304032

IND 120784
Page 14

Integrated Summary of Safety (ISS) and related data requirements. Topics of discussion at this meeting would include pooling strategy (i.e., specific studies to be pooled and analytic methodology intended to manage between-study design differences, if applicable), specific queries including use of specific standardized MedDRA queries (SMQs), and other important analyses intended to support safety. The meeting should be held after you have drafted an analytic plan for the ISS, and prior to programming work for pooled or other safety analyses planned for inclusion in the ISS. This meeting, if held, would precede the Pre-NDA meeting. Note that this meeting is optional; the issues can instead be addressed at the pre-NDA meeting.

To optimize the output of this meeting, submit the following documents for review as part of the briefing package:
- Description of all trials to be included in the ISS. Please provide a tabular listing of clinical trials including appropriate details.

- ISS statistical analysis plan, including proposed pooling strategy, rationale for inclusion or exclusion of trials from the pooled population(s), and planned analytic strategies to manage differences in trial designs (e.g., in length, randomization ratio imbalances, study populations, etc.).

- For a phase 3 program that includes trial(s) with multiple periods (e.g., double-blind randomized period, long-term extension period, etc.), submit planned criteria for analyses across the program for determination of start / end of trial period (i.e., method of assignment of study events to a specific study period).

- Prioritized list of previously observed and anticipated safety issues to be evaluated, and planned analytic strategy including any SMQs, modifications to specific SMQs, or sponsor-created groupings of Preferred Terms. A rationale supporting any proposed modifications to an SMQ or sponsor-created groupings should be provided.

When requesting this meeting, clearly mark your submission "**DISCUSS SAFETY ANALYSIS STRATEGY FOR THE ISS**" in large font, bolded type at the beginning of the cover letter for the Type C meeting request.

## MANUFACTURING FACILITIES

To facilitate our inspectional process, we request that you clearly identify *in a single location*, either on the Form FDA 356h, or an attachment to the form, all manufacturing facilities associated with your application. Include the full corporate name of the facility and address where the manufacturing function is performed, with the FEI number, and specific manufacturing responsibilities for each facility.

Also provide the name and title of an onsite contact person, including their phone

**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4591963

CONFIDENTIAL

CCXI-0000304033

IND 120784
Page 15

number, fax number, and email address. Provide a brief description of the manufacturing operation conducted at each facility, including the type of testing and DMF number (if applicable). Each facility should be ready for GMP inspection at the time of submission.

Consider using a table similar to the one below as an attachment to Form FDA 356h. Indicate under Establishment Information on page 1 of Form FDA 356h that the information is provided in the attachment titled, "Product name, NDA/BLA 012345, Establishment Information for Form 356h."

| Site Name | Site Address | Federal Establishment Indicator (FEI) or Registration Number (CFN) | Drug Master File Number (if applicable) | Manufacturing Step(s) or Type of Testing [Establishment function] |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |

Corresponding names and titles of onsite contact:

| Site Name | Site Address | Onsite Contact (Person, Title) | Phone and Fax number | Email address |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |

## OFFICE OF SCIENTIFIC INVESTIGATIONS (OSI) REQUESTS

The Office of Scientific Investigations (OSI) requests that the items described in the draft guidance for industry *Standardized Format for Electronic Submission of NDA and BLA Content for the Planning of Bioresearch Monitoring (BIMO) Inspections for CDER Submissions* (February 2018) and the associated *Bioresearch Monitoring Technical Conformance Guide Containing Technical Specifications* be provided to facilitate development of clinical investigator and sponsor/monitor/CRO inspection assignments, and the background packages that are sent with those assignments to the FDA ORA investigators who conduct those inspections. This information is requested for all major trials used to support safety and efficacy in the application (i.e., phase 2/3 pivotal trials). Please note that if the requested items are provided elsewhere in submission in the format described, the Applicant can describe location or provide a link to the requested information.

