# Attachment 34

# Uslaner Declaration Ex. 68

# (ECF No. 303-36)

# Exhibit 68

FILED UNDER SEAL

Message
_____

**From:**       Sunita Sethi [/O=CHEMOCENTRYX/OU=EXCHANGE ADMINISTRATIVE GROUP
                (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=SUNITA SETHI2B7]
**Sent:**       5/13/2020 8:03:31 PM
**To:**         Thomas Schall [/o=Chemocentryx/ou=First Administrative Group/cn=Recipients/cn=tschall]
**Subject:**    RE: historical part
**Attachments:** 2014_05_19PIND120784MtgMin_Att_Chemo.pdf


Here are the meeting minutes; briefing book I will send separately-having difficulty downloading right now, since big file.

-Sunita

_____

**From:** Thomas Schall <tschall@chemocentryx.com>
**Sent:** Wednesday, May 13, 2020 12:53 PM
**To:** Sunita Sethi <ssethi@chemocentryx.com>
**Subject:** historical part

Hi Sunita.

Way before your time – but do you have files for the IND-opening meeting (briefing book and subsequent minutes) with FDA for CCX168 (avacopan)?  I think that meeting happened in June or July of 2014.

This meeting ultimately led to the CLASSIC trial design for the US. (The agency rejected a CLEAR trial design for the US at that point, even though we had 'pilot study' data in Europe showing that with CCX168 we could safely reduce or eliminate steroids).

Very best,
Tom

CONFIDENTIAL                                                                                    CCXI-0002683078



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

PIND 120784

**MEETING MINUTES**

ChemoCentryx, Inc.
850 Maude Avenue
Mountain View, CA 94043

Attention:     Becky Schulz, R.N.
               Senior Regulatory Affairs Specialist

Dear Ms. Schulz:

Please refer to your Pre-Investigational New Drug Application (PIND) file for CCX168.

We also refer to the telecon between representatives of your firm and the FDA on April 21, 2014.  The purpose of the meeting was to discuss the clinical development program and planned initial IND clinical trial.

A copy of the official minutes of the telecon is enclosed for your information.  Please notify us of any significant differences in understanding regarding the meeting outcomes.

If you have any questions, call me at (301) 796-3367.

Sincerely,

*{See appended electronic signature page}*

Leila P. Hann
Regulatory Project Manager
Division of Pulmonary, Allergy, and Rheumatology
Products
Office of Drug Evaluation II
Center for Drug Evaluation and Research

Enclosure:
 Meeting Minutes

Reference ID: 3509014

CONFIDENTIAL

CCXI-0002683079



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

## MEMORANDUM OF MEETING MINUTES

**Meeting Type:**          B
**Meeting Category:**      Pre-IND

**Meeting Date and Time:**  April 21, 2014 at 10:00 – 11:00 AM
**Meeting Location:**       teleconference

**Application Number:**    120784
**Product Name:**          CCX168
**Indication:**            ANCA-associated glomerulonephritis
**Sponsor Name:**          ChemoCentryx, Inc.

**Meeting Chair:**         Badrul A. Chowdhury, M.D., Ph.D.
**Meeting Recorder:**      Leila P. Hann

### FDA ATTENDEES
Badrul A. Chowdhury, M.D., Ph.D., Director, Division of Pulmonary, Allergy, and Rheumatology Products (DPARP)
Lydia I. Gilbert-McClain, M.D., Deputy Director, DPARP
Janet Maynard, M.D., M.H.S., Clinical Team Leader, DPARP
Suzette Peng, M.D., Clinical Reviewer, DPARP
Marcie Wood, Ph.D., Non-Clinical Supervisor, DPARP
Timothy Robison, Ph.D., Non-Clinical Team Leader, DPARP
Andrew Goodwin, Ph.D., Non-Clinical Reviewer, DPARP
Eleni Salicru, Ph.D., Non-Clinical Reviewer, DPARP
Andrea L. Benedict, Ph.D., Non-Clinical Reviewer, DPARP
Craig Bertha, Ph.D., Acting Chemistry and Manufacturing Controls (CMC) Lead, Division of New Drug Quality Assessment III
Albert (Tien Mien) Chen, Ph.D., Biopharmaceutics Reviewer, Office of New Drug Quality Assessment
Satjit Brar, Ph.D., Team Leader, Division of Clinical Pharmacology II (DCPII)
Yunzhao Ren, Ph.D., Clinical Pharmacology Reviewer, DCPII
Ruthanna Davi, Ph.D., Acting Team Leader, Division of Biostatistics II (DBII)
Yongman Kim, Ph.D., Biometrics Reviewer, DBII
Leila P. Hann, Regulatory Health Project Manager, DPARP
Kimberly Smith, M.D., Clinical Reviewer, Division of Cardiology and Renal Products

### SPONSOR ATTENDEES
Pirow Bekker, M.D., Ph.D., Senior Vice President, Medical and Clinical Affairs

Reference ID: 3509014

CONFIDENTIAL                                                                      CCXI-0002683080

PIND 120784
Page 2

Becky Schulz R.N., Manager, Regulatory Affairs
Kelly Ferreira, Regulatory Affairs Assistant
Andrew Pennell, Ph.D., Sr. Director, Preclinical Development
Daniel Dairaghi, Ph.D., Sr. Director, Molecular Pharmacology and Biomarkers
Shichang Miao, Ph.D., Sr. Director, Discovery and Clinical DMPK
Trevor Charvat, Ph.D., Manager, Pharmaceutical Development
Anne-Marie Duliege, M.D., Acting E.V.P., Chief of Strategic Development
David Jayne, M.D., Consultant Nephrologist, University of Cambridge, U.K. and Director
Vasculitis and Lupus Clinic: Addenbrooke's Hospital, U.K.
Patrick Nachman, M.D., Consultant Nephrologist, Professor of Medicine: University of North
Carolina Kidney Center
Curt Scribner, M.D., Regulatory Consultant, R.R.D., International
Brian Rogers, Ph.D., M.B.A., D.A.B.T., Toxicology Consultant, Pacific Biodevelopment
Joel Zingerman, CMC Consultant

## 1.0    BACKGROUND

On January 16, 2014, a pre-IND meeting request was received from ChemoCentryx, Inc.  On
February 06, 2014, a meeting was granted with DPARP and a telecon was held on April 21,
2014.

## 2.  DISCUSSION
**Introductory Comments**

You intend to open IND 120784 with the "Step 3" or trial expansion of CL002_168.  This study
is a randomized, double-blind, placebo-controlled trial to evaluate the safety and efficacy of
CCX168 in subjects with ANCA-associated renal vasculitis on cyclophosphamide (CYC) or
rituximab (RTX).  You will perform non-inferiority analysis, and, if you are successful, you will
look for superiority.  We have several concerns regarding your current proposed development
program outlined below.  Due to these concerns, we highly recommend that you pursue a Phase
2 dose-ranging, proof-of-concept study at which time you incorporate some of our suggestions
regarding treatment arms, background therapy, endpoints, duration of treatment, etc (See #6,
below).  Because improvement in renal parameters may take months to fully manifest after
treatment, you should consider performing a proof-of-concept/dose-finding study in the broader
population of ANCA-associated vasculitis (AAV) patients, using an accepted disease activity
measure such as the BVAS.  After you gather data from such a study, you may request a meeting
to further discuss a phase 3 trial in the specific population you are seeking.  Our concerns
regarding your proposed development program include:

1)  **Indication and target population**
    On page 16 of the meeting package, you state that CCX168 will be "indicated for the
    induction treatment of patients with ANCA-associated glomerulonephritis (renal vasculitis)."
    However, in other areas of the meeting package, you hypothesize that CCX168 will induce
    renal response while being corticosteroid-sparing.  Based on your protocol, it appears that
    some patients will be on lower doses of steroids and some patients will not receive steroids
    during GPA and MPA induction.  Since corticosteroids are currently standard of care in the
    treatment of GPA and MPA, you would need to provide data that patients will not be

Reference ID: 3509014

CONFIDENTIAL

CCXI-0002683081

PIND 120784
Page 2

irreversibly harmed if they were not treated with a standard corticosteroid regimen. At this stage in your development, we recommend that CCX168 be used as adjunct therapy to standard of care, rather than with modified corticosteroid regimens (See also #4b). Later in development, modified corticosteroid regimens could be discussed if there were adequate data to support the conclusion that these regimens would not lead to irreversible harm to patients.

In addition, we are concerned regarding your proposed target population of "renal vasculitis." While there are patients with renal-limited vasculitis, many patients with renal-limited vasculitis eventually develop systemic disease. Based on the reported Birmingham Vasculitis Activity (BVAS) Scores in Study CL002_168, it appeared that the enrolled patients had extra-renal manifestations. In addition, your proposed treatment population is subjects with *systemic* granulomatosis with polyangiitis (GPA) and *systemic* microscopic polyangiitis (MPA) by the 2012 Chapel Hill consensus definitions who have renal disease. Limiting the study population to strictly renal-limited vasculitis may not be feasible given the small number of patients who are strictly renal-limited and does not appear to reflect the patient population enrolled in Steps 1 and 2 or planned for Step 3 of Study CL002_168. Because improvement in renal parameters may take months to fully manifest after treatment, you should consider performing a proof-of-concept/dose-finding study in the broader population of ANCA-associated vasculitis (AAV) patients, using an accepted disease activity measure such as the BVAS. After you gather data from such a study, you may request a meeting to further discuss a Phase 3 trial in the specific population you are seeking.

2) **Inclusion/exclusion criteria**

   a) You do not require a renal biopsy to confirm glomerulonephritis if subjects have hematuria (≥30 RBCs/hpf or ≥2+ on dipstick) and proteinuria (albumin:cr ratio ≥ 0.3g/g). As evidence of hematuria and proteinuria are not specific for pauci-immune GN, we recommend that subjects have a renal biopsy confirming pauci-immune GN within a given time period before screening. In addition, subjects must have evidence of active disease, which should include abnormal renal function (abnormal eGFR and abnormal urinary sediment – urine RBCs, WBCs, or cellular casts).

   b) You require "adequate contraception" for subject while and after taking study drug. However, your options for maintenance therapy (specifically, CYC, MTX, MMF) will also require that subjects use contraception. Therefore, depending on the choice of maintenance therapy, the study subjects may need to use "adequate contraception" for the duration of the study and, perhaps, for a period of time after the study.

   c) CCX168 is a C5aR inhibitor. The terminal complement pathway is an important part of the immune response, and patients exposed to CCX168 may be at increased risk of certain infections, particularly related to encapsulated organisms and Neisseria infections. Therefore, you should add safety measures to help mitigate this risk. Specifically, you should:

      i) Exclude subjects who have had a recent infection or a history of Neisseria infection.

Reference ID: 3509014

CONFIDENTIAL                                                     CCXI-0002683082

PIND 120784
Page 3

ii) Administer the meningococcal vaccination at least 2 weeks prior to receiving CCX168.

iii) Ensure that subjects are informed via the Investigator's Brochure as well as the Informed Consent that they may be at higher risk of infections with encapsulated organisms and particularly Neisseria infections.

iv) Use the current U.S. Preventive Services Task Force screening recommendations for gonorrhea. These guidelines emphasize screening all women who are at increased risk of infection. There was insufficient evidence to recommend for or against screening men at increased risk of infection, but you might also want to consider screening men.

v) Inform other providers who are caring for the enrolled subjects realize that the subjects are at risk of Neisseria infections.

## 3) Endpoints

### a) Primary endpoint

Your proposed primary endpoint is renal remission defined as subjects meeting the following parameters:

- An increase in eGFR (MDRD serum creatinine equation)
- Decrease in hematuria (central laboratory microscopic count of urinary RBCs)
- Decrease in albuminuria (first morning urinary albumin:creatinine ratio)

We agree that these 3 aspects of renal function (renal function, hematuria, proteinuria) are important. However, your definitions of renal response and renal remission are **not** adequate. We acknowledge your argument that it is difficult to place thresholds given the range in the patient's baseline values (page 66). Without any values, though, your definition is too vague. For example, it would not be clinically meaningful if a subject decreased his/her urine RBCs from 3 RBCs/hpf to 2 RBCs/hpf. Further, the proposed endpoint does not capture the other systemic manifestations of GPA/MPA.

For your primary endpoint, we recommend you use BVAS remission (BVAS≤1) or change in BVAS. If a subject is able to achieve BVAS remission, this inherently means that subjects would have achieved a renal response, as the BVAS score includes several major renal parameters to include hypertension, serum creatinine, change in renal function (from baseline), hematuria, and proteinuria. In addition, the BVAS would assess the other organ manifestations and, thus, be more clinically appropriate given the proposed study population.

### b) Secondary endpoints

Secondary endpoints could focus on parameters of renal function. In developing these renal parameters, you should consider a change from baseline or specific magnitude of change. For example, one of the renal parameters of both the BVAS and the BVAS/WG is a rise in creatinine >30% or fall in creatinine clearance >25%. This would take into account the subject's baseline. Other important secondary endpoints include proportion of patients requiring dialysis and progressive renal impairment and mortality.

Reference ID: 3509014

CONFIDENTIAL                                                CCXI-0002683083

PIND 120784
Page 4

c) **Timing of endpoint assessment/duration of study**
We do not agree with the proposed timing of your primary endpoint (12 weeks) and duration of the study. While 12 weeks would be acceptable for a dose-ranging study in a broader range of AAV patients, it would be too short a duration to document successful treatment of renal vasculitis. In addition, in order to assess the impact of CCX168 on steroid requirements, patients would need to be off steroids for a period of time prior to endpoint assessment.

If you decide to perform a longer study, you will need to have adequate non-clinical support. See the pharm-tox team's recommendations regarding non-clinical support for a study of longer duration.

