# Attachment 35

# Uslaner Declaration Ex. 69

# (ECF No. 303-37)

# Exhibit 69

## FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Pirow Bekker [/O=CHEMOCENTRYX/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=PBEKKER] |
| **Sent:** | 9/19/2016 7:22:47 PM |
| **To:** | Sr Management [/o=Chemocentryx/ou=First Administrative Group/cn=Recipients/cn=SeniorManagement] |
| **Subject:** | FDA EOP2 meeting minutes |
| **Attachments:** | EOP2 meeting minutes 7_14_16IND120784EOP2MMFinalized.pdf |

Best regards,
Pirow

*This message is intended only for the recipient named. If you are not the intended recipient you are notified that disclosing, copying, contributing or taking any action in reliance on the contents of this information is strictly prohibited.*



CONFIDENTIAL

CCXI-0000365248

 **DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring MD 20993

IND 120784

**MEETING MINUTES**

ChemoCentryx, Inc.
850 Maude Avenue
Mountain View, CA 94043

Attention:    Pirow Bekker, M.D., Ph.D.
              Chief Medical Officer

Dear Dr. Bekker:

Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for CCX168.

We also refer to the meeting between representatives of your firm and the FDA on July 14, 2016. The purpose of the meeting was to nonclinical and clinical data prior to beginning phase 3 studies.

A copy of the official minutes of the meeting is enclosed for your information. Please notify us of any significant differences in understanding regarding the meeting outcomes.

If you have any questions, call me, at (301) 796-4495.

                        Sincerely,

                        {See appended electronic signature page}

                        Brandi Wheeler, PharmD
                        Regulatory Project Manager
                        Division of Pulmonary, Allergy, and Rheumatology
                        Products
                        Office of Drug Evaluation II
                        Center for Drug Evaluation and Research

Enclosure:
Meeting Minutes

Reference ID: 3969901

CONFIDENTIAL                                            CCXI-0000365249



**FOOD AND DRUG ADMINISTRATION**
CENTER FOR DRUG EVALUATION AND RESEARCH

## MEMORANDUM OF MEETING MINUTES

**Meeting Type:**          B
**Meeting Category:**      End of Phase 2

**Meeting Date and Time:** July 14, 2016, 2:00 – 3:00 PM EST
**Meeting Location:**      FDA White Oak, Building 22, Room 1313

**Application Number:**    120784
**Product Name:**          CCX168
**Indication:**            Anti-Neutrophil Cytoplasmic Antibody Associated Renal Vasculitis
**Sponsor/Applicant Name:** ChemoCentryx, Inc.

**Meeting Chair:**         Badrul Chowdhury, MD, PhD
**Meeting Recorder:**      Brandi Wheeler, PharmD

### FDA ATTENDEES
Badrul A. Chowdhury, MD, PhD, Director, Division of Pulmonary, Allergy, and Rheumatology Products (DPARP), Office of Drug Evaluation II (ODEII)
Lydia Gilbert-McClain, MD, Deputy Director, DPARP, ODEII
Sarah Yim, MD, Supervisory Associate Director, DPARP
Janet Maynard, MD, Clinical Team Leader, DPARP
Suzette Peng, MD, Clinical Reviewer, DPARP
Timothy Robison, PhD, Pharmacology/Toxicology Supervisor, DPARP
Matthew Whittaker, PhD, Pharmacology/Toxicology Reviewer, DPARP
Anshu Marathe, PhD, Team Lead, Division of Clinical Pharmacology II (DCPII), Office of Clinical Pharmacology (OCP)
Yunzhao Ren, PhD, Clinical Pharmacology Reviewer, DCPII, OCP
Gregory Levin, PhD, Biostatistics Team Leader, Division of Biometrics II, Office of Biostatistics (OB)
Yongman Kim, PhD, Biostatistics Reviewer, Division of Biometrics II, OB
Craig Bertha, PhD, CMC Lead, Division of New Drug Products Branch IV, Office of New Drug Products (ONDP), Office of Pharmaceutical Quality (OPQ)
Kathryn O'Connell, MD PhD, Senior Medical Officer, CDER Rare Diseases Program
Mishale Mistry, PharmD, Team Leader, Safety Evaluator, Division of Medication Error Prevention and Analysis, Office of Surveillance and Epidemiology (OSE)
Nichelle Rashid, Team Leader, Safety Regulatory Health Project Management, OSE
Jiang Liu, PhD, Lead Pharmacologist, Division of Pharmacometrics, OCP
John Milto, MD, Medical Officer, Office of Orphan Products Development

Reference ID: 3969901

IND 120784
Page 2

Brandi Wheeler, PharmD, Regulatory Project Manager, DPARP

**SPONSOR ATTENDEES**
Thomas Schall, Ph.D. President
Pirow Bekker, M.D., Ph.D.,Chief Medical Officer
Andrew Pennell, Ph.D., Executive Director, Preclinical Drug Development
Shichang Miao, Ph.D., Executive Director Discovery & Clinical DMPK
Becky Schulz, R.N., Manager, Regulatory Affairs
Kelly Conoscenti, B.S., Regulatory Affairs Specialist
David Jayne, M.D., Consultant, Medical (AAV)
Peter Merkel, M.D., M.P.H., Consultant, Medical (AAV)
Lee Simon, M.D., Ph.D., Consultant, Medical and Regulatory
Elliott Offman, Ph.D. (cand), Consultant, Medical (Cardiology)
Chao Wang, Ph.D., Consultant, Statistician
Curt Scribner, M.D., Ph.D., Consultant, Regulatory Affairs

## 1.0    BACKGROUND

ChemoCentryx has requested an End of Phase 2 (EOP2) Meeting to discuss the initiation of phase 3 studies for CCX168 for the treatment for anti-neutrophil cytoplasmic antibody (ANCA)-associated vasculitis. Prior to this request, a Pre-IND meeting took place on April 21, 2014.

ChemoCentryx is seeking agreement on the adequacy of the nonclinical and clinical data provided to date, to begin phase 3 studies. They would like to discuss whether two phase 2 studies would be sufficient to support an NDA. In addition, they are requesting guidance on their proposed phase 3 clinical program.

A meeting request was submitted on April 8, 2016. The meeting was granted on April 27, 2016. FDA sent Preliminary Comments to ChemoCentryx, Inc. on July 12, 2016. ChemoCentryx's questions from the briefing document dated June 14, 2016, are provided below in italics followed by the FDA responses in normal font. Discussion is in bold.

## 2. DISCUSSION

### 2.1.    Nonclinical

**_Question 1:_** _Does the Division agree that the completed safety pharmacology and toxicology studies with CCX168 are sufficient to support the initiation of the proposed Phase 3 clinical trial?_

**FDA Response to Question 1:**
Based on our initial review of the draft study reports of your chronic toxicology studies in rats and monkeys (Studies PC0655-168 & PC0654-168), there are sufficient exposure margins to support the proposed 30 mg b.i.d. clinical CCX168 dose in Study CL010_168.

CONFIDENTIAL                                                                CCXI-0000365251

IND 120784
Page 3

We remind you that finalized quality assured reports should be submitted no later than 120 days after submission of draft reports. Each final study report must be accompanied by a description of any differences between the finalized study reports and the information presented in the initial draft reports or clearly state that there are no changes to the study report.

**Discussion:**
**No discussion occurred.**

*Question 2:* *Does the Division agree that it is acceptable to complete nonclinical carcinogenicity studies (rat and hamster) post-approval?*

**FDA Response to Question 2:**
Yes, we agree that it would be acceptable to conduct carcinogenicity studies in rats and hamsters post-approval.

**Discussion:**
**No discussion occurred.**

*Question 3:* *Are the currently completed preclinical safety studies, which include dose range-finding embryo-fetal (Seg II) hamster and rabbit toxicology studies (designed as indicated in ICH guidance M3(R2) Note 4 for the inclusion of women of childbearing potential), sufficient to support initiation of a Phase 3 clinical trial of approximately 230 patients with AAV including women of childbearing potential?*

**FDA Response to Question 3:**
We acknowledge the receipt of the draft study reports for the dose range-finding EFD studies in rabbits and hamsters on July 7, 2016, as well as the summary of the results of these studies included in sections 12.4.10 and 12.4.11 of the End of Phase 2 (EOP2) Meeting Briefing Document.

Based on the nature and severity of AAV and the established contraception requirements in the study protocol given that patients will be exposed to the known human teratogen cyclophosphamide, Study CL010_168 can include women of childbearing potential.

**Discussion:**
**No discussion occurred.**

*Question 4:* *Does the Division agree that it is reasonable to complete the perinatal and postnatal development (PPND) Seg III study using hamsters prior to submission of the NDA?*

**FDA Response to Question 4:**
Yes, we agree.

Reference ID: 3969901

CONFIDENTIAL                                                                CCXI-0000365252

IND 120784
Page 4

**Discussion:**
**No discussion occurred.**

***Question 5:*** *Although AAV is extremely rare in children, ChemoCentryx is considering enrollment of children as young as 6 to 12 years in clinical trials in AAV and potentially other orphan indications. Does the Division agree that, based on lack of relevant findings in our toxicology studies to date, that it is reasonable to enroll children as young as 6 to 12 years in serious orphan disease indications?*

**FDA Response to Question 5:**
From a nonclinical perspective, no additional nonclinical studies are required to include children aged ≥ 6 years and older in clinical trials in AAV patients. However, as per 21 CFR 50 Subpart D—Additional Safeguards for Children in Clinical Investigations, clinical investigations involving greater than minimal risk, such as your proposed study, should present the prospect of direct benefit to individual subjects. This should include justification that the risk is justified by the anticipated benefit to the subjects, and the relation of the anticipated benefit to the risk is at least as favorable to the subjects as available alternative approaches. Based on the currently available data, it is not clear whether you will be able to meet the requirements of these regulations. Consider incorporating a staged approach, where preliminary data in adults can be used to support inclusion of adolescents, and then preliminary data in older children can be used to support inclusion of younger children.

**Discussion:**
**No discussion occurred.**

**FDA Post Meeting Comment**
We acknowledge your post-meeting comment with your justification for enrollment of children in your phase 3 study. It is difficult to comment on your proposal to enroll children in a clinical study in AAV given the ongoing discussion on the design of your proposed trial. In general, we do not agree that you have provided adequate justification that the risk of CCX168 is justified by the anticipated benefit to children, and the relation of the anticipated benefit to the risk is at least as favorable to the children as available alternative approaches. Of note, if you decide to pursue development of CCX168 for children after establishing an adequate risk/benefit profile in adults, we do not anticipate controlled efficacy data in children will be necessary.

**Introductory Comments to Clinical Questions**
We agree that AAV is a serious disease with unmet medical need. However, we have several areas of concern in regards to your proposed development program in AAV. Based on interim data available at this time, it is unclear if CCX168 has the potential to be beneficial in AAV. A review of data provided for studies CL002_168 and CL003_168 is included below, followed by suggestions for your development program.

**Review of data for studies CL002_168 and CL003_168**
In study CL002_168, the primary endpoint was BVAS response, which you defined as at least 50% reduction in the BVAS score from baseline. The clinical meaningfulness of BVAS

Reference ID: 3969901

CONFIDENTIAL                                                                                CCXI-0000365253

IND 120784
Page 5

response is unknown. Further, the results of BVAS response are not supported by additional endpoints, such as BVAS remission at Week 12. This is further complicated by the fact that two of the treatment arms (the standard-of-care control group and the low dose steroid group) are still taking prednisone at Week 12, making it difficult to interpret the results as presented. In the 12-week follow-up, you note that the "response appeared to be lost in a few subjects in the two CCX168 treatment groups." Therefore, we maintain that week 12 assessment of efficacy may not translate to long-term clinical benefit. Further, while there were few patients who experienced worsening of vasculitis during the 12-month treatment period, there were numerically more events in the CCX168 + no steroid group compared to the other groups. More importantly, in your safety data, there were more serious adverse events in the CCX168 + no steroids group. Many of the SAEs that were numerically higher in the CCX168 treatment arms might be attributed to active disease, such as the preferred terms of renal vasculitis, hematuria, renal impairment, vasculitis, microscopic polyangiitis, CRP increased, and rash. We acknowledge your proposal to replace steroids to minimize steroid associated adverse events. However, it is unclear based on the submitted data if use of CCX168 is associated with fewer of these adverse events. As presented in Table 37 of the EOP2 briefing package, you note that 15 subjects (65%) of the SOC group (high dose steroids) developed AEs as compared to 4 (18%) and 11 (50%) in the CCX168 + low dose steroids and CCX168 + no steroids groups, respectively. If the events you selected are to be attributed to steroids, it is unclear why there are more events in the no steroid group compared to the low dose steroid group.

