UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONNIE HOMYK, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHEMOCENTRYX, INC., et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03343-JST<br><br>**CLERK'S JUDGMENT**<br><br>Re: Dkt. No. 345 |

　　　　Pursuant to the ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT signed August 15, 2025, Judgment is hereby entered.

　　　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 15, 2025

　　　　　　　　　　　　　　　　　　　Mark B. Busby
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Dianna Shoblo, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR