LATHAM & WATKINS LLP
Michele D. Johnson (Bar No. 198298)
*Michele.Johnson@lw.com*
Jordan D. Cook (Bar No. 293394)
*Jordan.Cook@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
T: (714) 540-1235

Colleen C. Smith (Bar No. 231216)
*Colleen.Smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400

Andrew B. Clubok (*pro hac vice*)
*Andrew.Clubok@lw.com*
Susan E. Engel (*pro hac vice*)
*Susan.Engel@lw.com*
Brittany M.J. Record (*pro hac vice*)
*Brittany.Record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
T: (202) 637-2200

*Attorneys for Defendants ChemoCentryx, Inc. and Thomas J. Schall*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JONNIE HOMYK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CHEMOCENTRYX, INC. and THOMAS J. SCHALL,<br><br>Defendants. | Master Case No. 4:21-cv-03343-JST *and related cases,* Nos. 4:21-cv-04357-HSG, 4:22-cv-00499-JST<br><br>**STIPULATION REGARDING REDACTIONS TO ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Re: ECF Nos. 345, 347<br><br>Hon. Jon S. Tigar |

**STIPULATION REGARDING REDACTIONS TO ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

This stipulation is between Lead Plaintiff Indiana Public Retirement System ("Lead Plaintiff") and Defendants ChemoCentryx, Inc. and Thomas J. Schall ("Defendants") (collectively, "the Parties"). The Parties, by and through their respective counsel, hereby agree and stipulate as follows:

WHEREAS, on August 15, 2025, the Court entered an Order (ECF No. 345) Granting Defendants' Motion for Summary Judgment (ECF Nos. 267 and 279);

WHEREAS, on August 15, 2025, the Court entered an Order (ECF No. 347) directing the Parties to review the Order Granting Defendants' Motion for Summary Judgment and file, within seven days of the date of this order, either (1) a stipulated proposed redacted version of the order, redacting only those portions of the order containing or referring to material for which the Court has granted a motion to seal and which the parties still request be sealed, or (2) a stipulation that the parties agree that no redaction is necessary;

WHEREAS, the Parties have reviewed the Order Granting Defendants' Motion for Summary Judgment and determined that no redaction is necessary;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their respective attorneys of record, that no redactions to the Court's Order Granting Defendants' Motion for Summary Judgment are necessary.

Dated: August 22, 2025

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ *Jordan D. Cook*

Michele D. Johnson (Bar No. 198298)
*Michele.Johnson@lw.com*
Jordan D. Cook (Bar No. 293394)
*Jordan.Cook@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
T: (714) 540-1235

Colleen C. Smith (Bar No. 231216)
*Colleen.Smith@lw.com*
12670 High Bluff Drive
San Diego, California 92130
T: (858) 523-5400

Meryn C. N. Grant (Bar No. 291315)
*Meryn.Grant@lw.com*
355 South Grand Avenue
Los Angeles, CA 90071
T: (213) 485-1234

Andrew B. Clubok (*pro hac vice*)
*Andrew.Clubok@lw.com*
Susan E. Engel (*pro hac vice*)
*Susan.Engel@lw.com*
Brittany M.J. Record (*pro hac vice*)
*Brittany.Record@lw.com*
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
T: (202) 637-2200

Blake T. Denton (*pro hac vice*)
*Blake.Denton@lw.com*
1271 Avenue of the Americas
New York, NY 10020
T: (212) 906-1200

*Attorneys for Defendants ChemoCentryx, Inc. and Thomas J. Schall*

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: */s/ Jonathan D. Uslaner*
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
Lauren M. Cruz (Bar No. 299964)
(lauren.cruz@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
T: (310) 819-3470

Salvatore J. Graziano (*pro hac vice*)
(salvatore@blbglaw.com)
Katie Sinderson (*pro hac vice*)
(katiem@blbglaw.com)
John Esmay (*pro hac vice*)
(john.esmay@blbglaw.com)
Shane Avidan (*pro hac vice*)
(Shane.Avidan@blbglaw.com)

Jim Briggs (*pro hac vice*)
(Jim.Briggs@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
T: (212) 554-1400

*Lead Counsel for Lead Plaintiff Indiana Public Retirement System and the Class*

**ATTESTATION OF COMPLIANCE**

In compliance with Civil Local Rule 5-1(i)(3), attest that concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated: August 22, 2025

*/s/ Jordan D. Cook*
Jordan D. Cook