**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** CALIFORNIA - NORTHERN DISTRICT

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: | 4:21-cv-03343-JST

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: | 05/05/2021

Date of judgment or order you are appealing: | 08/15/2025

Docket entry number of judgment or order you are appealing: | 345; 346

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes    ◯ No    ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Indiana Public Retirement System

Is this a cross-appeal?  ◯ Yes    ⦿ No

If yes, what is the first appeal case number? |

Was there a previous appeal in this case?  ⦿ Yes    ◯ No

If yes, what is the prior appeal case number? | No. 24-1720

Your mailing address (if pro se):

City: |    State: |    Zip Code: |

Prisoner Inmate or A Number (if applicable): |

**Signature** | /s/ Jorge G. Tenreiro    **Date** | 09/12/2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Indiana Public Retirement System |

Name(s) of counsel (if any):

| |
|---|
| Salvatore Graziano; Jonathan D. Uslaner; Jorge G. Tenreiro<br>Bernstein Litowitz Berger & Grossmann LLP |

Address: | 2121 Avenue of the Stars, Suite 2575, Los Angeles, CA 90067

Telephone number(s): | 310-819-3470

Email(s): | jonathanu@blbglaw.com sal@blbglaw.com jorge.tenreiro@blbglaw.con

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| ChemoCentryx, Inc.;<br>Thomas J. Schall |

Name(s) of counsel (if any):

| |
|---|
| Andrew Clubok; Meryn Grant; Colleen Smith;<br>Latham & Watkins LLP |

Address: | 10250 Constellation Blvd., Suite 1100, Los Angeles, CA 90067

Telephone number(s): | 424-653-5500

Email(s): | andrew.clubok@lw.com; meryn.grant@lw.com; colleen.smith@lw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

ChemoCentryx, Inc.;
Thomas J. Schall

Name(s) of counsel (if any):

Michele Johnson; Jordan Cook; Blake Denton
Latham & Watkins LLP

Address: 10250 Constellation Blvd., Suite 1100, Los Angeles, CA 90067

Telephone number(s): 424-653-5500

Email(s): michele.johnson@lw.com; jordan.cook@lw.com; blake.denton@lw.co

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*