UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONNIE HOMYK, et al.,

            Plaintiffs,

    v.

CHEMOCENTRYX, INC., et al.,

            Defendants.

Case No. 21-cv-03343-JST

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

In light of the pending motion for preliminary approval of class settlement, ECF No. 361, the case management conference scheduled for April 14, 2026 is vacated.

**IT IS SO ORDERED.**

Dated:  April 14, 2026



_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California