**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
Jonathan D. Uslaner (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

Salvatore J. Graziano (admitted *pro hac vice*)
(salvatore@blbglaw.com)
Katherine M. Sinderson (admitted *pro hac vice*)
(katiem@blbglaw.com)
Jorge G. Tenreiro (admitted *pro hac vice*)
(jorge.tenreiro@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: 212-554-1400
Fax: 212-554-1444

*Counsel for Lead Plaintiff Indiana Public
Retirement System and Lead Counsel for the Class*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
| JONNIE HOMYK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMOCENTRYX, INC. et al., <br><br> Defendants. | Master File No. 4:21-cv-03343-JST *and related case*, No. 4:21-cv-04357 <br><br> **NOTICE OF REVISED STIPULATION OF SETTLEMENT** <br><br> Hearing on Preliminary Approval of Settlement <br> Judge: Hon. Jon S. Tigar <br> Courtroom: 6 <br> Date: May 21, 2026 <br> Time: 2:00 p.m. |

Lead Plaintiff Indiana Public Retirement System ("Lead Plaintiff") submits this Notice of Revised Stipulation of Settlement (together with all associated exhibits, the "Revised Settlement") in connection with its Unopposed Motion for Preliminary Approval of Settlement (Dkt. No. 361) ("Original Settlement") and in advance of the May 21, 2026 hearing on Preliminary Approval of Settlement.

The Revised Settlement, which is attached hereto as Exhibit 1, reflects an agreed-upon increase in the amount of the Original Settlement of $35 million to $69 million. A redline reflecting the changes to the Original Settlement Stipulation and related documents, is attached as Exhibit 2. A copy of the proposed Order Preliminarily Approving Settlement and Providing for Notice of Settlement, which is Exhibit A to the Revised Settlement, is attached as Exhibit 3.

The Parties entered into the Revised Settlement after negotiations that followed an April 27, 2026 announcement by the Center for Drug Evaluation and Research ("CDER") of the Food and Drug Administration ("FDA") proposing the withdrawal of TAVNEOS (avacopan).[1]

The Parties dispute the significance of CDER's announcement. Defendants contend that CDER's statements in the announcement are neither accurate nor relevant to the Action. Lead Plaintiff contends that CDER's statements in the announcement warranted an increase in the amount of the Settlement, including because they may have improved Lead Plaintiff's possibility of success on the pending appeal of the Court's Summary Judgment Order or otherwise. The Parties negotiated extensively and ultimately reached the Revised Settlement, which voids and supersedes the Original Settlement.

The factors supporting preliminary approval of a settlement apply with more force now, including because investors will now recover a higher percentage of their estimated damages under the Revised Settlement. *See* Dkt. No. 361. The $69 million Revised Settlement is nearly twice the amount of the Original Settlement, which itself fell within the range of reasonable recoveries (particularly for a case that is on appeal). *Id*. at 10-11. The Revised Settlement is supported by

---

[1] *See* FDA, *CDER proposes to withdraw approval of TAVNEOS* (Apr. 27, 2026), available at: https://www.fda.gov/drugs/drug-alerts-and-statements/cder-proposes-withdraw-approval-tavneos.

Lead Plaintiff and was the product of extensive arms-length negotiations between sophisticated and informed counsel, including after a full assessment of CDER's April 27, 2026 announcement.

Respectfully Submitted,

Dated: May 15, 2026

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jonathan D. Uslaner*
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3481

*-and-*

Salvatore J. Graziano (admitted *pro hac vice*)
(salvatore@blbglaw.com)
Katherine M. Sinderson (admitted *pro hac vice*)
(katiem@blbglaw.com)
Jorge G. Tenreiro (admitted *pro hac vice*)
(jorge.tenreiro@blbglaw.com)
Robert F. Kravetz (admitted *pro hac vice*)
(robert.kravetz@blbglaw.com)
John Esmay (admitted *pro hac vice*)
(john.esmay@blbglaw.com)
Shane Avidan (admitted *pro hac vice*)
(shane.avidan@blbglaw.com)
Jim Briggs (admitted *pro hac vice*)
(jim.briggs@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiff Indiana Public Retirement System and Lead Counsel for the Class*