Please refer to the draft guidance for industry *Standardized Format for Electronic*
**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4591963

CONFIDENTIAL                                                                                     CCXI-0000304034

IND 120784
Page 16

*Submission of NDA and BLA Content for the Planning of Bioresearch Monitoring (BIMO) Inspections for CDER Submissions* (February 2018) and the associated *Bioresearch Monitoring Technical Conformance Guide Containing Technical Specifications.*[5]

## 4.0    ISSUES REQUIRING FURTHER DISCUSSION
There were no issues requiring further discussion.

## 5.0    ACTION ITEMS
There were no action items.

## 6.0    ATTACHMENTS AND HANDOUTS
See attached ChemoCentryx slides.

---

[5] https://www.fda.gov/media/85061/download
**U.S. Food and Drug Administration**
Silver Spring, MD 20993
**www.fda.gov**

Reference ID: 4591963

CONFIDENTIAL                                                          CCXI-0000304035

# Pre-NDA Meeting

# Avacopan for ANCA-associated Vasculitis

*March 19, 2020*

CHEMOCENTRYX

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.   |   CONFIDENTIAL

CONFIDENTIAL

CCXI-0000304036

# Sponsor (ChemoCentryx) Participants

- Pirow Bekker, MD, PhD, Clinical Consultant

- Catherine Kelleher, MD, Sr. Vice President, Clinical Development

- Huibin Yue, PhD, Sr. Director, Biostatistics

- Peter Merkel, MD, MPH, Lead Investigator for CL010_168 and Chief, Division of Rheumatology, University of Pennsylvania

- Sunita Sethi, PharmD, Head, Regulatory Affairs

- Suhasini Kanagala, PhD, Associate Director, Regulatory Affairs

COPYRIGHT © 2020 CHEMOCENTRYX, INC.   CONFIDENTIAL

CHEMOCENTRYX

2

CONFIDENTIAL

CCXI-0000304037

# Agenda

- Sponsor would like to discuss Agency responses on the following questions:
  - Questions 1 and 3

- Sponsor needs additional clarification on:
  - Questions 4, 6, 9,12,13, and additional Agency comments on the SAP (Page 7 of Preliminary Meeting Comments, Reference ID 4575655)

- The sponsor accepts the Agency's response to the following Questions:
  - Questions 2, 5, 7, 8, 10, and 11

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.   |   CONFIDENTIAL

CHEMOCENTRYX

3

CONFIDENTIAL

CCXI-0000304038

# Question 1: Three Discussion Points

- Does the Agency agree that efficacy data from the randomized, double blind, double-dummy, active-controlled Phase 3 study CL010_168 meets substantial evidence standard to support NDA filing for the proposed indication noted herein?

  *[Tradename] is indicated for the treatment of adult patients with anti-neutrophil cytoplasmic antibody (ANCA)-associated vasculitis (granulomatosis with polyangiitis [GPA] or microscopic polyangiitis [MPA]) [See Clinical Studies (14.1)].*

- FDA preliminary comments
  - *The complexity of the study design of CL010_168 complicates the interpretation of a clinically meaningful benefit due to continued avacopan treatment. In your NDA submission, you will need to justify the clinical relevance of these results and address how you intend for avacopan to be used in clinical practice.*

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.  |  CONFIDENTIAL

CHEMOCENTRYX

CONFIDENTIAL

CCXI-0000304039

# Question 1: Indication Statement

1. Phase 3 study design

2. Clinical relevance of Phase 3 data

3. Intended use of avacopan

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.   |   CONFIDENTIAL

CHEMOCENTRYX

5

CONFIDENTIAL

CCXI-0000304040

# Question 1: Phase 3 Study Design

- Phase 3 study design follows Agency guidance given after End of Phase 2 meeting in July 2016:
  - Study option 2 (in meeting minutes) proposed a two-arm study design with a Week 52 assessment of efficacy.
  - We implemented this study design option.



Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CONFIDENTIAL

CCXI-0000304041

# Study Design of Phase 3 Study CL010_168



Two primary endpoints:
(both analyzed after 52 weeks)

1 BVAS Remission* at 26 Weeks

2 BVAS Remission* at 52 Weeks

Test Group (N=166)

Avacopan, 30 mg twice daily

Dummy prednisone taper over 20 weeks

RTX, 4 weeks or CYC, 13 weeks followed by AZA

Screening and Randomization

Control / SoC Group (N=165)

Placebo Avacopan, twice daily

Prednisone, 60 mg/day with standard tapering to zero over 20 weeks

RTX, 4 weeks or CYC, 13 weeks followed by AZA

RTX = Rituximab
AZA = Azathioprine
CYC = Cyclophosphamide
*BVAS Remission: BVAS of zero and no steroids for ≥4 weeks