4) **Proposed treatment arms**

a) **Dose-ranging in the target population**
Although you performed a dose-ranging evaluation in your phase 1 study in healthy volunteers, you have no dose-ranging in the target population. Prior to initiation of a pivotal study, you will need to provide dose-ranging studies in the target population.

b) **Treatment Groups**
You intend to study 3 treatment groups:
- Standard of care (SOC) – CYC/RTX + prednisone 60mg
- CCX168 30mg bid + CYC/RTX + low dose of steroids (prednisone 20mg)
- CCX168 30mg bid + CYC/RTX + no steroids

We believe that it will be difficult to disentangle the contribution of steroids to the efficacy of the regimen. We are unaware of data that speak to the incremental treatment effect of steroids or of different steroid doses in this disease. Thus, we do not feel that the treatment arm with CCX168 + low dose steroids + CYC/RTX provides any clinically meaningful information.

We also have concerns regarding your treatment arm with CCX168 + no steroids + CYC/RTX. There is insufficient evidence that there will not be irreversible harm if you do not give any steroids with induction, as steroids are standard care with all current regimens (CYC iv or po and RTX) and you have not provided adequate data to support the use of CCS168 as a replacement for standard of care. Therefore, at this stage in development, we recommend you perform a proof of concept study in which CCX168 is added to standard of care that includes steroids. After completion of this study, we would be open to discussions of future trial design.

c) **Concomitant medications**
We recommend that you clearly indicate the dosing of all medications that will be given concomitantly to the study subjects.
i) Background therapy – You intend for background therapy of CYC iv or RTX. We recommend that you clearly delineate the dose and frequency of CYC iv, e.g., 15 mg/kg every 2 weeks during induction. For RTX, we recommend that you one

Reference ID: 3509014

CONFIDENTIAL                                                                CCXI-0002683084

PIND 120784
Page 5

regimen for investigators. We recommend the approved regimen of 375mg/m$^2$ weekly for 4 weeks.

Further, you will need to provide justification for the use of iv, rather than po CYC.

ii) Maintenance therapy – You leave the choice of maintenance therapy to the "investigator's discretion." Investigators may choose to continue CYC iv or may switch the subjects to MTX, MMF, or AZA. This leaves a considerable amount of variability during the follow-up period and may make it difficult to interpret the significance of any relapse during the maintenance period. We recommend that you choose one regimen for maintenance of remission for all subjects.

iii) Steroids for flare – You simply state that subjects may use iv methylprednisolone or po prednisone for disease flare. We recommend that you provide a specific regimen for investigators to follow. In your results for Steps 1 and 2, you had a patient receive prednisolone 200mg daily x 3 days. This is not a regimen that would be used commonly in the United States.

iv) Steroid regimen –Patients with ANCA-associated glomerulonephritis are often initiated on intravenous methylprednisolone, with subsequent transition to oral prednisone. You should justify your proposal to initiate active control patients on oral steroids instead of intravenous methylprednisolone.

5) **Non-inferiority design**
We do not agree with your proposed non-inferiority trial design at this stage in your development due to the concerns outlined above, including the trial duration, primary endpoint, and treatment groups.

6) **Recommended development program**
We recommend modifications to your proposed development program. The currently available data are inadequate support for you to proceed to a pivotal trial in GPA and MPA. You should perform a proof of concept/dose-ranging trial to better characterize the doses and design to be used in your phase 3 program. This dose-ranging trial should explore a range of doses, which will better characterize the appropriate doses to be used in your phase 3 program. In the dose-ranging trial, CCX168 should be used as adjunct therapy to standard of care, rather than with modified corticosteroid regimens. We recommend the dose-ranging trial include patients with a broader range of manifestations and use the BVAS to assess treatment effect.

After you gather data from such a study, you may request a meeting to further discuss a phase 3 trial design. The data from the dose-ranging trial will help determine whether it would be more appropriate to utilize CCX168 as an adjunct to standard of care or as replacement for corticosteroids, which are standard of care in GPA and MPA.

_**Discussion:**_ The sponsor agreed to incorporate many of the changes recommended by the Division, such as recommendations regarding the patient population and endpoints. In

Reference ID: 3509014

CONFIDENTIAL

CCXI-0002683085

PIND 120784
Page 6

addition, the sponsor agreed to evaluate two doses of CCX168 in the opening IND study. However, the sponsor noted that they would like to evaluate CCX168 as a replacement for steroids, rather than as adjunct therapy to current standard of care, which includes steroids. The Division reiterated their concerns for the proposed use of reduced steroids in the study. The two major areas of concern are the ethical issue of potential irreversible harm and the ability to interpret the results.  In terms of ethical considerations, steroids are standard of care with all current regimens and there is insufficient evidence that there will not be irreversible harm if steroids are not given with induction.  In terms of ability to interpret the results, the proposed study design will make it difficult to disentangle the contribution of steroids to the efficacy of the regimen.  Therefore, at this stage in development, the Division recommends the sponsor perform a proof of concept study in which CCX168 is added to standard of care that includes steroids.  If the sponsor decides to maintain the currently proposed study design, the protocol must include justification for the reduced steroids.

In terms of safety considerations, the sponsor noted that CCX168 does not increase the risk of Neisseria infections.  Further, there may be limited effectiveness of vaccination in the setting of immunosuppression.  Thus, the sponsor did not feel that meningococcal vaccination needs to be administered prior to initiation of CCX168..  The Division noted that the rationale would need to be included in the IND submission.

## 2.1.    Chemistry, Manufacturing,  and Controls

*Question 1:*  Does the Division agree with the current shelf-life specification for the 10mg CCX168 capsule?

*FDA Response to Question 1:*  We recommend that you refer to the ICH Q6A guideline regarding the development of your drug product specification.  We also have some additional comments for your consideration:
- It is recommended that you use a specific identity test, or two complementary non-specific identity tests.
- Justification for the absence of testing for water content will be necessary.
- Refer to the ICH Q3 documents regarding impurities.

*Discussion:*  The sponsor accepted FDA's response, no discussion occurred.

*Question 2:*  Does the Division agree that the qualitative and quantitative composition of the current semi-solid filled gelatin capsule formulation of CCX168 could be commercially viable with appropriate characterization including supportive stability?

*FDA Response to Question 2:*  Consideration regarding whether or not the proposed drug product can be marketed profitably is outside the scope of the Agency's purview.

*Discussion:*  The sponsor clarified that they were inquiring about the safety qualification of the excipients in the proposed formulation, specifically Cremophor RH40. The Division stated that the total proposed daily dose of Cremophor RH 40 would need to be qualified with nonclinical studies of sufficient dose and duration, and that data or right of reference to

Reference ID: 3509014

                                                       CCXI-0002683086

PIND 120784
Page 7

such data should be included in the IND submission. The sponsor indicated that they would include toxicology data (i.e., chronic toxicology studies with rats and dogs) from the manufacturer in the IND submission for review.

Additional Biopharmaceutics Comment:
Your proposed disintegration method is NOT acceptable for an oral capsule dosage form. Instead, a dissolution method needs to be developed as follows.

1. **Dissolution Testing:** Include the dissolution method report supporting the selection of the proposed test.  This report should include the following information:
   a. Solubility data for the drug substance as a function of pH range;
   b. Detailed description of the dissolution method being proposed for the evaluation of your product and the developmental parameters (*i.e., selection of the equipment/apparatus, dissolution media, agitation/rotation speed, pH, assay, sink conditions, etc.*).  If a surfactant was used, include the data supporting the selection of the type and amount of surfactant.  The testing conditions used for each test should be clearly specified.  If possible, the dissolution profile should be complete and cover at least 85% of drug release of the label amount or whenever a plateau (i.e., no increase over 3 consecutive time-points) is reached.  We recommend use of at least twelve samples per testing variable;
   c. Provide the complete dissolution profile data (*individual, mean, SD, profiles*) for your product.  The dissolution data should be reported as the cumulative drug release with time; and
   d. Include the testing conducted to demonstrate the discriminating capability of the selected dissolution test as well as the supportive validation data for the dissolution method (i.e., method robustness, etc.) and analytical method (precision, accuracy, linearity, stability, etc.).

2. **Dissolution Acceptance Criteria:** Provide the complete dissolution profile data (i.e., 10, 20, and 30 minutes; 1, 2, 4, 6, 8, 10, and 12) from the clinical and stability registration batches supporting the selection of the dissolution acceptance criteria (i.e., specification-sampling time points and specification values).  For the setting of the drug dissolution acceptance criteria, the following points should be considered:
   a. The in vitro dissolution specifications should encompass the timeframe over which at least 85% of the drug is dissolved or where the plateau of drug dissolved is reached if incomplete dissolution is occurring.
   b. Data from the lots used in the clinical trials and primary stability studies must be used.
   c. The dissolution acceptance criteria should be set in a way to ensure consistent performance from lot to lot and these criteria should not allow the release of any lots with dissolution profiles outside those that were tested clinically.

Reference ID: 3509014

CONFIDENTIAL                                                                    CCXI-0002683087

PIND 120784
Page 8

Note that the final determination on the acceptability of the dissolution method is a review issue that can be determined during the IND or NDA. However, the acceptability of the proposed dissolution acceptance criteria for your product will be made during the NDA review process based on the totality of the provided data.

***Discussion:*** The sponsor accepted FDA's response, no discussion occurred.

## 2.2.    Nonclinical

***Question 3:*** Does the Division agree that the existing preclinical safety pharmacology, toxicology, and absorption, distribution, metabolism and excretion studies are sufficient to allow the initiation of clinical trial CL002_168 in patients with ANCA-associated glomerulonephritis in the United States?

***FDA Response to Question 3:*** Pending review of study data and confirmation of the NOAELs in the 13-week rat study and 20-week monkey study, the safety margins in these studies (on an AUC basis compared to projected clinical exposures) appear sufficient to support your proposed dosing of CCX168 at 60 mg per day for 12 weeks in ANCA-associated glomerulonephritis patients. Longer clinical trials would require support from nonclinical studies of equal or greater duration (up to 6 months in rodents and up to 9 months in non-rodents, per *ICH M3(R2) Guidance*).

However, we have noted a number of concerns with regards to your nonclinical development program that will need to be addressed as you proceed with development of CCX168 (refer to our responses to Questions 4, 5, and 6).

***Discussion:*** The sponsor accepted FDA's response, no discussion occurred.

***Question 4:*** Does the Division agree that the selection of rats and cynomolgus monkeys to conduct the long-term preclinical toxicology programs provides adequate opportunity to assess the safety profile of CCX168?

***FDA Response to Question 4:*** We agree with the selection of the cynomolgus monkey as the non-rodent species for the CCX168 nonclinical program. As noted in the meeting package, we strongly recommend that you seek to achieve higher exposures in future monkey studies in an attempt to identify dose-limiting toxicity and/or target organs of toxicity.

While it is concerning that CCX168 and its active metabolite lack pharmacological activity in the rat, this may be an acceptable rodent species for CCX168 general toxicology studies. However, it does not appear as though your rat studies to date have adequately characterized the toxicity of CCX168 based on the lack of exploration of doses greater than 100 mg/kg. Adequate justification for your high-dose selection should be provided in your IND. Data provided in the package do not support your assertion that 100 mg/kg represents the "highest achievable" exposure to CCX168 in rats based on saturation of absorption.

Reference ID: 3509014

                                                        CCXI-0002683088

PIND 120784
Page 9

Alternatively, if you intend to justify the high-dose level based on AUC margins compared to the projected clinical exposure (6135 ng*h/mL), we refer you to the recommendation for 50-fold multiples (*ICH M3(R2)Guidance* for general toxicology studies) and >25-fold multiples (*ICH S1C(R2) Guidance* for carcinogenicity studies).  The exposure margins achieved in your 13-week rat study (9.2x in males and 18.6x in females) do not appear to be sufficient to characterize the toxicity of CCX168 or select doses for carcinogenicity assessment, given that no apparent dose-limiting toxicity was reported.  We note that b.i.d. dosing could be considered in order to increase exposure levels in the rat, as you propose for your monkey study.  We recommend that you consider addressing these concerns in shorter-term studies either before initiating or in parallel with the chronic rodent toxicity study.

We agree with your intention to evaluate the hamster as a pharmacologically relevant rodent species for nonclinical studies.  We note that the hamster toxicology studies (e.g., the proposed developmental/reproductive toxicology studies and the 13-week dose-ranging study to support the carcinogenicity assessment) may be valuable in characterizing the toxicity of CCX168, and a full program of general toxicology studies in the hamster might be considered.

Identification of dose-limiting toxicity and/or target organ of toxicity are an important objectives of your nonclinical program in terms of facilitating adequate study design and safety monitoring plans for proposed clinical trials as well as fulfilling the need to characterize the toxicity profile of CCX168 for a potential NDA submission.

***Discussion:***  The Division clarified that the 13 week hamster study may assist in characterizing the toxicity of CCX168, such as by identifying target organs of toxicity. There is no requirement for a 6 month study.

The sponsor stated that BID dosing will be investigated but may be an issue in terms of the tolerability of increased daily dosing volumes of the current vehicle. The sponsor reiterated that they feel their data supported the conclusion that saturation of absorption had been achieved in the rat at 100 mg/kg/day.
The Division noted that demonstrating saturation of absorption as a rationale for selecting the highest dose in pivotal nonclinical studies is acceptable but can be difficult.. The Division offered general guidance regarding demonstrating saturation of absorption that would apply to dose selection for general toxicology, developmental/reproductive toxicology, and carcinogenicity studies. This method will require justification of the saturation of absorption for both the parent and metabolites in each species.  The pharmacokinetic data used to justify saturation should be from repeat-dose studies in which steady-state exposure is achieved for both parent and metabolite.  In addition, the IND submission should include evidence that a reasonable effort was made with regard to vehicle formulation development aimed at achieving maximum plasma concentration.

***Question 5a:***  Presuming exposures to CCX168 and CCX168-M1 in the hamster species can be achieved that are significantly higher than the anticipated absolute and C5a receptor potency adjusted human exposures at clinically relevant doses, would the Division prefer the use of the hamster as the second species on the basis of receptor potency?