For study CL003_168, the efficacy assessments included in this briefing package are limited. It is notable that the results are similar to CL002_168 in that the results for BVAS response at Week 12 are not supported by BVAS remission at week 12. Although the proportion of subjects who achieved BVAS remission at Week 4 (while taking prednisone 25mg) was higher in the CCX168 30mg group, this same group had the lowest proportion of BVAS remission at Week 12 (while taking prednisone 10mg). Thus, we do not agree that the data presented support that CCX168 as add-on therapy show improved clinical response as compared to the SOC control. We recognize the concerns for serious infections in the safety data. However, it is difficult to disentangle what can be attributed to steroids and background therapy and what can be attributed to the addition of CCX168.

## Suggested development program
We acknowledge your proposal for CCX168 to be a replacement for glucocorticoids. However, steroids are standard of care for the treatment of AAV, and certain steroids are approved for the treatment of vasculitis. Thus, removing steroids from the AAV treatment regimen and replacing it with CCX168 makes your clinical development plan more complicated. Further, it is unclear whether you intend for CCX168 to be part of the regimen for induction or for both induction and maintenance. Elucidating how you intend for CCX168 to be part of the AAV treatment regimen will assist in designing the ideal study design and efficacy assessment (outcome measure, timing, etc.). Based on the design of Study CL010_168, it appears that you plan to compare a prednisone taper over 26 weeks to use of CCX168 for 52 weeks. We acknowledge there are toxicities associated with chronic steroid use. However, if you intend for patients to substitute steroids with CCX168, you will need to compare the adverse events associated with each therapy during the time period they are given.

Reference ID: 3969901

CONFIDENTIAL                                                          CCXI-0000365254

IND 120784
Page 6

We suggest some study designs for your consideration. We ask that you consider these as possible options dependent on your overall goals for the development program.

(1) You currently propose a non-inferiority study, comparing 2 treatment arms (steroids + CYC or RTX vs. CCX168 + CYC or RTX). A non-inferiority study would not be sufficient to show that CCX168 can replace glucocorticoids. There are no historical placebo-controlled trials evaluating the efficacy of glucocorticoids as an add-on therapy to CYC or RTX, and your determination of the extent of the contribution of glucocorticoids to the historical estimated remission rate on glucocorticoids + CYC or RTX is based on key, implausible, and unverifiable assumptions. There are many issues with your assumptions, including but not limited to the following: (1) it is unlikely that the efficacy of glucocorticoids alone is similar to that of glucocorticoids when added on to CYC or RTX; and (2) the relevance of many of the historical studies you cited for the setting of the proposed NI study is questionable because of potential differences in important factors such as the patient population, standard of medical care, and treatment regimen (e.g., rate and amount of glucocorticoid tapering). Therefore, with the proposed NI margin of -20%, it would be very difficult to determine if a finding of similar remission rates on the proposed comparator arms was due to the efficacy of CCX168 or to the fact that the remission rates on both arms were primarily driven by the underlying CYC or RTX (with little to no benefit provided from CCX168). Given these concerns, we recommend performing a superiority trial to show the benefit of CCX168 vs. glucocorticoids. We acknowledge your concerns regarding the sample size necessary to directly assess superiority in the proposed study design. Other possibilities would be changing the time point of assessment (2) or changing the study arms (3).

(2) You could also consider changing the timing of efficacy assessment. In your currently proposed study, you will assess your primary endpoint at Week 26, just 6 weeks after steroid taper in your SOC treatment arm. You could instead assess your primary endpoint at Week 52. In this way, your study might be powered to assess superiority of CCX168 + CYC or RTX vs. steroids + CYC or RTX.

(3) If you believe and can justify that glucocorticoids cause more toxicity than benefit in AAV, you could consider doing a superiority study with the following 3 treatment arms:
    a. CCX168 + CYC or RTX
    b. PBO + CYC or RTX
    c. Steroids + CYC or RTX (standard of care)
With just one changing variable (CCX168) in the comparison between treatment arms a. and b., it would be easier to attribute benefit to CCX168. In addition, the benefit of glucocorticoids used with CYC or RTX is not well known. This study design would address both of these issues. In such a design, you would need to provide support for the position that it is safe and ethical to treat patients with AAV with only CYC or RTX and not steroids. In addition, we recommend that such a treatment design include an escape option for patients with ongoing disease or disease flares, so that patients could receive steroids if needed.

CONFIDENTIAL                                                                              CCXI-0000365255

IND 120784
Page 7

(4) You have argued that, as a replacement for glucocorticoids, CCX168 will provide an improved benefit-risk profile through similar efficacy and less toxicity than glucocorticoids. Therefore, another possible study design is to maintain the same treatment arms as you have proposed and evaluate whether CCX168 is superior to glucocorticoids with respect to a direct measure that combines benefit and risk, such as time to ESRD or death (with the possibility of justifying the inclusion of other serious direct measures of patient benefit or risk in the composite outcome). This would likely require a longer term study than is currently proposed.

Discussion

ChemoCentryx reviewed their proposed phase 3 clinical trial design and discussed the similarity of their phase 3 trial to the Rituximab (RAVE) study. They expressed their concerns over the suggested options for their development program. Specific concerns related to the required sample size for a superiority, rather than a noninferiority, study design. The FDA acknowledged the sponsor's concerns, but noted that the proposed noninferiority study would not be sufficient to show that CCX168 can replace steroids. FDA's specific concern was that the proposed study would not be able to reliably evaluate the treatment effect of CCX168, given that the benefit of steroids on top of CYC or RTX is not well-understood.

Further, the FDA noted that the sponsor's planned use of CCX168 in the treatment of AAV is unclear. Specifically, it is unclear whether CCX168 would be continued for 52 weeks or longer. ChemoCentryx noted that they are considering CCX168 as a replacement for steroids during induction with potential long-term use of CCX168. The FDA encouraged the sponsor to define the intended use of CCX168 in practice and use that definition to inform their phase 3 study design.

ChemoCentryx and FDA discussed several possible design options. One of the sponsor's proposals was a superiority trial with an endpoint of time to remission. The FDA expressed reservations about this potential study design given that the study would also need to show long-term benefits other than just reaching remission faster. Subsequently, ChemoCentryx proposed evaluation of endpoints, such as remission, at earlier time points, such as week 4. The FDA explained that remission or clinical response at week 4 would not be sufficient if an early response did not translate to sustained or long-term clinical benefit. Further, assessment of endpoints at week 4 would be further complicated by the steroid taper. ChemoCentryx questioned whether, in addition to the proposed non-inferiority endpoint, one or two key secondary endpoints showing superiority could be considered a basis for approval. The FDA noted that there were residual concerns that the proposed noninferiority study would not be sufficient to show that CCX168 can replace steroids.

ChemoCentryx asked, if they were to pursue a 52 week endpoint, would remission at week 52 based on a BVAS of 0 or sustained remission based on BVAS of 0 at week 26 and week 52 be acceptable. The FDA responded that assessment of BVAS remission at week 26 and/or 52 would be acceptable. There was some discussion about a three arm study in which one of the arms used no steroids or a rapid steroid taper. ChemoCentryx questioned if the proposed three arm study design (specifically, an arm without steroids) would be

Reference ID: 3969901

CCXI-0000365256

IND 120784
Page 8

ethical, and the FDA encouraged the sponsor to discuss this potential study design further with experts in the field. It was noted that such a study design would incorporate a steroid rescue so that any patients with disease activity would receive treatment. It was also noted that this study design should include a third arm that included a standard of care steroid taper as a benchmark. However, this arm would be included for descriptive purposes and would not need to be powered for superiority or non-inferiority. The sponsor expressed concern that inclusion of a third study arm would increase the sample size. The FDA acknowledged that AAV is a rare disease and expressed willingness to consider feasible study designs. The sponsor noted that a time to ESRD or death outcome would not be practical given the long term follow up and confounding factor of plasma exchange.

At the end of the meeting, the FDA reiterated that the Agency did not agree with the sponsor's proposed phase 3 study design but would like to work with the sponsor. The FDA encouraged the sponsor to request another meeting before beginning the phase 3 study.

**FDA Post Meeting Comment**
We continue to have concerns regarding the proposed non-inferiority study design. Based on internal discussions following our meeting, we are providing three possible study designs for your consideration for your development program:

### 1) Time to remission analysis

**Study arms:**
1. CCX168 + CYC or RTX
2. Steroids + CYC or RTX (Standard of Care, SOC)

**Primary endpoint:**
The suggested endpoint is time to event for BVAS remission (up to 26 weeks)

**Primary analysis:**
The primary analysis assesses superiority of CCX168 + CYC or RTX vs. steroids + CYC or RTX

**Supportive endpoint and analysis:**
The study would include a supportive analysis in all randomized patients to compare the treatment groups with respect to the probability of either remission at Week 52 or sustained remission (remission at Weeks 26 and 52). Superiority would not need to be demonstrated in this supportive analysis, but it would be considered important to understand the overall benefit-risk of CCX168.

### 2) Rapid steroid taper design

**Study arms:**
1. CCX168 + CYC or RTX
2. CYC or RTX + rapid steroid taper

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365257

IND 120784
Page 9

3. CYC or RTX + SOC steroid taper

**Primary Endpoint:**
The suggested endpoint is BVAS remission at week 26 and/or 52.

**Primary analysis:**
The primary analysis assesses superiority of CCX168 + CYC or RTX vs. CYC or RTX + rapid steroid taper. The SOC arm is included for descriptive purposes only. The study would not be anticipated to be powered for comparisons with the SOC arm.

### 3) Steroids included in all comparator arms design

**Study arms:**
1. CCX168 + CYC or RTX + rapid steroid taper
2. CYC or RTX + rapid steroid taper
3. CYC or RTX + steroid taper (SOC)

**Primary Endpoint:**
The suggested endpoint is BVAS remission at week 26 and/or 52.

**Primary analysis:**
The primary analysis assesses superiority of CCX168 + CYC or RTX + rapid steroid taper vs. CYC or RTX + rapid steroid taper. The SOC arm is included for descriptive purposes only. The study would not be anticipated to be powered for comparisons with the SOC arm.

With the potential design options described above, we think you would have adequate power to detect moderate effect sizes with reasonable sample sizes. For example, in a design to evaluate superiority with respect to BVAS remission at a specific time point, sample sizes per arm of roughly 100–125 would provide high power to detect a 20% absolute increase in the proportion of patients who achieve remission, assuming a remission probability on the control arm of around 0.5–0.6. Alternatively, in a design to evaluate superiority with respect to time to BVAS remission, 87 events (or sample sizes per arm of roughly 75 patients, assuming a remission probability on the control arm of around 0.5) would provide high power to detect a hazard ratio of 2.0, an alternative hypothesis that roughly corresponds to halving the median time to remission.

## 2.2.    Clinical

*Question 6: Does the Division agree that the absorption, distribution, metabolism, and excretion (ADME) of CCX168 have been adequately characterized to support a New Drug Application in the treatment of patients with AAV?*

**FDA Response to Question 6:**

Reference ID: 3969901

IND 120784
Page 10

No, we do not agree. It appears that CCX168 is mostly eliminated by hepatic pathway. Therefore, the effect of hepatic impairment on CCX168 PK should be evaluated.

**Discussion:**
**No discussion occurred.**

**ChemoCentryx Post Meeting Comment**
We agree with the Agency's assessment. Based on results from Mass Balance study CL004_168, CCX168 is mostly cleared through hepatic metabolism followed by biliary excretion of metabolites.