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX

CONFIDENTIAL

CCXI-0000304042

# Clinical Relevance of ADVOCATE Primary Endpoints: Remission at Week 26 and Sustained Remission at Week 52, ITT Population



**** P < 0.0001 for non-inferiority of avacopan vs. control
** P = 0.0066 for superiority of avacopan vs. control (one-sided)

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CONFIDENTIAL

CHEMOCENTRYX

8

CCXI-0000304043

# Clinical Relevance of ADVOCATE Endpoints: Glucocorticoid Toxicity Index



**The GTI measures the following aspects of GC toxicity:**
- Infections
- Body mass index
- Blood pressure
- Glucose tolerance
- Lipids
- Myopathy
- Skin
- Neuropsychiatric

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX

CONFIDENTIAL

# Clinical Relevance of ADVOCATE Endpoints: Estimated Glomerular Filtration Rate



Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX

CONFIDENTIAL

CCXI-0000304045

# Clinical Relevance of ADVOCATE Endpoints:
# Quality of Life: SF-36 Physical Component and Domains



Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.   |   CONFIDENTIAL

# Question 1: Clinical Relevance of Phase 3 Data

- Superiority of avacopan vs prednisone group regarding sustained remission at Week 52
  - Difference in sustained remission rate:  12.5%, 95% CI (2.6, 22.3)

- Outcome of most secondary endpoints provide support for superior efficacy of avacopan vs prednisone:
  - Reduced glucocorticoid toxicity (GTI scores, AE assessments)
  - Greater recovery of renal function as measured by eGFR
  - Greater improvement in health-related quality of life based on SF-36 and EQ-5D-5L

- Safety data support positive benefit-risk assessment.



Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.  |  CONFIDENTIAL

CONFIDENTIAL

CCXI-0000304047

# Question 1: Intended Use of Avacopan

- Phase 3 study CL010 was designed to evaluate:

  1.  Whether avacopan could <u>safely and effectively reduce chronic glucocorticoid use</u> for the treatment of patients with active ANCA-associated vasculitis, and

  2.  Whether avacopan (compared to matching placebo) could <u>sustain remission</u> beyond Week 26.

- Regarding Point 1 above, the Phase 3 study showed that:

  – Avacopan group showed efficacy in achieving remission at Week 26.

  – Glucocorticoid-related toxicity was reduced over the first 26 weeks (GTI results) in the avacopan group.

  – Hence, avacopan could substitute for the chronic glucocorticoid regimen in the first 26 weeks for treatment of active ANCA-associated vasculitis.

# Question 1: Intended Use of Avacopan

- CL010 study was designed to determine:

  1. Whether avacopan could safely and effectively reduce chronic glucocorticoid use for the treatment of patients with active ANCA-associated vasculitis; and

  2. Whether avacopan (compared to matching placebo) could <u>sustain remission</u> beyond Week 26.

- Regarding Point 2 above, the Phase 3 study showed that:

  – Avacopan group was superior to prednisone group in achieving sustained remission at Week 52.

  – The outcome of secondary endpoints, including eGFR, SF-36, and EQ-5D-5L confirmed the efficacy of avacopan during the last 26 weeks.

  – Hence, there appeared to be benefit in continuing avacopan treatment after remission had been achieved.

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX

14

CONFIDENTIAL

CCXI-0000304049

# Question 1: Intended Use of Avacopan

- In summary:
  - The data from Phase 3 support an indication of "treatment of adult patients with anti-neutrophil cytoplasmic antibody (ANCA)-associated vasculitis (granulomatosis with polyangiitis [GPA] or microscopic polyangiitis [MPA]"

- We intend for avacopan to be used, instead of the oral glucocorticoid tapering regimen, as part of the treatment for ANCA-associated vasculitis to:
  1. Achieve remission, and then to
  2. Sustain remission.

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX
15

CONFIDENTIAL                                                                                                 CCXI-0000304050

# Question 3: Presentation of ISS

- Does the Agency agree with the proposal of presenting separate, non-integrated datasets for Phase 1, 2 and 3 studies in Module 5.3.5.3 Integrated Summary of Safety (ISS)?