Reference ID: 3509014

CONFIDENTIAL                                                                    CCXI-0002683089

PIND 120784
Page 10

***Question 5b:***  Alternatively, as there is much less historical reproductive toxicology control data available for the hamster, would the Agency prefer the use of the standard species, rat and rabbit?

***FDA Response to Question 5:***  Pharmacological relevance, sufficient exposure levels relative to clinical doses, demonstration of maternal toxicity, and availability of historical control data are each factors to consider for the CCX168 developmental/reproductive toxicology program.  Our recommendations below are based on the limited information available in the briefing package; we may be able to provide additional guidance after data are available from your hamster and dose-ranging reproductive toxicology studies.

We agree that the rabbit would be an acceptable species for EFD studies, assuming sufficient maternal toxicity can be demonstrated.  The lack of pharmacological relevance for the rat raises significant questions and we do not recommend conducting developmental/ reproductive toxicology studies in the rats.

While we do not employ "potency-adjusted" exposure calculations, we agree with your proposal to conduct developmental/reproductive toxicology studies in the hamster.  Selection of the hamster should be supported by toxicokinetic data showing adequate AUC exposure margins relative to the human exposure at the proposed clinical dose and/or sufficient maternal toxicity.  The hamster appears to be a reasonable species for FEED and EFD studies, although limited historical control data may be of greater concern for the PPND assessment.  If there is insufficient supportive information for the use of hamsters, the cynomolgus monkey would be an acceptable species for the PPND assessment.

We refer you to the *ICH M3(R2)* and *S5(R2) Guidances* for the expected timing and extent of developmental/reproductive toxicology studies.  Based on the serious nature and unmet medical need for the ANCA-associated glomerulonephritis indication, it may be acceptable to conduct FEED, EFD, and PPND studies in parallel with late-stage clinical trial(s).  Verification of the lack of adverse effects on the reproductive organs in general toxicology studies in two species, as well as appropriate contraception requirements in the clinical trial(s) would be required.  All studies would be required at the time of a potential NDA submission.

***Discussion:***  The use of saturation of absorption to justify high-dose selection in developmental and reproductive toxicology studies was discussed under Question 4. Pending review of data, FDA agreed that hamsters and rabbits were acceptable species for FEED and EFD studies.

***Question 6a:***  Are the preclinical studies (completed and proposed) adequate to support initially a clinical indication of induction treatment of ANCA-associated glomerulonephritis?

***Question 6b:***  As CCX168 is being investigated for the treatment of a serious debilitating disease and given the considerations in Section 11.4.3, is the plan proposed by

Reference ID: 3509014

CONFIDENTIAL                                                                 CCXI-0002683090

PIND 120784
Page 11

ChemoCentryx to initiate the carcinogenicity studies concomitantly with clinical trial CL002_168 and to complete the carcinogenicity studies post-approval acceptable?

***FDA Response to Question 6:***  Based on the stage of development and the current uncertainty around species selection for certain pivotal studies, it is premature to comment on nonclinical study requirements and timing of submissions to support approval.  We can provide more definitive comments after the IND has been opened.

Based on the information in the briefing package, it appears that rat and hamster would be reasonable species selections for the carcinogenicity assessment.  The timing of carcinogenicity studies will depend, in part, on the findings in general toxicology studies (e.g., neoplastic or pre-neoplastic lesions might require earlier submission).

Notwithstanding the comments in our response to Question 4 regarding your general toxicology program, your proposed chronic toxicology study designs appear acceptable.  We recommend that you repeat the TDAR assessment and CNS/respiratory safety pharmacology endpoints in your chronic study in the cynomolgus monkey, which is a pharmacologically relevant species.  For your rodent study, mid- and low-dose groups should be read down to determine a NOAEL for any findings observed at the high-dose without attribution to cause.

***Discussion:***  The sponsor confirmed that they would conduct the TDAR assessment in the chronic monkey study but stated that the requested CNS and pulmonary safety pharmacology assessments in monkeys may be of limited clinical utility and unnecessary due to the availability of human data..  The Division stated that the comment was only a recommendation and that the standard clinical observations would be sufficient in the monkey study.  The use of saturation of absorption to justify high-dose selection in carcingenicity studies was discussed under Question 4.

**Additional Nonclinical Comments**
- Provide structures of any impurities and degradants of the drug substance and drug product in your IND submission.  Monitor impurities and degradation products of all active ingredients and refer to ICH Guidance [ICH Q3A(R) and ICH Q3B(R)] for possible qualification requirements.  Impurities or degradants of active ingredients that are identified as structural alerts should be at or below acceptable qualification thresholds to support an IND or NDA as described in the ICH M7 Draft Consensus Guideline, *Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk (Step 2 Version dated February 6, 2013).*
- We remind you that use of any novel excipient or excipient exceeding levels currently approved oral products will need to be qualified for safety prior to initiating clinical studies as described in *Guidance for Industry: Nonclinical Studies for the Safety Evaluation of Pharmaceutical Excipients (May 2005).*

***Discussion:***  Use of the excipient, Cremophor RH40, was discussed under Question 2.

Reference ID: 3509014

CONFIDENTIAL                                                                                  CCXI-0002683091

PIND 120784
Page 12

## 2.3.    Clinical/Statistical

*Question 7:*  Based on statistical power calculations for clinical trial CL002_168, we propose to enroll up to 206 patients with ANCA-associated glomerulonephritis in this trial. Is this acceptable to the Division?

*FDA Response to Question 7:*  We defer specific comment on this question as planning for this study may be premature.  Refer to Introductory Comments.

*Discussion:*  The sponsor accepted FDA's response, no discussion occurred.

*Question 8:*  Is the statistical analysis approach stated in the protocol synopsis in Appendix 2 for clinical trial CL002_168 appropriate?

*FDA Response to Question 8:*  We defer specific comment on this question as planning for this study may be premature.  Refer to the Introductory Comments.  In general, consider the following in planning future non-inferiority clinical trials,  justification for the equivalence margin as described in the FDA Guidance for Industry Non-Inferiority Clinical Trials, methods for multiplicity adjustment regarding primary and key secondary endpoints or other endpoints that you plan to describe in the product labeling, and methods for handling missing data.

*Discussion:*  The sponsor accepted FDA's response, no discussion occurred.

## 2.4.    Clinical Trial CL002_168

*Question 9:*  Does the Division agree that the protocol for clinical trial CL002_168 is appropriate to allow opening of an IND in the United States?

*FDA Response to Question 9:*  We do not agree that the protocol for clinical trial CL002_168 is appropriate to allow opening of an IND in the United States.  Please see the Introductory Comments for more details.

*Discussion:*  The sponsor accepted FDA's response, no discussion occurred.

*Question 10:*  Is the primary efficacy endpoint of clinical trial CL002_168 acceptable to support an indication for CCX168 in the induction treatment of patients with ANCA-associated glomerulonephritis?

*FDA Response to Question 10:*  The primary efficacy endpoint of clinical trial CL002_168 is not acceptable to support an indication for CCX168 in the induction treatment of patients with ANCA-associated GN.  Please see the Introductory Comments for more details.

*Discussion:*  The sponsor accepted FDA's response, no discussion occurred.

Reference ID: 3509014

CONFIDENTIAL                                                                CCXI-0002683092

PIND 120784
Page 13

*Question 11:* Is a 12-week treatment period acceptable to the Division to support an indication in the induction of renal response in patients with ANCA-associated glomerulonephritis?

*FDA Response to Question 11:* A 12-week treatment period is not acceptable to support an indication in the induction of renal response in patients with ANCA-associated GN. Please see the Introductory Comments for more details.

*Discussion:* The sponsor accepted FDA's response, no discussion occurred.

*Question 12:* Is the approach of allowing either cyclophosphamide or rituximab as background treatment, and to stratify patients prior to randomization based on cyclophosphamide or rituximab use, an acceptable approach to the Division?

*FDA Response to Question 12:* We agree that it is clinically relevant to allow either cyclophosphamide or rituximab as background treatment, but have recommendations regarding the details of your proposal (See the Introductory Comment). It is reasonable to stratify based on background therapy.

*Discussion:* The sponsor accepted FDA's response, no discussion occurred.

*Question 13:* Is our approach to include three treatment groups in trial CL002_168 acceptable to the Division?

*FDA Response to Question 13:* Your proposed treatment groups in trial CL002_168 is not acceptable. Please see the Introductory Comments for more details.

*Discussion:* See the discussion under the introductory comment.

*Question 14:* Is our approach of stratifying patients for disease status and for PR3 vs. MPO ANCA-associated glomerulonephritis acceptable to the Division?

*FDA Response to Question 14:* Your approach to stratifying patients for disease status and for PR3 vs. MPO ANCA-associated GN is acceptable.

*Discussion:* The sponsor accepted FDA's response, no discussion occurred.

*Question 15:* Are the inclusion and exclusion criteria for clinical trial CL002_168 appropriate?

*FDA Response to Question 15:* The inclusion and exclusion criteria for clinical trial CL002_168 are not appropriate. Please see the Introductory Comments for more details.

*Discussion:* The sponsor accepted FDA's response, no discussion occurred.

Reference ID: 3509014

CONFIDENTIAL    CCXI-0002683093

PIND 120784
Page 14

*Question 16:*  Are the safety and secondary efficacy endpoints for clinical trial CL002_168 acceptable?

***FDA Response to Question 16:***  The safety endpoints for clinical trial CL002_168, overall, are acceptable.  However, as with the primary endpoints, it is unlikely that you will be able to have any meaningful assessments of events possibly associated with glucorticoid use at Week 12.  Most steroid-induced adverse events will take much longer to develop enough to be clinically measurable and your trial will not be adequately powered to assess for these adverse events.

In addition, your secondary efficacy endpoints are not acceptable.  For example, we feel that BVAS evaluations should be your primary endpoint.  Please see the Introductory Comments for full details.

*Discussion:*  The sponsor accepted FDA's response, no discussion occurred.

*Question 17:*  If conducted according the Good Clinical Practices and with the appropriate clinical and statistical rigor, does the Division agree that study CL002_168 as proposed could be the pivotal clinical trial for ANCA-associated glomerulonephritis?

***FDA Response to Question 17:***  We do not agree that study CL002_168 as proposed could be the pivotal clinical trial for ANCA-associated glomerulonephritis.  As noted in the Introductory Comments, we strongly believe that you need a small phase 2, dose-ranging study with an assessment of more appropriate endpoints.  Please see the Introductory Comments for full details.

*Discussion:*  The sponsor accepted FDA's response, no discussion occurred.

## 2.5.    Other CX168 Clinical Trials

*Question 18:*  Is our proposed plan for a mass balance study in humans acceptable to the Division?

***FDA Response to Question 18:***  Your general approach is reasonable.

*Discussion:*  The sponsor accepted FDA's response, no discussion occurred.

*Question 19:*  Is our proposed plan for a drug-drug interaction study acceptable to the Division?

***FDA Response to Question 19:***  Your proposed DDI study to evaluate the CYP3A4 inhibitory activity of CCX168 is reasonable. In addition, it is noted that CCX168 is co-administered with cyclophosphamide, a hepatically activated/metabolized product.  Thus, the DDI potential between CCX168 and cyclophosphamide should also be investigated.

*Discussion:*  The sponsor accepted FDA's response, no discussion occurred.

Reference ID: 3509014

CONFIDENTIAL                                                                                                 CCXI-0002683094

PIND 120784
Page 15

*Question 20:*  Is our proposed plan for evaluation of cardiovascular safety of CCX168 acceptable to the Division?

*FDA Response to Question 20:*  You should plan to conduct a thorough QT study which is required for NDA submissions of all new molecular entities. The thorough QT study is usually conducted before Phase 3.

*Discussion:*  The sponsor accepted FDA's response, no discussion occurred.

## 2.6.  Regulatory

*Question 21:*  Does the Division have any advice or guidance for ChemoCentryx for our application for Breakthrough Therapy Designation for CCX168 in this life-threatening disease setting based on preclinical and clinical results obtained to date?

*FDA Response to Question 21:*  Section 506(a) of the FD&C act, as added by section 902 of FDASIA, provides for designation of a drug as breakthrough therapy "if the drug is intended, alone or in combination with 1 or more drugs, to treat a serious or life-threatening disease or condition and preliminary clinical evidence indicates that the drug may demonstrate substantial improvement over existing therapies on 1 or more clinically significant endpoints, such as substantial treatment effects observed early in clinical development."

Therefore, to support breakthrough designation, the preliminary clinical evidence must show that the drug may demonstrate substantial improvement available therapy on 1 or more clinically significant endpoint.  For your application, CCX168 would need to demonstrate substantial improvement over standard of care on 1 or more clinically significant endpoint. Thus, a conclusion that CCX168 is not inferior to standard of care would not be adequate. Additionally, you will need to provide justification for the chosen endpoints or surrogate endpoints as reasonably likely to provide a clinical benefit.

For additional information, please refer to the Draft Guidance to Industry for Expedited Programs for Serious Conditions, as well as Section 902.
http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM358301.pdf

*Discussion:*  The sponsor accepted FDA's response, no discussion occurred.

## 3.0  PREA REQUIREMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Reference ID: 3509014

                                                                                   CCXI-0002683095

PIND 120784
Page 16

Please be advised that under the Food and Drug Administration Safety and Innovation Act (FDASIA), you must submit an Initial Pediatric Study Plan (PSP) within 60 days of an End of Phase (EOP2) meeting.  The PSP must contain an outline of the pediatric study or studies that you plan to conduct (including, to the extent practicable study objectives and design, age groups, relevant endpoints, and statistical approach); any request for a deferral, partial waiver, or waiver, if applicable, along with any supporting documentation, and any previously negotiated pediatric plans with other regulatory authorities. The PSP should be submitted in PDF and Word format.

For additional guidance on the timing, content, and submission of the PSP, including a PSP Template, please refer to the draft guidance for industry, *Pediatric Study Plans: Content of and Process for Submitting Initial Pediatric Study Plans and Amended Pediatric Study Plans* at: http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM360507.pdf.  In addition, you may contact the Pediatric and Maternal Health Staff at 301-796-2200 or email pdit@fda.hhs.gov.  For further guidance on pediatric product development, please refer to: http://www.fda.gov/Drugs/DevelopmentApprovalProcess/DevelopmentResources/ucm049867.htm.