We agree that the effect of hepatic impairment on the PK profile of CCX168 needs to be assessed. We propose to conduct a hepatic impairment PK study during the course of Phase 3 study CL010_168. Phase 3 study CL010_168 will exclude patients with significant hepatic disease (hepatic enzymes or bilirubin >3x upper limit of normal).

Recommendations on dose adjustment in patients with hepatic impairment will be made after the hepatic impairment PK study.

**FDA Post Meeting Comment**
Yes, we agree. Your proposal appears reasonable.


**_Question 7:_** _Does the Division agree that ChemoCentryx has adequately characterized the potential cardiovascular safety risk of CCX168 such that another QT/QTc study is not required?_

**FDA Response to Question 7:**
The following comments are conveyed from FDA QT Interdisciplinary Review Team:

No, we do not agree for the following reasons:

    a.  A placebo control was not included in the study CL007_168. An adequate placebo cohort is generally required for thorough QTc assessment to control for potential bias introduced by study procedures. A placebo control is especially important for this study, which is a fixed (not randomized) 2-sequence (ABCD and BACD) study with a baseline ECG assessment for all subjects performed in period 1. Study procedures, however, are quite different in each period making the baseline from Period 1 inadequate when pooling QTc response across study periods without a placebo control.

    b.  Without a separate positive control for ECG assay sensitivity, the QTc response should be characterized at a sufficiently high multiple (ideally at least 2-fold) of highest expected drug exposure in patients when considering increases in exposure due to intrinsic and extrinsic factors (Refer to ICH E14 Q&A (R3)). The exposure to CCX168 is expected to increase 2-fold with metabolic inhibition and the exposure margin from the 100 mg bid dose does not provide sufficient exposure margin to waive the requirements for assay sensitivity.

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365259

IND 120784·
Page 11

   c. Food is known to affect QTc assessment and the concentration-QTc assessment should control for or exclude the effects of food.

**Discussion:**
**No discussion occurred.**

**FDA Post Meeting Comments**
Without a placebo control, the study is not designed to exclude small effects (10 ms) on the QTc interval. In addition, the following are our comments to your response:

   a. We do consider that the study procedures in this fixed 2-sequence (ABCD and BACD) study are different in each period because the baseline ECG assessment for all subjects was only performed in period 1, therefore the time of ECG monitoring in each period relative to the baseline is quite different (especially ECG monitoring for Period 3 and Period 4 is approximately 1 month after baseline measurement which is very different from those for Period 1 and 2).

   b. As presented in your Table 1, the mean $C_{max}$ of CCX168 is 840 ng/mL for the 100 mg b.i.d. MD which is 1.7-fold the $C_{max}$ of 489 for the 30 mg b.i.d. MD with itraconazole. We do not consider less than 2-fold as a sufficiently high multiple to waiver the requirements of assay sensitivity (Refer to ICH E14 Q&A (R3)).

   c. Acceptable.

**Question 8:** *In this orphan disease of AAV, would the Division consider CCX168 to be eligible for accelerated approval according to 21 CFR part 314, subpart H, based on the two CCX168 Phase 2 clinical trials (CL002_168 and CL003_168) in 109 patients, with a post marketing commitment to complete the proposed Phase 3 clinical trial?*

**FDA Response to Question 8:**
Acknowledging that AAV is a rare and serious disease, we do not agree with your proposal for accelerated approval according to 21 CFR Subpart H. Under Subpart H (21 CFR 314), new drugs for serious or life-threatening illnesses are approved based on a surrogate endpoint or an effect on a clinical endpoint other than survival or irreversible morbidity. A post-marketing confirmatory trial is required to verify the anticipated effect on irreversible morbidity or mortality or other clinical benefit. You propose to utilize efficacy data based on the Birmingham Vasculitis Activity Score (BVAS) at 12 weeks from two phase 2 clinical trials (CL002_168 and CL003_168). Your proposed post-marketing trial CL010_168 will assess BVAS remission at Week 26.

We disagree with your proposal regarding accelerated approval based on two primary issues:

   a. First, as noted in the breakthrough designation request denials dated October 24, 2014, and May 24, 2016, we continue to have concerns regarding the results and their

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365260

IND 120784
Page 12

interpretability from your phase 2 clinical trials. See the Introductory Comment. ==The clinical meaningfulness of BVAS response (as you have defined as at least 50% reduction in the BVAS score from baseline) is unknown== and is not supported by other important endpoints, such as BVAS remission, in either phase 2 study. Further, in study CL002_168, many of the SAEs that were numerically higher in the CCX168 treatment arms might be attributed to active disease, such as the preferred terms of renal vasculitis, hematuria, renal impairment, vasculitis, microscopic polyangiitis, CRP increased, and rash. Based on the interim data available at this time, it is unclear if CCX168 has the potential to be beneficial in AAV. Thus, we do not agree that the data from CL002_168 and CL003_168 are sufficiently compelling to justify accelerated approval according to 21 CFR 314, subpart H.

b.  Second, the Agency has precedent for accepting BVAS remission at Month 6 as a basis for a full approval in AAV[1]. Since a phase 3 trial of 6 months' duration using this endpoint has been demonstrated to be feasible, it would be preferable to obtain data to support a traditional full approval. As stated in the Guidance for Industry: *Expedited Programs for Serious Conditions—Drugs and Biologics*, "FDA will not grant accelerated approval to products that meet standards for traditional approval."

**Discussion:**
**No discussion occurred.**

*__Question 9:__ Does the Division agree with the proposed Phase 3 clinical trial CL010_168 in patients with AAV, specifically the:*
*a. Efficacy and safety objectives*
*b. Study design*
*c. Inclusion and exclusion criteria*
*d. Dose regimen of CCX168*
*e. Primary efficacy endpoint*
*f. Secondary efficacy endpoints and the safety endpoints, and*
*g. Statistical analysis approach and sample size.*

**FDA Response to Question 9:**
We do not agree with the proposed phase 3 clinical trial CL010_168 in patients with AAV. See the Introductory Comment for our general recommendations. We anticipate that the design of your phase 3 study may change significantly based on these recommendations. However, we are providing the following general comments in response to your specific questions:

a.  While it is reasonable to assess the efficacy of CCX168 plus rituximab or cyclophosphamide compared to prednisone plus rituximab or cyclophosphamide, we do not agree with the overall study design. See the Introductory Comment.

b.  See the Introductory Comment.

---

[1] Approval of sBLA 103705/5344, April 19, 2011,
http://www.accessdata.fda.gov/drugsatfda_docs/bla/2011/103705Orig1s5344.pdf

CONFIDENTIAL                                                    CCXI-0000365261

IND 120784
Page 13

c.  The inclusion and exclusion criteria are generally reasonable for a trial in AAV. Of note, if you plan to enroll children in your phase 3 study, provide a justification as outlined in Subpart D and this will be reviewed and considered by the Agency.

d.  Limited dose ranging data are available to inform dose selection in your phase 3 study. Data from Study CL002_168 show similar results for the lower dose of 10 mg b.i.d and the 30mg b.i.d. doses. In the context of your development program, it is your own discretion to evaluate the proposed dose in your phase 3 study.

e.  The proposed primary efficacy endpoint, BVAS remission at Week 26, is reasonable, to evaluate efficacy in AAV. However, the primary endpoint for your study may be impacted by the overall study design selected as discussed in the Introductory Comment.

f.  We do not agree with the proposed secondary efficacy endpoints or the time point of assessment. The key secondary endpoints are BVAS 0 at Week 4 sustained through Week 10, urinary albumin:creatinine ration (UACR), and EQ-5D-5L at Week 4. The clinical importance of changes in clinical endpoints at Week 4 is unclear, since it is unclear if changes in the proposed endpoints at Week 4 represent long-term clinical benefit. Further, assessment of endpoints at earlier time points is complicated by the fact that steroids will be tapered during the first 20 weeks of treatment. Thus, assessments of clinical improvement should be assessed at Week 26 or 52 to assess for longer term clinical benefits. Further, the endpoints should reflect significant clinical improvement, such as BVAS remission or normalization in renal parameters, rather than change in parameters, such as change in albuminuria.

We have the following additional statistical comments:

a.  In order to minimize missing data in the evaluation of intention-to-treat or de facto estimands (e.g., the difference between treatment groups in remission rate at Week 26 in all randomized patients regardless of treatment adherence or use of ancillary therapies), patients who discontinue study treatment early or initiate medication changes (including those prohibited by the protocol) should continue to be followed for all regularly scheduled visits for safety and efficacy assessments. To help prevent missing data, we also recommend that: (1) the protocols and informed consent forms clearly differentiate treatment discontinuation from study withdrawal; (2) the only reasons for study withdrawal are patient withdrawal of consent to contribute additional outcome information and loss to follow-up; (3) site investigators are trained about the importance of retention and steps to prevent missing data; (4) the consent forms include a statement educating patients about the continued scientific importance of their data even if they discontinue study treatment early; and (5) several approaches are implemented to retain patients who fail to actively maintain contact with the investigator (e.g., telephone calls to friends or family members, emails, offers for transportation to the clinic, etc.).

b.  The use of last observation carried forward (LOCF) to handle missing data is not appropriate. As discussed in the 2010 National Research Council report The Prevention

Reference ID: 3969901

CCXI-0000365262

IND 120784
Page 14

and Treatment of Missing Data in Clinical Trials, LOCF is generally not based on reasonable scientific assumptions and is also statistically inappropriate because it does not take into account the uncertainty in the imputation process. Your protocol and SAP should clearly outline and justify procedures to prevent and address missing data.

**Discussion:**
**No discussion occurred.**

*Question 10: If regulatory filing under 21 CFR part 314, subpart H, is not considered appropriate, does the Division agree that the two Phase 2 clinical trials (CL002_168 and CL003_168) plus the proposed Phase 3 clinical trial (CL010_168) are sufficient to support a file for registration for the indication of treatment of patients with ANCA-associated vasculitis?*

**FDA Response to Question 10:**
As presented in the EOP2 meeting briefing document, we do not agree that the two phase 2 clinical trials plus the proposed phase 3 clinical trial (CL010_168) are sufficient to support a submission for the indication of treatment of patients with AAV. See the Introductory Comment and FDA's response to Question 9 for detailed recommendations regarding study CL010_168.

We do note that, in principle, it is possible that a single phase 3 study may be sufficient to support this indication if it is a multicenter trial, with a clinically and statistically persuasive treatment effect, and consistency of effect among efficacy endpoints (primary, secondary, exploratory). This would also depend on a lack of new safety signals in the treatment population that would require further characterization.

**Discussion:**
**No discussion occurred.**

*Question 11: Does the Division agree that a Pediatric Study Plan is not required for CCX168 in AAV because orphan designation has been granted?*

**FDA Response to Question 11:**
Because orphan designation has been granted for AAV, we agree that a Pediatric Study Plan is not required for CCX168. See FDA's response to Questions 5 and 9c regarding your proposal to enroll patients less than 18 years of age. We recommend you submit a meeting request to discuss revised plans for including pediatric patients in your phase 3 study(ies).

**Discussion:**
**No discussion occurred.**

**2.3.    Electronic Data Standards**

Reference ID: 3969901

CONFIDENTIAL                                                              CCXI-0000365263

IND 120784
Page 15

*Question 12: Does the Division agree with the current status of our Study Data Standardization Plan that is in preparation to support NDA submission?*

**FDA Response to Question 12:**
We acknowledge your plan to request all study data to be in CDISC compliant formats (i.e., SDTM and ADaM for clinical studies and SEND format for nonclinical data). In general, we agree with your Study Data Standardization Plan to support NDA submission.

Although the Agency currently does not have a standard policy on the use of SI units for laboratory values, we recommend that you convert clinical laboratory values into US conventional units in the safety datasets and clinical study reports of the phase 2 and phase 3 studies. Specifically, we request these conversions for any laboratory values of interest and any abnormal laboratory values.