- FDA Preliminary Response

  - *You should appropriately account for study differences in integrated analyses, either by adjusting for or stratifying by study. Furthermore, you should provide exposure-adjusted incidence rates, in addition to raw cumulative incidence proportions, because of the differing follow-up times between treatment arms between and within studies.*

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX
16

CONFIDENTIAL

CCXI-0000304051

# Question 3: Sponsor Clarification

- We agree to include integrated analyses of the two Phase 2 studies and the Phase 3 study for deaths, SAEs, events of special interest as defined in the ISS SAP, and AEs leading to discontinuation.

- We propose to adjust for study differences by calculating <u>study-size adjusted percentages</u> for the raw subject incidence of the above-mentioned events.

- We will also include exposure-adjusted first <u>incidence</u> rates and exposure-adjusted <u>event</u> rates for the above-mentioned events.

- Is this acceptable to the Agency?

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX

17

CONFIDENTIAL

CCXI-0000304052

# Question 4: Phase 3 Safety Analysis

- Does the Agency agree that the proposed safety data analysis plan for the Phase 3 study is adequate to support the review of the NDA?

- FDA Preliminary Response
  - *Point 1: Will unattributed AEs be included?*
  - *Point 2: Include separate presentation of deaths, SAEs, AESIs, and AEs leading to discontinuation for Day 1 through Week 20, and Week 21 through Week 60*
  - *Point 3:*
    - *Include exposure-adjusted analyses for deaths, SAEs, AESIs, and AEs leading to discontinuation*
    - *Specify estimand*
    - *Include "while on treatment" estimand*
    - *Include point estimates and 95% CIs*

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.   |   CONFIDENTIAL

CHEMOCENTRYX

18

CCXI-0000304053

# Sponsor Response to Question 4- Points to Clarify

- Point 1: Yes, all unattributed AEs will be included

- Point 2: For the Phase 3 study, we will include separate presentation of deaths, SAEs, AESIs, and AEs leading to discontinuation for:
    - Day 1 through Week 20, and
    - Week 21 through Week 60

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.  |  CONFIDENTIAL

CHEMOCENTRYX

19

CONFIDENTIAL

CCXI-0000304054

# Sponsor Response to Question 4- Points to Clarify

- Point 3: As mentioned in response to Q3, we will include exposure-adjusted incidence rates, and exposure-adjusted event rates for deaths, SAEs, AESIs, and AEs leading to discontinuation.

- Point estimates of the risk difference between groups and 95% CIs will be included.

- Regarding the estimand, our baseline approach is analyses of "all observed data" (whether on treatment or not).

- We do not think that "while on treatment" analyses would add significant value.
    - Rationale: The follow-up period in the Phase 3 study is only 8 weeks (compared to 52-week treatment period).
    - Is it acceptable to the Agency if "while on treatment" analyses are not conducted?

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX INC. | CONFIDENTIAL

CONFIDENTIAL

CHEMOCENTRYX

20

CCXI-0000304055

# Question 6: Narratives

- Does the Agency agree with the proposed plan for submitting safety narratives for the Phase 3 study?

- FDA Preliminary Response
    - *We agree with the proposed plan to submit safety narratives for SAEs (including deaths) and all withdrawals from the study due to AEs. Also submit safety narratives for AESIs.*

Reference ID: 4591963
COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL
CONFIDENTIAL
CCXI-0000304056

# Sponsor Clarification to Question 6

- We agree to submit safety narratives for SAEs (including deaths) and all withdrawals from the study due to AEs.

- For events of special interest, the Sponsor will include narratives for all patients with serious events and withdrawal from study due to AEs, <u>but not for non-serious events</u>.

  - Rationale: For non-serious AEs, information is limited to what has been collected in the eCRF.

  - Information collected in the eCRF and included in the NDA: subject listing for each non-serious adverse event with start date (study day and date), end date (study day and date), action taken with study drug, outcome, severity of the event and relatedness of the event to study drug (per the Investigator assessment).

- Does the Agency agree with this approach?

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX

22

CONFIDENTIAL

CCXI-0000304057

# Question 9: Submission of Statistical Programs

- Does the Agency agree with the proposed submission of statistical programs?