## 4.0     DATA STANDARDS FOR STUDIES

CDER strongly encourages IND sponsors to consider the implementation and use of data standards for the submission of applications for investigational new drugs and product registration.  Such implementation should occur as early as possible in the product development lifecycle, so that data standards are accounted for in the design, conduct, and analysis of clinical and nonclinical studies. CDER has produced a web page that provides specifications for sponsors regarding implementation and submission of clinical and nonclinical study data in a standardized format.  This web page will be updated regularly to reflect CDER's growing experience in order to meet the needs of its reviewers.  The web page may be found at: http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSubmissions/ucm248635.htm

## 5.0     LABORATORY TEST UNITS FOR CLINICAL TRIALS

CDER strongly encourages IND sponsors to identify the laboratory test units that will be reported in clinical trials that support applications for investigational new drugs and product registration.  Although Système International (SI) units may be the standard reporting mechanism globally, dual reporting of a reasonable subset of laboratory tests in U.S. conventional units and SI units might be necessary to minimize conversion needs during review. Identification of units to be used for laboratory tests in clinical trials and solicitation of input from the review divisions should occur as early as possible in the development process. For more information, please see CDER/CBER Position on Use of SI Units for Lab Tests (http://www.fda.gov/ForIndustry/DataStandards/StudyDataStandards/default.htm ).

## 6.0     ISSUES REQUIRING FURTHER DISCUSSION
No issues requiring further discussion were identified during the meeting.

Reference ID: 3509014

CONFIDENTIAL                                                                                   CCXI-0002683096

PIND 120784
Page 17

**7.0     ACTION ITEMS**
No action items were identified during the meeting.

**8.0     ATTACHMENTS AND HANDOUTS**
On the morning of the meeting, Ms. Becky Schulz sent the attached document with clarification questions from ChemoCentryx, Inc.

Reference ID: 3509014

CONFIDENTIAL                                                                                   CCXI-0002683097

CCX168                                                              Pre-IND Meeting
PIND #120784                                                          21 April 2014

**SPONSOR RESPONSE TO FDA PRELIMINARY MEETING COMMENTS RECEIVED
17 APRIL 2014**

**PRE-IND MEETING DISCUSSION POINTS**

for

CCX168 IN ANCA-ASSOCIATED VASCULITIS

PIND #120784

21 April 2014

ChemoCentryx, Inc.                      CONFIDENTIAL                              1

Reference ID: 3509014

CONFIDENTIAL                                                        CCXI-0002683098

CCX168                                                                 Pre-IND Meeting
PIND #120784                                                            21 April 2014

## TABLE OF CONTENTS

1.      INTRODUCTION ...................................................................................................4

1.1.    Clinical..................................................................................................................4

1.2.    Chemistry, Manufacturing, and Controls ............................................................4

1.3.    Nonclinical............................................................................................................4

2.      CLINICAL...........................................................................................................6

2.1.    Dose Finding.........................................................................................................6

2.1.1.  Cynomolgus Monkey Studies...............................................................................6

2.1.2.  Human C5aR Knock-in Mouse Studies................................................................7

2.1.3.  Clinical Studies.....................................................................................................9

2.2.    Adjunctive Use of CCX168................................................................................11

2.3.    Corticosteroid Use .............................................................................................12

2.4.    Treatment Groups ...............................................................................................15

2.5.    Disease Setting....................................................................................................16

2.6.    Primary Endpoint................................................................................................17

2.7.    Timing of Endpoint Assessment/Duration of the Study....................................19

2.8.    Inclusion and Exclusion Criteria .......................................................................20

2.9.    Concomitant Medications...................................................................................24

2.10.   Alternative IND-Opening Clinical Trial............................................................24

3.      CHEMISTRY, MANUFACTURING, AND CONTROLS .....................................27

4.      NONCLINICAL .................................................................................................29

4.1.    General Toxicology ............................................................................................29

4.2.    Reproductive Toxicology ...................................................................................30

4.3.    Carcinogenicity Studies .....................................................................................32

4.4.    T Cell-Dependent Antibody Response Study.....................................................32

5.      REFERENCES ...................................................................................................34

ChemoCentryx, Inc.                      CONFIDENTIAL                                      2

Reference ID: 3509014

CONFIDENTIAL                                                          CCXI-0002683099

CCX168                                                                                Pre-IND Meeting
PIND #120784                                                                            21 April 2014

## LIST OF FIGURES

Figure 1:    CCX168 Inhibits C5a-induced Neutropenia in Cynomolgus Monkeys ...................7

Figure 2:    Development of Glomerular Necrosis or Crescents in a Mouse ANCA
             Glomerulonephritis Model.......................................................................8

Figure 3:    CCX168 Effect is Proportional to the Dose in Mouse ANCA
             Glomerulonephritis Model.......................................................................9

Figure 4: CCX168 Inhibition of C5a-Mediated Upregulation of CD11b at 30 mg Twice
             Daily Dose in Humans..........................................................................10

Figure 5:    Complement Cascade and Major Points of Therapeutic Intervention.....................23

Figure 6:    Point of Therapeutic Intervention in the Complement Cascade and its Effect
             on Activation and Effector Mechanisms. .................................................24

## LIST OF TABLES

Table 1:    Comparison of exposures following a single dose in male rats with
            escalating doses of CCX168 in 70:30 PEG 400/Solutol HS 15 (5 mL/kg
            dosing volume) ...................................................................................30

Table 2:    Comparison of Exposures Following a Single Dose Across Species in
            Females with Escalating Doses of CCX168 in 70:30 PEG 400/Solutol HS 15 .........31

---

ChemoCentryx, Inc.                            CONFIDENTIAL                                          3

Reference ID: 3509014

CONFIDENTIAL                                                          CCXI-0002683100

CCX168
PIND #120784

Pre-IND Meeting
21 April 2014

# 1.  INTRODUCTION

We thank the FDA for their extensive review of our Pre-IND Briefing Document as well as for your clear and constructive comments. We have considered FDA's position and recommendations and discussed these with our advisors. Several of your recommendations are clear and do not need further discussion.

In response to FDA's main concern regarding our proposed IND-opening clinical trial:

1.  We agree to conduct a small dose assessment clinical trial (rather than our initially proposed pivotal study) in the general population of patients with ANCA-associated vasculitis (AAV);

2.  We also agree to use the Birmingham Vasculitis Activity Score (BVAS) as the primary endpoint and to assess the efficacy results at both 12 and 24 weeks.

3.  However, we would like to maintain the assessment of reduced doses of steroids with CCX168 and would like to discuss our position with you during our Pre-IND meeting. In this regard, we are providing a more detailed rationale (please refer to Sections 2.2, 2.3, and 2.4).

In consideration of the short duration of the teleconference, we have included in the present document our response to the main points made by the FDA, and are left with 8 clarifying questions as follows:

## 1.1.  Clinical

**Clarifying Question 1 (Please refer to section 2.10):**

Would FDA accept a clinical trial with the stated main elements in section 2.10 as an IND-opening trial?

## 1.2.  Chemistry, Manufacturing, and Controls

**Clarifying Question 2 (Please refer to section 3):**

Given the nonclinical toxicology studies and clinical safety data available for Kolliphor RH40 (Cremophor RH40), does the Division agree that from a regulatory perspective, the current formulation could be advanced as the intended commercial dosage formulation with appropriate characterization, including supportive stability?

## 1.3.  Nonclinical

**Clarifying Question 3 (Please refer to section 4.1):**

Assuming that, upon further review of the relevant study reports that will be provided in the IND application, the Division agrees that we have defined the (high) dose that produces maximum systemic exposure in the planned chronic general toxicology studies in rats and monkeys, does the Division agree that selection of the high dose can be justified based upon saturation of absorption?

ChemoCentryx, Inc.                    CONFIDENTIAL                                    4

Reference ID: 3509014

CONFIDENTIAL CCXI-0002683101

**Clarifying Question 4 (Please refer to section** 4.2):

Assuming that, upon further review of the relevant study reports that will be provided in the IND application, the Division agrees that we have defined the (high) dose that produces maximum systemic exposure, does the Division accept the use of the hamster and rabbit in the Segment 1 and 2 studies?

**Clarifying Question 5 (Please refer to section** 4.2):

Does the Division agree that selection of the high dose in the reproductive toxicology studies can be justified based upon saturation of absorption in the event maternal toxicity is not seen?

**Clarifying Question 6 (Please refer to section** 4.3):

Would a dose associated with maximum systemic exposure be justified as a high dose in the carcinogenicity studies?

**Clarifying Question 7 (Please refer to section** 4.3):

We would appreciate if the Division could clarify the statement regarding the hamster as being "valuable in characterizing the toxicity of CCX168, and a full program of general toxicology studies". ChemoCentryx currently plans to conduct a 13-week study in hamsters which will precede the carcinogenicity study in this species. At this time, ChemoCentryx does not plan on conducting a standalone 6-month hamster study, since we already plan a 6-month rat and 9-month cynomolgus monkey toxicology study.

Is this plan acceptable to the Division?

**Clarifying Question 8 (Please refer to section** 4.4):

ChemoCentryx proposes to evaluate T-cell dependent antibody responses in the context of the chronic monkey study. ChemoCentryx respectfully requests that the Division reconsider its recommendation to undertake specialized CNS and pulmonary evaluations in monkeys given the availability of human data, as these assessments in monkeys are unlikely to be of significant clinical utility. No evidence of behavioral changes was seen including none on respiratory behavior in prior monkey studies. Furthermore, no unexpected adverse CNS or pulmonary observations were noted in human clinical trials conducted so far.

Would the Division agree that CNS and pulmonary evaluations in monkeys is not required?

Note that we have included some new data on the complement pathway and the role of broad C5 inhibition, such as seen with eculizumab, compared to specific C5aR inhibition, such as with CCX168, in section 2.8 to provide a rationale for why susceptibility to *Neisseria* infections is not a risk with C5aR inhibition.

All other data presented here have been provided in either the Pre-IND meeting Briefing Document or the Investigator's Brochure submitted at least 30 days prior to this meeting.

Reference ID: 3509014

CONFIDENTIAL CCXI-0002683102

## 2.    CLINICAL

## 2.1.    Dose Finding

<u>FDA Introductory comment on pages 2, 4, and 6 of the Preliminary Meeting Comments, and
Response to Question 17</u>:

*We highly recommend that you pursue a small Phase 2 dose-ranging study.*

**ChemoCentryx response**:

Taking into consideration that ANCA-associated vasculitis is an orphan disease (incidence of
only 10 per million people per year), where clinical trial enrollment is limited by patient
availability, ChemoCentryx has conducted numerous studies to understand the relationship
between plasma concentration and therapeutic effect *in vivo*, and to confirm its relevance in
humans. To do this we used animal models highly relevant to the human setting, and also a prior
clinical study CL001_168.

The animal studies include extensive pharmacology assessments in cynomolgus monkeys
(Section 2.1.1), a species in which CCX168 has high C5aR potency, as well as in a human C5aR
knock-in mouse model (Section 2.1.2), where the potency of CCX168 is equivalent to the human
setting. These assessments demonstrated that plasma concentrations of **230 nM** (in cynomolgus
monkeys, Section 2.1.1) **to 323 nM** (in human C5aR knock-in mice, Section 2.1.2) are required
to optimally block C5aR. These plasma levels were the target therapeutic range in humans. We
projected that a dose of 30 mg twice daily of CCX168 would block C5aR. Indeed, in
CL001_168, 30 mg twice daily effectively blocked C5a-mediated CD11b upregulation on
neutrophils (Section 2.1.3).

Subsequently, in clinical trial CL002_168 in patients with ANCA-associated glomerulonephritis,
we showed that a dose of 30 mg CCX168 given twice daily is efficacious based on BVAS and
renal disease parameters, and without evidence of toxicity. The measured trough plasma
concentrations were between **201 and 378 nM** at the dose of 30 mg CCX168 given twice daily
for 12 weeks in study CL002_168 (Section 2.1.3). These trough plasma concentrations are in line
with the pharmacologically relevant concentrations in appropriate animal models. Therefore
30 mg CCX168 twice daily is considered appropriate for efficacy trials.

Doses lower than 30 mg CCX168 twice daily would likely be suboptimal from a C5aR coverage
perspective. Furthermore, ethical concerns may be raised when doses lower than 30 mg twice
daily, that has shown efficacy in a clinical trial in patients with AAV, are now introduced in
clinical trials. Doses higher than 30 mg twice daily are unlikely to provide greater efficacy,
because C5aR coverage at this dose regimen in patients with AAV is complete, i.e., 99%.

## 2.1.1.    Cynomolgus Monkey Studies

In cynomolgus monkeys, we employed a C5a-induced neutropenia assay. In this model,
exogenous C5a is injected intravenously. Within one minute of injection, the blood neutrophils
respond to this C5a by upregulating the surface integrin CD11b expression, and as a
consequence, rapidly adhering to the endothelial surface of the blood vessels (a process called

Reference ID: 3509014

CONFIDENTIAL                                                                    CCXI-0002683103

CCX168                                                              Pre-IND Meeting
PIND #120784                                                        21 April 2014

margination). This results in a temporary but substantial drop in the measured blood neutrophil counts (i.e., neutropenia). In the absence of an additional tissue-specific signal for the neutrophils to extravasate from the blood, the neutrophils return to the bloodstream, and the neutropenia fully resolves within 15 minutes. Also, given the rapid resolution of the initial neutropenia, the model affords the possibility of a second challenge 2 hours after the first challenge.

C5a challenge resulted in an 86% drop in the blood neutrophil count (Figure 1) in animals that were given an oral placebo (vehicle). By contrast, CCX168 dose-dependently reduced the neutropenia. An oral dose providing a CCX168 plasma concentration of **230 nM** fully prevented the neutropenia resulting from the C5a challenge (30 mg/kg dose).