**Discussion:**
**No discussion occurred.**

## 3.0    Additional Information

### PREA REQUIREMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients (which includes new salts and new fixed combinations), new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.
Because this drug product for this indication has an orphan drug designation, you are exempt from these requirements. Please include a statement that confirms this finding, along with a reference to this communication, as part of the pediatric section (1.9 for eCTD submissions) of your application. If there are any changes to your development plans that would cause your application to trigger PREA, your exempt status would change.

### DATA STANDARDS FOR STUDIES

Under section 745A(a) of the FD&C Act, electronic submissions "shall be submitted in such electronic format as specified by [FDA]." FDA has determined that study data contained in electronic submissions (i.e., NDAs, BLAs, ANDAs and INDs) must be in a format that the Agency can process, review, and archive. Currently, the Agency can process, review, and archive electronic submissions of clinical and nonclinical study data that use the standards specified in the Data Standards Catalog (Catalog) (See http://www.fda.gov/forindustry/datastandards/studydatastandards/default.htm).

Reference ID: 3969901

CONFIDENTIAL                                                                                    CCXI-0000365264

IND 120784
Page 16

On December 17, 2014, FDA issued final guidance, *Providing Electronic Submissions in Electronic Format--- Standardized Study Data* (http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM292334.pdf). This guidance describes the submission types, the standardized study data requirements, and when standardized study data will be required. Further, it describes the availability of implementation support in the form of a technical specifications document, Study Data Technical Conformance Guide (Conformance Guide) (See http://www.fda.gov/downloads/ForIndustry/DataStandards/StudyDataStandards/UCM384744.pdf), as well as email access to the eData Team (cder-edata@fda.hhs.gov) for specific questions related to study data standards. Standardized study data will be required in marketing application submissions for clinical and nonclinical studies that start on or after December 17, 2016. Standardized study data will be required in commercial IND application submissions for clinical and nonclinical studies that start on or after December 17, 2017. CDER has produced a *Study Data Standards Resources* web page that provides specifications for sponsors regarding implementation and submission of clinical and nonclinical study data in a standardized format. This web page will be updated regularly to reflect CDER's growing experience in order to meet the needs of its reviewers.

Although the submission of study data in conformance to the standards listed in the FDA Data Standards Catalog will not be required in studies that start before December 17, 2016, CDER strongly encourages IND sponsors to use the FDA supported data standards for the submission of IND applications and marketing applications. The implementation of data standards should occur as early as possible in the product development lifecycle, so that data standards are accounted for in the design, conduct, and analysis of clinical and nonclinical studies. For clinical and nonclinical studies, IND sponsors should include a plan (e.g., in the IND) describing the submission of standardized study data to FDA. This study data standardization plan (see the Conformance Guide) will assist FDA in identifying potential data standardization issues early in the development program.

Additional information can be found at http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSubmissions/ucm248635.htm

For general toxicology, supporting nonclinical toxicokinetic, and carcinogenicity studies, CDER encourages sponsors to use Standards for the Exchange of Nonclinical Data (SEND) and submit sample or test data sets before implementation becomes required. CDER will provide feedback to sponsors on the suitability of these test data sets. Information about submitting a test submission can be found here: http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSubmissions/ucm174459.htm

## LABORATORY TEST UNITS FOR CLINICAL TRIALS

CDER strongly encourages IND sponsors to identify the laboratory test units that will be reported in clinical trials that support applications for investigational new drugs and product registration. Although Système International (SI) units may be the standard reporting mechanism globally, dual reporting of a reasonable subset of laboratory tests in U.S.

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365265

IND 120784
Page 17

conventional units and SI units might be necessary to minimize conversion needs during review. Identification of units to be used for laboratory tests in clinical trials and solicitation of input from the review divisions should occur as early as possible in the development process. For more information, please see the FDA website entitled, Study Data Standards Resources and the CDER/CBER Position on Use of SI Units for Lab Tests website found at http://www.fda.gov/ForIndustry/DataStandards/StudyDataStandards/ucm372553.htm.

## SECURE EMAIL COMMUNICATIONS

Secure email is required for all email communications from FDA to sponsors when confidential information (e.g., trade secrets, manufacturing, or patient information) is included in the message. To receive email communications from FDA that include confidential information (e.g., information requests, labeling revisions, courtesy copies of letters), sponsors must establish secure email. To establish secure email with FDA, send an email request to SecureEmail@fda.hhs.gov. Please note that secure email may not be used for formal regulatory submissions to applications (except for 7-day safety reports for INDs not in eCTD format).

### Office of Scientific Investigations (OSI) Requests

The Office of Scientific Investigations (OSI) requests that the following items be provided to facilitate development of clinical investigator and sponsor/monitor/CRO inspection assignments, and the background packages that are sent with those assignments to the FDA field investigators who conduct those inspections (Item I and II). This information is requested for all major trials used to support safety and efficacy in the application (i.e., phase 2/3 pivotal trials). Please note that if the requested items are provided elsewhere in submission in the format described, the Applicant can describe location or provide a link to the requested information.

The dataset that is requested in Item III below is for use in a clinical site selection model that is being piloted in CDER. Electronic submission of the site level dataset is voluntary and is intended to facilitate the timely selection of appropriate clinical sites for FDA inspection as part of the application and/or supplement review process.

This request also provides instructions for where OSI requested items should be placed within an eCTD submission (Attachment 1, Technical Instructions: Submitting Bioresearch Monitoring (BIMO) Clinical Data in eCTD Format).

I.  **Request for general study related information and comprehensive clinical investigator information (if items are provided elsewhere in submission, describe location or provide link to requested information).**

    1.  Please include the following information in a tabular format in the original NDA for each of the completed pivotal clinical trials:
        a.  Site number
        b.  Principal investigator

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365266

IND 120784
Page 18

    c.  Site Location: Address (e.g., Street, City, State, Country) and contact information (i.e., phone, fax, email)

    d.  Location of Principal Investigator: Address (e.g., Street, City, State, and Country) and contact information (i.e., phone, fax, email). If the Applicant is aware of changes to a clinical investigator's site address or contact information since the time of the clinical investigator's participation in the study, we request that this updated information also be provided.

2.  Please include the following information in a tabular format, *by site*, in the original NDA for each of the completed pivotal clinical trials:

    a.  Number of subjects screened at each site

    b.  Number of subjects randomized at each site

    c.  Number of subjects treated who prematurely discontinued for each site by site

3.  Please include the following information in a tabular format in the NDA for each of the completed pivotal clinical trials:

    a.  Location at which sponsor trial documentation is maintained (e.g., , monitoring plans and reports, training records, data management plans, drug accountability records, IND safety reports, or other sponsor records as described ICH E6, Section 8). This is the actual physical site(s) where documents are maintained and would be available for inspection

    b.  Name, address and contact information of all Contract Research Organization (CROs) used in the conduct of the clinical trials and brief statement of trial related functions transferred to them. If this information has been submitted in eCTD format previously (e.g., as an addendum to a Form FDA 1571, you may identify the location(s) and/or provide link(s) to information previously provided.

    c.  The location at which trial documentation and records generated by the CROs with respect to their roles and responsibilities in conduct of respective studies is maintained. As above, this is the actual physical site where documents would be available for inspection.

4.  For each pivotal trial, provide a sample annotated Case Report Form (or identify the location and/or provide a link if provided elsewhere in the submission).

5.  For each pivotal trial provide original protocol and all amendments ((or identify the location and/or provide a link if provided elsewhere in the submission).

## II.  Request for Subject Level Data Listings by Site

1.  For each pivotal trial: Site-specific individual subject data listings (hereafter referred to as "line listings"). For each site, provide line listings for:

    a.  Listing for each subject consented/enrolled; for subjects who were not randomized to treatment and/or treated with study therapy, include reason not randomized and/or treated

    b.  Subject listing for treatment assignment (randomization)

Reference ID: 3969901

CONFIDENTIAL                                    CCXI-0000365267

IND 120784
Page 19

    c. Listing of subjects that discontinued from study treatment and subjects that discontinued from the study completely (i.e., withdrew consent) with date and reason discontinued

    d. Listing of per protocol subjects/ non-per protocol subjects and reason not per protocol

    e. By subject listing of eligibility determination (i.e., inclusion and exclusion criteria)

    f. By subject listing, of AEs, SAEs, deaths and dates

    g. By subject listing of protocol violations and/or deviations reported in the NDA, including a description of the deviation/violation

    h. By subject listing of the primary and secondary endpoint efficacy parameters or events. For derived or calculated endpoints, provide the raw data listings used to generate the derived/calculated endpoint.

    i. By subject listing of concomitant medications (as appropriate to the pivotal clinical trials)

    j. By subject listing, of testing (e.g., laboratory, ECG) performed for safety monitoring

2. We request that one PDF file be created for each pivotal Phase 2 and Phase 3 study using the following format:



## III.  Request for Site Level Dataset:

OSI is piloting a risk based model for site selection. Voluntary electronic submission of site level datasets is intended to facilitate the timely selection of appropriate clinical sites for FDA inspection as part of the application and/or supplement review process. If you wish to voluntarily provide a dataset, please refer to the draft Guidance for Industry Providing Submissions in Electronic Format – Summary Level Clinical Site Data for CDER's Inspection

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365268

IND 120784
Page 20

Planning" (available at the following link
http://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequire
ments/UCM332468.pdf ) for the structure and format of this data set.

Reference ID: 3969901

CONFIDENTIAL                                                                CCXI-0000365269

IND 120784
Page 21

## Attachment 1

### Technical Instructions:
### Submitting Bioresearch Monitoring (BIMO) Clinical Data in eCTD Format

A. Data submitted for OSI review belongs in Module 5 of the eCTD. For items I and II in the chart below, the files should be linked into the Study Tagging File (STF) for each study. Leaf titles for this data should be named "BIMO [list study ID, followed by brief description of file being submitted]." In addition, a BIMO STF should be constructed and placed in Module 5.3.5.4, Other Study reports and related information. The study ID for this STF should be "bimo." Files for items I, II and III below should be linked into this BIMO STF, using file tags indicated below. The item III site-level dataset filename should be "clinsite.xpt."

| DSI Pre-NDA Request Item[2] | STF File Tag | Used For | Allowable File Formats |
|---|---|---|---|
| I | data-listing-dataset | Data listings, by study | .pdf |
| I | annotated-crf | Sample annotated case report form, by study | .pdf |
| II | data-listing-dataset | Data listings, by study (Line listings, by site) | .pdf |
| III | data-listing-dataset | Site-level datasets, across studies | .xpt |
| III | data-listing-data-definition | Define file | .pdf |

B. In addition, within the directory structure, the item III site-level dataset should be placed in the M5 folder as follows:

```
[m5]
   datasets
      bimo
         site-level
```

C. It is recommended, but not required, that a Reviewer's Guide in PDF format be included. If this Guide is included, it should be included in the BIMO STF. The leaf title should be "BIMO Reviewer Guide." The guide should contain a description of the BIMO elements being submitted with hyperlinks to those elements in Module 5.

---

[2] Please see the OSI Pre-NDA/BLA Request document for a full description of requested data files

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365270

IND 120784
Page 22

References:

eCTD Backbone Specification for Study Tagging Files v. 2.6.1
(http://www.fda.gov/downloads/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequire
ments/ElectronicSubmissions/UCM163560.pdf)

FDA eCTD web page
(http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/Elect
ronicSubmissions/ucm153574.htm)

For general help with eCTD submissions:  ESUB@fda.hhs.gov

## 4.0    ISSUES REQUIRING FURTHER DISCUSSION
There were no issues requiring further discussion.

## 5.0    ACTION ITEMS
There were no action items.

## 6.0    ATTACHMENTS AND HANDOUTS
See attached slides and post meeting comments.

Reference ID: 3969901

CONFIDENTIAL                                                                    CCXI-0000365271

# CCX168 for ANCA-Associated Vasculitis

# End of Phase 2 Meeting
# 14 July 2016

ChemoCentryx, Inc.
CONFIDENTIAL    1

# TOPICS

- Introduction and Meeting Objectives
- Design of Phase 3 Study
- Question 6: Hepatic Impairment Study
- Question 7: Cardiovascular Safety
- Question 5: Inclusion of Adolescents in Phase 3 Study

ChemoCentryx, Inc.
CONFIDENTIAL    2

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365272

# TOPICS

- Introduction and Meeting Objectives

ChemoCentryx, Inc.
CONFIDENTIAL   3

# Regulatory Status of CCX168

- CCX168 has orphan drug status in US:
  - ANCA-associated vasculitides
  - atypical hemolytic uremic syndrome

- Also orphan drug status in Europe for GPA and MPA
- PRIority MEdicines (PRIME) scheme access for CCX168 granted by EMA

ChemoCentryx, Inc.
CONFIDENTIAL   4

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365273

# Meeting Objectives

- The Agency's responses to our Questions 1 through 4, and 8 through 12 in our Briefing Document dated 14 July 2016 were clear.