- FDA Preliminary Response
  - *Your proposed plan is acceptable. In addition, provide all programs and macros used to analyze baseline demographics, patient disposition, safety, and all efficacy endpoints proposed for inclusion in the product label. Provide the raw datasets with sufficient documentation which clearly details the creation of analysis dataset.*

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX INC. | CONFIDENTIAL

CHEMOCENTRYX

23

CONFIDENTIAL

CCXI-0000304058

# Sponsor Response to Question 9

- We agree to submit all programs and macros used to analyze baseline demographics, patient disposition, safety, and all efficacy endpoints proposed for inclusion in the product label.

- The creation of analysis dataset in the pivotal Phase 3 study and ISS is based on SDTM datasets. Therefore, the submission of raw datasets is not required.

- Is this acceptable to the Agency?



COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX

24

CONFIDENTIAL

CCXI-0000304059

# Question 12: Waiver of 120-Day Safety Update

- As all studies conducted with avacopan for the treatment ANCA-associated vasculitis will have been completed at the time of the NDA review, does the Agency agree with a waiver of the requirement to submit additional safety data at Day 120 (or Day 90) of the NDA review?

- FDA Preliminary Response:

  - *We acknowledge that all studies conducted with avacopan for the treatment of AAV will be completed at the time of the NDA submission. If no new safety data from clinical studies, off-label use, or literature are available, provide a cover letter at Day 120 (or Day 90) stating that there is no new safety information.*

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.   |   CONFIDENTIAL

CHEMOCENTRYX

25

CONFIDENTIAL

CCXI-0000304060

# Question 12: Sponsor Clarification

- As mentioned in the briefing package, the Sponsor would like to confirm that "clinical studies" is specific to ANCA vasculitis studies.

- Only blinded non-ANCA vasculitis studies (C3 Glomerulopathy and Hidradenitis Suppurativa) will be ongoing at the time of the NDA submission and hence will not be included in the Day 120 safety update report.
  - We will include in the ISS descriptive analyses of the completed studies: Phase 1 and Phase 2 studies in other indications.
  - Any SAEs reported in the compassionate use studies will also be described.

- Is that acceptable to the Agency?

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX

26

CONFIDENTIAL                                                                                    CCXI-0000304061

# Question 13: Phase 3 as Only Covered Study

- Does the Agency agree, due to the Phase 3 study CL010_168 providing the majority of the safety and efficacy data to support the proposed indication for avacopan, that this study can be considered the only covered study for the purposes of Financial Disclosure and Bioresearch Monitoring?

- FDA Preliminary Response:
  - *As you intend that Studies CL002_168 and CL003_168 will provide supportive evidence of efficacy and safety, these would also be covered clinical studies, and financial disclosure documents should be submitted.*

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX

27

CONFIDENTIAL

CCXI-0000304062

# Sponsor Question/Clarification

- Sponsor agrees to provide financial disclosure documents for Phase 2 studies (CL002 & CL003).

- Sponsor proposes that BIMO listings is not required for Phase 2 studies per guidance* for the following reasons:
  - Phase 2 Studies are not pivotal clinical trials (CL002_168 and CL003_168).
  - The Phase 3 study is the pivotal trial for this submission and will provide substantial evidence to support the AAV indication label.
  - Therefore the Sponsor plans to submit the BIMO listings for the Phase 3 study.

- Does the Agency agree the BIMO listings for the two Phase 2 Studies (CL002_168 and CL003_168) are not required?

*Standardized Format for Electronic Submission of NDA and BLA Content for the Planning of Bioresearch Monitoring (BIMO) Inspections for CDER Submissions (February 2018)

Reference ID: 4591963

CHEMOCENTRYX

28

COPYRIGHT © 2020 CHEMOCENTRYX, INC.  |  CONFIDENTIAL

# Additional Agency Statistical Comments

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CONFIDENTIAL

CHEMOCENTRYX
29

CCXI-0000304064

# Sponsor Response to Statistical Comment 1: Secondary Endpoints

- The instrument has now been tested in a number of studies, e.g., McDowell et al, 2019 (in asthma) and Ehlers et al, 2019 (in ANCA vasculitis).
  - These studies concluded that the GTI is sensitive to the changes in GC toxicity over time, both improvement and worsening.
  - Cumulative prednisone dose correlated strongly with increase in the Cumulative Worsening Score.

- Dr. John Stone, who led the development of the GTI, is in active discussion with the Agency regarding use of this instrument in clinical trials.