**Figure 1:    CCX168 Inhibits C5a-induced Neutropenia in Cynomolgus Monkeys**



### 2.1.2.    Human C5aR Knock-in Mouse Studies

Since CCX168 does not bind to the native mouse C5aR, we generated a human C5aR 'knock-in' transgenic mouse, where the murine open reading frame encoding the C5aR was exactly replaced with the human genetic sequence. The human C5aR in these mice was fully biologically

ChemoCentryx, Inc.                      CONFIDENTIAL                              7

Reference ID: 3509014

CONFIDENTIAL

functional, and the C5aR inhibitor CCX168 showed the same potency in the transgenic mice as in humans. Accordingly, extensive plasma concentration-effect studies could be performed in the mice and extrapolated to the human condition.

In the human C5aR knock-in mouse model, CCX168 was shown to be effective in several studies:

- CCX168 blocked leukocyte migration with the same potency as it blocked the migration of human leukocytes;

- CCX168 effectively blocked thioglycollate-induced peritonitis in a dose-dependent manner;

- CCX168 was effective in blocking C5a-induced neutrophil margination in a dose-dependent manner, and

- CCX168 blocked the C5a-induced CD11b upregulation in neutrophils collected from these mice.

Of particular relevance to the human condition, is the human C5aR knock-in mouse model of ANCA-associated glomerulonephritis, where injection of anti-MPO antibodies activates the inflammatory cascade via the neutrophils and results in extensive vascular endothelial damage.

The destruction caused by the inflammatory cascade is evidenced by the appearance of crescents and necrosis within the kidney glomeruli (Figure 2), highly reminiscent of the human disease.

**Figure 2:    Development of Glomerular Necrosis or Crescents in a Mouse ANCA Glomerulonephritis Model**



Increasing doses of CCX168 were tested for their ability to prevent glomerular crescent formation in this disease model (Figure 3). A strong correlation between plasma CCX168 levels and human C5aR coverage was observed. A CCX168 plasma trough concentration of **323 nM** resulted in 93% reduction in glomeruli with crescents and 100% reduction in glomeruli with necrosis, which was estimated to provide 99% C5aR coverage in the circulation (30 mg/kg dose).

Reference ID: 3509014

CONFIDENTIAL

CCXI-0002683105

CCX168
PIND #120784

Pre-IND Meeting
21 April 2014

**Figure 3:    CCX168 Effect is Proportional to the Dose in Mouse ANCA Glomerulonephritis Model**



### 2.1.3.    Clinical Studies

In human clinical study CL001_168, the C5aR coverage of CCX168 was assessed after a 10, 30, and 100 mg single oral dose of CCX168, as well as after 30 mg CCX168 twice daily (the intended therapeutic dose) for 7 days.

An *ex vivo* whole blood pharmacodynamic assay, similar to the one described for animal models, was used to assess C5aR coverage by CCX168 on the neutrophils of the human subjects. On Day 7 of the 30 mg CCX168 twice daily dose regimen, blood was drawn from subjects at 2 hours (after morning dose) and 12 hours (trough levels, just prior to evening dose). These samples were tested using the *ex vivo* assay based upon C5a-induced CD11b expression on blood neutrophils. Subjects receiving 30 mg CCX168 twice daily had virtually complete C5aR coverage at 2 hours and 12 hours following dosing, as evidenced by the marked (greater than 10-fold) rightward shift in the CD11b expression curves (Figure 4).

ChemoCentryx, Inc.                              CONFIDENTIAL                                                 9

Reference ID: 3509014

CONFIDENTIAL                                                                                          CCXI-0002683106

CCX168                                                                Pre-IND Meeting
PIND #120784                                                            21 April 2014

**Figure 4: CCX168 Inhibition of C5a-Mediated Upregulation of CD11b at 30 mg Twice
Daily Dose in Humans**



In the subsequent study CL002_168 in patients with ANCA-associated glomerulonephritis, a dose of 30 mg CCX168 twice daily has been studied. This dose regimen showed evidence of efficacy based on renal disease parameters as well as BVAS. CCX168 30 mg twice daily is associated with an average trough plasma concentration between **201 nM** (observed at Day 8) and **378 nM** (observed at Day 85) in these patients.

Therefore, the CCX168 plasma concentrations resulting from a 30 mg CCX168 twice daily dose in patients with ANCA-associated glomerulonephritis are deemed adequate to provide virtually complete C5aR coverage in relevant cells, i.e., activated neutrophils in the circulation.

Moreover, as a comparator, we should respectfully point out that the assessment of rituximab in AAV (resulting in a supplemental regulatory approval) did not to the best of our knowledge require dose-finding studies in AAV before pivotal trials were launched. Of note, even though the same dosing regimen is used in cancer treatment, the approved dosing regimen for AAV (375 mg/m$^2$ IV once weekly for 4 weeks) is not the same as the approved dosing regimen for other indications such as rheumatoid arthritis (1 g IV given twice, two weeks apart). It is unclear why full dose-ranging studies would be required for CCX168 which is being developed for the same disease.

Lastly, AAV is an orphan disease with an incidence of approximately 10 per million people in the US. Therefore enrollment in these clinical trials is extremely challenging. As an example, it took approximately 2 years to enroll 26 patients at 38 study centers in study CL002_168. To conduct full dose-range finding studies in this disease setting would be an enormous undertaking when clear signs of clinical benefit are already being shown at a clinical dose that has been demonstrated to be optimal in *in vitro* and *in vivo* models of disease.

ChemoCentryx, Inc.                          CONFIDENTIAL                                   10

Reference ID: 3509014

CONFIDENTIAL                                                              CCXI-0002683107

## 2.2.    Adjunctive Use of CCX168

FDA Introductory comments on pages 5 and 6 of the Preliminary Meeting Comments:

*At this stage in development, we recommend you perform a proof of concept study in which CCX168 is used as adjunct therapy to standard of care, rather than with modified corticosteroid regimens.*

**ChemoCentryx response:**

There is widespread concern among clinicians that within the current standard of care treatment, high dose steroids engender significant safety risks. There is little debate that these risks include serious and often fatal infections, debilitating vertebral, hip, wrist, and other fractures, diabetes mellitus with all its accompanying risks of nephropathy, neuropathy, and vasculopathy, hypertension, peptic ulcer disease, and psychiatric disorders. Accordingly, the biggest unmet medical need with the current SOC is not necessarily the apparent short term efficacy, which can result in reasonable remission rates over 6 months of treatment (see, for example, Mukhthyar et al., 2008), but rather the marked morbidity and mortality associated with the SOC.

Accordingly, experts agree that the main areas of unmet medical need in the induction treatment setting are the:

1.  Poor safety profile of standard of care, and

2.  Length of time it takes to achieve a response.

Regarding point 1, one of the ways to potentially improve the safety profile of existing therapies is to attempt to reduce or replace these therapies with other more targeted therapies.

As a precedent, such a strategy was followed when rituximab was developed for treatment of AAV. In that case, rituximab was tested as a potential replacement for cyclophosphamide. Even though rituximab was shown to be noninferior to cyclophosphamide regarding efficacy, the safety profile between the two regimens was about the same. For example, the incidence of serious or severe infections was identical (see above). This outcome led disease experts to hypothesize that glucocorticoid treatment is likely a major contributor to the poor safety profile, since it was the only common treatment in both groups.

Regarding point 2, disease experts agree that there is an unmet medical need for therapies that are "quickly efficacious in controlling disease activity and have a low toxicity profile" (Little et al., 2010). Any treatment that shortens this time will be an improvement.

As elaborated in the Pre-IND Briefing Document, in study CL002_168 there was evidence of a rapid response in patients receiving CCX168:

- An effect on BVAS was evident as early as 4 weeks after start of CCX168 dosing with an approximately 60% decrease from baseline in BVAS.

- Albuminuria dropped rapidly with a 60% decrease at Week 12 in subjects who received CCX168; the treatment effect was evident as early as 1 week after starting treatment and a nadir in urinary ACR was reached at 8 to 12 weeks.

Reference ID: 3509014

CONFIDENTIAL

CCXI-0002683108

- A beneficial effect on hematuria was evident shortly after treatment commencement, with a nadir in urinary RBC count reached at 8 to 12 weeks.

- eGFR improvement was clearly evident over a 12-week treatment period, with a 17% improvement from baseline to Week 12 in the Step 1 CCX168 group.

In summary, results from Steps 1 and 2 of clinical trial CL002_168 indicate that CCX168 may be able to more quickly bring the ANCA disease activity under control.

Additionally, there is an increasing debate around the standard dose of glucocorticoids.

Of note:

1. The glucocorticoid regimen used in the rituximab RAVE study (Stone et al., 2010) was developed over 25 years ago.

2. Glucocorticoids appear to have been the major cause of adverse events in RAVE trial (Stone et al., 2010).

3. A 50% reduced glucocorticoid regimen is currently under evaluation in the government-funded PEXIVAS trial in a patient group overlapping with that proposed for our CCX168 study.

4. There is non-randomized evidence for a 66% reduced glucocorticoid regimen in AAV renal disease still being effective (Mansfield et al., 2011).

5. Infections account for over 50% of serious adverse events in vasculitis trials and glucocorticoids are the major modifiable contributor.

An international ongoing randomized, controlled trial (RITAZAREM) permits two glucocorticoid regimens (one similar to the RAVE trial, the other 50% less) in acknowledgement of the need to use lower glucocorticoids.

Accordingly, since there is no consensus as to what standard dose glucocorticoids are, yet there is broad consensus that glucocorticoids are causing many adverse events, ChemoCentryx does not believe that CCX168 can only be studied safely as an add-on to cyclophosphamide/rituximab and full dose glucocorticoids. We respectfully request that FDA reconsiders its position in this regard.

## 2.3.    Corticosteroid Use

FDA Introductory comment on page 2 of the Preliminary Meeting Comments:

*Based on your protocol, it appears that some patients will be on lower doses of steroids and some patients will not receive steroids during GPA and MPA induction. Since corticosteroids are currently standard of care in the treatment of GPA and MPA, you would need to provide data that patients will not be irreversibly harmed if they were not treated with a standard corticosteroid regimen.*

**ChemoCentryx response:**

We believe that clinical trial CL002_168, which was designed with advice and guidance from several respected key opinion leaders in the field, provides evidence that patients can indeed be

Reference ID: 3509014

CONFIDENTIAL                                                                    CCXI-0002683109

exposed to less steroid dose and receive benefit equal to or even greater than the standard corticosteroid regimen. Specifically, the clinical experts we consulted agreed that one of the most important areas of unmet medical need in AAV is the high incidence of adverse events with existing standard of care, cyclophosphamide/rituximab plus glucocorticoid therapy. They pointed out that the major contributor to the mortality rate of 11% in the first year after diagnosis is the therapy that patients are receiving, and not the disease itself. In fact, 6.5% of the 11% of deaths are treatment-related (Little et al, 2010), 4% of which is due to infections (Flossman et al., 2011).

The above data highlight the marked limitations of current therapies, which are broadly immunosuppressive and not targeted. Numerous studies have shown that use of glucocorticoid therapy is associated with increased risk of infection (for example, Charlier et al., 2009; McGregor et al., 2012; Goupil et al., 2013). Glucocorticoids are also well known to be associated with numerous clinically important adverse events, including peptic ulceration, steroid-associated diabetes, avascular necrosis, osteoporosis, hypertension, psychiatric disorders, and ocular cataract formation.

The limitations of current induction therapies were further illustrated by the results from the rituximab clinical trials in patients with AAV. When rituximab clinical trials were designed, one hypothesis was that toxicity could be reduced by substituting cyclophosphamide with rituximab. However, results from the trials showed that while rituximab plus glucocorticoids were non-inferior to cyclophosphamide plus glucocorticoids regarding efficacy, the safety profile was similar between the two groups (Stone et al. 2010; Jones et al., 2010). Specifically, the rituximab data showed that serious infections occurred in 18% of patients in both groups in one trial (Jones et al., 2010) and Grade 3 infections occurred in 7% of patients in both treatment groups in the other trial (Stone et al., 2010). These outcomes suggest that much of the infection risk associated with treatment of patients with AAV originates from glucocorticoid use.

Therefore, reducing or possibly eliminating the use of glucocorticoids in patients with AAV without compromising efficacy could reduce debilitating adverse effects such as serious infections.

Such was the main hypothesis for study CL002_168 with CCX168, i.e., could CCX168 substitute, at least in part, for glucocorticoid use in treatment of patients with ANCA-associated glomerulonephritis, without compromising the efficacy profile?

In order to test this hypothesis, clinical trial CL002_168 was conducted carefully in a step-wise manner to incrementally remove the glucocorticoids. In Step 1, patients randomized to receive CCX168 plus cyclophosphamide received a two-thirds reduced dose of the standard glucocorticoid dose (i.e., 20 mg instead of 60 mg prednisone starting dose per day). There were strict pre-specified success criteria for passing Step 1, i.e.

1. Not more than 1 serious unexpected suspected adverse reaction (SUSAR) in subjects in the CCX168 group, and

2. Not an excess of glucocorticoid rescue events in subjects in the CCX168 group compared to the standard of care control group (60 mg standard prednisone dose plus cyclophosphamide).

Step 1 of the trial was completed successfully: there were no SUSARS and no glucocorticoid rescue events in the CCX168 group during the 12-week treatment period. Therefore, the

Reference ID: 3509014

CONFIDENTIAL

CCXI-0002683110

independent Data Monitoring Committee, which reviewed the unblinded data, recommended that we can proceed to Step 2 of the trial.

In Step 2, patients randomized to receive CCX168 plus cyclophosphamide did not receive any oral prednisone. Again, there were strict pre-specified success criteria for passing Step 2, i.e.

1. Not more than 1 serious unexpected suspected adverse reaction (SUSAR) in subjects in the CCX168 group, and

2. Not an excess of glucocorticoid rescue events in subjects in the CCX168 group compared to the standard of care control group (60 mg standard prednisone dose plus cyclophosphamide).