- We propose to focus the discussion on the study design for Phase 3 and the remaining three questions.

ChemoCentryx, Inc.
CONFIDENTIAL    5

# TOPICS

- Introduction and Meeting Objectives

- **Design of Phase 3 Study**

- Question 6: Hepatic Impairment Study

- Question 7: Cardiovascular Safety

- Question 5: Inclusion of Adolescents in Phase 3 Study

ChemoCentryx, Inc.
CONFIDENTIAL    6

CONFIDENTIAL

CCXI-0000365274

# Clinical Development Strategy in AAV

- A Phase 2 clinical trial in 67 patients in AAV (CL002_168) showed that, in principle, it is possible to give patients CCX168 instead of prednisone during the induction period without loss of efficacy, and possibly even gain efficacy.
- Based on results from this Phase 2 study, our clinical development strategy for CCX168 in AAV is to safely replace oral prednisone use during the induction period without compromising efficacy.
- Consistent with this approach, we propose that the Phase 3 study build on the findings from Phase 2.

ChemoCentryx, Inc.
CONFIDENTIAL   7

# Proposed CCX168 Phase 3 Clinical Trial Design

- Randomized, double-blind, double-dummy, placebo-controlled study
- Patients with new or relapsing AAV
- Two treatment groups:
    - 30 mg CCX168 twice daily + CYC/RTX + no prednisone
    - Placebo + CYC/RTX + prednisone
- Primary endpoint: Remission based on BVAS of 0 at week 26, and off glucocorticoids for at least 4 weeks
- Total treatment period: 52 weeks
- Number of patients: 232 (116 per treatment group)

ChemoCentryx, Inc.
CONFIDENTIAL   8

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365275

# Study Schema for CCX168 Phase 3 Study



52 weeks

Test Group — CCX168 / CYC/RTX / Placebo Prednisone

Control Group — Placebo CCX168 / CYC/RTX / Prednisone (tapered over 21 weeks)

26-week analysis for remission assessment

ChemoCentryx, Inc.
CONFIDENTIAL    9

# Benefit in Replacing Glucocorticoids Successfully with CCX168

- High first year mortality
  - 11-16% in AAV; 60% of which is due to the therapies used including glucocorticoids (Little et al, 2010, Flossmann et al, 2011).
- Glucocorticoid therapy is associated with increased risk of infection in AAV (Charlier et al, 2009; McGregor et al, 2012; Goupil et al, 2013).
- Glucocorticoids contribute to high incidence of serious infections in AAV -- rituximab replacement of cyclophosphamide did not alleviate this risk:
  - 18% of patients in both groups in one trial had serious infections and
  - 7% of patients in the second trial had Grade 3 (severe) infections (Jones et al, 2010), Stone et al, 2010, respectively).
- Other severe safety issues associated with glucocorticoids use in AAV and more cumulative organ damage (Little et al, 2010): Robson et al, 2015).

ChemoCentryx, Inc.
CONFIDENTIAL    10

Reference ID: 3969901

CONFIDENTIAL

# CCX168 Phase 3 Study Has Same Design Construct as Rituximab (RAVE) Study

Comparison of Treatment Groups in the Phase 3 Rituximab (RTX) Study (RAVE) and the Proposed CCX168 Phase 3 Clinical Trial (CL010_168)



A similar study design construct is proposed for CCX168 Phase 3 study as for RAVE

RAVE: Stone *et al*, N Engl J Med 2010; 363:221-32.

ChemoCentryx, Inc.
CONFIDENTIAL    11

# RAVE Study Showed Non-Inferiority, But Not Superiority of RTX vs. CYC in Remission at Week 26

- RTX vs. CYC RAVE study in 197 patients formed basis for approval of RTX in AAV in 2011.
- RTX was shown to be non-inferior to CYC regarding remission at 26 weeks based on BVAS.
- This non-inferiority outcome was deemed sufficient for approval of RTX in the US and Europe (as acknowledged by the FDA in (b) of the response to Question 8).
- RTX failed to show superiority vs. CYC in this clinical trial.

ChemoCentryx, Inc.
CONFIDENTIAL    12

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365277

# Basis for a Non-Inferiority Approach in CCX168 Phase 3 Study

- Plan: CCX168 as a replacement treatment for glucocorticoids
  - Accordingly, a non-inferiority approach is both reasonable and precedented
  - Demonstrating superiority should not be a requirement
  - Superiority will be tested in addition to non-inferiority
- Precedence: development program for RTX, the only drug formally approved by FDA for treatment of patients with AAV.

ChemoCentryx, Inc.
CONFIDENTIAL    13

# Agency Comments Regarding NI Approach Apply Equally to RTX vs CYC Comparison in RAVE Study

- FDA comments:
  - No historical placebo-controlled studies evaluating the efficacy of prednisone as an add-on to CYC/RTX.
  - The efficacy of glucocorticoids alone is likely not similar to the efficacy when added to CYC/RTX.
- Similarly, there are no historical placebo-controlled studies evaluating the efficacy of CYC as an add-on to prednisone.
- Also, the efficacy of CYC alone is likely not similar to the efficacy when added to glucocorticoids.

ChemoCentryx, Inc.
CONFIDENTIAL    14

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365278

# Evolution of Treatment in Vasculitis



% survival at 5 years

Survival

■ 1 None    ▣ 2 Steroids    □ 3 Steroids/Immunosuppressives

**Leib et al (1979) Amer J Med 67: 941-947**

ChemoCentryx, Inc.
CONFIDENTIAL    15

# Introduction of Cyclophosphamide in 1970's

236    THE NEW ENGLAND JOURNAL OF MEDICINE    Aug. 2, 1979

## CYCLOPHOSPHAMIDE THERAPY OF SEVERE SYSTEMIC NECROTIZING VASCULITIS

ANTHONY S. FAUCI, M.D., PAUL KATZ, M.D., BARTON F. HAYNES, M.D., AND SHELDON M. WOLFF, M.D.

**Abstract** We studied 17 patients with severe systemic necrotizing vasculitis over an 11-year-period. Sixteen patients were treated daily with cyclophosphamide (2 mg per kilogram per day), and one was treated with azathioprine (2 mg per kilogram per day). Before entering the study, all patients had active and progressive disease, even though 16 patients had been receiving corticosteroids that had caused severe and often incapacitating toxic side effects. Three patients died during the study. Complete and often dramatic remissions occurred in the surviving 14 patients, who were then placed on alternate-day corticosteroid treatment with continuation of cyclophosphamide. Corticosteroids were later discontinued in seven patients. The mean duration of remission was 22 months (range, two to 61). No patient showed recurrence of disease during treatment with cytotoxic agents. (N Engl J Med 301:235-238, 1979)

ChemoCentryx, Inc.
CONFIDENTIAL    16

Reference ID: 3969901

CONFIDENTIAL    CCXI-0000365279

# Microscopic Polyangitis - Outcomes

|  | Cambridge N=147 | Japan N=312 | EUVAS N=254 | JMAAV N=48 |
|---|---|---|---|---|
| Oral PSL | 145 (99.6%) | 302 (96.8%) | 254 (100%) | 48 (100%) |
| Initial dose (median) | 40mg/day | 30mg/day | NA | 35mg/day |
| Cyclophosphamide | 112 (76.2%) | 99 (31.7%) | 252 (99.2%) | 28 (58.3%) |
| Cumulative CYC (median) | 6.3g | 1.5g | 15g | 2.7g |

Furuta & Jayne, *J Rheumatol* 2013

ChemoCentryx, Inc.
CONFIDENTIAL    17

# Patient Survival Rate



Furuta & Jayne, *J Rheumatol* 2013

Reference ID: 3969901

ChemoCentryx, Inc.
CONFIDENTIAL    18

CONFIDENTIAL

CCXI-0000365280

Arthritis Care & Research
Vol. 62, No. 8, August 2010, pp 1166–1173
DOI 10.1002/acr.20176
© 2010, American College of Rheumatology

# Effects of Duration of Glucocorticoid Therapy on Relapse Rate in Antineutrophil Cytoplasmic Antibody–Associated Vasculitis: A Meta-Analysis

MICHAEL WALSH,[1] PETER A. MERKEL,[2] ALFRED MAHR,[2] AND DAVID JAYNE[3]

ChemoCentryx, Inc.
CONFIDENTIAL    19



ChemoCentryx, Inc.
CONFIDENTIAL    20

CONFIDENTIAL

CCXI-0000365281

# Rationale, Pragmatic Considerations, and Precedent for Using -20% NI Margin

- A NI margin of -20 percentage points was selected for CCX168 study CL010_168 based on:
  - Meta-analysis of all previous studies in AAV *
  - Precedent (rituximab RAVE study used -20 percentage points)
  - Feasibility of study size, based on orphan setting.

- Our proposed Phase 3 study size is 232 patients, larger than previous largest completed study (RAVE, N=197 patients).

* See Appendix 5 of Briefing Document.

ChemoCentryx, Inc.
CONFIDENTIAL    21

# Glucocorticoids Likely Contribute at Least Half of Remission Rate of CYC/RTX + Glucocorticoids Based on Results from Meta-Analysis in 20 Studies



- These results provide basis for selection of a 20% NI margin (20% is less than half of the 46.3% remission rate)
- We acknowledge that the nature of the interaction between glucocorticoids and CYC/RTX has not been studied.
- However, based on the acute anti-inflammatory effect of glucocorticoids, it is reasonable to postulate that glucocorticoids contribute substantially to remission induction.

ChemoCentryx, Inc.
CONFIDENTIAL    22

Reference ID: 3969901

CCXI-0000365282

# Concern Regarding Superiority Approach for Remission Endpoint for Phase 3 Study

- Based on a meta-analysis of 20 relevant clinical trials in AAV, the estimated average remission rate is 73.9%
  - 74.6% for CYC plus glucocorticoids, and
  - 73.1% for RTX plus glucocorticoids (Appendix 5 in Briefing Document).
- Dropout rate at 6 months was 16% in RTX vs CYC RAVE study.
- Dropouts are typically non-responders.
- Therefore, the highest possible theoretical remission rate in 84% (100 minus 16%).
- This implies that a 10% higher remission rate in the test group might theoretically be the best possible outcome and needs to be considered for sample size calculation.

ChemoCentryx, Inc.
CONFIDENTIAL    23

# Study Size Not Feasible with 10 Percentage Point Superiority Margin

| Power | Control group Remission Rate at Week 26 | CCX168 group Remission rate at Week 26 | Superiority Margin | Sample Size per Group | Sample Size per Group with 10% Dropout Rate | Total Study Size |
|---|---|---|---|---|---|---|
| 80% | 60% | 70% | 10% | 376 | 418 | **836** |
| 90% | 60% | 70% | 10% | 498 | 551 | **1102** |

- Study size would need to be 836 to 1102 patients with a superiority margin of 10%.
- Based on our enrollment rate projections, it would take ~8 years to enroll 836 patients.
- Such a study would be prohibitively large for an orphan disease.