- In our Phase 3 study we included other assessments of GC toxicity, including an analysis of events based on EULAR search terms, and GC-related AEs based on Investigator blinded assessments.
  - The outcome of these assessments was consistent with the GTI score outcome.

Pamela Jane McDowell, John Stone, Kirsty Honeyford, Louise Dunn, R Jayne Logan, Claire A Butler, Liam Heaney European Respiratory Journal 2019 54: PA2513; **DOI:** 10.1183/13993003.congress-2019.PA2513; Ehlers et al. Ann Rheum Dis, volume 78, supplement 2, year 2019, page A2117
Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.   |   CONFIDENTIAL

CHEMOCENTRYX

CONFIDENTIAL

CCXI-0000304065

# Sponsor Response to Statistical Comment 1

- Regarding SF-36 and EQ-5D-5L, the Sponsor plans to include a "white paper" on the utility of these instruments in the NDA.

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

ChemoCentryx

CCXI-0000304066

# Sponsor Response to Statistical Comment 2: Non-inferiority Comparisons

- The SAP was written as a global document, taking all Health Authority guidance into account (including EMA).

- In order to address the Agency's concern regarding a non-inferiority study, we agreed after the EOP2 meeting to extend the Phase 3 study from 26 weeks to 52 weeks to enable a superiority assessment at Week 52.
  - See Study option 2 proposed by the Agency in EOP2 meeting (July 2016) minutes.

- We believe this addresses the Agency's guidance at EOP2.



Reference ID: 4591963          COPYRIGHT © 2020 CHEMOCENTRYX, INC.   |   CONFIDENTIAL          CHEMOCENTRYX   32

CONFIDENTIAL                                                                                    CCXI-0000304067

# FDA Statistical Comment 3

- *Define the estimand for your primary analyses.*

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.   |   CONFIDENTIAL

CHEMOCENTRYX

33

CONFIDENTIAL

CCXI-0000304068

# Definition of Estimand

- Two main population analyses were pre-specified for the Phase 3 study:
  - Intent-to-treat analyses: this corresponds to a "treatment policy strategy" estimand.
  - Per-protocol analyses: this corresponds to a "protocol compliant strategy" estimand.

- Additionally, a number of sensitivity and subgroup analyses were pre-specified (see slide 37).

- Detailed specifications of these analyses were prospectively defined in the SAP.

- The results from the ITT and PP analyses for both primary endpoints were consistent.

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX

34

CCXI-0000304069

# "Treatment Policy Strategy" Employed as Main Strategy for Both Primary Endpoints

- **Treatment condition:** Patients with active ANCA-associated vasculitis (GPA or MPA)

- **Population of Interest:** All randomized patients who received at least 1 dose of study medication (ITT Population)

- **Variables (endpoints) of Interest:**
  - Remission at Week 26: BVAS 0 and no GC use for AAV within 4 weeks prior to the Week 26 visit
  - Sustained remission at Week 52: Remission at Week 26 AND remission at Week 52 (BVAS 0 at Week 52 and no GC use for AAV within 4 weeks prior to the Week 52 visit) AND no relapse between Week 26 and 52

- **Handling of intercurrent events:** For main (ITT) analyses, the "treatment policy strategy" was employed. However, for early discontinuations, non-remission was imputed.

- **Population level summary measure:** Difference between treatment groups in proportions of subjects achieving the endpoints

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.   |   CONFIDENTIAL

CHEMOCENTRYX

35

CONFIDENTIAL

CCXI-0000304070

# "Protocol Compliant Strategy" Employed as Supportive Strategy for Both Primary Endpoints

- Treatment condition, Variables (endpoints) of Interest, and Population level summary measure were the same as for "Treatment policy strategy".

- **Population of Interest:**
  - All randomized patients who received at least 1 dose of study medication AND
  - Who did not have major eligibility criteria deviations (i.e., evidence of positive ANCA) AND
  - Who did not have missing Week 26 data.

- **Handling of intercurrent events was different:**
  - If <75% compliant with taking study medication, subject was considered a non-remitter (most conservative).
  - Subjects who used additional immunosuppressants, e.g., RTX or CYC, were imputed as non-remission (conservative).
  - For early discontinuations, non-remission was imputed.