Step 2 was also completed successfully: there were no SUSARs and only one glucocorticoid rescue event in the CCX168 group, the same number as in the standard of care control group.

Importantly, efficacy results from this clinical trial showed that patients receiving CCX168 may have a better disease outcome compared to standard of care high dose prednisone plus cyclophosphamide based on:

- Greater improvement in overall disease activity based on decreases in the Birmingham Vasculitis Activity Score (BVAS; 71% vs. 26%) at 12 weeks;

- Greater improvement in renal function (6.8 mL/min/1.73 m$^2$ compared to 2.2 mL/min/1.73 m$^2$ over 12 weeks), based on estimated glomerular filtration rate (eGFR);

- Higher renal remission incidence at 12 weeks (75% vs. 44%), based on improvement in eGFR plus improvement in hematuria;

- Greater reduction in albuminuria at 12 weeks (63% vs. 9%), and

- Greater reduction in renal inflammation based on creatinine-corrected urinary MCP-1 excretion at 12 weeks (72% vs. 37%).

Therefore, we have now demonstrated that CCX168 could be used safely in patients with AAV with renal disease activity, and there is no evidence that there is irreversible harm to these patients.

Furthermore, there is the prospect for these patients to have a better efficacy outcome. This is clinically meaningful for doctors and patients.

Importantly too, in the proposed study protocol, we should point out that the protocol makes provision for induction pulse IV methylprednisolone (up to 3 g cumulatively) before start of dosing with study medication. This will provide rapid onset anti-inflammatory effect to halt severe destructive necrotizing vasculitis.

This approach (pulse methylprednisolone, followed by no steroids) is routinely used in modern day transplantation with no deleterious effect (when in the past a steroid free regimen was not considered appropriate).

The protocol also has specific guidelines on the use of IV or oral rescue glucocorticoids if a patient has a disease relapse.

Reference ID: 3509014

CONFIDENTIAL                                                          CCXI-0002683111

Lastly, we are excluding patients with rapidly progressive, very severe renal or pulmonary disease in whom a delay in effective anti-inflammatory effect could lead to irreversible damage.

## 2.4.    Treatment Groups

FDA Introductory comment on page 5 of the Preliminary Meeting Comments:

*You intend to study 3 treatment groups:*

- *Standard of care (SOC) – CYC/RTX + prednisone 60mg*
- *CCX168 30mg bid + CYC/RTX + low dose of steroids (prednisone 20mg)*
- *CCX168 30mg bid + CYC/RTX + no steroids*

*We believe that it will be difficult to disentangle the contribution of steroids to the efficacy of the regimen. We are unaware of data that speak to the incremental treatment effect of steroids or of different steroid doses in this disease. Thus, we do not feel that the treatment arm with CCX168 + low dose steroids + CYC/RTX provides any clinically meaningful information. We also have concerns regarding your treatment arm with CCX168 + no steroids + CYC/RTX. There is insufficient evidence that there will not be irreversible harm if you do not give any steroids with induction, as steroids are standard care with all current regimens (CYC iv or po and RTX) and you have not provided adequate data to support the use of CCS168 as a replacement for standard of care. Therefore, at this stage in development, we recommend you perform a proof of concept study in which CCX168 is added to standard of care that includes steroids. After completion of this study, we would be open to discussions of future trial design.*

**ChemoCentryx response:**

Our intent is not to attempt to address the problem of the steroid contribution to the efficacy profile. Our aim is to show that CCX168 in combination with cyclophosphamide or rituximab is safe and effective in treatment of patients with AAV.

Based on results from study CL002_168, in which we reduced the use of glucocorticoids in a careful, stepwise manner, we showed that not only is it feasible to reduce and even eliminate the use of glucocorticoids in the induction of response/remission without doing irreversible harm to patients, but that the combination of CCX168 with cyclophosphamide or rituximab has the potential to have a superior efficacy profile compared to standard of care cyclophosphamide plus glucocorticoids.

Our discussions of the data with AAV disease experts world-wide have resulted in their firm agreement that this aim is clinically meaningful.

Our goal is to develop a more effective and potentially safer treatment option for these patients. We have evidence in patients with AAV with renal disease who received CCX168 plus cyclophosphamide and no prednisone that irreversible harm was not done.

Indeed patients who received CCX168 plus cyclophosphamide but no prednisone had:

- Greater improvement in overall disease activity based on BVAS,
- Greater improvement in albuminuria,

Reference ID: 3509014

CONFIDENTIAL                                                                                CCXI-0002683112

- Greater improvement in renal inflammation (based on urinary MCP-1:creatinine excretion),

- A similar change in eGFR compared to the standard of care group,

- A similar improvement in hematuria, and

- An acceptable safety profile based on adverse event profile and laboratory parameters.

By contrast, it is well documented that glucocorticoids themselves cause irreversible harm to many patients. This includes serious and often fatal infections, debilitating vertebral, hip, wrist and other fractures, diabetes mellitus with all its accompanying risks of nephropathy, neuropathy, and vasculopathy, hypertension, peptic ulcer disease, and psychiatric disorders.

It is unclear to us what would be the goal of adding CCX168 to cyclophosphamide/rituximab plus full dose glucocorticoids. We see little gain and significant downside potential in combining CCX168 with regimens that already carry a substantial safety risk. The unmet need in AAV is to reduce the toxicity of current regimens and the need for safer alternatives. Thus, it makes little sense to develop treatment alternative treatments and then add them on top of SOC.

In summary, it seems that there is a clear consensus on the part of vasculitis experts who treat AAV patients that -- based on the overwhelming preponderance of the cumulative clinical data and experience with glucocorticosteroids -- that the way forward is progressive glucocorticoid reduction with the test drug.  This is the aim of the current clinical trial.

## 2.5.    Disease Setting

FDA Introductory comment on page 2 of the Preliminary Meeting Comments:

*Because improvement in renal parameters may take months to fully manifest after treatment, you should consider performing a proof-of-concept/dose-finding study in the broader population of ANCA-associated vasculitis (AAV) patients, using an accepted disease activity measure such as the BVAS.*

**ChemoCentryx response:**

The published scientific literature and our own pharmacology studies indicate that C5a is clearly involved in the renal disease pathology of AAV. We have been pursuing this evidence-based approach in our study.

We should note that ANCA-associated glomerulonephritis or renal vasculitis, a well-recognized distinct entity within the sphere of ANCA-associated vasculitides, affects approximately 70% of patients with GPA and MPA. Therefore, we anticipate that the majority of patients with AAV included in our study will have renal disease activity.

Please note that we are not excluding patients who have other organ involvement.

Also, our intent is not to only include patients with *renal-limited vasculitis*, alluded to by the FDA, where the disease is restricted to the kidneys.

Reference ID: 3509014

CONFIDENTIAL

CCXI-0002683113

CCX168                                                            Pre-IND Meeting
PIND #120784                                                       21 April 2014

We realize that C5a may also play a role in the extra-renal manifestations of AAV. BVAS results from trial CL002_168 suggest that CCX168 is not detrimental to overall disease activity and may in fact be beneficial.

## 2.6.     Primary Endpoint

FDA Introductory comment on pages 3 and 4 of the Preliminary Meeting Comments:

*Your proposed primary endpoint is renal remission defined as subjects meeting the following parameters:*

- *An increase in eGFR (MDRD serum creatinine equation)*

- *Decrease in hematuria (central laboratory microscopic count of urinary RBCs)*

- *Decrease in albuminuria (first morning urinary albumin:creatinine ratio)*

*We agree that these 3 aspects of renal function (renal function, hematuria, proteinuria) are important. However, your definitions of renal response and renal remission are not adequate. We acknowledge your argument that it is difficult to place thresholds given the range in the patient's baseline values (page 66). Without any values, though, your definition is too vague. For example, it would not be clinically meaningful if a subject decreased his/her urine RBCs from 3 RBCs/hpf to 2 RBCs/hpf. Further, the proposed endpoint does not capture the other systemic manifestations of GPA/MPA.*

*For your primary endpoint, we recommend you use BVAS remission (BVAS≤1) or change in BVAS. If a subject is able to achieve BVAS remission, this inherently means that subjects would have achieved a renal response, as the BVAS score includes several major renal parameters to include hypertension, serum creatinine, change in renal function (from baseline), hematuria, and proteinuria. In addition, the BVAS would assess the other organ manifestations and, thus, be more clinically appropriate given the proposed study population.*

**ChemoCentryx response:**

We do not disagree with FDA that the BVAS is an instrument to measure overall disease activity. However, it was not designed and is therefore imperfect in adequately measuring degree of renal disease activity. BVAS version 3 measures renal disease activity based on the following criteria:

1. Hypertension

2. Proteinuria >1+

3. Hematuria ≥ 10 RBCs/hpf

4. Serum creatinine 125-249 $\mu$mol/L; 250-499 $\mu$mol/L; ≥500 $\mu$mol/L (first assessment only)

5. Rise in serum creatinine >30% or fall in creatinine clearance >25%

Patients with new or worse disease activity get a higher score for each component compared to patients with persistent disease. For example, new or worse hematuria gets a score of 6 versus a score of 3 for persistent disease.

ChemoCentryx, Inc.                    CONFIDENTIAL                              17

Reference ID: 3509014

CONFIDENTIAL                                                          CCXI-0002683114

Investigators have difficulty scoring patient disease activity accurately and consistently. The reasons for this include:

1. They question what definition of hypertension should be used. How exactly should they distinguish AAV-related hypertension versus other causes of hypertension?

2. Proteinuria >1+ implies that urinary dipstick measurements should be used to score this. It is widely recognized by nephrologists that urinary dipsticks are notoriously inaccurate and highly dependent on the urine output; a correction for creatinine at least needs to be made.

3. Hematuria ≥10/hpf; There is no distinction between a patient with a urinary RBC count of 10/hpf compared to a patient with a urinary RBC count of 150/hpf. Accordingly, a patient might get the same score in BVAS when there is a clear finding of more severe disease.

4. Abnormal serum creatinine levels are scored only at the first visit; this means that if a patient's serum creatinine is the same at baseline and after treatment, the BVAS score drops by 50% without any change in serum creatinine, e.g., from 4 to 2. Furthermore, nephrologists will agree that serum creatinine itself, without taking gender, age, and race into account (as is done in the MDRD equation) can be misleading.

5. If hematuria, or any other component of BVAS, persists after 3 months, it is treated as "persistent" disease in BVAS, and scored lower than for the first 3 months. This means that the BVAS score could decrease without an actual improvement in disease.

These weaknesses of the BVAS could make it hard to interpret clinical trial results if relying solely on BVAS outcome.

Our proposed composite disease endpoint, while not departing very far from the BVAS, is intended to capture the important elements of the renal component of BVAS, i.e., proteinuria (albuminuria), hematuria, and serum creatinine, but has the following advantages:

1. *We are quantitatively measuring proteinuria at a central laboratory based on first morning midstream urine collections.* Albumin and creatinine are measured by validated quantitative methods and a creatinine-corrected albumin value is calculated at each study visit. Since this is a quantitative measurement, we can assess changes from baseline accurately and with great sensitivity;

2. *Hematuria quantification is based on a central laboratory microscopic counting of urinary RBCs in first morning midstream urinary samples.* Therefore, changes from baseline can be measured accurately and expressed as change and percent change from baseline, rather than just applying an arbitrary cutoff of 10 RBCs/hpf;

3. *Rather than just using serum creatinine to assess renal function, eGFR is calculated using the well-accepted MDRD equation.* The equation takes age, gender, and race into account. Additionally, values at post-baseline visits are not treated differently from baseline values, as in the BVAS.

---

ChemoCentryx, Inc.                        CONFIDENTIAL                                    18

CONFIDENTIAL                                                                    CCXI-0002683115

Accordingly, it is our position that a composite endpoint, including eGFR, hematuria, and albuminuria is more appropriate than BVAS to measure the *renal efficacy* of a compound in patients with ANCA-associated vasculitis with renal involvement.

However, in patients with general AAV, a renal endpoint cannot be used as the primary outcome measure. Therefore, in response to the FDA's recommendation regarding patient population, we agree to use BVAS for primary efficacy assessment in patients with general AAV.

## 2.7.    Timing of Endpoint Assessment/Duration of the Study

FDA Introductory comment on page 4 of the Preliminary Meeting Comments:

*We do not agree with the proposed timing of your primary endpoint (12 weeks) and duration of the study. While 12 weeks would be acceptable for a dose-ranging study in a broader range of AAV patients, it would be too short a duration to document successful treatment of renal vasculitis. In addition, in order to assess the impact of CCX168 on steroid requirements, patients would need to be off steroids for a period of time prior to endpoint assessment. If you decide to perform a longer study, you will need to have adequate non-clinical support. See the pharm-tox team's recommendations regarding non-clinical support for a study of longer duration.*

**ChemoCentryx response:**

Disease experts agree that current therapies take a long time to control the disease activity. A key point extracted from clinical trial CL002_168 is this: in patients receiving CCX168 in the study, disease activity was brought under control by Week 12, with evidence for even earlier effects.

Specifically:

- BVAS dropped quickly and a treatment effect was evident as early as 4 weeks after start of CCX168 dosing with approximately 60% decrease from baseline in BVAS.

- Albuminuria: an effect was observed as early as 1 week and a nadir in urinary ACR was reached at 8 to 12 weeks, with a drop of ~60% by Week 12 in subjects who received CCX168.

- eGFR improved 17% from baseline to Week 12 in the Step 1 CCX168 group.

- Urinary RBC count reached a nadir of 80 to 90% decrease at 8 to 12 weeks.

Based on these empirical findings, 12 weeks are sufficient to document successful induction treatment of vasculitis with CCX168.

Regarding the point about patients needing to be off steroids for a period of time prior to endpoint assessment:

- Please note that patients in Step 2 of study CL002_168 did not receive steroids during the 12 week treatment period.

- Therefore, these patients had been off steroids for at least 12 weeks before endpoint assessment.