ChemoCentryx, Inc.
CONFIDENTIAL    24

CONFIDENTIAL

CCXI-0000365283

# The Agency Proposed Three Additional Alternative Study Designs for Phase 3

Option 2: Change timing of efficacy assessment

Option 3: Three-arm study design

Option 4: Time to ESRD or death outcome study

ChemoCentryx, Inc.
CONFIDENTIAL    25

# Option 2: Change of Timing of Endpoint

- The Agency suggested a 52-week endpoint to potentially have larger separation in treatment effect between treatment groups.

- Unclear whether this is a realistic assumption as it pertains to the sample size calculation.
  - Sample size driver is still the delta in remission rate

- If we pursue this option further, which primary endpoint would be acceptable to the Agency?
  - Remission at Week 52 based on BVAS of 0?
  - Sustained remission, based on BVAS of 0 at Week 26 and 52?

Reference ID: 3969901

ChemoCentryx, Inc.
CONFIDENTIAL    26

CONFIDENTIAL

CCXI-0000365284

# Option 3: Three-Arm Study Design

- The Agency proposed three arms:
  a. CCX168 + CYC or RTX
  b. Placebo + CYC or RTX
  c. Glucocorticoids + CYC or RTX

- Agency requested that the Sponsor provides support for the position that it is safe and ethical to treat patients with AAV with only CYC or RTX (Group b).
- Unclear how this design could be justified ethically
  – Owing to evidence of glucocorticoids effects as discussed earlier
  – A study only in mild AAV might be proposed but would not be feasible because mild AAV is very uncommon.

ChemoCentryx, Inc.
CONFIDENTIAL    27

# Option 4: Time to ESRD or Death Outcome Study

- Agency proposed a design with an endpoint of time to ESRD or death
  – With possibility of other serious direct measures in the composite.

- Based on the frequency of these events, to be feasible, the study would have to be conducted in patients with very severe disease, such as in PEXIVAS
  – Plasma exchange study, funded by NIH, OOPD (Walsh et al, 2013)

- Would require a large multi-year follow-up study (PEXIVAS is a 700-patient study, estimated to take 7 years to enroll).
  – Also unclear how to conduct such a study without allowing plasma exchange, which could confound the efficacy outcome.

ChemoCentryx, Inc.
CONFIDENTIAL    28

Reference ID: 3969901

CCXI-0000365285

# Summary of Study Design Discussion

- ChemoCentryx proposes a two-arm, Phase 3 clinical trial in 232 patients, comparing CCX168 + CYC/RTX to prednisone + CYC/RTX.
- The proposed primary endpoint is remission based on BVAS of 0, and being off glucocorticoids for 4 weeks.
- Since we are following a replacement strategy, and because of the precedent of the RTX vs CYC RAVE study, it is deemed reasonable to follow a NI strategy.
- A superiority strategy would require >800 patients and would not be feasible.

ChemoCentryx, Inc.
CONFIDENTIAL    29

# TOPICS

Introduction and Meeting Objectives

Design of Phase 3 Study

- **Question 6: Hepatic Impairment Study**

Question 7: Cardiovascular Safety

Question 8: Inclusion of Adolescents in Phase 3 Study

ChemoCentryx, Inc.
CONFIDENTIAL    30

CONFIDENTIAL

CCXI-0000365286

# Hepatic Impairment Study

- Based on results from Mass Balance study CL004_168, CCX168 is mostly cleared through hepatic metabolism followed by biliary excretion of metabolites.
- Phase 3 study CL010_168 will exclude patients with significant hepatic disease (hepatic enzymes or bilirubin >3x upper limit of normal).
- We propose to conduct a hepatic impairment PK study during the course of Phase 3 study CL010_168.
- Recommendations on dose adjustment in patients with hepatic impairment will be made after the hepatic impairment PK study.

ChemoCentryx, Inc.
CONFIDENTIAL   31

# TOPICS

- Introduction and Meeting Objectives
- Design of Phase 3 Study
- Question 6: Hepatic Impairment Study
- **Question 7: Cardiovascular Safety**
- Question 8: Inclusion of Adolescents in Phase 3 Study

ChemoCentryx, Inc.
CONFIDENTIAL   32

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365287

# Agency Comments on Study CL007_168

1. A placebo group to control for potential biases introduced by study procedures was not included. FDA indicated that the study procedures appeared to be different in the four study periods.

- Note that the study procedures during the 24 hours of the intensive ECG collections were <u>identical</u> across all 4 study periods, including:
  - PK sample and safety lab sample collections,
  - ECG acquisitions,
  - Vital sign assessment, and
  - Fasting status.
- It is correct that there was a crossover for the first two periods to test the effect of a high-fat meal on the PK profile.
- However, ECG data from the fed periods were not included in the ECG analyses.

ChemoCentryx, Inc.
CONFIDENTIAL    33

# Agency Comments on Study CL007_168

2. Without a positive control group to show assay sensitivity, QTc response should be characterized at a sufficiently high multiple (ideally at least 2-fold) of highest expected drug exposure. The plasma concentrations did not appear to be high enough.

- Even though an active treatment group was not included, the plasma concentrations at the supra-therapeutic dose of CCX168 on Day 7 were ~2-fold above the worst-case clinical scenario based on the drug-drug interaction (DDI) study results (see next slide).
- Also, please note that due to practical limitations, wecan also not dose higher than 100 mg (10 x 10 mg capsules)

ChemoCentryx, Inc.
CONFIDENTIAL    34

CONFIDENTIAL    CCXI-0000365288

# Adequacy of Exposure Margin in Intensive ECG Clinical Study CL007_168

| Study | Dose/ Regimen | Study Condition | Effect on $C_{max}$ | CCX168 Mean (CV%) $C_{max}$(ng/mL) | CCX168-M1 Mean (CV%) $C_{max}$ (ng/mL) |
|---|---|---|---|---|---|
| CL008 | 30 mg b.i.d. MD | Absence of drug-drug interaction | - | 262 (19.9%) | 91.1 (14.7%) |
| CL008 | 30 mg b.i.d. MD | Itraconazole/ CYP3A4 inhibition | 1.9-fold ↑ | 489 (20.7%) | 94.3 (19.3%) |
| CL007 | 30 mg SD | Effect of food | None: Geometric mean ratio, 90%CI 107% (92.05 - 126.67) | | |
| CL007 | 100 mg b.i.d. MD | - | - | 840 (19.2%) | 218 (21.3%) |

SD: Single-dose; MD: Multiple-dose

No effect on QTcI at >3-fold margin over clinical regimen and ~2-fold margin over worst-case clinical scenario after considering drug-drug interaction, food effect, and accumulation with repeat-dosing.

ChemoCentryx, Inc.
CONFIDENTIAL    35

# Agency Comments on Study CL007_168

3. The Concentration-QTc assessment should control for or exclude the effects of food.

ECG data from the first two periods when subjects were fed were not included in the concentration-QTc assessment (shown on next slide).

ChemoCentryx, Inc.
CONFIDENTIAL    36

CONFIDENTIAL
CCXI-0000365289

# Linear Model Evaluation of CCX168 in Sponsor's Clinical Study CL007_168

**No evidence of a positive linear trend in response with increasing exposure.**

Measured and Predicted Baseline Corrected QTcI vs. Plasma CCX168 Concentration



$y = -0.0039x + 1.032$
$r^2 = 0.0087$
95% CI of slope: -0.0074 to -0.0004

· Observed

⎯ Model Prediction and 90% CI

Plasma CCX168 (ng/mL)

ChemoCentryx, Inc.
CONFIDENTIAL   37

# Sponsor Will Continue to Assess Cardiovascular Safety in Clinical Studies

- Proposed Phase 3 study CL010_168 includes several ECG collections over the course of the study (Baseline and Weeks 2, 7, 13, 26, 38, 52, and 60).
  - These ECGs will be evaluated by the Investigators and any abnormalities captured in the database.

- An independent Data Monitoring Committee will review safety data from the study regularly over the course of the study.

- In summary, CV safety of CCX168 and metabolite CCX168-M1 has been evaluated extensively in nonclinical and clinical studies and has not shown any CV safety liabilities.

See Time and Events Table in protocol for study CL010_168 in Annex 8 of the Briefing Book.

ChemoCentryx, Inc.
CONFIDENTIAL   38

CONFIDENTIAL                                                  CCXI-0000365290

# TOPICS

- Question 5: Inclusion of Adolescents in Phase 3 Study

# Summary

- We are preparing to start a confirmatory Phase 3 clinical trial with CCX168 in patients with AAV this year.
- We propose a 232-patient study with two treatment groups. The study size is based on:
  - Precedent (rituximab RAVE study of 197 patients), and
  - A NI margin of -20 percentage points for remission at 26 weeks based on BVAS.
- The size of a superiority study would need to be >800 patients and is not feasible in an orphan disease setting.
- We plan to conduct a hepatic impairment study during Phase 3.
- Study CL007_168 provide data across a broad CCX168 plasma concentration range, ~2-fold above the worst case scenario.
- We have a conservative approach to the starting dose selection for dosing of adolescents in the Phase 3 study.

Reference ID: 3969901

CCXI-0000365291

IND 120784
CCX168

# POST-MEETING COMMENTS

**Application No.: 120784**

**Product Name: CCX168**

**Meeting Type: Type B**

**Meeting Category: End-of-Phase 2**

**Date: 14 July 2016**

**Sponsor: ChemoCentryx, Inc.**

CONFIDENTIAL
ChemoCentryx, Inc.

1

Reference ID: 3969901

IND 120784                                    Post-Meeting Comments from 14 July 2016 EOP2 Meeting
CCX168

# TABLE OF CONTENTS

INTRODUCTION: ..........................................................................................................................3
COMPANY QUESTION 5: ...........................................................................................................3
FDA Preliminary Meeting Comment: .........................................................................................3
Company Response: ......................................................................................................................3
Potential Benefits of CCX168 in AAV .......................................................................................4
Potential Risks of CCX168 in AAV ...........................................................................................5
Additional Information to Mitigate Risks ....................................................................................7
COMPANY QUESTION 6: ...........................................................................................................8
FDA Preliminary Meeting Comment: .........................................................................................8
Company Response: ......................................................................................................................8
COMPANY QUESTION 7: ...........................................................................................................8
FDA Preliminary Meeting Comment: .........................................................................................8
Company Response: ......................................................................................................................9
Item (a): ........................................................................................................................................9
Item (b): ......................................................................................................................................10
Item (c): .......................................................................................................................................12
REFERENCES ..............................................................................................................................13

# LIST OF TABLES

Table 1:    A Summary of Maximum Concentrations (Cmax) of CCX168 and
             Metabolite CCX168-M1 by Dose and Condition .......................................................10

# LIST OF FIGURES

Figure 1:    Change from Baseline in QTcI (dQTcI) Versus Time-Matched Plasma
             CCX168 Concentrations ..............................................................................................11

CONFIDENTIAL                                                                                      2
ChemoCentryx, Inc.

Reference ID: 3969901

IND 120784
CCX168

Post-Meeting Comments from 14 July 2016 EOP2 Meeting

## INTRODUCTION:

Because of time constraints, Questions 5, 6, and 7 were not discussed at the End-of-Phase 2 meeting on 14 July 2016. Following are Sponsor responses to the FDA Preliminary Meeting Comments on these questions.

## COMPANY QUESTION 5:

Although AAV is extremely rare in children, ChemoCentryx is considering enrollment of children as young as 6 to 12 years in clinical trials in AAV and potentially other orphan indications. Does the Division agree that, based on lack of relevant findings in our toxicology studies to date, that it is reasonable to enroll children as young as 6 to 12 years in serious orphan disease indications?

## FDA Preliminary Meeting Comment:

"From a nonclinical perspective, no additional nonclinical studies are required to include children aged ≥ 6 years and older in clinical trials in AAV patients. However, as per 21 CFR 50 Subpart D —Additional Safeguards for Children in Clinical Investigations, clinical investigations involving greater than minimal risk, such as your proposed study, should present the prospect of direct benefit to individual subjects. This should include justification that the risk is justified by the anticipated benefit to the subjects, and the relation of the anticipated benefit to the risk is at least as favorable to the subjects as available alternative approaches. Based on the currently available data, it is not clear whether you will be able to meet the requirements of these regulations. Consider incorporating a staged approach, where preliminary data in adults can be used to support inclusion of adolescents, and then preliminary data in older children can be used to support inclusion of younger children."