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX

36

CONFIDENTIAL

CCXI-0000304071

# Additionally, Several Sensitivity and Subgroup Analyses Were Conducted

- Unstratified analyses

- Excluding subjects or imputing non-remission for subjects with high GC use during the study

- Remission without taking into account GC use during 4 weeks prior to Week 26 and 52

- Remission assessed by Investigators (instead of Adjudication Committee)

- By stratum analyses (i.e., newly diagnosed vs relapsing AAV, RTX vs CYC treatment, MPO+ vs PR3+ disease)

- By subgroup analyses, e.g., age, sex, geographic region, GPA vs MPA.

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.   |   CONFIDENTIAL



CHEMOCENTRYX

37

CONFIDENTIAL

CCXI-0000304072

# Sponsor Response to Statistical Comment 4: Missing data Handling Procedures

- Missing glucocorticoid use:

  - Data regarding ANY glucocorticoid use during the study were meticulously captured in the electronic data capture system, including name, dose, unit, frequency, route, start date, stop date, indication, reason for taking.

  - Study monitors reviewed source documents to ensure accurate recording of these data.

  - Therefore, all reasonable measures were taken to ensure that missing GC use recording was minimized.

- Subjects who missed data at Week 26 were imputed as non-responders of remission at Week 26, and by definition they were non-responders for sustained remission endpoint at Week 52. This is the most conservative imputation.

COPYRIGHT © 2020 CHEMOCENTRYX, INC.  |  CONFIDENTIAL



CHEMOCENTRYX

38

CONFIDENTIAL

CCXI-0000304073

# Sponsor Response to Statistical Comment 5: ANCOVA

- We acknowledge the limitation of the MMRM, including parametric and missing at random assumption

- We will add sensitivity analyses of ANCOVA for the following secondary endpoints:
  - Glucocorticoid Toxicity Index Cumulative Worsening Score and Aggregate Improvement Score
  - SF-36 Physical Component Score, Mental Component Score, and each domain
  - EQ-5D-5L Visual analogue scale score and index
  - Estimated glomerular filtration rate

- Is this acceptable to the Agency?

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CONFIDENTIAL

CHEMOCENTRYX

39

CCXI-0000304074

# Sponsor Response to Statistical Comment 6: Tipping Point Sensitivity Analyses

- The most significant source of missing data is subject discontinuation of study.

- At the EOP2 meeting, the Agency requested implementation of measures to retain subjects in the study.

- We complied and the discontinuation rate in the Phase 3 study was very low and balanced between the 2 treatment groups:

  - 154/164 (93.3%) and 155/166 (93.4%) completed Week 26 in prednisone and avacopan groups, respectively.

  - 152/164 (92.1%) and 151/166 (91.0%) completed Week 52 in prednisone and avacopan groups, respectively.



CHEMOCENTRYX

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. CONFIDENTIAL

40

CONFIDENTIAL

CCXI-0000304075

# Sponsor Response to Statistical Comment 6 (Continued)

- The imputation of missing data is very conservative:
  - Subjects who discontinued before Week 26 were imputed as non-remitters at Week 26 and non-sustained remitters at Week 52.
  - Subjects who discontinued before Week 52 were imputed as non-sustained remitters at Week 52.

- Under this conservative imputation of missing data, the avacopan group is still superior to prednisone in achieving sustained remission at Week 52.

- Therefore, does the Agency agree that tipping point analysis is not required for the analyses of primary endpoints?

- If the Agency is not in agreement, please provide specific requests for what would be needed regarding the primary endpoints.



Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CHEMOCENTRYX

41

CONFIDENTIAL

CCXI-0000304076

# Sponsor Response for Statistical Comment 7: Subgroup Analyses

- The Sponsor will include the requested subgroup analyses for the primary efficacy endpoints and safety.

Reference ID: 4591963

COPYRIGHT © 2020 CHEMOCENTRYX, INC.   |   CONFIDENTIAL

CHEMOCENTRYX

42

CCXI-0000304077



Reference ID 4591963

CONFIDENTIAL

COPYRIGHT © 2020 CHEMOCENTRYX, INC. | CONFIDENTIAL

CCXI-0000304078

---------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---------------------------------------------------------------------------------

/s/

----------------------------------------------------------------

BRANDI E WHEELER
04/14/2020 02:06:36 PM

Reference ID: 4591963

CONFIDENTIAL                                                    CCXI-0000304079