We agree with the Division that also evaluating efficacy at 24 weeks is relevant. Therefore, we propose to conduct a 24-week study, with a 12-week CCX168 treatment period followed by a

Reference ID: 3509014

CONFIDENTIAL                                                   CCXI-0002683116

12-week period of standardized treatment, based on FDA's recommendation. Efficacy will be assessed at both the 12-week and the 24-week time points.

Because we believe that CCX168 is able to bring disease activity under control faster than current standard of care, we maintain our position that the time point for primary efficacy assessment should be at 12 weeks with a 24-week assessment to determine durability of response.

## 2.8.    Inclusion and Exclusion Criteria

FDA Introductory comment on page 3 of the Preliminary Meeting Comments:

*You do not require a renal biopsy to confirm glomerulonephritis if subjects have hematuria (≥30 RBCs/hpf or ≥2+ on dipstick) and proteinuria (albumin:cr ratio ≥ 0.3g/g). As evidence of hematuria and proteinuria are not specific for pauci-immune GN, we recommend that subjects have a renal biopsy confirming pauci-immune GN within a given time period before screening. In addition, subjects must have evidence of active disease, which should include abnormal renal function (abnormal eGFR and abnormal urinary sediment – urine RBCs, WBCs, or cellular casts).*

**ChemoCentryx response:**

While renal biopsies were once far more common, clinical trialists in this field have moved away from requiring renal biopsy in all patients. The reason for this is the now established high association of the clinical appearance of nephritis with positive ANCA and a pauci-immune necrotizing nephritis (>95%). For example, the ongoing government-funded PEXIVAS trial does NOT require a renal biopsy.

Also, clinical practice is moving away from the necessity for a biopsy in all patients and current recommendations state that therapy should be commenced immediately (i.e., without a biopsy) although a biopsy would add diagnostic certainty and prognostic value.

Importantly, a review of EUVAS trials with renal disease where biopsy has not been required found almost no cases of an incorrect diagnosis (based on more 500 patients). (Studies included: CYCAZAREM, CYLOPS, IMPROVE, and MYCYC.)

Therefore, disease experts agree that the presence of hematuria and proteinuria, plus anti-PR3 or anti-MPO positivity, are adequate to make the diagnosis of ANCA-associated renal vasculitis. Requiring a renal biopsy in all patients for eligibility assessment would significantly reduce an already slow enrollment rate.

Secondly, it should be noted that an abnormal eGFR is not necessarily indicative of active disease. Patients may have relatively normal eGFR and have active renal inflammation. We agree that patients' eGFR may deteriorate rapidly if not treated, but the eGFR may be relatively normal at diagnosis. In fact, two of the subjects enrolled in study CL002_168 had eGFR above 80 mL/min/1.73 m$^2$ at study entry.

In reference to FDA's recommendation, which we have accepted, to study patients with AAV without necessarily having renal disease, a renal biopsy would not be required for eligibility for the study. Therefore, a renal biopsy is not necessary for the proposed study.

Reference ID: 3509014

CONFIDENTIAL                                                                CCXI-0002683117

CCX168                                                                Pre-IND Meeting
PIND #120784                                                           21 April 2014

<hr>

FDA Introductory comment on page 3 of the Preliminary Meeting Comments:

*CCX168 is a C5aR inhibitor. The terminal complement pathway is an important part of the immune response, and patients exposed to CCX168 may be at increased risk of certain infections, particularly related to encapsulated organisms and Neisseria infections. Therefore, you should add safety measures to help mitigate this risk. Specifically, you should:*

1. *Exclude subjects who have had a recent infection or a history of Neisseria infection.*

2. *Administer the meningococcal vaccination at least 2 weeks prior to receiving CCX168.*

3. *Ensure that subjects are informed via the Investigator's Brochure as well as the Informed Consent that they may be at higher risk of infections with encapsulated organisms and particularly Neisseria infections.*

4. *Use the current U.S. Preventive Services Task Force screening recommendations for gonorrhea. These guidelines emphasize screening all women who are at increased risk of infection. There was insufficient evidence to recommend for or against screening men at increased risk of infection, but you might also want to consider screening men.*

5. *Inform other providers who are caring for the enrolled subjects realize that the subjects are at risk of Neisseria infections.*

**ChemoCentryx response:**

As indicated in the Investigator's Brochure on page 65, CCX168 as a C5aR blocker does *not* increase the risk of *Neisseria* infections, as is the case with C5 blockers such as eculizumab (Soliris®). The reason is that CCX168 does not interfere with the formation of C5b and the membrane attack complex (MAC) which is needed to protect against *Neisseria* infections. Eculizumab, on the other hand, blocks the pathway upstream from the split into C5a and C5b. Therefore, since formation of the MAC is untouched by CCX168, precautionary vaccination against *Neisseria* infections should not be mandated.

A more detailed explanation follows.

For a drug such as the humanized monoclonal antibody eculizumab that binds complement protein 5 (C5) and blocks its cleavage into C5a and C5b, with C5b leading to the formation of the C5b-9 membrane attack complex (also called C5b-9 terminal complement complex or TCC), these recommendations are appropriate; the C5b-9 TCC plays an important role in bacterial cell lysis, as shown in Figure 5. Genetic deficiencies in complement components C5, C6, C7, C8 and C9 -- all components of C5b-9 TCC -- dispose those individuals to *Neisseria* infection (Botto et al., 2009). Therefore:

1. Eculizumab is correctly contraindicated in patients with unresolved serious *Neisseria meningitides* infections and in patients who are not currently vaccinated against *Neisseria meningitides*, unless delaying treatment outweighs the risk of developing a meningococcal infection.

2. CCX168, however, is an antagonist of the receptor for C5a (C5aR or CD88) and, as such, CCX168 treatment does not impair the formation of the C5b-9 TCC nor does CCX168 directly affect the cleavage of C5 into C5a and C5b.

<hr>

ChemoCentryx, Inc.                       CONFIDENTIAL                              21

Reference ID: 3509014

CONFIDENTIAL                                                        CCXI-0002683118

CCX168                                                                      Pre-IND Meeting
PIND #120784                                                                 21 April 2014

CCX168 also does not impair the complement cascade C3 amplification loop that leads to pathogen surface-opsonization with resulting phagocytosis and clearance (Figure 5). In contrast to the many published reports indicating that genetic deficiencies in C5b-9 TCC indicate a predisposition to *Neisseria* infection, we have found no published reports indicating that genetic deficiency in C5aR will do the same thing. In contrast, at least in a mouse model of pneumococcal meningitis, genetic deletion of C5aR appears protective, with reduced central spinal fluid leukocytosis and a better clinical status, as compared to wild-type controls (Woehrl et al., 2011).

The point of therapeutic intervention in the complement cascade and its effect on activation and effector mechanisms, especially compared to that of eculizumab, is shown in Figure 6.

For the reasons described above, and in contrast to what is needed for a drug such as eculizumab that blocks formation of C5b-9 TCC, we do not feel the Division's recommended safety measures are appropriate for treatment with the C5a receptor inhibitor CCX168.

Specifically, in response to point 2 above, a subject with ANCA-associated renal vasculitis who meets the proposed inclusion criteria and who is about to receive the indicated treatment (cyclophosphamide or rituximab with steroids) would very likely not be effectively vaccinated against meningococcal infections due to the broad immunosuppressive effect of these drugs.

Reference ID: 3509014

CONFIDENTIAL                                                                 CCXI-0002683119

CCX168                                                          Pre-IND Meeting
PIND #120784                                                     21 April 2014

**Figure 5:      Complement Cascade and Major Points of Therapeutic Intervention**

Pattern recognition molecules are colored in purple, proteases in green, complement components in blue, regulators in cyan, and receptors in dark red. Red symbols mark major therapeutic classes (small molecules, proteins, and antibodies; see legend) and are depicted next to their target protein. Adapted from Ricklin et al., 2013.



ChemoCentryx, Inc.                       CONFIDENTIAL                                23

Reference ID: 3509014

CONFIDENTIAL                                                          CCXI-0002683120

CCX168                                                                                            Pre-IND Meeting
PIND #120784                                                                                        21 April 2014

**Figure 6:    Point of Therapeutic Intervention in the Complement Cascade and its Effect on Activation and Effector Mechanisms.**

Green coloring indicates unaffected functionality, while orange and red coloring indicates partial or complete impairment, respectively. Adapted from Ricklin et al., 2013.



## 2.9.    Concomitant Medications

FDA Introductory comment on pages 5 and 6 of the Preliminary Meeting Comments:

*Steroid regimen—Patients with ANCA-associated glomerulonephritis are often initiated on intravenous methylprednisolone, with subsequent transition to oral prednisone. You should justify your proposal to initiate active control patients on oral steroids instead of intravenous methylprednisolone.*

**ChemoCentryx response:**

We agree that intravenous methylprednisolone is often initiated before switching to oral prednisone. Our study makes provision for an intravenous methylprednisolone cumulative dose of up to 3 g before initiating oral prednisone treatment in the trial.

## 2.10.    Alternative IND-Opening Clinical Trial

FDA response to Question 17 on page 13 of the Preliminary Meeting Comments:

*We do not agree that study CL002_168 as proposed could be the pivotal clinical trial for ANCA-associated glomerulonephritis. As noted in the Introductory Comments, we strongly believe that you need a small phase 2, dose-ranging study with an assessment of more appropriate endpoints.*

---

ChemoCentryx, Inc.                          CONFIDENTIAL                                    24

Reference ID: 3509014

CCX168                                                                Pre-IND Meeting
PIND #120784                                                          21 April 2014

**ChemoCentryx proposal:**

Based on our arguments in Section 2.1, we believe that a dose of 30 mg CCX168 given twice daily provides sufficient C5aR coverage and is an appropriate dose to use in patients with ANCA-associated vasculitis.

Nevertheless, in consideration of FDA's recommendations, ChemoCentryx is willing to adopt FDA recommendations in many areas:

1. Test a dose lower than 30 mg CCX168 twice daily, i.e., 10 mg CCX168 twice daily, to better define the dose-response relationship;

2. Include patients with AAV without having renal disease involvement;

3. Change the primary efficacy endpoint to a BVAS-based endpoint;

4. Assess efficacy at the 24-week time point, in addition to the 12-week time point.

However, based on the arguments made in Sections 2.2, 2.3, and 2.4, we and disease experts agree that it is very important to continue to include a glucocorticoid dose lowering strategy as part of our clinical development program.

Therefore, we would like to propose the following alternative Phase 2 dose assessment clinical trial as an IND-opening clinical trial in the United States:

Study design: Randomized, double-blind, placebo controlled, double-dummy (for CCX168 and prednisone);

Patient population: Patients with ANCA-associated vasculitis with GPA or MPA, with or without renal disease, and with a BVAS of at least 3 at screening;

Treatment groups:

1. Placebo (of CCX168) plus cyclophosphamide or rituximab plus 60 mg/day prednisone starting dose;

2. **CCX168 10 mg twice daily** plus cyclophosphamide or rituximab plus 20 mg/day prednisone starting dose;

3. **CCX168 30 mg twice daily** plus cyclophosphamide or rituximab plus 20 mg/day prednisone starting dose, and

4. **CCX168 30 mg twice daily** plus cyclophosphamide or rituximab.

All patients will be allowed to use IV methylprednisolone up to 3 g prior to starting study medication treatment.

Treatment duration: 12 weeks treatment with CCX168 or placebo, with a 12-week follow-up period during which all patients in the cyclophosphamide stratum will receive oral azathioprine 2 mg/kg/day;

Study size: Approximately 60 patients (i.e., 15 patients per group);

Primary efficacy endpoint: Percent change from baseline in BVAS;

Reference ID: 3509014

CONFIDENTIAL                                                                CCXI-0002683122

CCX168
PIND #120784

Pre-IND Meeting
21 April 2014

Secondary endpoints: BVAS remission, BVAS response, and, in the subgroup of patients with renal disease activity at baseline, renal outcome parameters including eGFR, urinary hematuria, urinary albumin:creatinine ratio, urinary MCP-1:creatinine ratio.

**ChemoCentryx Clarifying Question 1:**

**Would FDA accept a clinical trial with the stated main elements above as an IND-opening trial?**

Reference ID: 3509014

CONFIDENTIAL                                                                                          CCXI-0002683123

## 3.    CHEMISTRY, MANUFACTURING, AND CONTROLS

**ChemoCentryx Question 1:** Does the Division agree with the current shelf-life specification for the 10mg CCX168 capsule?

FDA response to Question 1 on page 6 of the Preliminary Meeting Comments:

*We recommend that you refer to the ICH Q6A guideline regarding the development of your drug product specification. We also have some additional comments for your consideration:*

- *It is recommended that you use a specific identity test, or two complementary nonspecific identity tests.*

**ChemoCentryx response:** We will incorporate the recommended ID testing in the IND application.

- *Justification for the absence of testing for water content will be necessary.*

**ChemoCentryx response:** We have been monitoring water content in both the API and drug product during both release testing and long-term storage stability. Based upon this limited dataset, we will incorporate a specification for water content.

- *Refer to the ICH Q3 documents regarding impurities.*

**ChemoCentryx response:** The specifications for drug-related impurities content will be set in accordance with ICH guidelines.

**ChemoCentryx Question 2:** Does the Division agree that the qualitative and quantitative composition of the current semi-solid filled gelatin capsule formulation of CCX168 could be commercially viable with appropriate characterization including supportive stability?

FDA response to Question 2 on page 6 of the Preliminary Meeting Comments:

*Consideration regarding whether or not the proposed drug product can be marketed profitably is outside the scope of the Agency's purview.*

**ChemoCentryx response:**

We believe that our question was not worded well and we agree that it is beyond the purview of the Agency to comment on potential for marketed profitability.

We would like to clarify that the question was actually intended to address excipient levels potentially exceeding currently approved oral products. As presented in Table 1 (Composition of CCX168 10 mg Capsules) of the CMC summary in the Pre-IND Briefing Document, the quantity of Kolliphor RH40 (Cremophor RH40), 245 mg per capsule, is below the current IIG level for a single oral dosage form; however, the total daily dose of CCX168 capsules exceeds this level.