## Company Response:

There are currently no approved therapies for AAV in children. As a result, the same drugs used to treat AAV in adults are being used to treat children. These include glucocorticoids, cyclophosphamide, and rituximab.

Glucocorticoids increase the risk of infection, new onset diabetes and hypertension, acne and Cushingoid changes, psychiatric disorders, glaucoma, cataracts, and peptic ulceration in adults (Charlier et al, 2009; McGregor et al, 2012; Goupil et al, 2013).

Glucocorticoids are often used at high doses in children and treatment-related morbidity rates are high in children: infections, vertebral compression fractures and skeletal complications, stunted growth, cataracts, glaucoma, and myopathy, all related to glucocorticoid use, have been reported (Akikusa et al, 2007; Arulkumaran et al, 2011).

Cyclophosphamide is associated with bladder toxicity (Talar-Williams et al, 1996), infertility (Lapraik et al, 2007; Park et al, 2004), and increased cancer risk, particularly non-melanoma skin and bladder cancer and acute myeloid leukemia (Talar-Williams et al, 1996; Faurschou et al, 2008; Knight et al, 2002; Westman et al, 1998).

CONFIDENTIAL
ChemoCentryx, Inc.

3

Reference ID: 3969901

Rituximab use is associated with increased risk of infection, progressive multifocal leukoencephalopathy, and hypogammaglobulinaemia with chronic use (rituximab prescribing information).

Other immunosuppressive drugs, such as methotrexate and azathioprine, sometimes used in children also increase the risk of infection.

Therefore, all current treatments pose significant risks to children.

The Sponsor's view is that CCX168 presents a potential treatment of significant benefit to children with AAV based on results from two Phase 2 clinical trials conducted in 109 adult patients with AAV (CL002_168 and CL003_168). These results are summarized briefly below. More information can be found in the Investigator's Brochure, provided as Appendix 9 in the Briefing Document.

## Potential Benefits of CCX168 in AAV

Efficacy results from Phase 2 clinical trial CL002_168 in 67 adults with AAV showed that CCX168 plus cyclophosphamide or rituximab successfully replaced oral chronic glucocorticoid treatment, with similar or greater efficacy:

- The trial met its primary endpoint based on Birmingham Vasculitis Activity Score (BVAS) response at Week 12: The proportion of patients with BVAS response at Week 12 was numerically superior and statistically non-inferior in patients receiving CCX168 plus low dose prednisone (86%, p=0.002 vs. control), and CCX168 plus no prednisone (81%, p=0.01 vs. control) compared to the high dose glucocorticoid standard of care control group (70%);

- The mean percent change from baseline to Week 12 in BVAS was -79% in the CCX168 plus low dose prednisone group, -73% in the CCX168 plus no prednisone group, compared to -57% in the control group;

- The proportion of patients with clinical remission (BVAS of 0) at Week 12 was similar in the CCX168 groups compared to control (~40%) indicating that CCX168 could replace prednisone without loss of efficacy; furthermore, a higher proportion of patients receiving CCX168 had early clinical remission at Week 4 (BVAS of 0), sustained through Week 12: 14% in the CCX168 plus low dose prednisone group and 29% in the CCX168 plus no prednisone group, compared to 5% in the control group;

- Albuminuria improved statistically significantly after only 4 weeks of treatment with CCX168 plus low dose prednisone (-40%, p=0.003 vs. control), and also with CCX168 without any prednisone (-47%, p=0.0006 vs. control), but increased 15% with high dose glucocorticoids standard of care; at Week 12, the change from baseline was -56%, -43%, and -21% in the three groups, respectively;

- Estimated glomerular filtration rate (eGFR), based on serum creatinine, and hematuria, based on microscopic RBC count, improved similarly with CCX168 compared to control, indicating that glucocorticoids are not needed to improve renal function when patients are taking CCX168;

CONFIDENTIAL
ChemoCentryx, Inc.

4

Reference ID: 3969901

CONFIDENTIAL                                                                CCXI-0000365295

- A marker of renal inflammation, creatinine-corrected urinary MCP-1 excretion, decreased more with CCX168 plus low dose prednisone (-70%, p=0.0004 vs. control), and CCX168 plus no prednisone (-50%, not significant vs. control) compared to control (-43%);

- Patients receiving CCX168 (especially those who did not receive prednisone), compared to control, showed a significant improvement in health-related quality of life aspects such as physical functioning, mental health, emotional well-being, pain, and vitality as measured by the Short Form-36 version 2 and EuroQOL-5D-5L instruments;

- Patients receiving CCX168 showed less cumulative organ damage, based on the Vasculitis Damage Index (VDI) compared to the control group;

- There was a lower incidence of adverse effects possibly related to glucocorticoid use, such as new onset diabetes, psychiatric disorders, fracture, and cataract in patients receiving CCX168 compared to high dose glucocorticoids.

Data from CL003_168 in which CCX168 was tested on top of full dose glucocorticoids plus either rituximab or cyclophosphamide showed that:

- The clinical response based on BVAS was higher in patients treated with CCX168 (85%) compared to the control group (77%);

- Remission based on BVAS as early as Week 4 appeared to be achieved in a higher number of patients receiving 30 mg CCX168 twice daily (33%) compared to control (15%); and

- Estimated glomerular filtration rate increased on average 3.1 mL/min/1.73 m$^2$ in the 30 mg CCX168 group compared to 0.8 mL/min/1.73 m$^2$ in the control group.

In summary, efficacy results from studies CL002_168 and CL003_168 suggest that CCX168 may be an effective treatment for adults with AAV.

**Potential Risks of CCX168 in AAV**

Regarding the safety profile, CCX168 appeared to be generally well tolerated by patients. No deaths occurred in the two Phase 2 studies in adults. Regarding treatment-emergent adverse events:

- Suspected unexpected serious adverse reactions (SUSARs) were observed during the 12-week treatment period of study CL002_168 in 1 of 23 (4.3%) patients in the control group and 2 of 44 (4.5%) in patients receiving CCX168.

    - One potential SUSAR of pneumonia occurred in the control group, one SUSAR of hepatic and pancreatic enzyme elevations in a patient with a history of alcohol abuse who also received known hepatotoxic drugs including cyclophosphamide, cotrimoxazole, and pantoprazole, and one SUSAR of worsening renal function in a patient who had declining renal function prior to study entry were observed in patients receiving CCX168.

CONFIDENTIAL                                                                                    5
ChemoCentryx, Inc.

Reference ID: 3969901

CONFIDENTIAL                                                                    CCXI-0000365296

Post-Meeting Comments from 14 July 2016 EOP2 Meeting

- Four of 23 (17.4%) patients in the control group and 11 of 44 (25.0%) patients receiving CCX168 in study CL002_168 had SAEs during the 12-week treatment period. One of 23 (4.3%) patients in the control group and 2 of 44 (4.5%) of patients receiving CCX168 had a serious infection.

- Two of 23 (8.7%) patients in the control group and 4 of 44 (9.1%) of patients receiving CCX168 had adverse events leading to withdrawal of study medication.

- The most frequently reported adverse events in patients receiving CCX168 was nausea (23% in patients receiving CCX168 vs. 26% in the control group), vomiting (18% for CCX168 and 0% for control), hypertension (16% for CCX168 and 9% for control), nasopharyngitis (16% for CCX168 and 13% for control), headache (14% for CCX168 and 9% for control), and constipation (11% for CCX168 and 17% for control).

A total of 29 patients received CCX168 in the second Phase 2 study in adults (CL003_168).

- Seven patients had serious adverse events during the 12-week treatment period in this study, 2 of 13 (15.4%) in the control group and 5 of 29 (17.2%) in patients receiving CCX168.

    - One patient in the control group had toe gangrene and another had methemoglobinemia due to dapsone use for *Pneumocystis jirovecii* prophylaxis. The following SAEs were reported in patients receiving CCX168: perirectal and limb cellulitis and abscesses in a patient with a medical history of morbid obesity and recurring cellulitis and abscesses (this case was reported as a SUSAR), late onset neutropenia deemed possibly related to rituximab use, sepsis deemed related to a biliary duct stricture at the anastomosis following a Whipple procedure for a premalignant pancreatic lesion, which resolved when the duct was stented (SUSAR), mild urinary tract infection, and atrial fibrillation (SUSAR).

Serious infections are commonly observed with glucocorticoids plus cyclophosphamide or rituximab and the contribution of CCX168 to these events is unclear at this time. There is no evidence from extensive preclinical and clinical studies to date, including an Intensive ECG study, that CCX168 has a detrimental effect on the cardiovascular system.

- The most frequently reported adverse events in subjects receiving CCX168 was hypertension (21% in patients receiving CCX168 vs. 31% in the control group), peripheral edema (14% for CCX168 and 0% for control), ecchymosis, insomnia, and infusion-related reactions (10% each for CCX168 and 0% for control), and nausea (10% for CCX168 and 8% for control).

In summary, data from the two Phase 2 studies in patients with AAV showed that, in general, the incidence of treatment-emergent adverse events was similar in patients receiving CCX168 compared to control.

Regarding potential risks of including adolescents in the Phase 3 clinical trial:

- The database with CCX168 in adults is relatively small; 175 humans have received at least one dose of CCX168, 73 in AAV studies;

CONFIDENTIAL
ChemoCentryx, Inc.

6

Reference ID: 3969901

 CCXI-0000365297

IND 120784                                    Post-Meeting Comments from 14 July 2016 EOP2 Meeting
CCX168

- The treatment period is limited to 12 weeks in patients with AAV.

**Additional Information to Mitigate Risks:**

- CCX168 has been well tolerated at supra-therapeutic doses in animals (rats and cynomolgus monkeys) in long term (26 and 44 weeks, respectively) toxicology studies.

- One patient with complement 3 glomerulonephritis, who had progressive disease despite previous treatment with glucocorticoids, rituximab, and other immunosuppressive drugs, and whose kidney function deteriorated despite undergoing a renal transplant, has been treated safely at 30 mg twice daily for at least 9 months in a "Special Needs" protocol in the UK:

  - The patient showed stabilization of eGFR and

  - Resolution of glomerular endocapillary proliferation, and marked reduction in glomerular macrophage numbers based on renal histology.

Based on the efficacy and safety results observed to date in adults in the two Phase 2 clinical trials in AAV, and the safety of CCX168 in the long-term animal toxicology studies, the Sponsor considers the benefit-risk ratio of CCX168 to be sufficiently positive to allow the inclusion of adolescents (aged 11 to 17 years) in the Phase 3 study in adults.

We propose to take a conservative approach with adolescents in the Phase 3 study:

- The starting dose of CCX168 will be selected conservatively to avoid overdosing (as proposed in the Briefing Document);

- The dose will be adjusted, if necessary, based on CCX168 plasma AUC on Day 1 (as proposed in Table 24 of the Briefing Document).

- Safety will be monitored closely; an independent Data Monitoring Committee will review data regularly over the course of the study and advise the Sponsor regarding future study conduct.

The Agency proposed that the Sponsor considers a staged approach by launching the Phase 3 studies first in adults and to include adolescents when preliminary data in adults are available, and to enroll younger patients once results from older children are available.

We have carefully considered this approach. If adolescents are excluded initially from the Phase 3 study, which data from adults in the study would the Agency need to allow enrollment of adolescents?

If unblinded data would be required from the Phase 3 study prior to allowing enrollment of adolescents, a formal interim analysis would need to be performed in the Phase 3 study. This increases logistical complexity which we would like to avoid in order to protect the integrity of the study. It is also unclear to us whether such an interim analysis would provide more data than is currently available from the 71 adult patients who received CCX168 in the two Phase 2 trials in AAV.

Reference ID: 3969901

CONFIDENTIAL                                                                      CCXI-0000365298

## COMPANY QUESTION 6:

Does the Division agree that the absorption, distribution, metabolism, and excretion (ADME) of CCX168 have been adequately characterized to support a New Drug Application in the treatment of patients with AAV?