We acknowledge *FDA Guidance for Industry: Nonclinical Studies for the Safety Evaluation of Pharmaceutical Excipients (May 2005).*

Reference ID: 3509014

CONFIDENTIAL                                                                    CCXI-0002683124

**ChemoCentryx Clarifying Question 2:**

**Given the nonclinical toxicology studies and clinical safety data available for Kolliphor RH40 (Cremophor RH40), does the Division agree that from a regulatory perspective, the current formulation could be advanced as the intended commercial dosage formulation with appropriate characterization, including supportive stability?**

Reference ID: 3509014

CONFIDENTIAL                                                                CCXI-0002683125

## 4.     NONCLINICAL

Regarding the nonclinical program, to facilitate dialogue and efficiently address any outstanding issues, we have briefly summarized areas based upon our review of the Division response where we appear to have mutual consensus and items which require further clarification from the Division.

## 4.1.     General Toxicology

**ChemoCentryx Question 3:** Does the Division agree that the existing preclinical safety pharmacology, toxicology, and absorption, distribution, metabolism and excretion studies are sufficient to allow the initiation of clinical trial CL002_168 in patients with ANCA-associated glomerulonephritis in the United States?

FDA response to Question 3 on page 8 of Preliminary Meeting Comments:

*Pending review of study data and confirmation of the NOAELs in the 13-week rat study and 20-week monkey study, the safety margins in these studies (on an AUC basis compared to projected clinical exposures) appear sufficient to support your proposed dosing of CCX168 at 60 mg per day for 12 weeks in ANCA associated glomerulonephritis patients. Longer clinical trials would require support from nonclinical studies of equal or greater duration (up to 6 months in rodents and up to 9 months in non-rodents, per ICH M3(R2) Guidance).*

**ChemoCentryx Question 4:** Does the Division agree that the selection of rats and cynomolgus monkeys to conduct the long-term preclinical toxicology programs provides adequate opportunity to assess the safety profile of CCX168?

FDA response to Question 4 on pages 8 and 9 of the Preliminary Meeting Comments: *For planned chronic general toxicology studies in rats and monkeys, an attempt should be made to increase exposure over that obtained in prior studies by dosing twice per day in each species. Adequate justification for your high-dose selection should be provided in your IND. Data provided in the package do not support your assertion that 100 mg/kg represents the "highest achievable" exposure to CCX168 in rats based on saturation of absorption.*

**ChemoCentryx response**: Please note the CCX168 formulation vehicle (PEG/Solutol) may not be tolerated at dose volumes higher than those employed in prior rat and monkey studies based upon reports in the scientific literature and evidence of vehicle-related gastrointestinal disturbances seen in the 4-week monkey study which required supportive measures to maintain the health of the animals.

ChemoCentryx proposes pilot studies to assess the tolerability/feasibility of twice daily dosing (or doubling the daily dosing volume) in the monkey and rat. Should the dosing regimen appear tolerable and 2-fold or greater exposure to CCX168 is achievable in a given species, then twice daily dosing (or doubling the daily dosing volume) will be planned for at least the high dose group in the chronic studies.

Reference ID: 3509014

CONFIDENTIAL

CCXI-0002683126

As discussed in Section 5.3 in the Investigator's Brochure (Appendix 5 of Briefing Document), the high doses and dosing vehicles employed in the rat and cynomolgus monkey definitive studies were based upon extensive data from prior pharmacokinetic and dose-range finding studies, and were expected to produce the highest achievable systemic exposures based upon dose volume considerations and formulation concentration constraints.

A summary of single dose rat pharmacokinetic data is presented in the Table 1 below that demonstrates that maximal systemic exposure to CCX168 is achieved at a dose of 100 mg/kg [PC0482_168] (female rat PK data also demonstrates saturation of exposure at 100 mg/kg).

**Table 1:**    **Comparison of exposures following a single dose in male rats with escalating doses of CCX168 in 70:30 PEG 400/Solutol HS 15 (5 mL/kg dosing volume)**

| Dose (mg/kg) | $C_{max}$ (ng/mL) | $AUC_{0-\infty}$ (ng·h/mL) |
|---|---|---|
| 30 | 2,533 | 24,622 |
| 100 | 3,813 | 43,295 |
| 300 | 3,227 | 30,855 |

**ChemoCentryx Clarifying Question 3:**

**Assuming that, upon further review of the relevant study reports that will be provided in the IND application, the Division agrees that we have defined the (high) dose that produces maximum systemic exposure in the planned chronic general toxicology studies in rats and monkeys, does the Division agree that selection of the high dose can be justified based upon saturation of absorption?**

## 4.2.    Reproductive Toxicology

**ChemoCentryx Question 5a:** Presuming exposures to CCX168 and CCX168-M1 in the hamster species can be achieved that are significantly higher than the anticipated absolute and C5a receptor potency adjusted human exposures at clinically relevant doses, would the Division prefer the use of the hamster as the second species on the basis of receptor potency?

FDA response to Question 5 on page 9 of Preliminary Meeting Comments: *We agree that the rabbit would be an acceptable species for EFD studies, assuming sufficient maternal toxicity can be demonstrated. The lack of pharmacological relevance for the rat raises significant questions and we do not recommend conducting developmental/reproductive toxicology studies in the rats.*

*While we do not employ "potency-adjusted" exposure calculations, we agree with your proposal to conduct developmental/reproductive toxicology studies in the hamster. Selection of the hamster should be supported by toxicokinetic data showing adequate AUC exposure margins relative to the human exposure at the proposed clinical dose and/or sufficient maternal toxicity.*

Reference ID: 3509014

CONFIDENTIAL                                                                              CCXI-0002683127

CCX168                                                          Pre-IND Meeting
PIND #120784                                                     21 April 2014

*The hamster appears to be a reasonable species for FEED and EFD studies, although limited historical control data may be of greater concern for the PPND assessment. If there is insufficient supportive information for the use of hamsters, the cynomolgus monkey would be an acceptable species for the PPND assessment.*

**ChemoCentryx response:** Regarding exposure, the table below compares maximal CCX168 exposures across species. We must emphasize that maternal toxicity due to CCX168 may not be achievable in any species given formulation and bioavailability limitations.

**Table 2:**   **Comparison of Exposures Following a Single Dose Across Species in Females with Escalating Doses of CCX168 in 70:30 PEG 400/Solutol HS 15**

| Species (dosing volume)[a] | Dose (mg/kg) | $AUC_{0-24}$ (ng•h/mL) | Study Report ID |
|---|---|---|---|
| Hamster (5 mL/kg) | 100 | 37361 | NA[b] |
| Hamster (5 mL/kg) | 300 | 20741 | NA[b] |
| Rabbit (2.5 mL/kg) | 100 | 4300 | PC0203_168 |
| Rabbit (2.5 mL/kg) | 300 | 2880 | PC0203_168 |
| Mouse (5 mL/kg) | 100 | 18660 | NA[b] |
| Mouse (5 mL/kg) | 300 | 11670 | NA[b] |
| Cynomolgus monkey (1 mL/kg) | 15 | 6960 | PC0385_168 |
| Cynomolgus monkey (1 mL/kg) | 50 | 6830 | PC0385_168 |

[a] Daily dosing volumes employed are maximum recommended from scientific literature and /or industry sources
[b] NA - Study report not yet available

**ChemoCentryx Clarifying Question 4:**

**Assuming that, upon further review of the relevant study reports that will be provided in the IND application, the Division agrees that we have defined the (high) dose that produces maximum systemic exposure, does the Division accept the use of the hamster and rabbit in the Segment 1 and 2 studies?**

**ChemoCentryx Clarifying Question 5:**

**Does the Division agree that selection of the high dose in the reproductive toxicology studies can be justified based upon saturation of absorption in the event maternal toxicity is not seen?**

**ChemoCentryx plans to request a Type C meeting to discuss the species and scope of the reproductive toxicology studies prior to their conduct when additional information is available.**

Reference ID: 3509014

CONFIDENTIAL                                                      CCXI-0002683128

CCX168                                                                    Pre-IND Meeting
PIND #120784                                                              21 April 2014

_____

FDA response:  *Assuming there are no adverse effects seen upon reproductive organs in the general toxicology studies and adequate measures taken in clinical trial(s), reproductive toxicology study reports would be required to be submitted at the time of NDA submission.*

**ChemoCentryx response:**  As indicated in the Briefing Package, no anatomical pathology findings have been reported in the prior 4-week and 13/20-week toxicology studies which included evaluation of the reproductive organs. Gross evaluations, organ weights and microscopic examinations of reproductive organs will be performed in the chronic toxicology studies.

## 4.3.    Carcinogenicity Studies

**ChemoCentryx Question 6b:** As CCX168 is being investigated for the treatment of a serious debilitating disease and given the considerations in Section 11.4.3 of the Briefing Document, is the plan proposed by ChemoCentryx to initiate the carcinogenicity studies concomitantly with clinical trial CL002_168 and to complete the carcinogenicity studies post-approval acceptable?

FDA Response to Question 6 on page 10 of Preliminary Meeting Comments: *Based on the stage of development and the current uncertainty around species selection for certain pivotal studies, it is premature to comment on nonclinical study requirements and timing of submissions to support approval. We can provide more definitive comments after the IND has been opened. Based on the information in the briefing package, it appears that rat and hamster would be reasonable species selections for the carcinogenicity assessment. The timing of carcinogenicity studies will depend, in part, on the findings in general toxicology studies (e.g., neoplastic or pre-neoplastic lesions might require earlier submission).*

**ChemoCentryx Clarifying Question 6:  Would a dose associated with maximum systemic exposure be justified as a high dose in the carcinogenicity studies?**

**ChemoCentryx comment and Clarifying Question 7:**

**We would appreciate if the Division could clarify the statement regarding the hamster as being "valuable in characterizing the toxicity of CCX168, and a full program of general toxicology studies". ChemoCentryx currently plans to conduct a 13-week study in hamsters which will precede the carcinogenicity study in this species. At this time, ChemoCentryx does not plan on conducting a standalone 6-month hamster study, since we already plan a 6-month rat and 9-month cynomolgus monkey toxicology study.**

**Is this plan acceptable to the Division?**

## 4.4.    T Cell-Dependent Antibody Response Study

FDA Response on page 10 of Preliminary Meeting Comments: *Notwithstanding the comments in our response to Question 4 regarding your general toxicology program, your proposed chronic toxicology study designs appear acceptable. We recommend that you repeat the TDAR assessment and CNS/respiratory safety pharmacology endpoints in your chronic study in the cynomolgus monkey, which is a pharmacologically relevant species. For your rodent study, mid-*

_____

ChemoCentryx, Inc.                          CONFIDENTIAL                               32

Reference ID: 3509014

*and low-dose groups should be read down to determine a NOAEL for any findings observed at the high-dose without attribution to cause.*

**ChemoCentryx comment and Clarifying Question 8:**

**ChemoCentryx proposes to evaluate T-cell dependent antibody responses in the context of the chronic monkey study. ChemoCentryx respectfully requests that the Division reconsider its recommendation to undertake specialized CNS and pulmonary evaluations in monkeys given the availability of human data, as these assessments in monkeys are unlikely to be of significant clinical utility. No evidence of behavioral changes was seen including none on respiratory behavior in prior monkey studies. Furthermore, no unexpected adverse CNS or pulmonary observations were noted in human clinical trials conducted so far.**

**Would the Division agree that CNS and pulmonary evaluations in monkeys is not required?**

Reference ID: 3509014

CONFIDENTIAL

CCXI-0002683130

CCX168                                                                Pre-IND Meeting
PIND #120784                                                           21 April 2014

## 5.       REFERENCES

1. Button M, et al. Complement in Human Diseases: Lessons from Complement Deficiencies. Mol Immunol 2009; 46:2774-2783.

2. Charlier C, et al. Risk factors for major infections in Wegener granulomatosis: Analysis of 113 patients. Ann Rheum Dis 2009;68: 658–663.

3. Flossman O, et al. Long-term patient survival in ANCA-associated vasculitis. Ann Rheum Dis 2011;70:488-494.

4. Goupil R, et al., Lymphopenia and treatment-related infectious complications in ANCA-associated vasculitis. Clin J Am Soc Nephrol 2013;8: 416-423.

5. Jones RB, et al Rituximab versus cyclophosphamide in ANCA-associated renal vasculitis. N Engl J Med 2010;363(3):211-220.

6. Little MA, et al. Early mortality in systemic vasculitis: relative contribution of adverse events and active vasculitis. Ann Rheum Dis 2010;69:1036-1043.

7. Mansfield N, et al. Prolonged disease-free remission following rituximab and low-dose cyclophosphamide therapy for renal ANCA-associated vasculitis. Nephrol Dial Transplant 2011;26:3280-3286.

8. McGregor JG, et al. Glucocorticoids and relapse and infection rates in antineutrophil cytoplasmic antibody disease. Clin J Am Soc Nephrol 2012;7:240-247.

9. Mukhtyar C, et al. Outcomes from studies of antineutrophil cytoplasm antibody associated vasculitis: a systematic review by the European League Against Rheumatism systemic vasculitis task force. Ann Rheum Dis 2008;67:1004–1010.

10. Ricklin D and Labris JD. Progress and Trends in Complement Therapeutics. Adv Exp Med Biol 2013; 734:1-22.

11. Stone JH, et al. Rituximab versus cyclophosphamide for ANCA-associated vasculitis. N Engl J Med 2010;363(3):221-232.

12. Woehrl B, et al. Complement Component 5 Contributes to Poor Disease Outcome in Humans and Mice with Pneumococcal Meningitis. J Clin Invest 2011; 121(10): 3943-3953.

Reference ID: 3509014

CONFIDENTIAL                                                                         CCXI-0002683131

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------

/s/

--------------------------------------------------

LEILA P HANN
05/20/2014

Reference ID: 3509014

CONFIDENTIAL                                                                CCXI-0002683132