## FDA Preliminary Meeting Comment:

"No, we do not agree. It appears that CCX168 is mostly eliminated by hepatic pathway. Therefore, the effect of hepatic impairment on CCX168 PK should be evaluated."

## Company Response:

We agree with the Agency's assessment. Based on results from Mass Balance study CL004_168, CCX168 is mostly cleared through hepatic metabolism followed by biliary excretion of metabolites.

We agree that the effect of hepatic impairment on the PK profile of CCX168 needs to be assessed. We propose to conduct a hepatic impairment PK study during the course of Phase 3 study CL010_168. Phase 3 study CL010_168 will exclude patients with significant hepatic disease (hepatic enzymes or bilirubin >3x upper limit of normal).

Recommendations on dose adjustment in patients with hepatic impairment will be made after the hepatic impairment PK study.

## COMPANY QUESTION 7:

Does the Division agree that ChemoCentryx has adequately characterized the potential cardiovascular safety risk of CCX168 such that another QT/QTc study is not required?

## FDA Preliminary Meeting Comment:

"No, we do not agree for the following reasons:

  a.  A placebo control was not included in the study CL007_168. An adequate placebo cohort is generally required for thorough QTc assessment to control for potential bias introduced by study procedures. A placebo control is especially important for this study, which is a fixed (not randomized) 2-sequence (ABCD and BACD) study with a baseline ECG assessment for all subjects performed in period 1. Study procedures, however, are quite different in each period making the baseline from period 1 inadequate when pooling QTc response across study periods without a placebo control.

  b.  Without a separate positive control for ECG assay sensitivity, the QTc response should be characterized at a sufficiently high multiple (ideally at least 2-fold) of highest expected drug exposure in patients when considering increases in exposure due to intrinsic and extrinsic factors (Refer to ICH E14 Q&A (R3)). The exposure to

CONFIDENTIAL                                                                        CCXI-0000365299

IND 120784                                        Post-Meeting Comments from 14 July 2016 EOP2 Meeting
CCX168

CCX168 is expected to increase 2-fold with metabolic inhibition and the exposure margin from the 100 mg bid dose does not provide sufficient exposure margin to waive the requirements for assay sensitivity.

c.  Food is known to affect QTc assessment and the concentration-QTc assessment should control for or exclude the effects of food."

## Company Response:

### Item (a):

We wish to clarify for the Agency that although the design of study CL007_168 incorporated several objectives, the study periods and dose levels for which time-match PK and ECG measurements were collected were identical for the four study periods in question (i.e., 3 mg CCX168 single-dose, 30 mg CCX168 single-dose, 100 mg CCX168 single-dose and 100 mg CCX168 following 7 days of twice daily dosing):

- PK samples were collected at Hours 0 (Pre-dose), 0.25, 0.5, 1, 1.5, 2, 2.5, 3, 4, 6, 8, 12, 18, and 24 after administration of the dose of CCX168 in each of the four study periods.

- ECG acquisitions: Holter monitors were used to collect continuous 12-lead ECG data from pre-dose (approximately 2 hours before study drug administration on Day 1 of each of the four study periods) until 24 hours post dose. Timing and recording technique for ECGs was standardized for all subjects. Subjects were required to lie quietly in a supine position with minimal movement and minimal exposure to noise and other environmental stimuli for at least 10 minutes prior to and 5 minutes during the ECG extraction window to allow for quality ECG extraction.

- Vital signs assessment: At time 0 (30 to 60 minutes prior to dosing) and at Hours 1, 4, and 12 after dosing for all four study periods.

- Fasting status: It is correct that there was a crossover for the first two periods (A and B) to test the effect of a high-fat, high-calorie meal on the PK profile. However, ECG data from the fed subjects in Period A and B were not included in the ECG analyses. Only ECG data from the fasting periods (for 10 hours prior to receiving the CCX168 dose) were included in the ECG analyses. All subjects were fasting for 10 hours and no food was allowed for at least 4 hours after dosing. Subjects received standardized meals scheduled at the same time in each period of the study.

Therefore, since the study procedures were <u>exactly the same</u> for all four study periods when subjects were fasting and where ECG data were collected and analyzed, introduction of potential bias as a result of study procedures is unlikely.

Reference ID: 3969901

CONFIDENTIAL                                                                    CCXI-0000365300

Post-Meeting Comments from 14 July 2016 EOP2 Meeting

**Item (b):**

Even though a positive control group was not included, the plasma concentrations at the supra-therapeutic dose of CCX168 (100 mg b.i.d.) on Day 7 were ~2-fold above the worst-case clinical scenario based on the drug-drug interaction (DDI) study results (see Table 1).

**Table 1:    A Summary of Maximum Concentrations (Cmax) of CCX168 and Metabolite CCX168-M1 by Dose and Condition**

| Study | Dose/ Regimen | Study Condition | Effect on $C_{max}$ | CCX168 Mean (CV%) $C_{max}$ (ng/mL) | CCX168-M1 Mean (CV%) $C_{max}$ (ng/mL) |
|---|---|---|---|---|---|
| CL008 | 30 mg b.i.d. MD[1] | CCX168 on Day 15 without itraconazole | - | 262 (19.9%) | 91.1 (14.7%) |
| CL008 | 30 mg b.i.d. MD | With itraconazole CYP3A4 inhibition | 1.9-fold ↑ | 489 (20.7%) | 94.3 (19.3%) |
| CL007 | 30 mg SD[2] | Effect of food | None: Geometric mean ratio, 90%CI 107% (92.05 - 126.67) | | |
| CL007 | 100 mg b.i.d. MD | - | - | 840 (19.2%) | 218 (21.3%) |

[1] MD = multi-dose
[2] SD = single-dose

In drug-drug interaction study CL008_168, the mean $C_{max}$ of CCX168 on Day 15 of dosing at 30 mg CCX168 twice daily (the therapeutic regimen) was 262 ng/mL. After 4 days of concomitant dosing with the potent CYP3A4 inhibitor itraconazole, the $C_{max}$ of CCX168 on Day 19 was 489 ng/mL, 1.9-fold higher than without itraconazole dosing. In study CL007_168, it was shown that a high-fat, high calorie meal does not increase the $C_{max}$ of CCX168 at a 30 mg single dose. The mean $C_{max}$ of CCX168 on Day 7 of dosing at 100 mg CCX168 twice daily (the supra-therapeutic regimen in the fasting state) was 840 ng/mL. This $C_{max}$ is 3.2-fold higher than the $C_{max}$ at the therapeutic dose (30 mg), and 1.7-fold higher than the $C_{max}$ for the worst-case clinical scenario, which is dosing CCX168 concomitantly with the potent CYP3A4 inhibitor, itraconazole, at steady state. Thus CL007_168 indeed achieved supra-therapeutic concentrations slightly below the FDA cited 2-fold threshold above the worst case clinical scenario (i.e., with a strong CYP3A4 inhibitor) considering accumulation of CCX168 upon repeat, twice-daily dosing.

Please note that dosing of the supra-therapeutic dose of 100 mg CCX168 twice daily required dosing subjects with 10 size 0 capsules twice daily. The total PEG4000 and Cremophor RH40 content of the 10 capsules twice daily approached the limit of tolerability of these ingredients. Diarrhea would likely develop if higher doses were to be given orally. No other formulation of CCX168 (including dosing solutions/suspensions) would be able to deliver a higher dose than 100 mg due to water solubility constraints. Therefore, the limit of feasibility was tested with the 100 mg CCX168 supra-therapeutic dose.

Table 1 also shows the $C_{max}$ results for CCX168-M1, the active metabolite of CCX168 for various CCX168 doses and conditions. This shows that there was a 2.3-fold margin between

Reference ID: 3969901

CONFIDENTIAL                                                                                              CCXI-0000365301

the $C_{max}$ for the supra-therapeutic dose of 100 mg CCX168 twice daily and the worst-case clinical scenario of CYP3A4 inhibition.

The concentration-QTc analysis clearly demonstrates that there was no evidence of a positive slope between CCX168 (nor CCX168-M1) across a wide range of sub-therapeutic up to supra-therapeutic plasma concentrations and the delta QTc observed in study CL007_168 (Figure 1).

**Figure 1:    Change from Baseline in QTcI (dQTcI) Versus Time-Matched Plasma CCX168 Concentrations**



Please also note that the Sponsor plans to continue to assess the cardiovascular safety of CCX168 in the Phase 3 study. There will be several ECG collections over the course of the proposed study (Baseline and Weeks 2, 7, 13, 26, 38, 52, and 60). Please refer to the Time and Events Table in the draft protocol for study CL010_168 in Appendix 3 of the Briefing Document. These ECGs will be evaluated by the Investigators and any abnormalities captured in the database.

Additionally, an independent Data Monitoring Committee will review safety data from the study regularly over the course of the study, and will provide recommendations to the Sponsor regarding future conduct of the study.

In summary, the plasma concentrations of CCX168 and CCX168-M1 in study CL007_168 achieved a margin of approximately 2-fold higher that the worst-case clinical scenario, and therefore adequately addressed the guidance provided in ICH E14 Q&A (R3). There has been no evidence of a cardiovascular safety signal in the nonclinical and clinical studies conducted to date.

CONFIDENTIAL                                                                11
ChemoCentryx, Inc.

Reference ID: 3969901

CONFIDENTIAL                                                        CCXI-0000365302

**Item (c):**

We agree that the effect of food may compromise assessment of the potential effect on QTc. However, as mentioned above, the ECGs used for the concentration-QTc analysis excluded the periods during which subjects were fed.

Please let us know if you have any further questions regarding Questions 5, 6, and 7.

Reference ID: 3969901

IND 120784
CCX168

Post-Meeting Comments from 14 July 2016 EOP2 Meeting

## REFERENCES

1.  Akikusa JD, et al. Clinical features and outcome of pediatric Wegener's granulomatosis. Arthritis Rheum 2007;57(5):837–844.

2.  Arulkumaran N, et al. Long- term outcome of paediatric patients with ANCA vasculitis. Pediatr Rheumatol Online J 2011;9:12-18.

3.  Charlier C, et al. Risk factors for major infections in Wegener granulomatosis: analysis of 113 patients. Ann Rheum Dis 2009;68(5):658–663.

4.  Faurschou M, et al. Malignancies in Wegener's granulomatosis: incidence and relation to cyclophosphamide therapy in a cohort of 293 patients. J Rheumatol 2008;35(1):100–105.

5.  Goupil R, et al. Lymphopenia and treatment-related infectious complications in ANCA-associated vasculitis. Clin J Am Soc Nephrol 2013;8(3):416–423.

6.  Knight A, et al. Cancer incidence in a population-based cohort of patients with Wegener's granulomatosis. Int J Cancer 2002;100(1):82–85.

7.  Lapraik C, et al. BSR and BHPR guidelines for the management of adults with ANCA associated vasculitis. Rheumatology (Oxford) 2007;46(10):1615–1616.

8.  McGregor JG, et al. Glucocorticoids and relapse and infection rates in anti-neutrophil cytoplasmic antibody disease. Clin J Am Soc Nephrol 2012;7(2):240–247.

9.  Park MC, et al. Risk of ovarian failure and pregnancy outcome in patients with lupus nephritis treated with intravenous cyclophosphamide pulse therapy. Lupus 2004;13(8):569–574.

10. Talar-Williams C, et al. Cyclophosphamide-induced cystitis and bladder cancer in patients with Wegener granulomatosis. Ann Intern Med 1996;124(5):477–484.

11. Westman KWA, et al. Relapse rate, renal survival, and cancer morbidity in patients with Wegener's granulomatosis or microscopic polyangiitis with renal involvement. J Am Soc Nephrol 1998;9(5):842–852.

Reference ID: 3969901

CONFIDENTIAL

CCXI-0000365304

------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

------------------------------------------------------------------------------

/s/

-------------------------------------------------

BRANDI E WHEELER
08/09/2016

Reference ID: 3969901

CONFIDENTIAL                                                                    CCXI-0000365305